| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03037 |
|---|---|---|---|

| Connecticut Sandy Hook Families* |
|---|

| *versus* |
|---|

| Alexander E. Jones and Free Speech Systems, LLC |
|---|

This lawyer, who is admitted to the State Bar of _____ Connecticut _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Eric Henzy<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>(203) 368-5495; ehenzy@zeislaw.com<br>CT 412146 |
|---|---|

Seeks to appear as the attorney for this party:

| Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty |
|---|

| Dated:  3 / 20 / 23 | Signed: _____ |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                United States Bankruptcy Judge

* Connecticut Sandy Hook Families are David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty.