B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__Southern__ District Of __Texas__

In re __Free Speech Systems LLC__,  ) Case No. __22-60043 (CML)__
      Debtor ) 
David Wheeler, Francine Wheeler, Jacqueline ) Chapter __11__
Barden, Mark Barden, Nicole Hockley, Ian )
Hockley, Jennifer Hensel, Donna Soto, Carlee )
Soto Parisi, Carlos M. Soto, Jillian Soto Marino, )
William Aldenberg, William Sherlach, Robert ) Adv. Proc. No. __23-03037__
Parker, and Richard M. Coan, as Chapter 7 )
Trustee for the Estate of Erica Lafferty )
      Plaintiff )
)

v.
Alexander E. Jones and
Free Speech Systems, LLC
      Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Nathan Ochsner, Clerk of Court
P.O. Box 61010
Houston, TX 77028

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:s

Alinor C. Sterling
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue Ste 501
Bridgeport, CT 06604

Ryan E. Chapple
Cain & Skarnulis PLLC
303 Colorado Street, Ste 2850
Austin, TX 78701

Kyle J. Kimpler
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. **IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF**

*Nathan Ochsner, Clerk of Court*

Date: March 14, 2023

*s/ Shannon Holden*
*Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, __Arlana Prentice__ (name), certify that service of this summons and a copy of the complaint was made __March 16, 2023__ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Ray Battaglia
    Law Offices of Ray Battaglia, PLLC
    66 Granburg Circle
    San Antonio, TX 78218

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __03-21-23__   Signature __/s/ Arlana Prentice__

Print Name: __Arlana Prentice__

Business Address: __303 Colorado St., Ste. 2850__
    __Austin, TX 78701__