United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03037 |
|---|---|---|---|

Connecticut Sandy Hook Families*

*versus*

Alexander E. Jones and Free Speech Systems, LLC

This lawyer, who is admitted to the State Bar of ___Connecticut___ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Eric Henzy<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>(203) 368-5495; ehenzy@zeislaw.com<br>CT 412146 |
|---|---|

Seeks to appear as the attorney for this party:

Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty

Dated: 3/20/23     Signed: /s/ Eric Henzy

COURT USE ONLY: The applicant's state bar reports their status as: __Active__.

Dated: 03/31/2023     Signed: /s/ Z. Martinez
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_____
Christopher Lopez
United States Bankruptcy Judge