United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03037 |
|---|---|---|---|
| | The Connecticut Plaintiffs* | | |
| | *versus* | | |
| | Free Speech Systems, LLC and Alexander E. Jones | | |

This lawyer, who is admitted to the State Bar of   New York   :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Martin J. Salvucci<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3596<br>NY 5704887, CO 54386, CA 338773 |

Seeks to appear as the attorney for this party:   The Connecticut Plaintiffs

| Dated: 03-21-23 | Signed:   /s/ Martin J. Salvucci |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge