United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT　　　　　SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03037 |
|---|---|---|---|
| | Connecticut Sandy Hook Families* | | |
| | *versus* | | |
| | Alexander E. Jones and Free Speech Systems, LLC | | |

This lawyer, who is admitted to the State Bar of __New York__:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kyle J. Kimpler<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3253; kkimpler@paulweiss.com<br>NY 4721916 |
|---|---|

Seeks to appear as the attorney for this party:

| See below** |
|---|
| Dated:　　　　Signed: /s/ Kyle J. Kimpler |

| COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__. |
|---|
| Dated: 3/31/2023　　　Signed: /s/ R. Saldaña<br>　　　　　　　　　　　　　　Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_____
Christopher Lopez
United States Bankruptcy Judge