United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |

<table><tr><td colspan="4" align="center"><i>versus</i></td></tr><tr><td></td><td></td><td></td><td></td></tr></table>

This lawyer, who is admitted to the State Bar of _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | |

Seeks to appear as the attorney for this party:

| |
|---|
| |

| Dated: | Signed: _____ |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: _____ . | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_____
Christopher Lopez
United States Bankruptcy Judge