United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03037 |
|---|---|---|---|
| Connecticut Sandy Hook Families* ||||
| *versus* ||||
| Alexander E. Jones and Free Speech Systems, LLC ||||

This lawyer, who is admitted to the State Bar of ___New York___:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Daniel A. Negless<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3450<br>NY 5522727 |

Seeks to appear as the attorney for this party:

| See below** |
|---|

| Dated: | Signed: /s/ Daniel A. Negless |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__.

| Dated: 3/31/2023 | Signed: /s/ R. Saldaña<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Wheeler,
    Plaintiff

Jones,
    Defendant

Adv. Proc. No. 23-03037-cml

## CERTIFICATE OF NOTICE

District/off: 0541-4     User: ADIuser     Page 1 of 2
Date Rcvd: Mar 31, 2023     Form ID: pdf002     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| pla | + | Carlee Soto-Parisi, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Carlos M. Soto, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | David Wheeler, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Donna Soto, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street,, Suite 2850 Austin, TX 78701-4653 |
| dft | + | Free Speech Systems, LLC, c/o Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| pla | + | Ian Hockley, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Jacqueline Barden, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Jennifer Hensel, 303 Colorado Street, Suite 2850, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Jillian Soto Marino, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Mark Barden, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Nicole Hockley, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | Robert Parker, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | William Aldenberg, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |
| pla | + | William Sherlach, 303 Colorado Street, Suite 2850, Austin, TX 78701-4653 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2023      Signature:      /s/Gustava Winters

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 31, 2023 | Form ID: pdf002 | Total Noticed: 17 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ryan E Chapple | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Mark Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Donna Soto rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Sherlach rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff David Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Aldenberg rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com aprentice@cstrial.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |

TOTAL: 16