UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |
| *versus* | | | |
| | | | |

This lawyer, who is admitted to the State Bar of _____:

| |
|---|
| Name |
| Firm |
| Street |
| City & Zip Code |
| Telephone |
| Licensed: State & Number |

Seeks to appear as the attorney for this party:

| |
|---|
| |

| Dated: | Signed: _____ |
|---|---|

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:      Signed: _____ <br>                  Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                     United States Bankruptcy Judge

*Connecticut Sandy Hook Families are David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty.