# EXHIBIT 7

```
NO:  UWY-CV18-6046437 S          :  SUPERIOR COURT
SHERLACH, WILLIAM                :  JUDICIAL DISTRICT
                                    OF FAIRFIELD
v.                               :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX, ET AL.              :  JUNE 18, 2019
```

```
NO:  UWY-CV18-6046438 S          :  SUPERIOR COURT
LAFFERTY, ERICA, ET AL.          :  JUDICIAL DISTRICT
                                    OF FAIRFIELD
v.                               :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.        :  JUNE 18, 2019
```

```
NO:  UWY-CV18-6046436 S          :  SUPERIOR COURT
SHERLACH, WILLIAM, ET AL.        :  JUDICIAL DISTRICT
                                    OF FAIRFIELD
v.                               :  AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.        :  JUNE 18, 2019
```

BEFORE THE HONORABLE BARBARA N. BELLIS, JUDGE
E X C E R P T

A P P E A R A N C E S :
    Representing the Plaintiffs:
        ATTORNEY CHRISTOPHER MATTEI
        ATTORNEY WILLIAM BLOSS
        ATTORNEY JOSHUA KOSKOFF
        ATTORNEY MATTHEW BLUMENTHAL
        Koskoff, Koskoff & Bieder, PC
        350 Fairfield Avenue
        Bridgeport, CT  06604

    Representing the Defendants Alex Jones; Infowars, LLC; Free
    Speech Systems, LLC; Infowars Health, LLC; and Prison Planet
    TV, LLC:
        ATTORNEY ZACHARY REILAND
        ATTORNEY NORMAN PATTIS
        Pattis & Smith, LLC
        383 Orange Street
        1st Floor
        New Haven, CT  06511

    Representing the Defendant Cory Sklanka:
        ATTORNEY KRISTAN JAKIELA
        Regnier, Taylor, Curran & Eddy
        100 Pearl Street
        14th Floor
        Hartford, CT  06103

    Representing the Defendant Midas Resources, Inc.:
        ATTORNEY STEPHEN BROWN
        Wilson Elser Moskowitz Edelman & Dicker
        1010 Washington Boulevard
        Stamford, CT  06901

