# EXHIBIT 24

| [X] APPEAL | [ ] JOINT APPEAL | [ ] CROSS APPEAL | [ ] AMENDED APPEAL | [ ] CORRECTED FORM |
|---|---|---|---|---|

JD-SC-33   Rev. 11-21
P.B. Sections 3-8, 60-7, 60-8, 62-7, 62-8, 63-3, 63-4, 63-10, 72-3
C.G.S. Sections 31-301b, 51-197f, 52-470

*All appeals must be filed electronically unless an exemption from the requirements of electronic filing has been granted or you are an incarcerated self-represented party. For further information about e-filing or this form, see the Appeal Instructions, form JD-SC-34.*

[ ] To Supreme Court     [X] To Appellate Court

**Name of case** *(State full name of case)*
**LAFFERTY, ERICA Et Al v. JONES, ALEX EMRIC Et Al**

Type of appellate matter *(If a writ of error, the writ and the signed marshal's return must be filed on the same business day as this form.  See Practice Book Section 72-3.)*

**Appeal**

### Trial Court History

| Tried to | Trial court location |
|---|---|
| **Jury** | **300 GRAND STREET  Waterbury CT 06702** |

| Trial court judges being appealed | List all trial court docket numbers, including location prefixes |
|---|---|
| **HON. BARBARA N. BELLIS** | **UWY-CV-18-6046436-S**<br>**Continued** |

| All other trial court judges who were involved with the case | Judgment for *(Where there are multiple parties, specify those for whom judgment was rendered)* |
|---|---|
| | **DAVID WHEELER**<br>**Continued** |

| Date of judgment(s) or decision(s) being appealed | Date of issuance of notice on any order on any motion that would render judgment ineffective | Date for filing appeal extended to |
|---|---|---|
| **12/22/2022** | | |

| Case type | For Juvenile Cases |
|---|---|
| **Civil** | [ ] Termination of Parental Rights    [ ] Order of Temporary Custody |
| For Civil/Family Case Types, Major/Minor code: | |
| **T50** | [ ] Other _____ |

### Appeal

Appeal filed by *(Party name(s))*
**ALEX EMRIC JONES**

From *(the action that constitutes the appealable judgment or decision)*
**Denial of Motion for New Trial and Denial of Motion for Remittitur After Jury Verdict; Judgment for Plaintiffs**

If this appeal is taken by the State of Connecticut, provide the name of the judge who granted permission to appeal and the date of the order

Statutory Basis for Appeal to Supreme Court

| By *(Signature of counsel of record)* | Telephone number | Fax number | Juris number *(If applicable)* |
|---|---|---|---|
| ▶ 427828 | 203-393-3017 | 203-393-9745 | 427828 |

### Appearance

| Type name and address of counsel of record filing this appellate matter *(This is your appearance; see Practice Book Section 62-8)* | E-mail address |
|---|---|
| PATTIS & SMITH LLC  383 ORANGE STREET 1ST FLOOR NEW HAVEN CT 06511 | **discovery@pattisandsmith.com** |

"X" one if applicable
[ ] Counsel or self-represented party who files this appeal will be deemed to have appeared **in addition to** counsel of record who appeared in the trial court.
[ ] Counsel or self-represented party who files this appeal is appearing **in place of:**

| Name of counsel of record | Juris number *(If applicable)* |
|---|---|
| | |

### Certification

I certify that a copy of the appeal form I am filing will immediately be delivered to each other counsel of record and I have included their names, addresses, e-mail addresses and telephone numbers; the appeal form has been redacted or does not contain any names or other personal identifying information that is prohibited from disclosure by rule, statute, court order or case law; and the appeal form complies with all applicable rules of appellate procedure in accordance with Practice Book Sections 62-7 and 63-3.

Date to be delivered **12/29/2022**.

If this appeal is a criminal or habeas corpus matter, I certify that a copy of this appeal form will immediately be delivered to the Office of the Chief State's Attorney Appellate Bureau. Date to be delivered _____.

*If you have an exemption from e-filing under Practice Book Section 60-8, attach a list with the name, address, e-mail address, and telephone number of each counsel of record and the address where the copy was delivered.*

| Signed *(Counsel of record)* | Date signed |
|---|---|
| ▶ 427828 | 12/29/2022 |

### Required Documents

To be filed with the Appellate Clerk within ten days of the filing of the appeal, if applicable. See Practice Book Section 63-4.
1. Preliminary Statement of the Issues
2. Designation of the Proposed Contents of the Clerk Appendix
3. Court Reporter's Acknowledgment or Certificate that no transcript is necessary
4. Docketing Statement
5. Statement for Preargument Conference (form JD-SC-28A)
6. Constitutionality Notice
7. Sealing Order form, if any

[X] Entry Fee Paid     [ ] No Fees Required     [ ] Fees, Costs, and Security waived by Judge *(enter Judge's name below)*

**Court Use Only** — Date and time filed

Judge

Date waived

[Print Form]     [Reset Form]

## Appeal Form (continued)

**CASE NAME:**
LAFFERTY, ERICA Et Al v. JONES, ALEX EMRIC Et Al

## Parties & Appearances

**PARTY/PARTIES INITIATING THE APPEAL**

ALEX EMRIC JONES
  Juris: 067962 JOHN R WILLIAMS
         ASSOCIATES, LLC
         51 ELM ST STE 409
         NEW HAVEN, CT 06510
         Phone: (203) 562-9931   Fax: (203) 776-9494
         Email: jrw@johnrwilliams.com

