# EXHIBIT 27

```
DKT NO: X06-UWY-CV186046436-S      :  COMPLEX LITIGATION DKT

ERICA V. LAFFERTY                  :  JUDICIAL DISTRICT WATERBURY

v.                                 :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                   :  SEPTEMBER 14, 2022


DOCKET NO: X06-UWY-CV186046437-S

WILLIAM SHERLACH

v.

ALEX EMRIC JONES


DOCKET NO: X06-UWY-CV186046438-S

WILLIAM SHERLACH

v.

ALEX EMERIC JONES
```

**A.M. SESSION**
**VOLUME 1 OF 4**

BEFORE THE HONORABLE BARBARA N. BELLIS, JUDGE,
AND A JURY


A P P E A R A N C E S:


    Representing the Plaintiff(s):

        ATTORNEY CHRISTOPHER MATTEI
        ATTORNEY JOSHUA KOSKOFF
        ATTORNEY ALINOR STERLING


    Representing Defendant(s):

        ATTORNEY NORMAN PATTIS
        ATTORNEY ZACHARY REILAND


                        Recorded By:
                        Kendyl Henaghan

                        Transcribed By:
                        Kendyl Henaghan
                        Court Recording Monitor
                        Waterbury Superior Court
                        300 Grand Street
                        Waterbury, Connecticut 06702

1          THE COURT:  Good morning.

2          Good morning everyone, please be seated.

3          All right, we're on Day 2 of trial in the

4     Lafferty v. Jones matters. If counsel could please

5     identify themselves for the record.

6          ATTY. STERLING: Good morning, Your Honor, Alinor

7     Sterling for the Plaintiffs.

8          ATTY. KOSKOFF: Good morning, Your Honor, Josh

9     Koskoff for the Plaintiffs.

10         I believe Mr. Mattei stepped out.

11         ATTY. PATTIS: Morning, Judge, Norm Pattis; and

12    I've got Zach Reiland with me.

13         Could you introduce Attorney Reiland to the

14    jury, or if you think it's necessary, in case they

15    wonder what we – they haven't seen him.

16         THE COURT: Um, I can do that.

17         ATTY. PATTIS: Thank you.

18         ATTY. REILAND: Thank you, Your Honor.

19         THE COURT:  No problem.

20         Attorney Reiland, did Attorney Pattis tell you

21    about the coffee station in Mr. Ferraro's office?

22         ATTY. PATTIS: I hadn't yet but I will brief him.

23         THE COURT: It's there for – for you, help

24    yourself at any time.

25         ATTY. REILAND: Thank you, Judge.

26         ATTY. PATTIS: And the unopened package of Oreo

27    cookies.

```
1              THE COURT: Mr. Ferraro opened that.

2              THE CLERK: It is open.

3              ATTY. PATTIS: Okay.

4              THE COURT: They won't last.

5              ATTY. PATTIS: All right.

6              THE COURT: All right, so, I did see the

7       memorandum – the brief that was filed on the – with

8       the Free Speech System and PQ P.R. document.

9              ATTY. STERLING: Yes, Your Honor.

10             THE COURT: So, how do you want to proceed on

11      that?

12             ATTY. STERLING: So, my understanding was the

13      Court wanted argument regarding sanctions on that

14      issue.

15             THE COURT: Well, I do but I just – I'm unclear

16      as to whether that one document that was produced is

17      the document that was referred to.

18             ATTY. STERLING: It's not the document that was

19      referred to. It is, however, responsive to our

20      discovery request and should have been produced quite

21      some time ago; and there's another document that was

22      included that should of been produced – I mean, it's

23      a document, I think it's dated 2007, and it was

24      responsive to our initial discovery request.

25             So, more of the same, Your Honor. And – so, we

26      definitely need to issue – discuss the sanctions

27      issue.
```

1      THE COURT: All right, let's address it then. The
2   good news is that your Jurors were all here early and
3   they're already down and waiting to go – and I assume
4   this is something that needs to be addressed now.
5      ATTY. STERLING: Just one moment, Your Honor.
6      THE COURT: Because if not, we can do it when
7   they're not waiting, but I just wasn't sure if
8   it . . .
9      ATTY. MATTEI: Well, Your Honor, I think the
10   issue is, I don't know what – the first witness today
11   is a Corporate Representative. Now, I don't intend to
12   get into anything related to PQ P.R., but I know the
13   Corporate Representative is aware of it and so I – we
14   need to make sure witness is educated and informed
15   about what the scope of any Court rulings may be on
16   the issue.
17      ATTY. PATTIS: I don't intend to cover – I don't
18   intend to cover it in my cross, so to speak.
19      ATTY. MATTEI: No, but I'm worried about it
20   coming out . . .
21      ATTY. PATTIS: He's in the room? If the Court can
22   issue whatever . . .
23      THE COURT: Well, why don't – do you want to just
24   speak to her, Attorney Pattis?
25      ATTY. PATTIS: Sure, may I?
26      THE COURT: Sure, and then this way we don't have
27   to keep the Jury standing by.

1      ATTY. STERLING: All right. Your Honor, and then

2    we can take this up at the Court's convenience?

3      THE COURT: Right.

4      ATTY. STERLING: Okay.

5      THE COURT: When they're . . .

6      ATTY. STERLING: Your Honor, we had also

7    filed . . .

8      THE COURT: Well, I just - wait for Attorney

9    Pattis so that he can hear what you're saying, if you

10   don't mind.

11     ATTY. PATTIS: We've covered it, Judge.

12     THE COURT: Okay, very well.

13     Okay, another issue?

14     ATTY. STERLING: One more filing this morning,

15   Your Honor; a bench brief regarding hearsay coming in

16   through the Corporate Representative, and no action

17   by the Court is necessary right now.

18     THE COURT: Okay.

19     All right, any housekeeping matters from your

20   side, Attorney Pattis?

21     ATTY. PATTIS: I think there're a couple exhibits

22   that we've agreed to - additional exhibits to mark,

23   I'll let Attorney Mattei speak to those.

24     THE COURT: All right, can I just see counsel

25   very briefly?

26              (SIDE BAR BEGINS)

27     ATTY. MATTEI: I'm sorry I was late, I cut my

1    finger and so I was trying to tape it. I went to the

2    bathroom to wipe it off, I'm sorry.

3         THE COURT:  That's all right.

4         ATTY. MATTEI: Okay.

5         THE COURT: So, I've already made my fair share

6    of mistakes yesterday, and I know we're all rusty

7    because Covid, but you gotta just (indiscernible).

8         ATTY. PATTIS: You're right.

9         THE COURT: I know and I – you know, we didn't

10   try cases for two years and well, we're all a little

11   rusty, so . . .

12        ATTY. PATTIS: No, you're right.

13        THE COURT: Okay, no, I mean . . .

14        ATTY. PATTIS: I'm exhausted and it showed, and I

15   apologize to you. I didn't mean to intend that, to

16   convey disrespect.

17        THE COURT: If you're not on your feet with your

18   objections, I'm not gonna hear you. I'm gonna be like

19   my husband, who tunes me out half the time, so just

20   kinda stand up.

21        ATTY. PATTIS: Oh, Judge, now I'll feel right at

22   home.

23        THE COURT: Okay.

24             (SIDE BAR ENDED)

25        THE COURT: All right, any other housekeeping

26   matters?

27        ATTY. PATTIS: Yes, Judge. There uh – I think the

1        Plaintiff's are gonna submit an amended complaint

2        eliminating withdrawn counseling, defendants, and

3        consolidating the three complaints. I've reviewed it

4        and I have no objection to it.

5              THE COURT: Okay.

6              ATTY. STERLING: So, Your Honor, we can get that

7        filed today.

8              THE COURT: All right, perfect.

9              Anything else?

10             ATTY. PATTIS: Nothing from the Defense.

11             THE COURT: Okay.

12             THE CLERK: Your Honor, did want to put the newly

13       agreed upon exhibits on the record?

14             THE COURT: Do we have newly agreed upon exhibits

15       that should go on the record, or not?

16             ATTY. MATTEI: I could do that now, Your Honor.

17             THE COURT: Yeah, they can go on.

18             ATTY. MATTEI: We have a – and there may be more,

19       but what I was able to discuss with Attorney Pattis

20       this morning was Exhibit 10 and the sub-clips, which

21       is 'Shadow Government Strikes Again at Boston

22       Marathon' and then Exhibit 21 and it's sub-exhibit

23       and Exhibit 23 and it's sub-exhibit.

24             Then there are a number of other exhibits, Your

25       Honor, that I may use with the witness – as-to-which

26       there is agreement, but have not been offered, and

27       I'll just offer them at the time.

```
1          THE COURT: Very well.

2          ATTY. PATTIS: I thought we had an agreement on

3     43 as well?

4          ATTY. MATTEI: 43 as well, thank you.

5          THE COURT: All right, so ordered.

6          Anything else before we bring the panel out?

7          ATTY. PATTIS: No.

8          ATTY. MATTEI: No, Your Honor, thank you.

9          THE COURT: Okay.

10         ATTY. PATTIS: How you been?

11         ATTY. REILAND: I haven't seen you in a while.

12         ATTY. PATTIS: I know, it's been a bit.

13         ATTY. REILAND:(indiscernible) from Brittany but,

14    do we know who's gonna be after that?

15         ATTY. PATTIS: No, they were jerking me around on

16    that yesterday. They were telling me they had Paz be

17    here at 2:00, and then they started calling the

18    people out of the blue.

19         ATTY. MATTEI: All right, I'm gonna conduct these

20    examinations here, today. Microphone, yesterday, was

21    kind of getting in the way - is that alright?

22         THE COURT: Sure.

23         ATTY. PATTIS: They were bit-witnesses and then

24    they didn't have anything to say about damages, and

25    so, um - I could of thrown a hissy fit about it, but

26    what's the point?

27         ATTY. REILAND: Right.
```

```
1          ATTY. PATTIS: Let's get this thing out.

2               (JURY ENTERS)

3          THE COURT: Good morning.

4          JUROR: Good morning.

5          THE COURT: Good morning. You all brought some

6     good weather with you, today.

7          Good morning, everyone, well come back.

8          Good morning, I heard you were all early - I

9     love that, thank you for that. So, we got a nice

10    prompt start.

11         Counsel will stipulate that the entire panel is

12    present.

13         ATTY. PATTIS: Yes, Your Honor.

14         ATTY. MATTEI: Yes.

15         ATTY. KOSKOFF: Yes.

16         THE COURT: All right, make yourselves

17    comfortable, and I would just like to point out um -

18    that Attorney Reiland is joining the Defense table

19    today and I would also like to address one issue -

20    I'll wait for Mr. Ferraro to hand out the notepads.

21         All set?

22         THE CLERK: Yes, just have to get a pen, Your

23    Honor.

24         THE COURT: Thank you.

25         So, you will recall form my opening remarks

26    yesterday, the procedure that I set out that you

27    should follow if you saw or heard anything of a
```

1    prejudicial nature, or anything that might compromise

2    the proper conduct of the trial.

3        I haven't received any written notes from Mr.

4    Ferraro — which is the procedure that you should

5    follow, you will give him a written note and I would

6    deal with it on the record; so, therefore, I assume

7    there are no such issues. So, at any time during the

8    course of this trial, that is the procedure that you

9    should follow.

10        I will try to remember to inquire every morning

11    or to raise the issue every morning, but in case I

12    neglect to do so, it's your obligation if any such

13    issue arises, that you give a written note to Mr.

14    Ferraro so that I can deal with the issue on the

15    record, if necessary, with counsel, all right?

16        So, having said that, I think we are ready to

17    proceed, and Plaintiff's may call their next witness.

18        ATTY. MATTEI: Thank you and good morning, your

19    Honor.

20        The Plaintiff's call Brittany Paz.

21        THE COURT: Good morning, just watch your step

22    when you come up. You brought your own water too.