                            Recorded By:
                            Colleen Birney
                            Transcribed By:
                            Colleen Birney
                            Court Recording Monitor
                            1061 Main Street
                            Bridgeport, CT  06604
```

1    **(EXCERPT)**

2           THE COURT:  All right.  So I'm going to start

3       with the discovery issues.

4           Putting aside the fact that the documents the

5       Jones defendants did produce contained child

6       pornography, putting aside the fact that the Jones

7       defendants filed with the Court a purported affidavit

8       from Alex Jones that was not in fact signed by Alex

9       Jones, the discovery in this case has been marked

10      with obfuscation and delay on the part of the

11      defendants, who, despite several Court-ordered

12      deadlines as recently as yesterday, they continue in

13      their filings to object to having to, what they call

14      affirmatively gather and produce documents which

15      might help the plaintiffs make their case.  Despite

16      over approximately a dozen discovery status

17      conferences and several Court-ordered discovery

18      deadlines, the Jones defendants have still not fully

19      and fairly complied with their discovery obligations.

20          By way of one example, on June 10th, counsel for

21      the Jones defendants stated in their filing that Alex

22      Jones' cellphone had only been searched for emails,

23      not for text messages or other data.  In their June

24      17 filing, defendants still try to argue with respect

25      to the text messages that there is little to no

26      personal nexus between the text messages and the

27      litigation, and that the plaintiffs are simply prying

1     into the Alex Jones defendants' personal affairs.

2     But the discovery objections were ruled on by the

3     Court months ago and the defendants still have not

4     fully and fairly complied.

5         Also, as another example, the Google Analytics

6     data was ordered to be produced.  And this is a

7     Google Analytics account that had to be created and

8     set up by and utilized, according to the testimony,

9     by some of the Jones defendants.  Only a 35-page

10     report was produced.  In their June 17 filing, the

11     Jones defendants apparently say that they don't

12     possess the data themselves and they should not have

13     to get it from Google because Google holds Alex Jones

14     in contempt.  And anything that Google generated

15     would be, and I quote, inherently unreliable,

16     unquote.  And again, the Jones defendants miss the

17     mark.  They were ordered to produce that data.

18         Our rules of practice require a party to produce

19     materials and information, quote, within their

20     knowledge, possession, or power; and it is clearly

21     within the power of the Jones defendants to obtain

22     the information from Google if, as they claim, they

23     don't possess it themselves.  So their objection is

24     too late and their failure to fully and fairly comply

25     is inexcusable.

26         So in short, we've held approximately a dozen

27     discovery status conferences.  The Court's entered

1    discovery deadlines, extended discovery deadlines,

2    and discovery deadlines have been disregarded by the

3    Jones defendants, who continue to object to their

4    discovery and failed to produce that which is within

5    their knowledge, possession, or power to obtain.  And

6    again, among the documents that they did produce

7    contained images of child pornography.

8        I also note that the Jones defendants have been

9    on notice from this Court both on the record and in

10   writing in written orders that the Court would

11   consider denying them their opportunity to pursue a

12   special motion to dismiss if the continued

13   noncompliance continued.

14       Now with respect to the plaintiffs' request for

15   immediate review and the Jones defendants' objections

16   thereto, as I've said, I've reviewed the -- both

17   broadcasts several times.  The law is clear in

18   Connecticut and elsewhere, for that matter, that the

19   Court has authority to address out-of-court bad-faith

20   litigation misconduct where there is a claim that a

21   party harassed or threatened or sought to intimidate

22   counsel on the other side.  And indeed, the Court has

23   the obligation to ensure the integrity of the

24   judicial process and functioning of the Court.

25       So if Mr. Jones truly believed that Attorney

26   Mattei or anyone else in the Koskoff firm planted

27   child pornography trying to frame him, the proper

1    course of action would be to contact the authorities

2    and/or to have your attorney file the appropriate

3    motions in the existing case.  Just by way as an

4    example, the Jones defendants here could have filed a

5    motion asking that the lawsuits be dismissed for that

6    reason.

7         What is not appropriate, what is indefensible,

8    unconscionable, despicable, and possibly criminal

9    behavior is to accuse opposing counsel, through a

10   broadcast, no less, of planting child pornography,

11   which is a serious felony.  And to continue with the

12   accusations in a tirade or rant for approximately 20

13   minutes or so.

14        Now, because I want to make a good record for

15   appeal, I'm going to refer to certain portions of the

16   transcript of the website.  And I would note that Mr.

17   Jones refers to Attorney Mattei as a Democratic-

18   appointed US attorney, holds up on the camera

19   Attorney Mattei's Wikipedia page which indicates that

20   he is a Democrat, and puts the camera on the website

21   page, which looks like it's from the law firm.

22        Alex Jones states: what a nice group of

23   Democrats.  How surprising, what nice people.  Chris

24   Mattei, Chris Mattei.  Let's zoom in on Chris Mattei.

25    Oh, nice, little Chris Mattei.  What a good

26   American.  What a good boy.  You'll think you'll put

27   me on.

1    Now, the transcript doesn't reflect this, but

2    when I listened to the broadcast, I heard, I'm going

3    to kill.  Now, that's not in the transcript, but that

4    is my read and understanding and what I heard in the

5    broadcast.

6    He continues to say: anyways, I'm done.  Total

7    war.  You want it, you got it.  I'm not into kids

8    like your Democratic Party, you cocksuckers, so get

9    ready.

10    And during this particular tirade, he slammed

11    his hand on Attorney Mattei's picture, which was on