  Juris: 408681 NORMAN ALEXANDER PATTIS
         383 ORANGE ST, 1ST FLOOR
         NEW HAVEN, CT 06511
         Phone: (203) 393-3017   Fax: (203) 393-9745
         Email: npattis@pattisandsmith.com

  Juris: 423934 PATTIS & SMITH LLC
         383 ORANGE STREET
         1ST FLOOR
         NEW HAVEN, CT 06511
         Phone: (203) 393-3017   Fax: (203) 393-9745
         Email: DISCOVERY@PATTISANDSMITH.COM

**ALL OTHER PARTIES AND APPEARANCES**

ERICA LAFFERTY   - Removed on 10/20/2021
DAVID WHEELER   - Judgment For
  Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
         350 FAIRFIELD AVENUE
         BRIDGEPORT, CT 06604
         Phone: (203) 336-4421   Fax: (203) 368-3244
         Email: KKB@KOSKOFF.COM

FRANCINE WHEELER   - Judgment For
  Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
         350 FAIRFIELD AVENUE
         BRIDGEPORT, CT 06604
         Phone: (203) 336-4421   Fax: (203) 368-3244
         Email: KKB@KOSKOFF.COM

JACQUELINE BARDEN   - Judgment For
  Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
         350 FAIRFIELD AVENUE
         BRIDGEPORT, CT 06604
         Phone: (203) 336-4421   Fax: (203) 368-3244
         Email: KKB@KOSKOFF.COM

## Appeal Form (continued)

**MARK BARDEN**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

**NICOLE HOCKLEY**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

**IAN HOCKLEY**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

**JENNIFER HENSEL**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

**JEREMY RICHMAN**   - Removed on 06/07/2021

**DONNA SOTO**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

**CARLEE SOTO-PARISI**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

**CARLOS M. SOTO**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

**JILLIAN SOTO**   - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

## Appeal Form (continued)

WILLIAM ALDENBERG  - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

WOLFGANG HALBIG  - Removed on 04/06/2021
CORY T. SKLANKA  - Removed on 10/26/2020
INFOWARS, LLC  - Removed on 06/02/2022
FREE SPEECH SYSTEMS, LLC
    Juris: 423934 PATTIS & SMITH LLC
        383 ORANGE STREET
        1ST FLOOR
        NEW HAVEN, CT 06511
        Phone: (203) 393-3017   Fax: (203) 393-9745
        Email: DISCOVERY@PATTISANDSMITH.COM

    Juris: 408681 NORMAN ALEXANDER PATTIS
        383 ORANGE ST, 1ST FLOOR
        NEW HAVEN, CT 06511
        Phone: (203) 393-3017   Fax: (203) 393-9745
        Email: npattis@pattisandsmith.com

INFOWARS HEALTH LLC  - Removed on 06/02/2022
PRISON PLANET TV LLC  - Removed on 06/02/2022
GENESIS COMMUNICATIONS NETWORK, INC.  - Removed on 07/01/2022
MIDAS RESOURCES, INC.  - Removed on 07/03/2018
MIDAS RESOURCES, INC.  - Removed on 04/06/2021
JENNIFER HENSEL EXECUTRIX OF THE ESTATE OF JEREMY RICHMAN  - Removed on 06/08/2021
RICHARD M COAN TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI
    Juris: 069625 ZEISLER & ZEISLER P.C.
        10 MIDDLE STREET
        15TH FLOOR
        BRIDGEPORT, CT 06604
        Phone: (203) 368-5464   Fax: (203) 362-3397
        Email: daaccurso@zeislaw.com

JAY WOLMAN, ESQ.  - Removed on 08/08/2022
RICHARD M COAN TRUSTEE OF THE BANKRUPTCY ESTATE OF ERICA GARBATINI  - Judgment For
    Juris: 032250 KOSKOFF KOSKOFF & BIEDER PC
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CT 06604
        Phone: (203) 336-4421   Fax: (203) 368-3244
        Email: KKB@KOSKOFF.COM

JAMES H. FETZER PHD  - Removed on 10/28/2021
OFFICE OF CHIEF DISCIPLINARY COUNSEL
    Juris: 422382 OFFICE OF CHIEF DISCIPLINARY COUNSEL
        100 WASHINGTON STREET
        HARTFORD, CT 06106
        Phone: (860) 706-5055   Fax: (860) 706-5063
        Email: brian.staines@jud.ct.gov

NORMAN ALEXANDER PATTIS, ESQ.
    Juris: 421460 WESLEY ROBERT MEAD
        12 BOOTHBAY STREET
        MILFORD, CT 06460
        Phone: (718) 306-2107   Fax:
        Email: wmeadlaw@gmail.com

## Appeal Form (continued)

ANDINO REYNAL, ESQ
Juris: 428935 BARRY BARALL TAYLOR & LEVESQUE LLC
989 MAIN STREET
MANCHESTER, CT 06040
Phone: (860) 649-4400   Fax: (860) 649-4400
Email: rbarry@bbsattorneys.com

**FILING PARTY CORRECTED INFORMATION**
PATTIS & SMITH LLC ksmith@pattisandsmith.com

## Additional Trial Court Docket Numbers Appealed

UWY-CV-18-6046437-S
William Sherlach v. Alex Emric Jones et al
Tried to: Jury
Trial judge(s) decisions being appealed: HON. BARBARA N. BELLIS
Judgment Date(s): 12/22/2022

UWY-CV-18-6046438-S
William Sherlach et al v. Alex Emric Jones et al
Tried to: Jury
Trial judge(s) decisions being appealed: HON. BARBARA N. BELLIS
Judgment Date(s): 12/22/2022