23        MS. PAZ: I did.

24        THE COURT: Nobody wants our water, Ron.

25        THE CLERK: Please remain standing and raise your

26    right hand.

27        Do you solemnly swear and sincerely affirm that

1      the evidence you shall give concerning this case

2      should be the truth, the whole truth and nothing but

3      the truth, so help you God or upon penalty of

4      perjury?

5          MS. PAZ: I do.

6          THE CLERK: Thank you, please be seated. I just

7      need you to state your name, slowly spell your last

8      name for the record and and your business address.

9          MS. PAZ: Sure, my name is Brittany Paz, P-A-Z;

10     and my business address is 4 Research Drive, Suite

11     402, Shelton, Connecticut 06484.

12         THE CLERK: Thank you.

13         THE COURT: You may inquire.

14         ATTY. MATTEI: Thank you, Your Honor.

15         Good morning, ladies and gentlemen.

16         Good morning, Ms. Paz.

17         MS. PAZ: Good morning.

18         ATTY. MATTEI: You and I have met before at your

19     deposition in this matter, correct?

20         MS. PAZ: Yes.

21         ATTY. MATTEI: Okay, and just to orient the Jury,

22     you were selected by Alex Jones to serve as a

23     Corporate Representative for Free Speech Systems in

24     this litigation, correct?

25         MS. PAZ: That's correct.

26         ATTY. MATTEI: Okay, now I'm not sure the Jury

27     know what a Corporate Representative is, so let's

1    just go through that a little e bit.

2        So, when a lawsuit is brought against a company,

3    like Free Speech Systems, the opposing party has the

4    opportunity to obtain information from that company,

5    correct?

6        MS. PAZ: Yes.

7        ATTY. MATTEI: And one of the ways they do that

8    is by asking the company to designate somebody most

9    knowledgeable within the company to testify about

10   certain topics, right?

11       MS. PAZ: Um, not necessarily within the company,

12   but designate a person to testify as to topics and be

13   knowledgeable on those topics, yes

14       ATTY. MATTEI: Okay, and so the company has the

15   ability to select somebody, right?

16       MS. PAZ: Yes.

17       ATTY. MATTEI: Okay - who's knowledgeable about

18   the topics that, in this case, the Plaintiff's wanted

19   to ask about, right?

20       MS. PAZ: Right.

21       ATTY. MATTEI: Okay and those topics, in this

22   case, were things like all the videos that Alex Jones

23   published about Sandy Hook, right?

24       MS. PAZ: Yes.

25       ATTY. MATTEI: Revenue to his company, right?

26       MS. PAZ: Yes.

27       ATTY. MATTEI: Okay.

1          The marketing activities that he and his company

2      engaged in?

3          MS. PAZ: Yes.

4          ATTY. MATTEI: Their practices for vetting facts,

5      that kind of thing?

6          MS. PAZ: Yes.

7          ATTY. MATTEI: Okay, and he selected you, is that

8      right?

9          MS. PAZ: Yes.

10          ATTY. MATTEI: All right.

11          The – the Plaintiff's had um – and no offense to

12      you, we didn't select you, right?

13          MS. PAZ: No, you didn't.

14          ATTY. MATTEI: Okay, that's not up to us, that's

15      up to Alex Jones.

16          MS. PAZ: Right.

17          ATTY. MATTEI: Okay.

18          And I think you mentioned this in one of your

19      answers, is that the idea here is that, in order for

20      the Plaintiff's and the Jury to be able to rely upon

21      information provided by the company, it has to

22      designate somebody who has knowledge about those

23      issues, right?

24          MS. PAZ: Who has – right, who has knowledge or

25      has become knowledgeable on the issues that you're

26      asking about, that's correct.

27          ATTY. MATTEI: Right, and obviously we can't have

1    somebody up here who doesn't know anything about it.

2         MS. PAZ: Right.

3         ATTY. MATTEI: Okay, because then the Jury

4    wouldn't be able to rely upon it.

5         MS. PAZ: Correct.

6         ATTY. MATTEI: Okay, and the person that the

7    company designates – am I right, they have an

8    independent duty to discover the facts so that they

9    can testify under oath about them, right?

10        MS. PAZ: Right, I – and I did have a duty to

11   become knowledgeable about the topics that were

12   inquired about by the Plaintiff's.

13        ATTY. MATTEI: Right, and not just accept what

14   somebody says to you as the truth, you actually have

15   to figure out whether it is, in fact, true, right?

16        MS. PAZ: Um, well as to what the company knows

17   or knew at the time, I did make such efforts to

18   corroborate information from various sources – so,

19   yes.

20        ATTY. MATTEI: And it was your duty to do that?

21        MS. PAZ: I thought so, yes.

22        ATTY. MATTEI: Okay, and that's because, you

23   know, you wouldn't want just to be kind of – the

24   company just parroting what Alex Jones were to tell

25   you, right?

26        MS. PAZ: Um, to the extent that that was

27   possible, yes, I tried to do that.

1        ATTY. MATTEI: Right, but Alex Jones is the 100

2    percent owner of Free Speech Systems, right?

3        MS. PAZ: Yes.

4        ATTY. MATTEI: Okay, and by-the-way, we've been

5    referring to Free Speech Systems as Infowars, is that

6    how you refer to it as well?

7        MS. PAZ: I do, and I refer to them

8    interchangeably. I think that's how I refer to it in

9    my internal documents as well.

10       ATTY. MATTEI: Okay.

11       MS. PAZ: But it is officially Free Speech

12   Systems.

13       ATTY. MATTEI: Right, and so if we refer to

14   Infowars – for example, you refer to Infowars or Free

15   Speech Systems refer to Infowars, what we're talking

16   about is Free Speech Systems.

17       MS. PAZ: That's correct.

18       ATTY. MATTEI: That's the Defendant – or one of

19   the Defendants in this case.

20       MS. PAZ: Right.

21       ATTY. MATTEI: All right.

22       And so, we presented – we asked Free Speech

23   Systems to select somebody to testify knowledgably

24   about these issues, right?

25       MS. PAZ: Yes, you did.

26       ATTY. MATTEI: Do you remember when we did that?

27       MS. PAZ: Uh, I don't recall the date.

1   ATTY. MATTEI: Would it have been January of this

2   year, does that sound right?

3   MS. PAZ: I know that's when I was selected; it

4   was in late January.

5   ATTY. MATTEI: Okay, and when you're testifying

6   here today, and when you testified under oath in your

7   deposition, you're doing that as Free Speech Systems,

8   right?

9   MS. PAZ: Yes, as I sit her today, I am the

10   corporation, Free Speech Systems.

11   ATTY. MATTEI: Okay. So, if at any point you say

12   to this Jury 'I don't know', what you're saying is

13   'Free Speech Systems doesn't know', right?

14   MS. PAZ: Right.

15   ATTY. MATTEI: Okay.

16   So, let's talk about how it was that you were

17   selected. To justify that Alex Jones selected you,

18   right?

19   MS. PAZ: Um, well obviously there were

20   discussions that are privileged discussions amongst

21   attorneys who should be selected - and I know that

22   there were issues finding somebody; but ultimately, I

23   was approved by Mr. Jones.

24   ATTY. MATTEI: Right, he's the only one within

25   Infowars that would actually have the authority to

26   designate somebody to testify on his behalf, right?

27   MS. PAZ: Right, because he's the one that owns

1      the company.

2          ATTY. MATTEI: Okay. So, we don't need to out up

3      what he chose here.

4          MS. PAZ: Right.

5          ATTY. MATTEI: Okay, and when he chose you – you

6      said in January of 2022?

7          MS. PAZ: Right, it was like, late January, I

8      can't recall the exact date.

9          ATTY. MATTEI: Okay, at that time you had no

10     substance of knowledge about any of the topics that

11     you were supposed to testify about, right?

12         MS. PAZ: Correct, I have never been involved

13     with the company prior to that date. I had no

14     involvement with the litigation either here or in

15     Texas prior to that.

16         ATTY. MATTEI: Right, so the answer to my

17     question is – correct, you had no knowledge when he

18     selected you of any of the topics that you were gonna

19     testify about, right?

20         MS. PAZ: Prior to January, that's correct.

21         ATTY. MATTEI: Right and even as of January, when

22     you were selected – you were selected the last week

23     of January?

24         MS. PAZ: Right, so I didn't begin my review of

25     the material until after I was officially retained to

26     do that; so, it would have been sometime in the last

27     week of January that I started review of the

1          material.

2              ATTY. MATTEI: Oh okay, because you're not an

3          Infowars employee?

4              MS. PAZ: No, I'm not.

5              ATTY. MATTEI: Okay and what happened was, the

6          last week of January, Attorney Pattis gave you a

7          call, right?

8              MS. PAZ: Yes, he did.

9              ATTY. MATTEI: Okay, and he offered you $30,000

10         to testify on behalf of Infowars, right?

11             MS. PAZ: No. So, initially . . .

12             ATTY. MATTEI: Ms. Paz, hold on a second ma'am.

13             MS. PAZ: Um-hmm.

14             ATTY. MATTEI: When you were deposed in this

15         case, isn't it true that you testified that the last

16         week of January, Mr. Pattis offered you $30,000 you

17         said it was fair, and you accepted it?

18             MS. PAZ: No, what I said was . . .

19             ATTY. MATTEI: Wait, hold on a second, you didn't

20         testify that in your deposition?

21             ATTY. PATTIS: Objection.

22             MS. PAZ: That was not the initial . . .

23             ATTY. PATTIS: She should be – can she be

24         shown . . .

25             MS. PAZ: . . . number. So, no.

26             ATTY. MATTEI:  Okay.

27             ATTY. PATTIS: Can she be shown the material that

1    she's allegedly being impeached from?

2        THE COURT: Overruled, it's proper.

3        ATTY. MATTEI: I've just asked her at this point

4    whether you testified to that in your deposition,

5    that Attorney Pattis offered you #30,000 and that you

6    thought that was fair.

7        MS. PAZ: I don't recall testifying to that

8    because that wasn't the not original number; but if

9    you'd like to show me, I'd look at it.

10       That's fine.

11       ATTY. MATTEI: I would be happy to do that, but

12   your recollection right now, is that that's not the

13   original number?

14       MS. PAZ: That's correct.

15       ATTY. MATTEI: What was the original number he

16   offered you?

17       MS. PAZ: So, I believe that the original number

18   was $25,000 or $20,000 and then there was further

19   negotiation after that given how much time we thought

20   would be required; between traveling down to and

21   Texas - because there were Texas depositions as well,

22   as well as the depositions here.

23       And so, there was a re – there was a back-and-

24   forth about the number, and then the number finally

25   landed at $30,000.

26       ATTY. MATTEI: Okay, so he . . .

27       MS. PAZ: But that wasn't the initial number.

1       ATTY. MATTEI: Okay, so the initial number – to

2       your recollection, the last week of January was

3       $20,000 or $25,000?

4       MS. PAZ: Right.

5       ATTY. MATTEI: You negotiated it up to $30,000?

6       MS. PAZ: Correct.

7       ATTY. MATTEI: And Alex Jones agreed to pay that,

8       right?

9       MS. PAZ: Correct.

10      ATTY. MATTEI: Okay, and at the time he agreed to

11      pay you that, you didn't know anything about anything

12      relating to Infowars, right?

13      MS. PAZ: Correct.

14      ATTY. MATTEI: Okay, and at time he agreed to pay

15      you that, you knew that you were going to be

16      testifying under oath within a couple of weeks,

17      right?

18      MS. PAZ: Uh, yes. I think that the dates in

19      Texas were in mid-February – there were two

20      dates . . .

21      ATTY. MATTEI: Okay.

22      MS. PAZ: . . . and I wasn't sure about the dates

23      in here in Connecticut.