12    the camera at that point.

13    He continues on shortly thereafter: the point

14    is, I'm not putting up with these guys anymore, man,

15    and their behavior because I'm not an idiot.  They

16    literally went right in there and found this hidden

17    stuff.  Oh, my god, oh, my god, and they're my

18    friends.  We want to protect you now, Alex.  Oh,

19    you're not going to get into trouble for what we

20    found.  F you, man, F you to hell.  I pray God, not

21    anybody else, God visit vengeance upon you in the

22    name of Jesus Christ and all the saints.  I pray for

23    divine intervention against the powers of Satan.

24    I literally would never have sex with children.

25    I don't like having sex with children.  I would

26    never have sex with children.  I am not a Democrat.

27    I am not a Liberal.  I do not cut children's genitals

1    off like the left does.

2         Further on, referring to the person who sent the

3    child porn, he says: I wonder who the person of

4    interest is.  Continues to say: oh, no.  Attorney

5    Pattis says: look, are you showing Chris Mattei's

6    photograph on here; and the record should reflect

7    that when Alex Jones said I wonder who the person of

8    interest is, Attorney Mattei's photo was on the

9    camera.  Again, referring to who planted the child

10   pornography.  Then Alex Jones says: oh, no, that was

11   an accidental cut.  He's a nice Obama boy.  He's a

12   good -- then Attorney Pattis cuts him off.  Attorney

13   -- Alex Jones goes on to say: he's a white Jew-boy

14   that thinks he owns America.

15        Later on in the broadcast, Alex Jones says,

16   quote, the bounty is out, bitches.  And you know your

17   feds, they're going to know you did it.  They're

18   going to get your ass you little dirt bag.  One

19   million, bitch, it's out on your ass.

20        Shortly thereafter, he says: a million dollars

21   is after them.  So I bet you'll sleep real good

22   tonight, little jerk, because your own buddies are

23   going to turn you in and you're going to go to

24   prison, you little white Jew-boy jerk-off son of a

25   bitch.  I mean, I can't handle them.  They want more,

26   they're going to get more.  I am sick of these

27   people, a bunch of chicken-craps that have taken this

1    country over that want to attack real Americans.

2         And those are just portions of the transcript

3    that the Court relied on.  The Court has no doubt

4    that Alex Jones was accusing Plaintiffs' Counsel of

5    planting the child pornography.

6         Again, these are just a few examples where Jones

7    either directly harasses or intimidates Attorney

8    Mattei, repeatedly accuses Plaintiffs' Counsel of

9    requesting the metadata so they could plant the child

10   pornography, continues to call him a bitch, a sweet

11   little cupcake, a sack of filth, tells him to go to

12   hell, and the rant or tirade continues with frequent

13   declarations of war against Plaintiffs' Counsel.

14        I reject the Jones defendants' claim that Alex

15   Jones was enraged.  I disagree with Attorney Pattis's

16   representation here.  I find based upon a review of

17   the broadcast clips that it was an intentional,

18   calculated act of rage for his viewing audience.  So

19   -- and I note as Plaintiffs' Counsel pointed out,

20   that Alex Jones was the one who publically brought

21   the existence of the child pornography to light on

22   his Infowars show.

23        But putting that aside, putting aside whether it

24   was -- he was in a real rage or whether he was acting

25   out rage, it doesn't really matter for the purposes

26   of the discussion whether he was truly enraged or

27   not, because the 20-minute deliberate tirade and

1    harassment and intimidation against Attorney Mattei

2    and his firm is unacceptable and sanctionable.  And

3    the Court will sanction here.

4         So for all these reasons, the Court is denying

5    the Alex Jones defendants the opportunity to pursue

6    their special motions to dismiss and will award

7    attorney's fees upon further hearing and the filing

8    of affidavits regarding attorney's fees.  I would

9    note that the attorney's fees will be related only to

10   the conduct relating to the child pornography issue

11   and not for the discovery failures.

12        At this point, I decline to default the Alex

13   Jones defendants, but I will -- I don't know how

14   clearly I can say this.  As this case progresses, and

15   we will get today before you leave a trial date in

16   the case now and a scheduling order.  As the

17   discovery in this case progresses, if there is

18   continued obfuscation and delay and tactics like I've

19   seen up to this point, I will not hesitate after a

20   hearing and an opportunity to be heard to default the

21   Alex Jones defendants if they from this point forward

22   continue with their behavior with respect to

23   discovery.

24        So I'm going to call other matters now.  I'm

25   going to ask that you -- that there not be any

26   conversations in the courtroom because I do have

27   other matters to call.  I'm going to ask Counsel to

1   work on a scheduling order, pick a trial date.  I am

2   going to need to see it before you leave.  So if you

3   could maybe do that in another room, and then I'll

4   come back on the record for that.

5

6                          * * * * * *

7        **(END OF EXCERPT)**

8

9

10

11

12

13

14

15   _____

16        **THE HONORABLE BARBARA N. BELLIS, JUDGE**

17

18

19

20

21

22

23

24

25

26

27

```
NO:  UWY-CV18-6046437 S          :   SUPERIOR COURT
SHERLACH, WILLIAM                :   JUDICIAL DISTRICT
                                     OF FAIRFIELD
v.                               :   AT BRIDGEPORT, CONNECTICUT
JONES, ALEX, ET AL.              :   JUNE 18, 2019
NO:  UWY-CV18-6046438 S          :   SUPERIOR COURT
LAFFERTY, ERICA, ET AL.          :   JUDICIAL DISTRICT
                                     OF FAIRFIELD
v.                               :   AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.        :   JUNE 18, 2019
NO:  UWY-CV18-6046436 S          :   SUPERIOR COURT
SHERLACH, WILLIAM, ET AL.        :   JUDICIAL DISTRICT
                                     OF FAIRFIELD
v.                               :   AT BRIDGEPORT, CONNECTICUT
JONES, ALEX EMRIC, ET AL.        :   JUNE 18, 2019
```

## C E R T I F I C A T I O N

I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Fairfield, at Bridgeport, Connecticut, before the Honorable Barbara N. Bellis, Judge, on the 18th day of June, 2019.

Dated this 18th day of June, 2019, in Bridgeport, Connecticut.

Colleen Birney
Court Recording Monitor