24      ATTY. MATTEI: All right, but you knew that

25      within two weeks, you were going to be expected to

26      testify under oath on behalf of Free Speech Systems,

27      knowing absolutely nothing about Free Speech Systems,

1   right?

2           MS. PAZ: Yes.

3           ATTY. MATTEI: Okay, and I think you would agree

4       with me that, that wasn't entirely reasonable to

5       expect you to be able to do that, right?

6           MS. PAZ: I think said that at the deposition,

7       that it was extremely difficult, and I don't think

8       there was a lot of time to get familiar with a lot of

9       the material.

10          ATTY. MATTEI: Right, and just so that the Jury

11      understands how it is that they landed upon you,

12      you're a lawyer, right?

13          MS. PAZ: I am an attorney, yes.

14          ATTY. MATTEI: Okay, and your first job out of

15      law school, you were hired by Attorney Pattis to work

16      at his firm?

17          MS. PAZ: Uh, yes.

18          ATTY. MATTEI: Okay, and you worked there for

19      about six years, correct?

20          MS. PAZ: Uh, five years.

21          ATTY. MATTEI: Five years.

22          MS. PAZ: Yes.

23          ATTY. MATTEI: 2012 to 2017/2018?

24          MS. PAZ: Uh, so, I was hired in November 2012,

25      and I left in January 2018. So, about five years.

26          ATTY. MATTEI: Okay, five years.

27          Then you went off on your own for a while . . .

1       MS. PAZ: Yes.

2       ATTY. MATTEI: . . . then you started at another

3   firm, right?

4       MS. PAZ: Yes.

5       ATTY. MATTEI: And the week before he called you

6   up, the last week of January, you'd been let go from

7   your prior firm, right?

8       MS. PAZ: Uh, yes. I had started my own - my own

9   firm like, the week before.

10      ATTY. MATTEI: And, to my understanding, but just

11   to be clear, that wasn't your choice, your firm let

12   you go.

13      MS. PAZ: Right.

14      ATTY. MATTEI: Okay, and you didn't have another

15   job lined up, but you were gonna start your own solo-

16   practice.

17      MS. PAZ: Well, I didn't intend to go to another

18   job, I intended to be in solo-practice, yes.

19      ATTY. MATTEI: Okay, but that's when he called

20   you and offered you the $20-25,000?

21      MS. PAZ: Yes.

22      ATTY. MATTEI: All right.

23      And when - you agree with me that, um prior to

24   you being retained, Alex Jones had selected a number

25   of people to serve as Corporate Representatives for

26   him right?

27      MS. PAZ: I am aware there were a couple of other

1    Corporate Representatives that were desgignated.

2         ATTY. MATTEI: Well, there were more than a

3    couple, right?

4         MS. PAZ: I think there were at least three in

5    the Texas litigation.

6         ATTY. MATTEI: Well, there was another one in

7    this case, you knew that, right?

8         MS. PAZ: Yes, I do recall there being another

9    one in this case.

10        ATTY. MATTEI: Right, and all of the Corporate

11   Representatives that Alex Jones had previously

12   designated to testify for him were long-standing

13   employees of Infowars, right?

14        MS. PAZ: Yes, they were actually employed in

15   various different functions.

16        ATTY. MATTEI: He had a guy named Rob Dew; who is

17   one of his longest serving, most senior employees at

18   the time, serve as a Corporate Representative,

19   correct?

20        MS. PAZ: Rob Dew did do a Corp. Rep. depo – or a

21   couple, I think.

22        ATTY. MATTEI: And Rob Dew, just to be clear,

23   you've come to learn, is one of his most trusted and

24   most senior employees at Infowars, correct?

25        ATTY. PATTIS: Objection – objection, Judge, he's

26   – um, rela – that misstates the evidence.

27        May I speak to Attorney Mattei for a moment?

1          THE COURT: You may.

2          ATTY. PATTIS: (indiscernible).

3          ATTY. MATTEI: Oh, I know.

4          ATTY. PATTIS: Objection.

5          ATTY. MATTEI: At time Rob Dew served as the

6     Corporate Representative, he was one of Mr. Jones's

7     most trusted and most senior employees, correct?

8          MS. PAZ: Um, I think that's fair.

9          ATTY. MATTEI: I mean, you've read depositions in

10    this case where Alex Jones's employees have described

11    Rob Dew as his right-hand-man, right?

12         MS. PAZ: I have, yes.

13         ATTY. MATTEI: Okay.

14         He had Daria Karpova; long-time employee of Free

15    Speech Systems serve as a Corporate Representative,

16    right?

17         MS. PAZ: Yes.

18         ATTY. MATTEI: She's the producer of the 'Alex

19    Jones Show'?

20         MS. PAZ: Yes.

21         ATTY. MATTEI: Okay.

22         He had Michael Zimmerman serve as a Corporate

23    Representative, and he's a long-time head of IT at

24    Infowars, right?

25         MS. PAZ: Uh, I'm not sure what his actual

26    position is, but I know he's been employed there for

27    quite some time.

1        ATTY. MATTEI: And of all of these people - you'd

2    agree with me, have far more knowledge about the

3    company and its operations than you did at the time

4    you were selected, correct?

5        MS. PAZ: At the time I was selected?

6        ATTY. MATTEI: Yes.

7        MS. PAZ: Well, sure, they worked there.

8        ATTY. MATTEI: Right, and when it came time to

9    designate a Corporate Representative for trial in

10    this case, Alex Jones didn't designate any of those

11    people, he designated you.

12        MS. PAZ: I think he did it because he had no

13    other choice.

14        ATTY. MATTEI: Well, wait a second.

15        Alex Jones is the head of the company, right?

16        MS. PAZ: Right.

17        ATTY. MATTEI: Okay, he could of chose himself,

18    correct?

19        MS. PAZ: Well, I'm not gonna go into the . . .

20        ATTY. MATTEI: No, no, I just . . .

21        MS. PAZ: . . . internal discussions between

22    counsel.

23        ATTY. MATTEI: I'm not asking you to go into

24    internal discussion, but you know that because Alex

25    Jones had the authority to select anybody he wanted

26    to to represent his company here before this Jury, he

27    could of selected himself, correct?

1        MS. PAZ: He is going to testify here, but I

2     don't think . . .

3        ATTY. MATTEI: Your Honor, I'm gonna move to

4     strike as non-responsive.

5        THE COURT: So ordered.

6        ATTY. MATTEI: Ms. Paz you're a lawyer, correct?

7        MS. PAZ: Could he have, yes.

8        ATTY. MATTEI: Ma'am excuse me, hold on a second.

9     You're a lawyer, correct?

10       MS. PAZ: Yes.

11       ATTY. MATTEI: You understand that your

12    obligation here is to just respond to the questions I

13    ask you, right?

14       MS. PAZ: Yes.

15       ATTY. MATTEI: Those are the rules, right?

16       MS. PAZ: Yes.

17       ATTY. MATTEI: All right, so can we just agree

18    that you'll do that?

19       MS. PAZ: Yes.

20       ATTY. MATTEI: Okay, so, the question I asked

21    you, is to confirm that if Alex Jones wanted to – the

22    gentleman who started this company and has had

23    complete control over it for the last however-many

24    years, he could of come and testified to this Jury on

25    behalf of his company, correct?

26       MS. PAZ: Could he have, sure.

27       ATTY. MATTEI: All right.

1        All right, so, when you were called about this,
2     you never heard of Free Speech Systems, right?
3        MS. PAZ: Um, I don't think I never heard of it,
4     I think - like all of us, we've seen news articles.
5        ATTY. MATTEI: You've heard of Infowars?
6        MS. PAZ: Right.
7        ATTY. MATTEI: You never heard of Free Speech
8     Systems?
9        MS. PAZ: Did I know that Infowars was Free
10     Speech, no, probably not.
11        ATTY. MATTEI: So, is the answer no?
12        MS. PAZ: Yes.
13        ATTY. MATTEI: Okay.
14        You didn't know anything about his business,
15     correct?
16        MS. PAZ: No.
17        ATTY. MATTEI: You didn't know any employees?
18        MS. PAZ: No.
19        ATTY. MATTEI: Okay.
20        You knew nothing about his revenue, correct?
21        MS. PAZ: No.
22        ATTY. MATTEI: You didn't know anything about how
23     he made his money?
24        MS. PAZ: No.
25        ATTY. MATTEI: You've heard of Alex Jones, but
26     you didn't really know anything about him, right?
27        MS. PAZ: Right.

1          ATTY. MATTEI: You've never spoken to him?

2          MS. PAZ: No.

3          ATTY. MATTEI: Okay.

4          You've never been to the website, Infowars.com?

5          MS. PAZ: No.

6          ATTY. MATTEI: Or any of his websites?

7          MS. PAZ: No.

8          ATTY. MATTEI: You've never watched the 'Alex

9     Jones Show'?

10          MS. PAZ: No.

11          ATTY. MATTEI: Okay.

12          You've never watched a single Infowars video?

13          MS. PAZ: No.

14          ATTY. MATTEI: All right.

15          So, you're saying you knew nothing of any

16     substance about Infowars or Alex Jones?

17          MS. PAZ: Prior to being retained, no.

18          ATTY. MATTEI: All right, all right.

19          And this case had ben going on for three-plus

20     years by that point, right?

21          MS. PAZ: Quite a few years, yes.

22          ATTY. MATTEI: All right.

23          Now, you said you negotiated it up to $30,000,

24     but then you'd been paid more for your preparation

25     for trial in this case, right?

26          MS. PAZ: Uh, I did invoice an additional fee,

27     yes.

1    ATTY. MATTEI: And you've been paid?

2    MS. PAZ: No.

3    ATTY. MATTEI: Okay.

4    I think what you're expecting to be paid is

5    another $7,500 for your testimony in this case.

6    MS. PAZ: Yes.

7    ATTY. MATTEI: And the fee is just a flat fee,

8    you're not getting paid by the hour, right?

9    MS. PAZ: Right, I'm not getting paid by the

10   hour.

11   ATTY. MATTEI: And in addition to knowing nothing

12   of substance about the company, you didn't have any

13   experience in media, correct?

14   MS. PAZ: No.

15   ATTY. MATTEI: You didn't have any experience in

16   online business?

17   MS. PAZ: No.

18   ATTY. MATTEI: No experience in supplement sales,

19   right?

20   MS. PAZ: No.

21   ATTY. MATTEI: No experience in journalism?

22   MS. PAZ: No.

23   ATTY. MATTEI: Okay, you never served as a

24   Corporate Representative before?

25   MS. PAZ: No.

26   ATTY. MATTEI: And you had two weeks to prepare

27   for your first deposition, right?

1          MS. PAZ: Approximately.

2          ATTY. MATTEI: There is no written agreement

3     between you and Infowars?

4          MS. PAZ: Right.

5          ATTY. MATTEI: They just gave you a check.

6          MS. PAZ: Well, we negotiated the fee and then I

7     was paid pursuant to those discussions, so, yes.

8          ATTY. MATTEI: And who signed the check?

9          MS. PAZ: I'm honestly not sure.

10          ATTY. MATTEI: Okay.

11          MS. PAZ: I don't remember.

12          ATTY. MATTEI: All right.

13          MS. PAZ: I'm sorry.

14          ATTY. MATTEI: It's all right, I'll refresh your

15     recollection of that.

16          So, let's start with the . . .

17          ATTY. PATTIS: (indiscernable) Gilligan's Island

18     show where they spend about four weeks putting

19     (indiscernable).

20          ATTY. MATTEI: . . . basics about Infowars.

21          So, it's located in Austin, Texas, right?

22          MS. PAZ: Yes.

23          ATTY. MATTEI: You've been down there since you

24     started?

25          MS. PAZ: I did go there, yes.

26          ATTY. MATTEI: Okay.

27          You had a deposition down there and you also

1      went to the office?

2            MS. PAZ: Yes, I had two depositions, I saw the

3      warehouse and I saw the office.

4            ATTY. MATTEI: And the studio?

5            MS. PAZ: Yeah – uh, I don't think I went back to

6      the studio.

7            ATTY. MATTEI: Oh, you didn't?

8            MS. PAZ: No.

9            ATTY. MATTEI: Okay

10           And Free Speech Systems is s for-profit

11     supplement sales business, correct?

12           MS. PAZ: Supplements amongst other products,

13     yes.

14           ATTY. MATTEI: They sell merchandise?

15           MS. PAZ: Yes.

16           ATTY. MATTEI: They sell like, t-shirts?

17           MS. PAZ: Yes.

18           ATTY. MATTEI: They sell like, clothing

19     accessories?

20           MS. PAZ: Yes.

21           ATTY. MATTEI: Um, okay.

22           But, like – I don't know, would you say 80

23     percent of all Free Speech Systems revenue is from

24     supplement sales?

25           MS. PAZ: Um, I mean, I don't know the number. I

26     know that it's a big part it and they certainly

27     started with the supplement sales; so, it is a big

1    part of their revenue, I just don't – I can't say the

2    number, what the number is. You're putting an 80

3    percent number on it, and I don't know what that is,

4    but it is a big percentage.

5         ATTY. MATTEI: Well, I mean, I'm asking you

6    because you're the Corporate Representative

7    responsible for understanding the revenue of Free

8    Speech Systems, right?

9         MS. PAZ: Correct.

10        ATTY. MATTEI: So, let me not put my number on

11   it, let me just ask you to put Free Speech Systems

12   number on it.

13        What percentage of revenue of Free Speech

14   Systems is from Alex Jones's supplement sales?

15        MS. PAZ: I can't recall as I sit here today, I'm

16   sorry.

17        ATTY. MATTEI: Okay, so, you've been deposed?

18        MS. PAZ: Yes.

19        ATTY. MATTEI: You've prepared?

20        MS. PAZ: To the best of my ability, yes.

21        ATTY. MATTEI: You're here as Free Speech

22   Systems?

23        MS. PAZ: Yes.

24        ATTY. MATTEI: Okay, so, as the company, right?

25   What you're saying is, right now, as you sit here

26   right now, the company doesn't know what percentage

27   of its revenue comes from supplements sales, right?

1        MS. PAZ: Think I said, as I sit here, I don't

2    recall. If you'd like to show me a document, I'd be

3    happy to review it.

4        ATTY. MATTEI: No, ma'am.

5        MS. PAZ: But as I sit here today, I just don't

6    recall.

7        ATTY. MATTEI: I don't want to show you a

8    document, because it's not my job to give you . . .

9        THE COURT: Just make sure you let her finish.

10       ATTY. MATTEI: Oh, I'm sorry.

11    I'm sorry, please finish what you're saying.

12       MS. PAZ: I just said, as I sit here today, I

13    just don't recall. I think this was a topic in one of

14    the depositions, but I just don't recall.

15       ATTY. MATTEI: Okay, but you understand it's not

16    my – it's not my job to give you information here

17    today. It's your job to give information to the Jury,

18    right?

19       MS. PAZ: Yes.

20       ATTY. MATTEI: So, I'm just saying, as you sit

21    here right now, Free Speech Systems can't tell this

22    Jury, without reviewing something, what percentage of

23    its sales are from supplements, correct?

24       MS. PAZ: Correct, I just don't recall.

25       ATTY. MATTEI: Right.

26    So, in the – I'm sorry, you said you didn't see

27    the studio, right?

1      MS. PAZ: No, I think they were on-air when I was

2   there; so, I don't think I went back to the studio

3   portion.

4      ATTY. MATTEI: How many studios does Infowars

5   have?

6      MS. PAZ: I'm sorry, I don't recall the number.

7   I'm not sure what the number is.

8      ATTY. MATTEI: Can you ballpark it?

9      MS. PAZ: There's a few studios there, I just

10   don't know the exact number.

11      ATTY. MATTEI: Are there more than five?

12      MS. PAZ: I - I don't recall the number.

13      ATTY. MATTEI: How many warehouses does Free

14   Speech Systems operate?

15      MS. PAZ: Uh, we had – when I say we, I mean Free

16   Speech. Free Speech had the one warehouse, um – and

17   that's the warehouse that housed all of the products

18   and merchandise.

19      ATTY. MATTEI: Okay, and that's right near the

20   office, right?

21      MS. PAZ: It's very close by, yes.

22      ATTY. MATTEI: And all the products – you're

23   talking about all the supplements?

24      MS. PAZ: Supplements, hats, shirts, etc.

25      ATTY. MATTEI: Orders come in online, they get

26   processed through the warehouse, warehouse packs them

27   up, ships them off, right?

1         MS. PAZ: Yes.

2         ATTY. MATTEI: All right.

3         So, let's talk – let's go to Exhibit – and I do

4    not want to make the mistake I was making yesterday,

5    Your Honor, about what's submitted and what's not;

6    I'll drive Mr. Ferraro crazy. So, let me make sure.

7         I am going to go – I'm just gonna do it this

8    way. Can you put up the first slide from the opening,

9    yesterday? (indiscernible)

10        PARALEGAL: Um, that's 300.

11        ATTY. MATTEI: Okay, 300.

12        THE COURT: We do like keep him on his toes

13    though, so, it's okay.

14        THE CLERK: No, no, I – yeah, that is not marked

15    full yet.

16        ATTY. MATTEI: Okay, we're gonna – it's by

17    agreement, Your Honor.

18        ATTY. PATTIS: No objection – no objection to

19    300, Judge.

20        THE COURT: All right, so ordered.

21        ATTY. MATTEI: See, I need it.

22        Now, this is coming up here –

23        I'm sorry, if you can you maybe just pull that

24    up, thank you.

25        Um, you'd agree with me that the studio depicted

26    here is actually not the current studio, this is one

27    of the other studios, yes?

1       MS. PAZ: Um, like I said, I didn't see the

2   studios when I was there; but I believe that's

3   accurate, yes.

4       ATTY. MATTEI: Okay, well, I don't want you to –

5   I don't want you to guess.

6       Have you seen picture before?

7       MS. PAZ: Yes, I've seen this picture.

8       ATTY. MATTEI: Okay, did you ask anybody at

9   Infowars, 'Hey is this a current studio/Which studio

10   is this'?

11       MS. PAZ: I didn't – I didn't ask anything

12   specific about this photo, no.

13       ATTY. MATTEI: Okay.

14       All right, well, why don't we do this, let's

15   pull up – let's put that one beside it, like put

16   side-by-side with um, the exhibit from yesterday that

17   we showed during my opening.

18       This is one screen (indiscernible), I'm so sorry

19   if I don't remember the number. Not that one, it's um

20   – I'll figure it out later.

21       So, did you go to the warehouse?

22       MS. PAZ: I did go to the warehouse, yes.

23       ATTY. MATTEI: Okay.

24       Now, when talk about Infowars and Free Speech

25   Systems, we said Alex Jones is the 100 percent owner,

26   correct?

27       MS. PAZ: Yes.

```
1            ATTY. MATTEI: Complete control over the company,
2       correct?
3            MS. PAZ: Yes.
4            ATTY. MATTEI: All right.
5            He has authority over all Infowars operations?
6            MS. PAZ: Yes.
7            ATTY. MATTEI: All right.
8            He's in charge and everybody answers to him?
9            MS. PAZ: Yes, that is the structure.
10           ATTY. MATTEI: All right.
11           In fact, almost everybody reports to him?
12           MS. PAZ: Yes, I – the only structure there is,
13      is that Alex is on the top and he kind of will filter
14      out what is needed - but you know, to the extent that
15      that actually gets done is the question, I guess.
16           ATTY. MATTEI: So – and you've heard, um – you
17      know who David Jones is?
18           MS. PAZ: Dr. Jones?
19           ATTY. MATTEI: Dr. David Jones?
20           MS. PAZ: Yes.
21           ATTY. MATTEI: Yes, he's a dentist, right?
22           MS. PAZ: Yes.
23           ATTY. MATTEI: And he's Alex Jones's father?
24           MS. PAZ: Yes.
25           ATTY. MATTEI: Okay, and he's been deeply
26      involved with Infowars since what, about 2012/2013?
27           MS. PAZ: Uh, what do you mean by deeply
```

1    involved?

2          ATTY. MATTEI: Employed.

3          MS. PAZ: Um, I don't think that he's employed by

4    Infowars.

5          ATTY. MATTEI: Okay, so, does Infowars know

6    whether he's employed?

7          MS. PAZ: He doesn't receive any compensation

8    from Infowars directly. So, um, I don't - I don't

9    think that he's employed by Free Speech Systems.

10         ATTY. MATTEI: Okay, so, let's just see if we can

11   nail this down.

12         As of this very moment, right now . . .

13         MS. PAZ: Um-hmm.

14         ATTY. MATTEI: . . . can Free Speech Systems

15   testify whether Alex Jones's dad, Dr. David Jones, is

16   an employee?

17         MS. PAZ: Of Free Speech Systems?

18         ATTY. MATTEI: Yes.

19         MS. PAZ: He's - I don't believe he's an

20   employee, so no.

21         ATTY. MATTEI: So, okay.

22         When was he first an employee?

23         MS. PAZ: Of Free Speech Systems?

24         ATTY. MATTEI: Yes.

25         MS. PAZ: I don't recall a date.

26         ATTY. MATTEI: Has he ever been an employee?

27         MS. PAZ: According to my review of the

1      documents, he has not ever been em – he's not ever

2      been paid by Free Speech Systems. So, according to

3      Free Speech Systems, I don't think he's ever been an

4      employee of Free Speech Systems.

5          ATTY. MATTEI: Ms. Paz, you reviewed David

6      Jones's deposition in this case?

7          MS. PAZ: I believe I did, I don't recall his

8      exact testimony, but I did review it.

9          ATTY. MATTEI: You don't recall his testimony

10     that he was – he did become employed by Free Speech

11     Systems in around 2013?

12         MS. PAZ: I don't recall, I'm sorry.

13         ATTY. MATTEI: You don't recall his – an exhibit

14     that he presented to us during that deposition in

15     which he said he was being paid $400,000 a year?

16         MS. PAZ: I don't recall that, no.

17         ATTY. MATTEI: Okay.

18         Do you recall a part of his deposition – this is

19     what I was tying to get to, do you recall the part of

20     his deposition where he said that Free Speech Systems

21     is a single-talent business – that talent being Alex

22     Jones?

23         MS. PAZ: Yes, I do recall that.

24         ATTY. MATTEI: Okay, you recall that part.

25         And Alex Jones has total authority to hire and

26     fire anybody at Free Speech Systems, correct?

27         MS. PAZ: Yes.

1      ATTY. MATTEI: He has authority to overrule and
2    decision that's made by a subordinate?
3      MS. PAZ: Yes.
4      ATTY. MATTEI: He has total authority over
5    Infowars's finances?
6      MS. PAZ: Yes.
7      ATTY. MATTEI: He's not accountable to any board
8    of directors or any governing authority?
9      MS. PAZ: No, he's not.
10      ATTY. MATTEI: Right. He has 100 percent control
11    over Free Speech Systems's revenue and how it's
12    allocated, correct?
13      MS. PAZ: Sure, correct.
14      ATTY. MATTEI: Okay, and I know you said that you
15    weren't prepared to say what percentage of Infowars's
16    revenue is from supplements, but I think the best you
17    can do is that it's a large majority?
18      I'm not trying to . . .
19      MS. PAZ: Yes, it is a very big portion, it is
20    probably the majority – probably a significant
21    majority, I just can't say the number.
22      ATTY. MATTEI: Okay.
23      Now, it does have other sources of income; one
24    is advertising income, correct?
25      MS. PAZ: Right.
26      ATTY. MATTEI: And donations?
27      MS. PAZ: Yes.

1       ATTY. MATTEI: Okay. So, for example, Alex Jones

2   will say, 'Look, even if you don't want buy iodine,

3   you can make a donation directly', right?

4       MS. PAZ: Yes.

5       ATTY. MATTEI: And one of the ways he offers

6   people to make donations is in crypto currency. Do

7   you know what that is?

8       MS. PAZ: Uh, yes. Such as bitcoin, etc. Yes.

9       ATTY. MATTEI: Exactly, and I had to figure this

10  out myself, but it's not actually cash - it's like,

11  almost like a stock or an asset, right? You give some

12  – by-the-way, this is not one of the topics you were

13  asked to prepare on . . .

14      MS. PAZ: It's – yeah, it's not my forte.

15      ATTY. MATTEI:  . . . but I do – it is a source

16  of revenue; I do need to ask you about it.

17      It's kind of like a stock or an asset. Somebody

18  can give Infowars, ya know, 500 bitcoins, and it has

19  a value, right?

20      MS. PAZ: Right, I think it has a market value,

21  which changes and fluctuates.

22      ATTY. MATTEI: Correct.

23      MS. PAZ: Right.

24      ATTY. MATTEI: Correct, and when somebody gives

25  crypto currency donations to Free Speech Systems, it

26  actually goes directly to Alex Jones personally,

27  correct?

1          MS. PAZ: Uh, if it's a donation?

2          ATTY. MATTEI: Yeah.

3          MS. PAZ: Uh, bitcoin, um - I believe so, yes.

4          ATTY. MATTEI: Right, and he doesn't tell his

5      audience that, right?

6          MS. PAZ: Does he tell his audience where it

7      goes . . .

8          ATTY. MATTEI: Right.

9          MS. PAZ: . . . or what is being done with it?

10         ATTY. MATTEI: No, no - he doesn't tell his

11     audience that when you donate bitcoin to Free Speech

12     Systems, it's actually going right to me. He doesn't

13     tell them that.

14         MS. PAZ: He doesn't tell anybody where it goes

15     or what he does with it, or – right.

16         ATTY. MATTEI: Oh whoa, hold on a second. He

17     tells his audience that the donations are going to

18     Free Speech Systems, correct?

19         MS. PAZ: I don't know that he's said they go to

20     Free Speech Systems.

21         ATTY. MATTEI: You do or you don't know?

22         MS. PAZ: I – I don't know that, no.

23         ATTY. MATTEI: Okay.

24     You've been to the Infowars.com website?

25         MS. PAZ: Have I visited it?

26         ATTY. MATTEI: Yeah.

27         MS. PAZ: Yeah.

1    ATTY. MATTEI: There's a donation page where you

2    can donate crypto currency, correct?

3    MS. PAZ: I believe so, yes.

4    ATTY. MATTEI: Yeah, and it says 'Support the

5    Infowar – Support Infowars, donate here', right?

6    MS. PAZ: Support Infowars, yes.

7    ATTY. MATTEI: Yeah.

8    MS. PAZ: Support the production, support the

9    business, the show, help us stay on the air – that

10   kind of thing.

11   ATTY. MATTEI: That kind of thing.

12   MS. PAZ: Right.

13   ATTY. MATTEI: Except once somebody donates, it

14   doesn't go to that, it goes to Alex Jones, right?

15   MS. PAZ: Well, Alex Jones needs to stay on the

16   air – so, I mean, I don't know if that's what he

17   means by it, but that's how it's being advertised.

18   ATTY. MATTEI: But the point is, that it goes to

19   his personal account, not the Free Speech Systems

20   account.

21   MS. PAZ: As far as where is the money kept, yes.

22   ATTY. MATTEI: Thank you.

23   So, the way Free Speech Systems attracts

24   customers for its supplements, is by serving them

25   free content, right? Like the show and the website,

26   and then when they arrive for the content, directing

27   them to the online supplement store, right?

1    MS. PAZ: Right, there are various ads and

2    banners on all of the articles, on all of the

3    individual pages, on the videos, and then you click

4    on those ads and that will take you to the Infowars

5    store.

6    ATTY. MATTEI: Right, and that's the business

7    model. You come to Infowars.com where there's the

8    news, right?

9    MS. PAZ: Well, right. If you come to the home

10    page, right, and you can click on various articles

11    from the homepage.

12    ATTY. MATTEI: Right, so, just follow me here.

13    So, Alex Jones has a huge audience, right?

14    MS. PAZ: Oh, sure, yeah.

15    ATTY. MATTEI: The audience accesses his content

16    either through the radio – and we'll get to that.

17    MS. PAZ: Um-hmm.

18    ATTY. MATTEI: But let's just talk about online

19    for a second.

20    MS. PAZ: Okay.

21    ATTY. MATTEI: The audience – this huge audience

22    accesses his content – including the content we're

23    here about, the content that said Sandy Hook was a

24    hoax, right?

25    MS. PAZ: Yeah, all of the content.

26    ATTY. MATTEI: They do it online. That big

27    audience comes to Infowars.com, right?

1         MS. PAZ: Correct.

2         ATTY. MATTEI: Or Banned Video – or Banned.Video,

3    his video site, right?

4         MS. PAZ: Right.

5         ATTY. MATTEI: Or, in earlier days, Prison Planet

6    TV, right?

7         MS. PAZ: Right.

8         ATTY. MATTEI: Okay, PrisonPlanet.com, right?

9         MS. PAZ: Right, there are a few websites.

10        ATTY. MATTEI: News Wars, that's another one?

11        MS. PAZ: Yup.

12        ATTY. MATTEI: Infowars Europe?

13        MS. PAZ: Yes.

14        ATTY. MATTEI: Okay, they come to all those

15   websites, and then when they get there, Alex Jones

16   sends them to the store, right?

17        MS. PAZ: Well, not send them, you have to click

18   on the ad – but yes, there are ads all over, ya know,

19   on all of the articles, on all of the videos, there

20   are ads all over. So, I mean, you don't send them

21   there, you have to click on it.

22        ATTY. MATTEI: You have to click on it?

23        MS. PAZ: Right.

24        ATTY. MATTEI: But actually, for Infowars.com,

25   the first thing you see when you pull up the website

26   is an ad. You have to click through the ad to get

27   even get to their website, right?

1        MS. PAZ: You mean when you first go to

2     Infowars.com?

3        ATTY. MATTEI: Yeah. Like, if I typed in

4     Infowars.com right now . . .

5        MS. PAZ: Um-hmm.

6        ATTY. MATTEI: . . . and it takes me to the

7     website, the first thing I'm gonna see – before I

8     even get to the headlines, let's call them, the first

9     thing I'm gonna see is an ad for – just to give you

10    an example, Super Female Vitality, right?

11       MS. PAZ: Sure, it's prob – it's very, very

12    prominent on the very first page of the website.

13       ATTY. MATTEI: Not only is this prominent, you

14    can't even see the first page of the website until

15    you click through that ad, right?

16       MS. PAZ: Um, I'm not sure if you have to click

17    thorough it. I haven't been on the website in a long

18    – in a while.

19       ATTY. MATTEI: That's okay.

20       Why don't we pull up Exhibit 84, I think – it's

21    already in, Judge, as full. Uh, that's not what I

22    meant, I'm sorry.

23       Let's pull up Exhibit 85.

24       THE COURT: Is that full, Ron?

25       THE CLERK: Yes, Your Honor.

26       ATTY. MATTEI: This isn't it.

27       PARALEGAL: 86.

1     ATTY. MATTEI: Thank you, 86, here we go, thank
2  you.
3     All right, this is what I was talking about. So,
4  this is what I was referring to. When you come to
5  Infowars.com, this is the first thing you see, right?
6     MS. PAZ: Yeah, it's a pop-up ad, yes.
7     ATTY. MATTEI: It's a pop-up ad.
8     MS. PAZ: Right, you don't have to click on the
9  ad, you can X it out.
10     ATTY. MATTEI: Right, you click the X up in the
11  upper right button, and if you do that you get to the
12  news, right?
13     MS. PAZ: Correct.
14     ATTY. MATTEI: If you click on DNA Force Plus, 50
15  percent off . . .
16     MS. PAZ: It'll bring you to the store.
17     ATTY. MATTEI: It'll bring you to the store.
18     MS. PAZ: Correct.
19     ATTY. MATTEI: Got it.
20     And that's how he makes his money, yeah?
21     MS. PAZ: Oh yes, most of it.
22     ATTY. MATTEI: So, Your Honor, if I – I'm just
23  gonna get a little water, is that okay?
24     THE COURT: Certainly.
25     ATTY. MATTEI: Thanks.
26     THE COURT: There should be fresh water in that
27  pitcher, if you need to drink it.

1          MS. PAZ: Oh, oh I'm gonna go there next, thank

2      you, Your Honor. Saw me getting low.

3          ATTY. MATTEI: All right.

4          So, we talked a little about – I just mentioned

5      the audience, I want to talk about that. The – since

6      the Sandy Hook shooting, Mr. Jones's audience has

7      grown exponentially, is that fair to say?

8          MS. PAZ: Since 2012, yes. So, there has been an

9      increase in the viewership.

10         ATTY. MATTEI: It's been at least – as Mr. Jones

11     has described it, it's been an exponential growth,

12     correct?

13         MS. PAZ: I think he's used those words, yes.

14         ATTY. MATTEI: All right, and as result of that

15     growth, Alex Jones and Infowars have had billions

16     upon billions of social media impressions, correct?

17         MS. PAZ: I'm sure that there have been that

18     many, I don't know the exact number, but I'm not

19     gonna disagree with you that there's a big social

20     media footprint.

21         ATTY. MATTEI: And I talked about this in my

22     opening, but I want to . . .

23         ATTY. PATTIS: Object – objection, Judge, it's

24     not evidence.

25         THE COURT: Sustained.

26         ATTY. MATTEI: No, no, I was just premising

27     because now we're gonna show him the evidence.

1          So, why don't we pull up Exhibit 220; and this
2     is in, Judge.
3          THE CLERK: Yes, it is. Your Honor.
4          ATTY. MATTEI: That one, right? Okay.
5          Now, you've reviewed this document before,
6     right?
7          MS. PAZ: Yes, I think I've seen this before,
8     yes.
9          ATTY. MATTEI:  So, one of the things that we
10     asked Infowars to give us, were all of their social
11     media numbers beginning in 2012, right?
12          MS. PAZ: Yes.
13          ATTY. MATTEI: Now, they didn't give us all of
14     their numbers, did they?
15          MS. PAZ: Um, I'm not sure what was produced, to
16     be honest, and I know that there have been issues
17     with locating material . . .
18          ATTY. MATTEI: Okay.
19          MS. PAZ: . . . and finding out who has access to
20     certain material and things like that, so.
21          ATTY. MATTEI: Well, this gets back to what I was
22     asking you about earlier. You acknowledge that you
23     have an independent duty to – did you not, to
24     determine things like Alex Jones's audience size,
25     correct?
26          MS. PAZ: And I did make attempts to do that,
27     yes.

1    ATTY. MATTEI: Okay, and you - because you knew

2    we had asked for all of their social media audience

3    numbers - you asked them to give it to you, correct?

4    MS. PAZ: Yes, I asked for a lot information

5    regarding social media and audience size and

6    financials - I asked for a lot of material, yes.

7    ATTY. MATTEI: Right and Alex Jones did give you

8    any social media numbers for 2012, did he?

9    MS. PAZ: So, I don't think that there's - and

10    no, I didn't receive anything to that affect . . .

11    ATTY. MATTEI: Okay, thank you.

12    MS. PAZ: . . . and there's a problem as to why

13    that is.

14    ATTY. MATTEI: Well, there's a problem as to why

15    that is? You agree with me, that Alex Jones was under

16    a legal obligation to produce that type of data for

17    the years that we asked, correct?

18    MS. PAZ: I understand that he is under the

19    obligation to produce.

20    ATTY. MATTEI: Okay, and you asked for it,

21    correct?

22    MS. PAZ: I asked for a lot of things, yes.

23    ATTY. MATTEI: Okay, and in 2012 - you weren't

24    given any social media data for 2012, correct?

25    MS. PAZ: I did not see any data for 2012, no.

26    ATTY. MATTEI: Because you weren't given it.

27    MS. PAZ: I was not given it.

1        ATTY. MATTEI: Okay, you weren't given any for

2    2013, right?

3        MS. PAZ: No.

4        ATTY. MATTEI: Okay, and you personally weren't

5    given any – any social media audience figures,

6    correct?

7        MS. PAZ: I don't believe so, no.

8        ATTY. MATTEI: All right, but we have this, and

9    so let's take a look at this.

10       This is 2015, and you understand this – let's

11   just focus in the title there. You understand this to

12   be a group report for the year 2015, for all Alex

13   Jones's social media accounts on Facebook, Twitter,

14   Instagram, and LinkedIn, right?

15       MS. PAZ: That's what it appears, yes.

16       ATTY. MATTEI: All right, let's go to page 2, and

17   we're just gonna advance through this. These are the

18   accounts that it covers, correct?

19       MS. PAZ: yes.

20       ATTY. MATTEI: All right, let's go to the next

21   page. Okay, and let's just pull up the top portion

22   there.

23       All right, so this is for 2015, right? Alex

24   Jones's and Infowars social media engagement numbers

25   for the accounts that we saw, right?

26       MS. PAZ: Right, for those particular accounts.

27       ATTY. MATTEI: So, in 2015 alone, there were 2.9

1        billion impressions, right?

2              MS. PAZ: That's what it says, yes.

3              ATTY. MATTEI: That means that, on social media,

4        his stuff was viewed 2.9 billion times?

5              MS. PAZ: Uh, viewed - right. Impressions and

6        then the engagements are different.

7              ATTY. MATTEI: We're gonna go to that.

8              MS. PAZ: But yes, viewed.

9              ATTY. MATTEI: Right, viewed.

10             MS. PAZ: Yes.

11             ATTY. MATTEI: Right, 28.8 million engagements,

12        right?

13             MS. PAZ: Engagements, yes.

14             ATTY. MATTEI: And what that means is, they liked

15        it, right?

16             MS. PAZ: Liked it, commented on it, re-tweeted

17        it.

18             ATTY. MATTEI: Shared it.

19             MS. PAZ: Shared it, right.

20             ATTY. MATTEI: And then there were 24 million

21        link clicks. So, if somebody sees, in 2015 - let's

22        say for example, um, you're aware that in 2015 Alex

23        Jones was repeatedly airing Wolfgang Halbig's trips

24        to Connecticut, right?

25             MS. PAZ: He did a few times, yes.

26             ATTY. MATTEI: He had him on the air, right?

27             MS. PAZ: Yes.

1      ATTY. MATTEI: He had Dan Bidondi up here with

2   him?

3      MS. PAZ: Yes.

4      ATTY. MATTEI: Okay, and if somebody saw that on

5   social media, that would be the type of link click

6   we're talking about here – they clicked on it, right?

7      MS. PAZ: Right, so if a link to Halbig's

8   interview in one of those social media posts and a

9   link to the article or a link to the video, and they

10   clicked on that link.

11      Correct, that's what that means.

12      ATTY. MATTEI: Okay, and that's just for 2015?

13      MS. PAZ: Yes.

14      ATTY. MATTEI: All right.

15      Let's go to Exhibit 228, I believe this is in as

16   well.

17      THE CLERK: Yes, it is, Your Honor.

18      ATTY. PATTIS: What's the number on that, sir?

19      THE CLERK: 228.

20      THE COURT: 228.

21      ATTY. PATTIS: Thank you.

22      ATTY. MATTEI: Um, yeah. Actually, you know what,

23   I'm gonna ask a few more questions about that last

24   exhibit, so let's just take that down for a second.

25      And Free Speech Systems actually made social

26   media engagement and audience growth a central pillar

27   of it's growth strategy from 2012 on, correct?

1    MS. PAZ: I'm sorry, I don't understand the

2    question, can you repeat it?

3        ATTY. MATTEI: Okay, sure.

4        Let's take it even back a little further than

5    that. You'd agree with me, that very, very early on,

6    Alex Jones realized the power of social media to

7    spread his content, right?

8        MS. PAZ: Sure, that's why he has all those

9    various accounts.

10       ATTY. MATTEI: Well, that's 2015, but he was on

11   social media 2009/2010, wasn't he?

12       MS. PAZ: Yeah.

13       ATTY. MATTEI: Right, and that's just when it was

14   really kind of coming on, correct?

15       MS. PAZ: I had a Facebook in 2005 so, I don't

16   know, I guess . . .

17       ATTY. MATTEI: You were a pioneer.

18       ATTY. MATTEI: I had one in 2005.

19       ATTY. MATTEI: And Alex Jones had built a pretty

20   significant social media audience in the early

21   2000's, fair to say?

22       MS. PAZ: Sure.

23       ATTY. MATTEI: Okay, and a central strategy of

24   Free Speech Systems growth was to engage audience on

25   social media, correct?

26       MS. PAZ: Sure.

27       ATTY. MATTEI: And the way that they did that

1    was, every time Alex Jones would film the 'Alex Jones

2    Show, the show would be chopped up into clips, right?

3         MS. PAZ: Yes.

4         ATTY. MATTEI: Okay, and Alex Jones would

5    personally title every clip, right?

6         MS. PAZ: Um, I don't know if he personally

7    titled all the clips. I think producers did have a

8    hand in it, as well. But I don't know if he

9    personally titled every single clip from 2-3-hour

10   segments.

11        So, I don't know that he had a personal hand in

12   each and every one. I know that he has titled clips.

13        ATTY. MATTEI: Well, so, I'm just asking, is Free

14   Speech Systems testimony that it doesn't know whether

15   it was Alex Jones's practice to title every clip?

16        MS. PAZ: I don't – I don't recall, as I sit her

17   today, whether he titled every single clip. I know he

18   has done it.

19        ATTY. MATTEI: I'm sorry, you do recall Nico

20   Acosta's (phonetic) testimony on this subject,

21   correct?

22        MS. PAZ: He has been deposed, yes.

23        ATTY. MATTEI: Nico Acosta (phonetic) was Alex

24   Jones's long-time producer of the 'Alex Jones Show',

25   correct?

26        MS. PAZ: Yes.

27        ATTY. MATTEI: Okay, and he testified that it

1      was, in fact, Alex Jones's practice to title every

2      single clip from the 'Alex Jones Show', correct?

3           MS. PAZ: I don't recall, I'm sorry.

4           ATTY. MATTEI: All right, well, the Jury will see

5      that.

6           MS. PAZ: Sure.

7           ATTY. MATTEI: In any event, every single clip

8      was uploaded to Facebook, correct?

9           MS. PAZ: Every single clip – I know a lot of

10     clips were uploaded to Facebook, I don't know if

11     every clip was always uploaded to Facebook, I don't

12     recall.

13          ATTY. MATTEI: Let's do it this way . . .

14          MS. PAZ: Sure.

15          ATTY. MATTEI: . . . the practice at Infowars was

16     to upload every single clip that Alex Jones would

17     play from his show to Facebook, right?

18          MS. PAZ: I don't recall whether it's every

19     single clip; I know a lot of clips have been

20     uploaded.

21          ATTY. MATTEI: But I asked you if that was the

22     practice, wasn't it?

23          MS. PAZ: To upload clips to Facebook, yes.

24          ATTY. MATTEI: Yeah, and it was the practice to

25     upload clips from the 'Alex Jones Show' to Twitter,

26     correct?

27          MS. PAZ: Yes.

1    ATTY. MATTEI: It was the practice to upload them

2    to YouTube, right?

3    MS. PAZ: Yes.

4    ATTY. MATTEI: It was a practice to upload them

5    to every online platform he had, correct?

6    MS. PAZ: Yes.

7    ATTY. MATTEI: If you go to Banned.Video right

8    now, you can see the full broadcast of the 'Alex

9    Jones Show', correct?

10    MS. PAZ: Yes.

11    ATTY. MATTEI: And you can see every clip he made

12    of it, correct?

13    MS. PAZ: I believe so, yes.

14    ATTY. MATTEI: Okay, and the reason that he did

15    that, is because Alex Jones knew that video is the

16    most engaged medium online, correct?

17    MS. PAZ: I don't know how to answer that, I

18    don't know what he knows about the videos. I know

19    that that's what he does, I can't say what he knows.

20    ATTY. MATTEI: Okay, well aren't you responsible

21    for knowing what he knows? Isn't that your - your

22    duty?

23    MS. PAZ: My responsibility here was to figure

24    out what Free Speech Systems knew at the time.

25    ATTY. MATTEI: Right.

26    MS. PAZ: So, I wasn't in Alex Jones's head, so I

27    can't say what he thought about videos.

1        ATTY. MATTEI: Did you ask him about his strategy

2     for increasing his audience online?

3        MS. PAZ: I don't recall us specifically talking

4     about that. I did have a couple of conversations with

5     him prior to my depositions in Texas, but I don't

6     recall us specifically talking about that.

7        ATTY. MATTEI: Free Speech Systems is aware that

8     video, as a medium, is the most engaging medium

9     online to grow audience, correct?

10        MS. PAZ: I don't know.

11        ATTY. MATTEI: People are most likely to click on

12     it, correct?

13        MS. PAZ: I – I don't know.

14        ATTY. MATTEI: And Free Speech Systems knows that

15     titling videos in a way that is designed to get

16     attention, is another way to get its audience to

17     engage with it, correct?

18        MS. PAZ: Oh, sure.

19        ATTY. MATTEI: Daria Karpova, Mr. Jones's long-

20     time producer testified about this, correct?

21        MS. PAZ: Yes, I do recall that testimony.

22        ATTY. MATTEI: She talked about click-bait,

23     right?

24        MS. PAZ: Yes, she did.

25        ATTY. MATTEI: Click-bait. Click-bait is the way

26     that you title a video to provoke a response in the

27     person seeing it, correct?

1          MS. PAZ: Yes, I believe that was her testimony.

2          ATTY. MATTEI: Okay, so like, for example, a

3     headline like, '*Connecticut School Massacre Looks*

4     *Like False Flag, Witnesses Say*', that's click-bait,

5     right?

6          MS. PAZ: Um, it's click-bait in sense that it

7     would grab somebody's attention, yes.

8          ATTY. MATTEI: And it's click-bait in the fact

9     that it wasn't true, correct?

10         MS. PAZ: What – I'm sorry, repeat the question?

11    Which wasn't true – that title?

12         ATTY. MATTEI: Correct.

13         MS. PAZ: That witnesses say – can you repeat the

14    title?

15         ATTY. MATTEI: Yeah, '*Connecticut School Massacre*

16    *Looks Like False Flag, Witnesses Say*'.

17         One of the reasons it was click-bait is because

18    it's attention grabbing, the other reason is because

19    it's false, correct?

20         MS. PAZ: Is the reason why it was titled that

21    way, and it's click-bait because it's false – I don't

22    know how to answer that question.

23         ATTY. MATTEI: Let me break it down. Free Speech

24    Systems acknowledges that that headline is false,

25    correct?

26         MS. PAZ: I don't think that we disagree with –

27    that there were false statements made in connection

1      with the Sandy Hook litigation - or not litigation,

2      I'm sorry, I connection with Sandy Hook.

3          ATTY. MATTEI: Right, and one of the things that

4      Free Speech Systems doesn't disagree with, that it

5      acknowledges, is that the title of the video,

6      *Connecticut School Massacre Looks Like False Flag,*

7      *Witnesses Say'*, is false.

8          MS. PAZ: I don't disagree with that, no.

9          ATTY. MATTEI:  Free Speech Systems doesn't

10     disagree?

11         MS. PAZ: Correct.

12         ATTY. MATTEI: Because in that video, there

13     wasn't a single witness who said it - that it looked

14     like a false flag, correct?

15         MS. PAZ: The video that, for that particular um,

16     clip that you're referencing?

17         ATTY. MATTEI: Right.

18         MS. PAZ: I don't recall this specific clip;

19     would you like us to look at it?

20         ATTY. MATTEI: We're definitely going to show

21     you.

22         MS. PAZ: Yeah, I don't recall this specific

23     clip, as I said here.

24         ATTY. MATTEI: Okay, but - and one of the reasons

25     you don't recall it - this goes back to your

26     preparation, the only way that you were able to

27     become informed, let's say, about Infowars, was based

1          on information that Alex Jones provided to you,

2          correct?

3               MS. PAZ: Well, Alex didn't provide it to me

4          specifically, I received it from the attorneys.

5               ATTY. MATTEI: Okay.

6               MS. PAZ:  So, I didn't - Alex didn't give me

7          copies of material, I received it from counsel to

8          review.

9               ATTY. MATTEI: Okay, so, which lawyer sent you

10         material?

11              MS. PAZ: So, the material that I reviewed was in

12         a Drop Box; that Drop Box was shared with me by, I

13         believe our Free Speech Systems attorney at the time

14         was Attorney Blot (phonetic). So, I was shared the

15         material in the Drop Box from her.

16              ATTY. MATTEI: Okay, Attorney Blot (phonetic).

17              Attorney Blot (phonetic) represented Alex Jones

18         and Free Speech Systems . . .

19              MS. PAZ: In Texas.

20              ATTY. MATTEI: In Texas.

21              MS. PAZ: Correct.

22              ATTY. MATTEI: Correct, he's had – he has a

23         number of lawyers, correct?

24              MS. PAZ: Quite a few.

25              ATTY. MATTEI: Right, and Andino Reynal is one of

26    his lawyers, right?

27              MS. PAZ: Most recently, yes.

1       ATTY. MATTEI: Okay, have you talked to him?

2       MS. PAZ: No.

3       ATTY. MATTEI: Okay, Marc Randazza is one of his

4   lawyers, correct?

5       MS. PAZ: Yes.

6       ATTY. MATTEI: And you met with him, right?

7       MS. PAZ: Uh, no, I don't believe I met with

8   Marc.

9       ATTY. MATTEI: Oh, I saw something in your time

10  records that you had a meeting with Marc and Zach –

11  who's that?

12      MS. PAZ: Zach, as in Attorney Reiland – he's

13  sitting right there.

14      ATTY. MATTEI: I know Zach, who's the Marc?

15      MS. PAZ: And Marc Schwartz.

16      ATTY. MATTEI: Okay, Marc Schwartz, all right.

17      You – Alex Jones has been represented by um,

18  Brad Reeves.

19      MS. PAZ: Yes.

20      ATTY. MATTEI: All right, and Attorney Pattis, as

21  well.

22      MS. PAZ: Yes.

23      ATTY. MATTEI: But it was Ms. Blot (phonetic) who

24  sent you the material?

25      MS. PAZ: Yes, she had access to the Drop Box.

26      ATTY. MATTEI: And it would of only been Alex

27  Jones who had the authority to decide what to send

1      you, correct?

2            MS. PAZ: No.

3            ATTY. PATTIS: Objection, calls for speculation,

4      Judge.

5            THE COURT: Overruled.

6            MS. PAZ: No, I was provided with everything that

7      they had in their production. So, I don't think

8      anything was withheld from me – if that was your

9      question.

10           ATTY. MATTEI: That is what I'm getting at,

11  because the video, 'Connecticut School Massacre Looks Like

12  False Flag' was not provided to you, was it?

13           MS. PAZ: I don't – I don't recall.

14           ATTY. MATTEI: All right, let's um . . .

15           MS. PAZ: I had a handy dandy note – if you

16      recall, I had 100 pages of notes on the videos that I

17      watched, and I don't have that in front of me. So, I

18      just don't recall, as I said, which videos I watched.

19           ATTY. MATTEI: Okay, and I'm gonna show you that

20      testimony.

21           MS. PAZ: Sure.

22           ATTY. MATTEI: But let me ask you this, it would

23      of been very relevant to you to have seen the first

24      things that Alex Jones said about the Sandy Hook

25      shooting, correct?

26           MS. PAZ: Of course.

27           ATTY. MATTEI: And the first things he said about

1          the Sandy Hook shooting are on that video,

2          '*Connecticut School Massacre Looks Like False Flag,*

3          *Witnesses Say'*, correct?

4               MS. PAZ: I don't know what video we're talking

5          about, just because I don't have my notes.

6               ATTY. MATTEI: All right.

7               MS. PAZ: So, I don't recall.

8               ATTY. MATTEI: Your Honor, may I have just one

9          moment?

10              THE COURT: Take your time.

11              MS. PAZ: Thank you.

12              ATTY. PATTIS: (indiscernible) caffeine pill.

13              MS. PAZ: I am moving on to the water.

14              THE COURT: (indiscernible) during the break.

15              MS. PAZ: Is it? Thanks.

16              THE COURT: (indiscernible).

17              ATTY. MATTEI: Okay, all right.

18              Can we just bring up, um – just for witness

19         please, Exhibit 10 from the deposition; this has been

20         marked for I.D., Your Honor, and I'll figure it out

21         while you . . .

22              ATTY. PATTIS: Is it on the list, sir?

23              ATTY. MATTEI: Which – yes, it is, I'll get you

24         the paper.

25              So, Ms. Paz, as you sit here today, you don't

26         know at the moment, whether you were provided with

27         the very first video that Alex Jones aired on –

1          Oh, we can take that down, I just want it for

2     the witness.

3          You recall at your deposition, there was a

4     stipulation about videos?

5          MS. PAZ: A stipul – oh, yes, there was, yes.

6          ATTY. MATTEI: I would re-pull up 245 just for

7     you, okay? Can you see it?

8          MS. PAZ: Sure, uh, not yet. There's nothing

9     there yet.

10          Yes, I see it.

11          ATTY. MATTEI: Can we do it just for the

12    witness's screen, please? Not for every screen, do we

13    know how to do that?

14          Okay, go down to Exhibit A, please, to this

15    deposition.

16          Do you still have it?

17          MS. PAZ: Yes, I do but it's . . .

18          ATTY. MATTEI: All right can you just hold on to

19    Exhibit A?

20          MS. PAZ: Um-hmm.

21          ATTY. MATTEI: Exhibit A, you will recall Ms.

22    Paz, is a list of videos that you were provided,

23    right?

24          MS. PAZ: Uh, yes, yes.

25          ATTY. MATTEI: And the video, '*Connecticut School*

26    *Massacre Looks Like False Flag, Witnesses Say*' was

27    not provided to you, correct?

1           MS. PAZ:  It's not on this list, no.

2           ATTY. MATTEI: All right. Now, I've been told I'm

3      wandering a little bit, so I'm trying to get back on

4      track.

5           MS. PAZ: It happens.

6           ATTY. MATTEI: Have you look at that video

7      though? That chart, there?

8           MS. PAZ: This list, um-hmm.

9           ATTY. PATTIS: And we're doing this because . . .

10          ATTY. MATTEI: That reminds you that the title of

11     that video was '*Connecticut School Massacre Looks*

12     *Like False Flag, Witnesses Say*'?

13          MS. PAZ: Well, as you said, it wasn't on the

14     list of videos that I reviewed, so.

15          ATTY. MATTEI: Right, but we talked about it at

16     your deposition.

17          MS. PAZ: We did, yes.

18          ATTY. PATTIS: Good lawyer, but man, beat that

19     hobbyhorse to death.

20          ATTY. MATTEI: Yeah, okay, and Free Speech

21     Systems acknowledges that in that video, not a single

22     witness said that Sandy Hook was false flag, correct?

23          MS. PAZ: I don't believe so.

24          ATTY. MATTEI: You mean, yes, you acknowledge it?

25          MS. PAZ: Right, right, correct.

26          ATTY. MATTEI: All right. So, let's go to that

27     exhibit I was trying to pull up earlier, this is 228,

1    this is going back to our discussion about his

2    audience, okay?

3         MS. PAZ: Okay.

4         ATTY. MATTEI: And the reason we got on that

5    video is because I was – I'm reminding myself now,

6    that the reason we got on that video is because I was

7    talking to you about the different ways that Alex

8    Jones tries to engage his audience, right? And that's

9    how we got on click-bait, right?

10        MS. PAZ: Um-hmm.

11        ATTY. MATTEI: But what I really want to talk to

12   you about is the audience, and so this Exhibit 228 –

13   you're familiar with Google Analytics? Like, the

14   term?

15        MS. PAZ: Yes, and I've seen this Exhibit before.

16        ATTY. MATTEI: Great, this is a program that

17   Infowars uses to track its web performance, right?

18        MS. PAZ: Well, I know that there's an issue as

19   to whether we actively use this, but it is available

20   to Free Speech to track this type of information, as

21   far as internet traffic.

22        ATTY. MATTEI: Let's just pull it down for a

23   second.

24        So, I'm not asking that. You're Free Speech

25   Systems.

26        MS. PAZ: Yes.

27        ATTY. MATTEI: We're about to look at an Exhibit,

1    from Infowars, showing Google Analytics data, correct?

2          MS. PAZ: Yes.

3          ATTY. MATTEI: Okay, does Free Speech Systems use

4    Google Analytics to track its website performance?

5          MS. PAZ: So, we talked about this a lot in our

6    depositions, as far as whether . . .

7          ATTY. MATTEI: Wait, hang on a second Ms. Paz,

8    hold on a second.

9          MS. PAZ: Yes.

10         ATTY. MATTEI: I don't want to know what we

11    talked about in our depositions . . .

12         MS. PAZ: Sure.

13         ATTY. MATTEI: I just want to know yes or no, as

14    Free Speech Systems, sitting here right now, does it

15    use Google Analytics to track its website

16    performance?

17         MS. PAZ: It is available according to my

18    investigation. It does not actively use this

19    information.

20         THE COURT: Is that a yes or a no?

21         MS. PAZ: No.

22         ATTY. PATTIS: Now I'm confused, Judge. I don't

23    mean rude, is it 'no' to you or 'no' to the question?

24         THE COURT: I assume it was 'no' to the question.

25         MS. PAZ: That's what I – that, I'm sorry. It was

26    'no' to the question.

27         ATTY. PATTIS: Okay, I didn't understand the

1          question.

2                    MS. PAZ: Sorry.

3                    ATTY. MATTEI: So, Free Speech Systems testimony

4          here today, is that it does not use Google Analytics

5          to track its website performance, correct?

6                    MS. PAZ: Correct, that's based on my various

7          investigation and discussion with the employees and

8          my review of the material.

9                    ATTY. MATTEI:  We'll pull up Exhibit 120,

10         please.

11                   THE CLERK: That is a full exhibit, Your Honor.

12                   ATTY. MATTEI: All right, now this is an email

13         from Chris Andrews, right?

14                   MS. PAZ: Yes.

15                   ATTY. MATTEI: Infowars employee, correct?

16                   MS. PAZ: Yes.

17                   ATTY. MATTEI: Sent June 20, 2014, right?

18                   MS. PAZ: Yes.

19                   ATTY. MATTEI: To Tim Fruge, right?

20                   MS. PAZ: Yes.

21                   ATTY. MATTEI: Tim Fruge is Mr. Jones's long-time

22         director of his online business, right? He basically

23         runs the online store.

24                   MS. PAZ: Um, I mean, I don't know if I'd say

25         'long-time', but he's come and gone quite a few

26         times; but he, at that time, was, yes.

27                   ATTY. MATTEI: He's only come and gone once,

1          right? Like, he was hired back in 2009, right?

2               MS. PAZ: He was hired back and then he left

3          again.

4               ATTY. MATTEI: Right, but just stick with me now.

5     He was hired in 2009 . . .

6               MS. PAZ: Right.

7               ATTY. MATTEI: He worked for Infowars all the way

8          through 2019, right?

9               MS. PAZ: I don't know the exact date, but yes,

10         he left in 2019; he came back briefly in 2021, I

11         wanna say.

12              ATTY. MATTEI: All right.

13              MS. PAZ: Correct.

14              ATTY. MATTEI: Because he was deposed in this

15         case in 2019?

16              MS. PAZ: Yes, he was.

17              ATTY. MATTEI: All right, in any event – so he is

18         being sent this email by Chris Andrews, right?

19              MS. PAZ: That's what it says, yes.

20              ATTY. MATTEI: 'This is all four of our websites

21         from Google Analytics', 'These are the updated

22         versions of the others, also', right?

23              MS. PAZ: That's what it says, yes.

24              ATTY. MATTEI: And attached are four Excel

25         spreadsheets for different websites owned by Free

26         Speech Systems, right?

27              MS. PAZ: That's what it says, yes.

1          ATTY. MATTEI: One is InfowarsShop.com . . .

2          MS. PAZ:  Yes.

3          ATTY. MATTEI: At the time, that was r. Jones's

4     online store, right?

5          MS. PAZ: Yes.

6          ATTY. MATTEI: Okay, he then added

7     InfowarsStore.com, a couple years later, right?

8          MS. PAZ: Yes.

9          ATTY. MATTEI: All right, there's another one for

10    Infowars.com, that's the website, right?

11         MS. PAZ: Yes.

12         ATTY. MATTEI: Okay, PrisonPlanet.com, that's

13    another website, right?

14         MS. PAZ: Right.

15         ATTY. MATTEI: And what Mr. Andrews is doing, is

16    sending Alex Jones's business director all of the

17    numbers for those websites, of how those websites

18    were performing, correct?

19         MS. PAZ: On this particular date, yes.

20         ATTY. MATTEI: Right, and if we scroll down –

21    let's scroll down to Infowars.com for 2011, talked

22    about this in opening.

23         Could we put up both pages, would you mind? Oh

24    great, yeah.

25         So, the Jury saw these numbers in opening, this

26    is basically Infowars.com's website performance for

27    the whole year, right?

1          MS. PAZ: That's what it is, yes.

2          ATTY. MATTEI: 280 million page views . . .

3          MS. PAZ: Correct.

4          ATTY. MATTEI: . . . being sent to the business

5     director.

6          MS. PAZ: Well, I don't know if that was his

7     title at the time, but it was emailed to him, yes.

8          ATTY. MATTEI: Do you want to revise your

9     testimony about whether – that you just gave to the

10    Judge, that Infowars doesn't use Google Analytics?

11         MS. PAZ: No, and if I could expound on that I

12    would be happy to.

13         ATTY. MATTEI: Um, well, before you expound on

14    it, why don't you tell me who gave you the

15    information that Infowars doesn't use Google

16    Analytics?

17         MS. PAZ: So, I did review, obviously, the

18    various depositions, but I also spoke to Blake Roddy,

19    who is currently employed there, and I did review

20    with him – there's a couple of emails to that affect,

21    about requests to pull Google Analytics.

22         Whether it's done with any regularity, or

23    whether it is used actively in the marketing strategy

24    by Free Speech Systems – as far as me, trying to

25    familiarize myself with the marketing and what

26    information is used, because that was a topic.

27         ATTY. MATTEI: Can I just stop you there for a

1        second?

2              Ms. Paz: Sure.

3              ATTY. MATTEI: Because I think what I asked you

4        is who told you that they didn't use it? Did Blake

5        Roddy tell you that?

6              MS. PAZ: Yes.

7              ATTY. MATTEI: Okay. Blake Roddy told you that

8        they didn't use it?

9              MS. PAZ: His position to me was that, they only

10       usually pulled it or would pull it at the request for

11       litigation purposes, and sporadically at the request

12       of various people - but it wasn't actively used in

13       the marketing strategy.

14             ATTY. MATTEI: Let's go to 2012.

15             ATTY. PATTIS: I can't see the number of the

16       exhibit.

17             Number, please?

18             ATTY. MATTEI: Same Exhibit.

19             ATTY. PATTIS: Thank you.

20             ATTY. MATTEI: Year of 2012, right, and we went

21       through this in opening yesterday, as well.

22             You see the total numbers for 2012, right?

23             MS. PAZ: Yes, I do see it, yes.

24             ATTY. MATTEI: Okay, 286 million page views,

25       right?

26             MS. PAZ: That's what it says, yes.

27             ATTY. MATTEI: Okay, and then you see the numbers

1   for December, 10.6 million sessions, 4.6 million

2   users, 24.9 million page views, right?

3      MS. PAZ: That's what it says, yes.

4      ATTY. MATTEI: Okay, you've reviewed this Exhibit

5   before?

6      MS. PAZ: Um, can you zoom out on it?

7      ATTY. MATTEI: This is the email that we've been

8   looking at.

9      MS. PAZ: I'm sorry, can you just go to the first

10  page?

11     ATTY. MATTEI: Sure.

12     MS. PAZ: No, that's not the first page.

13     ATTY. MATTEI: This is the email that we just

14  pulled up, and this is the first page of the Exhibit.

15     MS. PAZ: No, I mean the first page of the Google

16  Analytics. I reviewed the files that had – that

17  looked like they had the charts on them. So, I don't

18  recall whether I saw this specifically, but I have

19  reviewed various Google Analytics documents, so I

20  have seen them.

21     ATTY. MATTEI: Do you know whether they gave this

22  to you?

23     MS. PAZ: I'm sorry?

24     ATTY. MATTEI: Do you know whether they gave this

25  to you?

26     Ms. Paz: I don't recall. I do recall seeing

27  various Google Analytics documents, so I don't recall

1      this particular document.

2           ATTY. MATTEI: And the reason why I'm asking if

3      they gave you this one is – let's go back to 2012 for

4      Infowars.com, and let's - pull up 2012 and 2013.

5           The reason I'm asking you whether they gave you

6      this one is because, if you look between December

7      2012 and January 2013 – you know the Sandy Hook

8      shooting happened on December 14th, 2012, right?

9           MS. PAZ: yes, I know the date.

10          ATTY. MATTEI: Remember, Free Speech Systems

11     acknowledges now, in this courtroom, that 26 people

12     were murdered at Sandy Hook, correct?

13          MS. PAZ: Yes.

14          ATTY. MATTEI: And they acknowledge that Adam

15     Lanza is the person who went into the school that day

16     - and the only person, correct? And committed that

17     atrocity, correct?

18          MS. PAZ: Yes.

19          ATTY. MATTEI: Okay Free Speech Systems now is

20     saying that to this Jury, right?

21          MS. PAZ: Yes.

22          ATTY. MATTEI: If you look at December, you had

23     10.6 million sessions, it goes up to 14.6 in January,

24     doesn't it?

25          MS. PAZ: That's what it appears, yes.

26          ATTY. MATTEI: It appears, or it is?

27          MS. PAZ: That's what the document says, yes.

1        ATTY. MATTEI: This is your document, right?

2        MS. PAZ: Free Speech Systems produced this, yes.

3        ATTY. MATTEI: Okay. It goes from 49 million

4    users – oh this one. I'm sorry.

5        MS. PAZ: No, that's the year, total.

6        ATTY. MATTEI: I'm sorry, 4.6 million users to

7    6.3 million users, correct?

8        MS. PAZ: That's what it says, yes.

9        ATTY. MATTEI: It goes from 24.9 million page

10    views to 35.7 million page views, right?

11        MS. PAZ: That's what it says, yes.

12        ATTY. MATTEI: And you know, that from December

13    14, 2012, all the way through the end of January,

14    Alex Jones and Free Speech Systems were repeatedly

15    publishing claims that the shooting was staged,

16    correct?

17        MS. PAZ: I believe so, yes.

18        ATTY. MATTEI: And you know, from Timothy Fruge's

19    deposition, the business director, that Alex Jones

20    asks him for sales numbers every day, right?

21        MS. PAZ: Uh, yes, he does ask him for numbers

22    regarding how much is in stock, if there's an

23    overstock of particular items . . .

24        ATTY. MATTEI: I didn't ask overstock, I just

25    said sales. He asked about sales every day, right?

26        MS. PAZ: Okay, right he does get sales numbers,

27    yes. Right.

1     ATTY. MATTEI: And you heard Timothy Fruge's

2   deposition, that Alex Jones knows what he's talking

3   about on the air. When he has a good sales day,

4   right?

5     MS. PAZ: I'm sorry, can you repeat the question?

6     ATTY. MATTEI: Alex Jones knows what he's talking

7   about on the air, when he has a good sales day,

8   right?

9     MS. PAZ: You mean — you mean if he has a good

10   sales day, it's related to what he's talking about on

11   the air? Is that your question? I just want to make

12   sure I understand your question.

13     ATTY. MATTEI: My question is you recall Timothy

14   Fruge's deposition, correct?

15     MS. PAZ: I know he testified, yes, and I

16   reviewed it

17     ATTY. MATTEI: And he testified that Alex Jones

18   knows what he's talking about when he has a good

19   sales day, correct?

20     MS. PAZ: He knows what he's talking about

21   translates into sales, yes.

22     ATTY. MATTEI: And you remember David Jones's

23   deposition — David Jones, I know you said you don't

24   know whether he's ever employed, right?

25     MS. PAZ: Right, I don't recall the deposition

26   testimony.

27     ATTY. MATTEI: You don't?

```
1            MS. PAZ: I don't recall Dr. Jones's deposition

2       testimony regarding the employment.

3            ATTY. MATTEI: Okay, right, right, I'm sorry.

4            MS. PAZ: Right, right.

5            ATTY. MATTEI: (indiscernible)

6            You recall David Jones's testimony, that when

7       Alex Jones has a good sales day, they try and

8       replicate what he was talking about, so they can

9       replicate those sales.

10           MS. PAZ: I do recall that testimony, yes.

11           ATTY. MATTEI: Thank you.

12           Your Honor, I'm sorry can you remind me when our

13      morning break is?

14           THE COURT: Could have it at any time between now

15      and the next 10 minutes; is this a good time?

16           ATTY. MATTEI: This is a great time.

17           THE COURT: All right, so we will take our

18      morning recess at this point.

19           You'll remember all the rules all the rules of

20      Juror conduct that I told you about. Ron will collect

21      your notebooks and we will see you in 15 minutes,

22      we'll take a recess.

23           THE MARSHAL: All rise, please.

24                  (JURY EXITS COURTROOM)

25                  (MORNING RECESS)

26
```

```
DKT NO: X06-UWY-CV186046436-S    :  COMPLEX LITIGATION DKT

ERICA V. LAFFERTY                :  JUDICIAL DISTRICT WATERBURY

v.                               :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                 :  SEPTEMBER 14, 2022


DOCKET NO: X06-UWY-CV186046437-S

WILLIAM SHERLACH

v.

ALEX EMRIC JONES


DOCKET NO: X06-UWY-CV186046438-S

WILLIAM SHERLACH

v.

ALEX EMERIC JONES
```

# C E R T I F I C A T I O N


I hereby certify that the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Waterbury, Waterbury, Connecticut, before the Honorable Barbara N. Bellis, Judge, on the 14th day of September, 2022.


Dated this 15th day of September, 2022, in Waterbury, Connecticut.




*Kendyl Henaghan*
Kendyl Henaghan
Court Recording Monitor