# EXHIBIT 28

```
NO:  X06-UWY-CV18-6046436-S       :  SUPERIOR COURT

ERICA LAFFERTY                    :  COMPLEX LITIGATION DOCKET

v.                                :  AT WATERBURY, CONNECTICUT

ALEX EMERIC JONES                 :  SEPTEMBER 14, 2022
. . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . .
NO:  X06-UWY-CV18-6046437-S       :  SUPERIOR COURT

WILLIAM SHERLACH                  :  COMPLEX LITIGATION DOCKET

v.                                :  AT WATERBURY, CONNECTICUT

ALEX EMERIC JONES                 :  SEPTEMBER 14, 2022
. . . . . . . . . . . . . . . . .  . . . . . . . . . . . . . . . .
NO:  X06-UWY-CV18-6046438-S       :  SUPERIOR COURT

WILLIAM SHERLACH                  :  COMPLEX LITIGATION DOCKET

v.                                :  AT WATERBURY, CONNECTICUT

ALEX EMERIC JONES                 :  SEPTEMBER 14, 2022
```

BEFORE THE HONORABLE BARBARA BELLIS, JUDGE
AND JURY


**VOLUME II 0F IV**
**WITNESS:  BRITTANY PAZ BEGINNING AT 11:34 TO 12:54**


<u>A P P E A R A N C E S</u> :


   Representing the Plaintiff:

      ATTORNEY CHRISTOPHER MATTEI
      ATTORNEY ALINOR STERLING
      ATTORNEY JOSHUA KOSKOFF
      ATTORNEY MATTHEW BLUMENTHAL



   Representing the Defendant:

      ATTORNEY NORMAN PATTIS
      ATTORNEY ZACHARY REILAND


                  Recorded By:
                  Kendyl Henaghan

                  Transcribed By:
                  Shannon LeRoy
                  Court Recording Monitor
                  300 Grand Street
                  Waterbury, CT  06702

1    (THE JURY ENTERED THE COURTROOM.)

2    THE COURT:  Please be seated.  I'll do my mental

3    count of ten to make sure you're all here.  Counsel

4    will stipulate that the panel is present.

5    ATTY. PATTIS:  We'll do.

6    ATTY. MATTEI:  Yes, Your Honor.

7    THE COURT:  All right.

8    ATTY. PATTIS:  Your Honor, may I speak to

9    Mr. Ferraro before we begin?

10   THE COURT:  Certainly.

11   ATTY. PATTIS:  Thank you, Judge.

12   THE COURT:  You're welcome.  Whenever you're

13   ready, Attorney Mattei.

14   ATTY. MATTEI:  Thank you, Your Honor.  I'm just

15   thinking.  I'm making this easel and I was thinking

16   about the best place to put it so that everybody can

17   see it.  I suppose it would probably be over here so

18   that defense counsel can see it.

19   THE COURT:  That's pretty far for the jury.

20   ATTY. MATTEI:  It is.  I guess I can put it up

21   there.

22   THE COURT:  Well, let's see if defense counsel

23   can see it.

24   ATTY. MATTEI:  All right.

25   THE COURT:  We'll figure it out.

26   ATTY. MATTEI:  All right.  So why don't we call

27   up Exhibit 2000 and – 215.

1            THE COURT:  I got a little nervous there.

2            ATTY. MATTEI:  Yeah, sorry.

3            THE COURT:  That's a full exhibit?

4            ATTY. MATTEI:  Yes, Your Honor.

5            THE CLERK:  Yes, it is, Your Honor.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1    B R I T T A N Y   P A Z,

2        having been called as a witness, was previously duly

3        sworn, examined, and testified as follows:

4    DIRECT EXAMINATION BY ATTORNEY MATTEI CONTINUED:

5    Q   Now Ms. Paz, this is the same group report for the

6    year prior, 2014.  Right?

7    A   Right, that's what it looks like.

8    Q   All right.  And do you have the same response as you

9    did with the earlier one, that you don't know if this was

10   provided to you?

11   A   I don't – yeah, I don't recall, I'm sorry.

12   Q   All right, no problem.  But you'd agree that just

13   like the 2015 report, this 2014 report shows all of Info

14   Wars social medial performance for the year 2014 on those

15   four social media platforms, Twitter, Facebook, Linkedin and

16   Instragram?

17   A   Right.

18   Q   Okay, all right.   Let's go to page 2.  And these are

19   the accounts listed here  -

20            (Someone's phone went off)

21   BY ATTORNEY MATTEI:

22   Q   I'll count them up, I'm not going to ask you to count

23   them up.  I'll count them up at some point for the jury.

24   A   Sure.

25   Q   There's a lot.  Right?

26   A   There are quite a few.

27   Q   All right.  And let's go to – oh, Youtube is not

1    here.  Do you know why?

2      A   I don't know why.  We were – well Free Speech was

3    de-platformed in 2018 but this is 2014 so I don't know.

4              ATTY. MATTEI:  Objection, move to strike, Your

5         Honor.

6              THE COURT:  Sustained.

7              ATTY. MATTEI:  Okay.

8    BY ATTORNEY MATTEI:

9      A   I don't know.

10             THE COURT:  The testimony is stricken, the jury

11        will disregard it.

12             ATTY. MATTEI:  Thank you.

13   BY ATTORNEY MATTEI:

14     Q   In 2014 obviously, Info Wars was uploading videos to

15   Youtube every day.  Correct?

16     A   Yes.

17     Q   Okay.  But it didn't produce any data to us

18   concerning its Youtube page performance.  Correct?

19     A   Did we?  No.

20     Q   Okay.  Let's go to the next page.  All right.  And

21   let's pull up – you know what, let's pull up not just the

22   top box but like the whole area where there's texts.  Okay?

23   Yeah, there you go.  Good, okay.  Now you recall that in

24   2015, and I should have started with this one, I'm sorry.

25   But in 2015 the total number of impressions was 2.9 billion.

26   Right?

27     A   I'll take your representation on that, I don't

1    recall.

2        Q   You don't recall.

3        A   I'll accept that representation.

4        Q   All right.  Here it's – I'll show it to you again.

5    Here it's 2.2 billion impressions.  Right?

6        A   Yes, that's what it says.

7        Q   And this is where at the advise of my co-counsel I'm

8    going to use this easel.  All right?  Because I want –

9    sometimes people feel better about paper versus the screen.

10   So –

11               MS. PAZ:  Is it all right if I turn?

12               THE COURT:  That's fine.

13   BY ATTORNEY MATTEI:

14       Q   So we're talking about –

15               ATTY. MATTEI:  Can you see, counsel?

16               ATTY. PATTIS:  Yes.  Yes, depending on how big

17           the numbers are.

18               ATTY. MATTEI:  You guys can see it.  Now there

19           are other screens so you don't have to look at this

20           if you don't want to.

21   BY ATTORNEY MATTEI:

22       Q   But let's talk about 2014.  Okay.  You got 2.2

23   billion impressions.  Right?

24       A   That's what this says, yes.

25       Q   All right.  And 7.7 million engagements.  Right?

26       A   Sure, you can round that up to 7.8.

27       Q   Thank you, 7.8.  10.3 million link clicks.  Right?

1    A    Yes.

2    Q    Now 2014, this was the year that Alex Jones first had

3    Wolfgang Halbig on his show.   Right?

4    A    2014, yes, that's correct.

5    Q    Right.

6    A    Yes.

7    Q    And Wolfgang Halbig on the Alex Jones Show called the

8    Sandy Hook shooting an illusion.   Right?

9    A    Did Wolfgang Halbig do that?

10   Q    Yeah.

11   A    Yes, he did.

12   Q    And Alex Jones agreed with him?

13   A    Yes.

14   Q    Okay.   He said that the parents should get an Oscar

15   for their acting performance.   Right?

16   A    I believe he did, yes.

17   Q    And Alex agreed with him?

18   A    I believe so, yes.

19   Q    Okay.   He said that it had been scripted two plus

20   years in advance the shooting happened.   Right?

21   A    Did Mr. Halbig say that?

22   Q    Right.

23   A    Yes.

24   Q    And Alex Jones agreed?

25   A    Yes.

26   Q    And by the way, it wasn't just Mr. Halbig, I mean

27   Alex Jones in 2014 was calling it a fake and a total hoax.

1 Correct?

2   A   Yes.

3   Q   All right.  And during this year you know that all of

4 those shows and all of those articles lying about Sandy Hook

5 went up on Info Wars social media channels.  Correct?

6   Q   Yes, they did.

7   Q   Do you recall Louis Serrtuche's deposition testimony?

8   A   I don't think I do.  I'm sorry.

9   Q   You know who Louis Serrtuche is.  Right?

10   A   I'm terrible with names -

11   Q   Okay.

12   A   - so it's not ringing a bell.

13   Q   Do you remember the guy's deposition with the long

14 hair testified about Free Speech System social media

15 operations?

16   A   I don't recall, I'm sorry.

17   Q   Did you watch the deposition of Info Wars Social

18 Media Manager?

19   A   I read – I know I read the deposition of Mr. Roddy

20 and Mr. Zimmerman.  Aside from that, the other ones, I don't

21 recall.

22   Q   All right.  Let me just try one more time.  I take it

23 then that you don't have a recollection of his testimony

24 that all Info Wars articles and videos went up on all of

25 their social media platforms, including all of their Sandy

26 Hook content?

27   A   I don't recall the testimony.

1    Q   Okay.  Is that in fact true?

2    A   That all of the videos go up on all of the social

3  media platforms?

4    Q   Yes.

5    A   Clips of them do, yes.

6    Q   Yes.  And all of Youtube.  Correct?

7    A   Yes, yes.

8    Q   All right.  Now in this year where Alex Jones and

9  Wolfgang Halbig were doing these things, they generated a

10  total fans of 1.7 million.  I don't know what – do you know

11  what that means?

12    A   I'm sorry, the clipboard is in the way.  Okay, go

13  ahead.

14    Q   You don't have it there?

15    A   I do have it there.  Which one are you referring to?

16    Q   Your total fans 1.7.

17    A   Oh yes, I see it.

18    Q   Right.  And you see that the total followers since

19  the previous date branch went up 41 percent.  Yeah?

20    A   That's what it says, yes.

21    Q   All right.  Let's go down to the next page.  Okay.

22  Now you'll see here, this is about message volume.  Right?

23    A   Yes.

24    Q   Message volume means messages that Info Wars fans are

25  sending into their social media mails.  Right?

26    A   Yes.

27    Q   Is one way that Info Wars engages its audience.

1    Right?

2       A    One of the ways.

3       Q    We're going to hear Alex Jones say, send us your

4    tips.  Right?

5       A    Sure.

6       Q    Okay.  And you're aware that one of the things that

7    Info Wars did on Facebook in particular was give its

8    audience missions.  Do you know what that means?

9       A    I recall seeing it saying, missions.

10      Q    Right.

11      A    So yes, I know what you're talking about.

12      Q    They say to their audience, here's your mission.

13   Right?

14      A    Yes.

15      Q    Okay.  And it's another way of engaging their

16   audience.  Right?

17      A    Right, it's – the verbiage is used to take in the

18   audience, that's correct.

19      Q    Right.  And one of the ways that Alex Jones did that

20   was by giving his audience a mission to investigate Sandy

21   Hook.  Right?

22      A    Was that one of the missions?

23      Q    Yes.

24      A    I don't recall if it was specifically one of the

25   missions but I mean it was – he did give out missions.  I do

26   recall seeing social media posts to that effect.

27      Q    Right.  And one of the missions, in fact, not just –

1    one that he gave out was to investigate Sandy Hook.  Right?

2              ATTY. PATTIS:  Asked and answered, Judge.  She

3          already said she didn't recall.

4              MS. PAZ:  I don't recall specific posts.

5    BY ATTORNEY MATTEI:

6     Q    You do recall though Alex Jones looking directly at

7    the camera on his show and telling his audience that, let's

8    look into Sandy Hook.  Right?

9     A    I do believe I recall seeing him saying something to

10   that effect.

11    Q    Right.  He said that right after he sent his

12   audience, and I think I can get the exact wording.  You tell

13   me if I'm wrong.  Right after he said to his audience, so my

14   heart goes out to the people I see on the news who say

15   they're parents.  The only difference is I seen soap operas

16   before and I know the difference between when I'm watching a

17   movie and when I'm watching something real.  Let's look into

18   Sandy Hook.  Do you remember that mission?

19    A    I don't know if he termed it a mission but I recall

20   him using words to that effect.

21    Q    And in this year the messages that they were

22   receiving from their fans went up 557 percent.  Yeah?

23    A    On social media, yes.

24    Q    Yes.  They got emails too.

25    A    Many, many emails.

26    Q    Right.  All right, let's go to the next page.  Ah,

27   okay.  So now here we're getting into the breakdown of the

1  impressions.  You see Facebook had 1.2 billion and at

2  Twitter you're at 1 billion.  Right?

3     A   That's what this says, yes.

4     Q   Up 300 percent, 307 percent from the year before.

5  Right?

6     A   That's what it says, yes.

7     Q   Okay.  Is there another page?  Yeah, let's pull up

8  the next two pages side by side, if you don't mind.  See

9  this chart is getting a lot of use here.  All right.  While

10 we're working on that, I'm going to show you the engagements

11 here.  Engagements also 100 percent.  Right?

12    A   Yes, that's what it says.

13    Q   And that's what we were talking about earlier.  Every

14 time an audience member likes something.  Right?

15    A   Right.

16    Q   Shares it.

17    A   Right.

18    Q   Reposts it.

19    A   Right.

20    Q   Right?  Comments on it.

21    A   Right.

22    Q   And that type of engagement is what Info Wars was

23 going for.  Correct?

24    A   Sure.

25    Q   All right.  And it increased 100 percent in 2014.

26 Right?

27    A   That's what that says.

1    Q    The year they were having Halbig on.  Actually, the

2    first year they had Halbig on.

3    A    Right.  They started to have him on that year.

4    Q    Okay.  Okay, so what I want to do now is go to the

5    page where all the accounts are listed, if we can.

6            THE COURT:  Attorney Mattei, are you going to

7            use that chart?

8            ATTY. MATTEI:  I can for the next one, for 2015.

9            Is it in the way?

10           THE COURT:  No, it just won't turn this way, but

11           that's all right.

12   BY ATTORNEY MATTEI:

13   Q    I'm sorry, down where they have the – down near the

14   icons.  Yeah, yeah.  So these are just the graphic listings

15   of the different accounts here.  Right?  So if you went to

16   one of the pages you'd see you know, the Info Wars report.

17   A    Yes.

18   Q    That's where down further you got the Alex Jones

19   page.  Right?

20   A    Yes.

21   Q    Right.  And obviously like the Alex Jones page is

22   dwarfed the other ones in terms of the popularity on sites.

23   Correct?

24   A    According to this you mean?

25   Q    Yeah.

26   A    Oh yes, because this is ranked so the others are

27   ranked higher so, yes.

1    Q    Well this is where Facebook starts, so like on this

2    side, right, that's Twitter above.

3    A    Right.

4    Q    Here's Facebook, obviously you know, he's way above

5    everybody else.  Yeah?

6    A    Yes.

7    Q    All right.  Let's go to 2015.  The next one, 2015.

8    This is the one we were looking at earlier that I told you

9    I'd show you again.

10   A    Yes.

11   Q    Let's use this again here.  All right, and let's go

12   to the second page.  All of these, here's the accounts.

13   Right?  Let's go to the third page.  Okay.  And here we are

14   again, and here we have the 2.9 billion impressions.  Right?

15   The times his stuff is viewed.  Yeah?

16   A    Yes.

17   Q    Okay.  And let's go down and see the growth numbers.

18   Yeah?  So here fans are up 21 percent this year in 2015.

19   Correct?

20   A    That's what it says, yes.

21   Q    Okay, let's go to the next page.  Here we are again

22   with increasing engagement in terms of messages coming in.

23   Up 129 percent since the previous date range in terms of –

24   so the first number 129 percent are posts sent and that's

25   messages that Info Wars was sending out.  Those are those

26   missions we were talking about.  Right?

27   A    Among other things, but yes.

1    Q    And the messages they were receiving, also 144

2    percent.  Right?

3    A    That's what it says, yes.

4    Q    All right.  Let's go to the next page.  Okay,

5    impressions up 30 percent over the 2.2 billion, up to 2.9.

6    Yeah?

7    A    That's what it says, yes.

8    Q    Okay.  Now let's get out of this.  Far and away, well

9    let's pull up the Facebook group report for – I'm sorry, not

10   the group report.  The Facebook report for 2016.

11             ATTY. MATTEI:  This is in evidence, Your Honor.

12         And this is 222.

13   BY ATTORNEY MATTEI:

14   Q    Now this is just Facebook.  Right?

15             ATTY. PATTIS:  I don't think 222 is in yet, but

16         I don't object.

17             THE CLERK:  It is a full exhibit, Attorney

18         Pattis.

19             ATTY. PATTIS:  Okay.

20   BY ATTORNEY MATTEI:

21   Q    All right.  Now this is 2016.  Right?

22   A    The following year, yes.

23   Q    The following year.  This doesn't include Twitter,

24   this is just Facebook.

25   A    That's what it looks like to me.

26   Q    We didn't get Twitter numbers for 2016.  Correct?

27   A    I don't believe so.

1    Q    Okay.  But anyway, we got Facebook.  So let's – let's

2  go down to the second page.  These are the accounts included

3  in the report.  This isn't all the reports, this is just the

4  accounts that were included in this report.  Correct?

5    A    It's all of the Facebook accounts.

6    Q    Well we'll compare it.  But anyway, let's go down.

7  Okay, so in 2016 how many impressions were there?

8    A    4.1 or 4.2.

9    Q    Billion, right?

10   A    Billion.

11   Q    So Facebook alone in 2016 4.1 billion.  Yeah?

12   A    That's what it says.

13   Q    That's what it says, all right.  43 million

14  engagements.  So what we're seeing here is during these

15  three years for which we have data, this is the exponential

16  growth we were talking about.  Right?

17   A    Using Mr. Jones' words, yes.

18   Q    Yeah, right.

19   A    Yes.

20   Q    And it would be fair to say, wouldn't it, that Alex

21  Jones had no competitors when it came to social media online

22  engagement.  Correct?

23   A    I'm sorry, what do you mean competitors?

24   Q    Yeah.  In terms of people who were lying about Sandy

25  Hook during this time.  Right?  Nobody touches Alex Jones in

26  terms of audience.  Fair to say?

27        ATTY. PATTIS:  Objection, Judge, speculative.

```
 1              MS. PAZ:  I don't know, I don't know.
 2              THE COURT:  Overruled.
 3   BY ATTORNEY MATTEI:
 4     A    I don't know how to answer that.  I didn't prepare
 5   any information comparing other broadcasts.
 6     Q    Okay.
 7     A    I can only speak for Free Speech.
 8     Q    Great.  Well then let me ask you this from Free
 9   Speech's respect.  Is Free Speech Systems aware of any other
10   media personality during this time who was publishing
11   information that Sandy Hook was a hoax that even comes
12   remotely close to his audience size?
13     A    I can't – like I said, I can't answer that, I don't
14   know anything about any other company besides Free Speech.
15     Q    So the answer is, Free Speech Systems is not aware of
16   any.  Correct?
17     A    The answer is, I don't know.
18     Q    Free Speech Systems doesn't know?
19     A    That's correct.
20     Q    Right.  All right, now correct me if I'm wrong, but
21   during this three year period, just impressions and just on
22   some of the social media platforms, there were 922 billion
23   impressions.  Correct?
24     A    Impressions, yes.
25     Q    Yeah.  All right.
26     A    I'll trust your amount on that.
27     Q    All right.  Now although we don't have social media
```

1  numbers for those earlier years, we did do Google Analytics.

2  Correct?

3    A   For which years?

4    Q   We saw them for – I showed them to you for 2011 –

5    A   Yes.

6    Q   – and 2012.

7    A   Yes.

8    Q   Right.  And then in 2013.

9    A   Yes.

10   Q   And those Google Analytics numbers weren't social

11  media, they were just Infowars.com.

12   A   I believe so, yes.

13   Q   (Inaudible).

14   A   Yes.

15   Q   But Info Wars produced things called media kits.

16  Right?

17   A   Media kits.  What do you mean by media kits?

18   Q   Well I'll show you.

19       ATTY. MATTEI:  So this is Exhibit 212, which is

20       in as full, Your Honor.

21  BY ATTORNEY MATTEI:

22   Q   This is an email.  Let's pull up the email header.

23  Okay, now this is a message from Derick and Infowars.com.

24  Do you know who Derick is?

25   A   I know that we had an employee named Derick that I

26  don't believe works there anymore but, yes.

27   Q   Yeah, okay.  You don't know his last name?

1    A    I don't.

2    Q    Okay.

3    A    I'm sorry.

4    Q    He was an employee in 2013?

5    A    13, yes.

6    Q    Do you know what he did?

7    A    I don't.

8    Q    Okay.  What about the people who he sent this to,

9    Will and Info Wars and Max at Info Wars?  Do you know who

10   those guys are?

11   A    I'm sorry, no.

12   Q    Okay.  And you'll see here that there are attachments

13   to this email, media kit?

14   A    That's what it says.

15   Q    Okay.  So what's a media kit?

16   A    I don't know.

17   Q    Okay.  Do you know what Free Speech Systems used them

18   for?

19   A    I don't know what it is, I've never seen this before.

20   Q    This wasn't given to you?

21   A    I don't believe I've seen this.

22   Q    Okay.  Well, let's take a look at it, let's pull up

23   the attachments.  Now what you'll see, Ms. Paz, is there's a

24   date here, 2013.  Right?

25   A    That's what it says.

26   Q    And it says, Free Speech Systems, LLC.

27   A    Yes.

1    Q    And it kind of gives you the topics that it's – that

2    this document is covering.  Right?

3    A    Yes.

4    Q    Now we'll go through the document but let's – if

5    you're looking at this cover page, does this give you a

6    sense that what this is is the type of information that Alex

7    Jones would give to potential advertisers who would pay to

8    place ads on Infowars.com?

9    A    That's what it looks like.

10    Q    Okay.  And so let's go down.  And you see there, the

11    first line, the house that truth built.

12    A    I see it.

13    Q    And you know that Alex Jones, in selling himself to

14    advertisers, but also in selling himself to his audience,

15    tells them that they can count on him for the truth.  Right?

16    A    I have seen him say that, yes.

17    Q    Right.  You've seen videos where he's said,

18    somebody's got to tell you the truth, folks.  Right?

19    Somebody's got to do it.

20    A    I've seen him say words to that effect, yes.

21    Q    Yeah.  He actually said that right after he told his

22    audience that Sandy Hook was staged, the evidence is

23    overwhelming.

24    A    I've seen him say that, yes.

25    Q    Right.  He said that in April of 2013.  Right?

26    A    I don't recall the date but I know that he said

27    something to that effect, yes.

1     Q   You don't recall that it was on the day of the Boston

2   Marathon bombing?

3     A   I don't recall the date, I'm sorry.

4     Q   All right.  So let's go down here.  And what I'd like

5   to do is go down to the second page.  All right, now let's

6   pull up kings of their domains and just pull up the – yeah,

7   that's okay.  Here he is saying, in terms of web popularity,

8   Infowars.com and Prisonplanet.com are on top of their class.

9   Right?

10     A   That's what it says, yes.

11     Q   All right.  And this is 2013.  Correct?

12     A   I think that's the date that was on the document,

13   yes.

14     Q   Okay.  And it gives the number of visitors to the

15   websites per month, the number of unique visitors per month,

16   the number of 30 million page views per month.   Right?

17     A   Yes, that's what it says.

18     Q   Okay.  Ms. Paz, isn't this Free Speech Systems using

19   Google Analytics?

20     A   I don't know how they got those numbers.

21     Q   Well we've seen the Google Analytics where these

22   numbers are presented.  Correct?

23     A   We've seen Google Analytics numbers, yes.

24     Q   Right.  Where else would they have got them?

25     A   I don't know.  I don't know where those numbers come

26   from.

27     Q   But you know that they didn't use it, that's what you

1    told the Judge.

2    A    I told the Court what information was relayed to me,

3    that they did not regularly use the Google Analytics in

4    terms of their marketing.

5    Q    What you told the Judge was, because the Judge asked

6    you, is that a yes or no, in response to the question, does

7    Free Speech Systems use Google Analytics.  She said, is that

8    a yes or no?  And you said, that's a no.  Right?

9    A    Right.

10    Q    And the reason you think it's a no is because that's

11    what Info Wars and Alex Jones told you.  Correct?

12    A    I don't believe Alex told me that but I think I said,

13    Blake Roddy told me that.

14    Q    And it's not true.  Is it?

15    A    I can only convey to you what – what I discussed with

16    the employees and what I've reviewed.  So that's based on my

17    review.

18    Q    Because Info Wars doesn't want this jury to know just

19    how closely it was tracking his audience growth as Alex

20    Jones was saying that Sandy Hook was a lie.  Right?

21    A    I don't think that's accurate.

22    Q    Let's go down to the next page here.  You don't think

23    that's accurate because somebody told you that?

24    A    Do I think I want the jury not to know about the –

25    Q    Not you, not you.

26    A    Alex Jones.

27    Q    Whoever claimed to you that they don't use Google

1   Analytics wanted you to say that to the jury.

2           ATTY. PATTIS:  Objection, Judge, it's

3        speculating contents of another mind.

4           THE COURT:  Overruled.

5   BY ATTORNEY MATTEI:

6     A   Do I think that Mr. Roddy didn't want me to know that

7   Free Speech uses Google Analytics?

8     Q   Well he definitely didn't want you to know that,

9   that's why he told you that they don't use it.  Right?

10    A   I don't think that was the reason why he told me

11  that, no.

12    Q   Okay.  Whatever the case is, when Mr. Roddy told you

13  that they don't use Google Analytics, he knew that that's

14  what you were going to come and tell this jury.  Right?

15          ATTY. PATTIS:  Objection, Judge.

16          THE COURT:  Sustained.

17  BY ATTORNEY MATTEI:

18    Q   All right, let's go – let's see here –

19          ATTY. MATTEI:  Your Honor, just one moment, if I

20       may?

21          THE COURT:  Take your time.

22  BY ATTORNEY MATTEI:

23    Q   We're going to talk about Blake Roddy –

24    A   Okay.

25    Q   Now Blake used to work for Tim Fruge.  Right?

26    A   Yes.  So I do believe he worked underneath Tim for a

27  while and then he took over at a certain point, probably

1   after Tim left.

2      Q   So just to make – just to make sure the jury knows,

3   because there's a lot of names being thrown around.  Tim

4   Fruge, prior to when he left in 2019 was Info Wars Online

5   Commerce Director.  Correct?

6      A   I don't know if he had a title but he handled the

7   website.

8      Q   Okay.

9      A   So, yes.

10      Q   Okay, well that's different.

11      A   And the e-commerce side of the website so, yes.

12      Q   All right.  So he ran – he ran the online store, he

13   tracked the sales, he had – he ran the warehouse, the whole

14   you know, revenue generating side of the business, Tim Fruge

15   supervised and reported to Alex Jones.  Right?

16      A   Sure.

17      Q   Okay.  And Blake Roddy was his subordinate.  Tim

18   Fruge supervised Blake Roddy?

19      A   Yes.

20      Q   Tim Fruge leaves in 2019, Blake Roddy gets promoted?

21      A   Right.

22      Q   So that's – those are the guys we're talking about.

23   Right?

24      A   Yes.

25      Q   Okay.  And what we see here on the – on the top left

26   is what Info Wars is telling its advertisers they're going

27   to charge.  Right?

1    A    Yes, that's what that looks like.

2    Q    Okay.  $2 - what's CPN mean?

3    A    Cost per - you know what, I'm blanking on what the N

4  is.

5    Q    Okay.

6    A    I'm sorry.

7    Q    Okay.

8    A    I don't recall.

9    Q    Okay.  Now basically they're saying that for every

10  thousand impressions your ad gets.  Is that what you

11  understand to be, he gets paid two bucks?

12   A    Right.

13   Q    Then you pay us every time somebody clicks on it he

14  pays 50 cents?

15   A    Right, so there's a difference between impressions

16  and the actual engagement and the cost, right.

17   Q    Now the reality is that Info Wars didn't advertise

18  other people's products very much.  Right?

19         ATTY. PATTIS:  Objection.  When, Judge?

20         THE COURT:  Sustained.

21  BY ATTORNEY MATTEI:

22   Q    2013 let's say.

23   A    I - I guess I don't know how to answer that.  You

24  mean if we were advertising, if we were taking money for

25  advertisements where we were actually advertising the

26  products on the store?

27   Q    No, no.

1      A    Okay.

2      Q    What I'm saying is really, almost every product that

3   Info Wars advertises on its platforms are its own products.

4             ATTY. PATTIS:  Objection.  In 2013?

5             THE COURT:  Sustained.

6   BY ATTORNEY MATTEI:

7      A    Right.

8      Q    And that remains true.  Yeah?

9      A    Sure.

10     Q    Okay.  Let's go to the 2014 media kit, this is 216.

11            THE CLERK:  That's a full exhibit, Your Honor.

12            THE COURT:  Thank you.

13            ATTY. MATTEI:  Thank you.

14  BY ATTORNEY MATTEI:

15     Q    Okay.  So you see here, this is the media kit they

16  put out for 2014.  Right?

17     A    Yes.

18     Q    Next year they're telling their potential

19  advertisers, come advertise with us.  Right?

20     A    Yes, that's –

21     Q    And the main pitch they make to potential advertisers

22  is just how big and engaged their audience is.  Right?

23     A    Well right, the purpose of it is to make people want

24  to advertise with the company.

25     Q    And the way you do that is by telling the people just

26  how many eyeballs are going to fall on their ads if they

27  advertise with Info Wars.  Right?

1    A    Right.

2    Q    All right.  Let's go to the next page.  Now I'm going

3    to be honest with you, Ms. Paz, I'm just going to ask you.

4    Again, this is the house that truth built.  Right?

5    A    I see that, yes.

6    Q    You know, if we go to the text.

7    A    Yeah, it's not words, or maybe Latin words.

8    Q    And were they advertising internationally do you

9    know?

10   A    No.

11   Q    You don't know?

12   A    I don't know.

13   Q    Okay.  Let's go to the topping the charts.  Okay,

14   okay, okay.  So on the top there you have the again, they're

15   telling their audience just how many million visitors per

16   month.  Right?

17   A    Yes.

18   Q    Okay.  And they're telling their audience their

19   rankings.  Right?  Their website rankings.

20   A    I'm sorry, where are you looking?

21   Q    Yeah.

22   A    Topping the chart –

23   Q    Where you see topping the charts, holding our own

24   against the mainstream media.

25   A    Okay, I see, it's the comparison.  Yes, I see it.

26   Q    It's the comparison, like what you see.

27   A    Yes.

1    Q    So you see the six different websites listed there.

2    Right?

3    A    Yes.

4    Q    And what they're waying is hey, we're bigger than

5    Glen Beck, we're bigger than Rush Limbaugh, we're bigger

6    than News Max and we're bigger than WND.com, whatever that

7    is.  Right?

8    A    Yes.

9    Q    Okay.  They're the biggest.  Right?

10   A    I – I guess my question is, I don't know what those

11   numbers mean.  Maybe zoom out a little bit.

12   Q    Well you know what, yes, go ahead and do that.  But

13   you know that Alex Jones consulted a program called Alexa.

14   Right?

15   A    Okay, all right, I see what it is.

16   Q    Yeah.

17   A    Yes, okay.

18   Q    And this isn't the Alexa you have in your kitchen –

19   A    No.

20   Q    - you ask what the whether is going to be today.

21   Right?

22   A    No.

23   Q    This is a website ranking program.  Right?

24   A    That's the source, yes.

25   Q    Right.  And when Alex Jones – and you know that Alex

26   Jones regularly consulted Alexa to see where Infowars.com

27   was in the world rankings.  Right?

```
1    A   I believe he did.

2    Q   Yeah.  And here, as of 2014 in the United States

3  Infowars.com was the 301 most popular website.

4    A   That's what it says, yes.

5    Q   Right.  Of all the millions of websites in the United

6  States.  Right?

7    A   That's what it says here.

8    Q   Okay.  And in the world, all the websites in the

9  world, Info Wars was 1000 –

10   A   222.

11   Q   222.  Right?

12   A   Yes, I see that.

13   Q   Let's get out of this.  All right, yeah, yeah.  I

14 think – let's go – I'm sorry, go to the next page.  Thanks.

15 Oh, okay.  So if we go – yeah, let's go to that page.  I'm

16 sorry, the next one down.  Here they're just giving pricing

17 again.  Right?  Let's go up that page, demographics.  Okay

18 now, what program was Info Wars using to track the

19 demographics of its audience?

20   A   You mean to create this chart?

21   Q   Yeah, yeah, where did these numbers come from?

22   A   I don't know where these numbers come from.

23   Q   Okay.  Do you have any idea how Infowars.com knows

24 that 60 percent of its users are male and 40 percent are

25 female?

26   A   I don't know what information was used to create this

27 chart –
```

1    Q    Okay.

2    A    - so I don't know.

3    Q    But one of the topics that you were responsible for

4  presenting sworn testimony to the jury on was exactly this,

5  his audience.  Right?

6    A    Right.

7    Q    Okay.  And so did you ask hey, what information does

8  Info Wars have on audience demographics?

9    A    I did.  When we had the - we produced the Google

10  Analytics but as we said earlier about how or when the

11  Google Analytics were used, that was the information that

12  was conveyed to me.

13    Q    Is it your understanding that Google Analytics tracks

14  demographics?

15    A    I don't know if it tracks demographics.

16    Q    I thought that's what you just said.

17    A    I don't know if it tracks demographics.

18    Q    Okay.  If it does then here we see another example -

19         ATTY. PATTIS:  Objection, hypothetical,

20         speculative.  If it does.

21         THE COURT:  Sustained.

22  BY ATTORNEY MATTEI:

23    Q    So you asked somebody at Free Speech Systems about

24  Info Wars audience.  Correct?

25    A    You mean how much - how much the audience is and the

26  breakdown of it or…

27    Q    No, I'm talking specifically about demographics.

1    A   Just demographics.

2    Q   That's all I'm asking about.  Did you ask hey, I'm

3  supposed to testify with this jury about Info Wars audience

4  demographics.  What do you have on that?

5    A   I believe I did, I just don't recall whether I ever

6  received any information on it.  I don't think I did.

7    Q   Okay, all right.  And so when you said A, there's

8  this trial, there's going to be a jury, I'm going to be

9  asked about demographics.  Can you give me what you have?

10  You don't think they gave you anything?

11    A   Right.

12    Q   They clearly had it.  Right?

13    A   Well, I don't know what they had or where they got

14  this from.  I just don't know –

15    Q   You don't know.

16    A   - where this information came from, right.

17    Q   But it came from somewhere.

18    A   Well it had to come from somewhere, I just don't know

19  where.

20    Q   And they're purporting to their potential advertisers

21  that this is their audience demographics.

22    A   That's what it says, yes.

23    Q   But they didn't give you that information.

24    A   Of how they came to those numbers, no.

25    Q   Or even that they had the numbers.

26    A   Or that they had the numbers or where they came from

27  or if they were reliable.  I don't know.

1    Q   Okay, all right.  Okay, let's go to 217, the Media

2   Wars media kit.  I'm sorry, Exhibit 2017 [sic], this will be

3   the 2016 media kit.

4           THE CLERK:  Counsel, you mean Exhibit 217, not

5       2017?

6           ATTY. MATTEI:  Right.  Yeah, yeah, oh yeah.

7   BY ATTORNEY MATTEI:

8    Q   All right, now we're in 2016, same deal.  Right?

9    A   Yes.

10   Q   And there's really just a couple things I want to go

11  through with you on this one.  Let's go to the second page.

12  Let's go down.  Okay, how's the truth built, we know that.

13  Let's go down.  All right.  Now let's pull up the bottom

14  part here.  Yeah, yeah, okay.  Now here, this is Alex Jones

15  telling potential advertisers about his reach.  Right?

16   A   Yes, same as in previous ones.

17   Q   Okay, but this is 2016.

18   A   Right.

19   Q   And now he's got – he's got 150 affiliate radio

20  stations that his – the Alex Jones Show was airing to.

21  Right?

22   A   That's what it says, yes.

23   Q   Okay.  He's got 40 million page views a month.

24   A   That's what it says, yes.

25   Q   Okay.  And that's just on Infowars.come.  Right?

26   A   And – I don't know if it also includes like Prison

27  Planet and the other websites but…

1    Q   Right.  For that we have to check Google Analytics.

2  Right?

3    A   Right.

4    Q   Right.  Youtube, half a billion views.

5    A   Yes.

6    Q   Okay.  Audio stream.  What is that, like pod casts?

7    A   I'm not sure if that means a pod cast or streaming of

8  the videos on other platforms if they were posted elsewhere.

9  So I don't - I'm not sure if that's what that means.

10   Q   You're not sure?

11   A   Right.

12   Q   All right, let's back out of this then.  Now there's

13  one thing that I really didn't ask you about.  Let's go to

14  the next page.  Keep going.  Is that it?  Okay, we can take

15  that one down.  Ms. Paz, is one of the ways that Info Wars

16  offer people to advertise with them that they would say hey,

17  we'll add a headline that looks like a news headline to our

18  website, but it will take our reader to buy something of

19  yours.  Did they ever do that?

20   A   You mean to craft the ad in a certain way that it

21  doesn't look like an ad, it looks like -

22   Q   It doesn't look like an ad, it looks like an Info

23  Wars news headline.

24   A   I'm not sure, I don't know.

25   Q   You're not sure, okay.  Okay, now all of his

26  audience, all of his audience that we've been talking about,

27  remember about what we talked about earlier about the

1    business model?

2      A    Yes.

3      Q    Maximize that audience, get them all to the content

4    websites and then send them to the store.  Right?

5      A    Uh-huh.

6      Q    Right.  Because if you have billions of audience

7    members, some percentage of those people are going to end up

8    buying your stuff.

9      A    Sure.

10     Q    Right?  And that huge audience growth translated into

11   hundreds of millions of dollars in sales.  Correct?

12     A    Over a broad period of time.  What time period are we

13   talking about?

14     Q    Well let's take 2012 till today, 2012 to this very

15   moment.

16     A    So the last ten years.

17     Q    The last ten years.  Hundreds of millions of dollars.

18   Right?

19     A    I don't know what the exact figure is but it's – it's

20   quite substantial.  I don't know if it's hundreds of

21   millions of dollars but –

22     Q    Well let's – this is kind of important.  Right?

23     A    Right.

24     Q    It's Free Speech's revenue.  You know that you were

25   supposed to talk about it, how –

26            ATTY. PATTIS:  Objection, Judge.  Can we have a

27        question?

```
 1  BY ATTORNEY MATTEI:

 2    Q   You knew you were supposed to talk about this.

 3  Right?

 4    A   Yes.

 5    Q   Okay.  And all I'm asking you – I'm not even asking

 6  you for a precise number.

 7    A   Okay.

 8    Q   Okay.  Hundreds of millions.  Yes?

 9    A   I believe so.

10    Q   Okay.  More than five hundred?

11    A   I don't know the exact number, which is why I said I

12  wasn't sure about the exact number.

13    Q   What – what would you want to look at to figure that

14  out?

15    A   I believe we produced yearly, the revenue from the

16  websites so…

17    Q   Did you look at them?

18    A   Have I seen them?  Yes.

19    Q   Okay, but you don't remember anything other –

20    A   The numbers off the top of my head?

21    Q   Just anything close – more closely if possible than

22  just hundreds of thousands.

23    A   I just don't want to guess is my point.

24    Q   I don't want you guessing.  And as a result of all

25  that revenue, it's fair to say that Alex Jones is becoming a

26  very, very rich man.

27    A   Well, Alex Jones owns the company and the website is
```

1   earning money, but I don't – are you – do you want to talk

2   about the value of the company?

3           THE COURT:  Please answer the question that is

4       asked.

5           MS. PAZ:  Okay.

6   BY ATTORNEY MATTEI:

7   Q   He's become a very, very rich man.  Hasn't he?

8   A   I can't – I don't – I can't talk about his personal

9   finances.  I'm here to talk about Free Speech.

10  Q   Well, didn't you produce at least some evidence

11  concerning his compensation?

12  A   Yes, we produced some evidence as far as his draws

13  from Free Speech, as well as his compensation for the years

14  at issue.

15  Q   And you know having reviewed that, he's become a

16  very, very rich man.  Hasn't he?

17  A   I know he's made some millions of dollars, yes.

18  Q   Ms. Pax, some millions?

19  A   Some millions.  Would you like to talk about specific

20  numbers?  I don't recall the specific numbers.

21  Q   Has he made personally a hundred million dollars?

22  A   I don't know what the number is.

23  Q   All right.  All right, so let's do this.  So Ms. Paz,

24  Alex Jones started his – the Alex Jones Show – pardon me, a

25  radio show in Austin, Texas.  Correct?

26  A   Yes.

27  Q   Twenty years ago, something like that.

1    A    A long time ago, yes.

2    Q    Okay.  And shortly after that he formed Free Speech

3  System and Info Wars.  Right?

4    A    Yes.

5    Q    And the reason he formed Free Speech Systems was to

6  create a platform for him to make money off of his radio

7  show.  Right?

8    A    Well right, to expand the radio show, to build that

9  brand, build that practice, yes.

10    Q    Okay, thank you.  And he was syndicated across the

11  country.  We saw the 150 million affiliate – sorry, 150

12  affiliates.

13    A    Right, on the radio, yes.

14    Q    On radio, okay.  And that's when he started his

15  website Infowars.com.  Right?

16    A    Right, at some point thereafter.

17    Q    Okay.  And Infowars.com started to publish articles.

18  Right?

19    A    Right.

20    Q    And styled itself as a news website.  Yeah?

21    A    Yes, yes.

22    Q    And he started to sell stuff too.  Right?  Not

23  supplements at that time, he was selling –

24              ATTY. PATTIS:  Objection.  Which time, Judge?

25              ATTY. MATTEI:  I'm talking about the early

26         2000's getting started.

27  BY ATTORNEY MATTEI:

```
1    A   The very early period that –

2    Q   Yeah.

3    A   So, I mean at some point they weren't selling

4  supplements when they first got started.

5    Q   Right.

6    A   Right.  But I can't remember the year after that, but

7  it was some time later.

8    Q   Yeah.  So first it was like DVD's he was selling.

9  Right?

10   A   Yeah.

11   Q   Okay.  He'd sell some merchandise.  Yeah?

12   A   Right.

13   Q   Sell some ads.  Right?

14   A   Yeah, here and there.  I mean nothing crazy.

15   Q   And he – and he had a magazine that he was selling?

16   A   He did have a magazine, yes.

17   Q   Right.

18   A   I've seen the magazine.

19   Q   He had an email newsletter.  Yeah?

20   A   Yes.

21   Q   He started filming his radio show and streaming it to

22  Infowars.com?

23   A   Yes.

24   Q   He started building some other websites like Prison

25  Planet TV.  Right?

26   A   Right.

27   Q   Prisonplanet.com.
```

1    A    Yes.

2    Q    He got on social media as we were talking about.

3  Yeah?

4    A    Uh-huh.

5    Q    And the whole – the whole message, the overarching

6  message that he was sending out to his audience from the

7  very beginning until now is that there is a group of

8  international media financial and political elites,

9  including in our own government, that are conspiring to

10  establish a global tyrannical government to enslave and

11  ultimately kill people.  Right?

12    A    Those are his opinions, yes.  But he created his

13  brand and to broadcast those opinions, yes.

14    Q    Right.  Well, when you say – I'm not – I'm just

15  talking about this one message.  Okay?

16    A    Uh-huh.

17    Q    I'm not asking you about an opinion because Alex

18  Jones tells his audience that this is in fact the case.

19  Right?

20    A    That global elites are –

21    Q    Let me read it to you again.

22    A    Sure.

23    Q    Okay.  Alex Jones has conveyed to his audience for

24  the past twenty some years that there is in fact a global

25  conspiracy of international media financial and political

26  elites, including our own government, who are conspiring to

27  establish a global tyrannical government to enslave and

1   ultimately kill people.  Correct?

2      A   He has said that, yes.

3      Q   And he hasn't said hey, this is just my opinion.

4   What he said to his audience is, this is in fact happened.

5   Right?

6      A   That's what he thinks is happening.

7      Q   And that's what he tells his audience to believe.

8   Correct?

9      A   Yes.

10     Q   Okay.  And one of the ways he gets his audience to

11  believe that is by telling his audience that he is a

12  journalist.  Right?

13     A   I know that he has said that he is a journalist and I

14  have talked to him about this particular issue.

15     Q   Okay, I just want –

16     A   But he has said it on a couple of occasions, yes.

17     Q   Ms. Paz, a couple of occasions?

18     A   I don't know how many times but the broad –

19     Q   Okay, well you're under oath, we're in court.

20     A   Yes.

21     Q   So let's not – let's just say –

22            ATTY. PATTIS:  Objection, Judge.  Can we have a

23         question rather than admonishments.

24            ATTY. MATTEI:  Well I think it is important for-

25            ATTY. PATTIS:  Objection, Judge.  May we have a

26         question rather than argument?

27            THE COURT:  All right, so why don't you ask the

1      next question?

2            ATTY. MATTEI:  All right.

3  BY ATTORNEY MATTEI:

4    Q   So just to be clear, Alex Jones hasn't told his

5  audience that he's a journalist a couple of times.  He

6  advertises on his website that he is a journalist.  Correct?

7    A   I don't recall as I'm sitting here seeing

8  advertisements.

9    Q   All right.  Well let's go to that then.  Do you know

10 which –

11           ATTY. PATTIS:  Number, please?

12           THE COURT:  Seventy-two.

13           ATTY. PATTIS:  Thank you.

14           THE COURT:  Is that a full exhibit?

15           THE CLERK:  Full exhibit, Your Honor.

16 BY ATTORNEY MATTEI:

17   Q   All right, now let's pull this one up.  This is – and

18 you know this because when Michael Zimmerman was Info Wars

19 Corporate Representative doing what you are doing now, he

20 testified that this was on Infowars.com website in 2015.

21 Correct?

22   A   Yes, I do recall seeing this.

23   Q   All right.  And let's go to – let's see if – I think

24 it's right between the first and second page.  Do we have it

25 here?  Here it is.  Syndicated radio journalist and

26 documentary film maker.  Right?

27   A   I see that, yes.

1    Q    You can take that down, okay.  So in 2015 when his

2  website is getting millions and millions and millions of

3  views, they're seeing that he's a journalist.  Right?

4    A    That's what that says.

5    Q    Right.  He didn't say it a couple of times, he said

6  it every time somebody came to his website.

7    A    Well, it's all on the website.

8    Q    Right.

9    A    So it's however many times it's viewed.

10   Q    Well, we know how many times the website was viewed

11 in 2015.  Right?

12   A    Right, right.

13   Q    Okay.  Tens and tens and tens of millions.

14        ATTY. PATTIS:  Objection, Judge.  Asked and

15        answered, in evidence.

16        THE COURT:  Overruled.

17 BY ATTORNEY MATTEI:

18   A    Yes, we already talked about it.

19   Q    Okay, we agree that's more than a couple.

20   A    I'm sorry, I guess I misinterpreted you when he's

21 saying it versus when it's being published on the website.

22   Q    Okay, maybe I wasn't clear, I'm sorry.

23   A    So sorry for the confusion there.

24   Q    And so getting back to my question.  One of the ways

25 that Alex Jones gets his audience to believe that there's

26 this global conspiracy out to kill and enslave them is by

27 telling them that he is a journalist.  Right?

```
 1           ATTY. PATTIS:  Objection, Judge.  Asking her to
 2        speculate on the contents of another mind and its
 3        impact on the listener.
 4           THE COURT:  Overruled.
 5  BY ATTORNEY MATTEI:
 6    A   Is the question whether the purpose, the reason why
 7  Alex said these things?  I don't know.
 8    Q   You met with Alex Jones.  Right?
 9    A   I did.
10    Q   You took notes of your conversation with Alex Jones?
11    A   I did.
12    Q   Did you put in all caps at the bottom of your notes
13  that Alex Jones told you, he is not a journalist?
14    A   Yes.
15    Q   That was very important for him, for you to tell this
16  jury.  Right?
17    A   It was important for him to get across to me that
18  that's what he thought.
19    Q   No, no, no.  It was important to him that you tell
20  this jury that because he knew that's what you were going to
21  do.
22           ATTY. PATTIS:  Objection, argumentative.  She
23        doesn't know what he was –
24           THE COURT:  Overruled.
25  BY ATTORNEY MATTEI:
26    A   I don't know if he knew I was going to tell the jury
27  that or – but he wanted me to understand that's what his
```

1  position was.

2   Q   Well he's paying you $37,000 to testify here.  Right?

3   A   I was paid to do a broad array of analysis of the

4  company and to testify in connection with the Texas

5  litigation and here, yes.

6   Q   So there's no question that he knew you were going to

7  come here and testify to these people.  Right?

8   A   I'm sure he –

9           ATTY. PATTIS:  Objection, Judge.  Again, calls

10          for speculation in what Mr. Jones knew.  He'll

11          testify here.

12          THE COURT:  Overruled.

13  BY ATTORNEY MATTEI:

14   Q   He knew you were going to testify this week?

15   A   Well I'm sure he knew that I was designated as the

16  corporate rep and so that was my purpose so, yes.

17   Q   And he wanted you to tell them that he's not a

18  journalist.  Right?

19   A   That is the sum and substance of what my conversation

20  was.

21   Q   But what he tells his audience is that he is a

22  journalist.  Right?

23          ATTY. PATTIS:  Judge, asked and answered.

24          THE COURT:  Overruled.

25  BY ATTORNEY MATTEI:

26   A   He has, as we saw in the exhibit, yes.

27   Q   And he says that because he wants them to believe

1    what he's saying is true.  Right?

2                    ATTY. PATTIS:  Asked and answered.

3                    THE COURT:  Overruled.

4    BY ATTORNEY MATTEI:

5      A    I don't - I can't say to what is in his mind so -

6      Q    All right.

7      A    - I don't know his purpose.

8      Q    He - he doesn't want his audience to know that he

9    doesn't verify facts that he puts on the air.  Right?

10     A    He doesn't want them to know that he doesn't do

11   internal research.  Is that what the question is?

12     Q    No.  You know that Alex Jones does not verify the

13   facts that he's putting on the air.  Right?

14     A    If he reads it somewhere he will just broadcast it

15   elsewhere, so he doesn't do any independent analysis of what

16   he's reading elsewhere.

17     Q    He doesn't.  Right?

18     A    That's correct.

19     Q    But he tells his audience that he does.

20                   ATTY. PATTIS:  Objection.  He's

21            mischaracterizing the testimony.

22                   THE COURT:  Sustained.

23   BY ATTORNEY MATTEI:

24     Q    He tells his audience that he does do deep research.

25   Doesn't he?

26                   ATTY. PATTIS:  Objection.  Same objection as

27            what's previously stated.

```
 1            THE COURT:  All right, I'm going to allow it.
 2   BY ATTORNEY MATTEI:
 3     A   Is the question whether he has said that he has done
 4   deep research?
 5     Q   Yes.
 6     A   I recall that he has made such a comment on at least
 7   maybe one or two occasions regarding Sandy Hook, yes.
 8     Q   You recall the comment he made where he said, I did
 9   deep research and it just pretty much didn't happen.  Right?
10     A   Essentially that's what the – the quote is.
11     Q   And that's what he wanted his audience to believe.
12   Right?
13     A   That's what he said on that particular occasion.
14     Q   All right.  And when he's telling his audience, this
15   claim about that they were under attack.  He would latch
16   onto stories in the news to prove that to them.  Right?
17   That's a lot of what he does on the show.
18     A   Under attack by whom?
19     Q   This whole conspiracy that's out to kill him.
20     A   Him or everyone?
21     Q   Everyone.
22     A   Everyone, right.  So what he'll do is he'll take a
23   news article, he'll pull it from a list of sources that he
24   uses and he'll print them out and he has a desktop camera
25   and he'll zoom in on it and he will talk about whatever it
26   was that interested him in the news that day.
27     Q   And the idea here is that he'll see something in the
```

1  news, like let's just take a food shortage.  You know that

2  Alex Jones has told his audience that this global conspiracy

3  is intentionally manufacturing food shortages just to starve

4  him.  Right?

5    A   That's what he thinks, yes.

6    Q   That's what he says.

7    A   That's what he thinks so that's what he says.

8    Q   Ms. Paz, did Alex Jones tell you, I think there are

9  food shortages happening?

10   A   I did not talk to him about food shortages.

11   Q   Okay.  So please don't testify as to what he thinks

12  if he didn't tell you that.

13        ATYT. PATTIS:  Objection, Judge.  Can we have a

14        question rather than an admonishment.

15        THE COURT:  Well, I would just reiterate to you,

16        you have to say – answer the question that's asked.

17        And you're not to distinguish between what he said

18        and what he thinks.

19        MS. PAZ:  I don't know what he thinks.

20  BY ATTORNEY MATTEI:

21   Q   You just know he said that, about –

22   A   Have I seen him say on video food shortage – that

23  there are food shortages being caused?  I've seen him say

24  things like that, yes.

25   Q   Right.  And he says, there's a food shortage, this

26  global conspiracy is out to starve me.  Right?

27   A   That's what he says.

1    Q    And you know he sells that audience food buckets, a

2    store with food.  Right?

3    A    Yes.

4    Q    He says, don't let them starve you, buy my food.

5    Right?

6    A    That's what he says on the videos, yes.

7    Q    He – and he – you know that he's told his audience

8    that one of the ways the globalists are trying to kill them

9    and starve them out is by intentionally polluting the food

10   and water supply.

11   A    I believe he has said that, yes.

12   Q    And the way he tells them to deal with that is by

13   buying his water filtration systems.  Right?

14   A    I believe they are connected to the advertisement for

15   that, yes.

16   Q    And those same chemicals, in addition to poisoning

17   the water supply, are zapping his audience's libido.  Right?

18   A    I believe so, yes.

19   Q    And so he sells them to deal with that super male and

20   super female vitality in order to fight back and to save

21   themselves.  Yeah?

22   A    Right, they're connected to those advertisements for

23   those products.

24   Q    Right, right.  And he says to his audience that this

25   whole conspiracy has intentionally released pandemics upon

26   them to kill off a significant part of the population.

27   Right?

1    A    I believe he has said that, yes.

2    Q    Including the Covid 19 pandemic.

3    A    He's said that, amongst other things about Covid.

4    Q    And what he's offered his audience as a way to deal

5    with that are immunity boosters.  Right?  So that if they

6    buy his products, they can be safe from Covid that has been

7    intentionally inflicted upon them to kill them?

8    A    He has said those things, yes.

9    Q    And in fact, he's received – withdrawn.  And the way

10   he's able – by the way, were you here during opening

11   statements?

12   A    I was in the building but I wasn't in the room.

13   Q    You weren't in – were you in the overflow room?

14   A    No.

15   Q    Okay.  You're familiar with Alex Jones' product

16   Vesobeet?

17   A    I'm sorry, I'm not.

18   Q    Okay.  It's like beet juice.

19   A    Okay.  I don't know.

20   Q    Do you know what Alex Jones says about the health

21   benefits of beet juice?

22   A    I don't recall specifically statements regarding beet

23   juice.

24   Q    Okay.

25   A    Sorry.

26   Q    So you know what it retails for?

27   A    I don't.

```
 1      Q    And a way, am I correct, that Alex Jones has been
 2   able to convince his audience to buy this stuff is by
 3   convincing them that he is the only one who's telling the
 4   truth about this.  Right?
 5              ATTY. PATTIS:  Objection as to the form, Judge.
 6         It calls for speculation on the contents of other
 7         minds.
 8              THE COURT:  Can you rephrase the question?
 9              ATTY. MATTEI:  Sure.
10   BY ATTORNEY MATTEI:
11      Q    Free Speech Systems agrees that Alex Jones' has built
12   a very loyal following.  Correct?
13      A    Sure.
14      Q    Okay.  A very engaged following?
15      A    Yes.
16      Q    His credibility with his audience is essential to his
17   ability to sell them products.  Correct?
18      A    I think he said that too so, yes.
19      Q    And that's what he tells them, that when they come to
20   Info Wars, he'll give them the truth and nothing but.
21   Right?
22      A    I think that's one of his tag lines so, yes.
23      Q    And he calls his audience, truth seekers.  Correct?
24      A    Yes.
25      Q    And even though Alex Jones is not a journalist, he
26   tells his audience that he will deliver them the truth in
27   journalism.  Correct?
```

1    A    I think that's also a tag line, yes.

2    Q    Do you recall at David Jones' deposition when he was

3    asked, you have a very unique audience that is highly loyal

4    to you and purchases products based on essentially Alex

5    Jones' credibility with them.  Is that fair - do you recall

6    his testimony was, yes?

7    A    I do recall that, yes.

8         ATTY. MATTEI:  We want to take the lunch at 1,

9         Judge?

10        THE COURT:  I think 1 to 2 is what we plan on

11        doing.

12        ATTY. MATTEI:  Okay.

13   BY ATTORNEY MATTEI:

14   Q    And not only was he telling his audience that they

15   count on him for the truth and that he's offering them truth

16   in journalism but that he would reveal the truth to them

17   where others wouldn't.  Right?

18   A    I believe he's said that, yes.

19   Q    Because to him the mainstream, what he calls the

20   mainstream media, they're in on this conspiracy to kill

21   people.  Right?

22   A    He said that, yes.

23   Q    All right.  Let's play -

24        ATTY. MATTEI:  One moment, Your Honor.

25   BY ATTORNEY MATTEI:

26   Q    All right, Ms. Paz, you're aware that on the day of

27   the Boston Marathon bombing Alex Jones was broadcasting.

```
 1  Correct?

 2    A    Did he broadcast that day?

 3    Q    Yeah.

 4    A    Yes, he did.

 5    Q    All right.  And I'm going to play you a clip from

 6  Plaintiff's Exhibit 10, which is being admitted as – he also

 7  broadcast on April 16th, 2013.  This would be Exhibit 10A.

 8            THE COURT:  This is a full exhibit.

 9            ATTY. PATTIS:  It is a full exhibit, Your Honor.

10            ATTY. MATTEI:  It was made a full exhibit this

11        morning, Your Honor.

12            ATTY. PATTIS:  It's just a clip, sir?

13            ATTY. MATTEI:  Yes.

14            ATTY. PATTIS:  Which one?

15            ATTY. MATTEI:  10A.

16            ATTY. PATTIS:  Thank you.

17            (The clip from Exhibit 10A was played, after

18        which the following occurred.)

19  BY ATTORNEY MATTEI:

20    Q    This is what we were talking about earlier when Alex

21  Jones was telling his audience that somebody's got to tell

22  them the truth.  Right?

23    A    Yes.

24    Q    This is five months after Sandy Hook.  Yeah?

25    A    I don't recall exactly when the bombing happened in

26  Boston but close.

27    Q    Assume – assume with me that this is April 16th,
```

1    2013.

2    A    Sure.

3    Q    Five months after Sandy Hook.  Correct?

4    A    I'll take your representation that it was five months

5    later.

6    Q    Okay.  They staged Sandy Hook, the evidence is

7    overwhelming.  Right?

8    A    Amongst other events but, yes.

9    Q    I'm asking you about Sandy Hook right now.

10   A    Yes, he says Sandy Hook in the video, yes.

11   Q    Okay.  The evidence is overwhelming.  Right?

12   A    Yes.

13   Q    You'd agree with me that – well you heard him say

14   also that they staged Arora.  Right?

15   A    I did hear that, yes.

16   Q    What was he talking about there?

17   A    The shooting at the movie theater at Arora, Colorado.

18   Q    There was a shooting at a movie theater in Arora in

19   August of 2012.  Right?

20   A    I don't recall the date of that shooting but it was

21   prior to this video.

22   Q    A few months before Sandy Hook.

23   A    Yeah.

24   Q    And he said that was staged.

25   A    Yes.

26   Q    Because one of the things that Alex Jones does is he

27   tells them that these horrible mass shootings are actually

1   hoaxes.  Right?

2      A    The ones that he mentions there, yes.

3      Q    And he tells his audience that American government is

4   staging these events as a pretext for disarming them.

5   Right?

6      A    He has used those – that type of words, verbiage in

7   terms of second amendment and second amendment rights so,

8   yes.

9      Q    Okay.  I'm not asking about the second amendment.

10  Okay.  I'm telling – I'm asking you to confirm that what

11  he's saying is that these – that – the hoax is intended to

12  disarm the American public.  Correct?

13             ATTY. PATTIS:  Objection to form, Judge.

14         Objection to the form.  I apologize.

15             THE COURT:  Overruled.

16  BY ATTORNEY MATTEI:

17     A    In this clip?

18     Q    No, no.  Well just talk about Sandy Hook for a

19  minute.  All right?

20     A    Okay.

21     Q    He tells his audience over years and years and years

22  that Sandy Hook was a fake hoax events – hoax event and the

23  reason these evil globalists did, faked it, is because they

24  wanted to create a pretext for disarming them.  That's what

25  he says to his audience.  Yes?

26     A    That's one of the things he says about Sandy Hook,

27  yes.

1  Q   And the reason these evil people want to disarm you

2  is so that it's easier to enslave and kill you.  That's the

3  threat.  Right?

4  A   That's what he says about various shootings, yes.

5  Q   And this strategy of telling his audience that they

6  can count on him for the truth was paying off both in terms

7  of audience growth and in (inaudible).  Correct?  I'm

8  talking about the period let's say, leading up to the Sandy

9  Hook shooting?

10  A   The strategy related to what?  I'm sorry, I don't

11  understand your question.

12  Q   What we've been talking about.  This message that

13  he's been pushing out and telling his audience that all of

14  these things that they have to fear, A, he has remedies for

15  that he'll sell them and B, he's the only one that will tell

16  the truth about it.  That strategy's working for him.

17  Right?

18  A   Well, if you're looking at the social media numbers

19  and the visits to the sites, yes.

20  Q   But before that, even before Sandy Hook, that was the

21  strategy and it was working.  Right?

22  A   I think it's been the strategy – I think it's been

23  his strategy.

24  Q   And in 2011 he was profiled in Rolling Stone

25  Magazine.  Correct?

26  A   I don't recall.  I don't – I don't recall, I'm sorry,

27  as I sit here.

1    Q   Do you recall looking at his website where he cites

2   the Rolling Stone article and the comments made on him?

3    A   I don't remember, sorry.

4    Q   Do you know what I'm talking about when I say,

5   Rolling Stone article?

6    A   No, I don't remember.

7    Q   You don't?  Okay.  Let's – and by 2011, Ms. Paz, at

8   least by 2011 Alex Jones knew that his audience could be

9   provoked to violence.  Correct?

10    A   I don't know what Alex knows.

11    Q   Free Speech Systems knew that its audience could be

12   provoked to violence.

13          ATTY. PATTIS:  Judge, may we approach.

14       Objection, may we approach?

15          THE COURT:  Yes.

16          (A sidebar conference took place.)

17          THE COURT:  Is this something we should excuse

18       the jury for?

19          ATTY. PATTIS:  No.

20          THE COURT:  Because if it's an objection it

21       needs to be done on the record.

22          ATTY. PATTIS:  I thought all these were on the

23       record?

24          THE COURT:  I mean –

25          ATTY. PATTIS:  Are you going to be brief?  It's

26       just that I don't know.  I don't know Free Speech

27       Systems knew what Alex and what she was told.  I

1        don't know that the plaintiffs can have it every

2        which way.

3            They filed a motion to say she can't testify

4        about what others told her but a corporation,

5        (indiscernible).

6            I didn't have a chance to read it but the

7        representation was – (indiscernible).

8            THE COURT:  I didn't even read it so –

9            ATTY. PATTIS:  I hadn't myself, it came in last

10       night.

11           But my understanding, the corporation is a legal

12       fiction, it doesn't know things.  She does, people in

13       it do.  If Alex didn't know.  If there's questions

14       about if the others knew.

15           But to ask her what the corporation knew is sort

16       of asking what the United States knows.  It's a legal

17       fiction, it doesn't exist as an entity with a memory

18       or a mind or the ability to (indiscernible).  But the

19       question is frankly meaningless.

20           THE COURT:  I disagree so how do you want to

21       proceed?

22           ATTY. PATTIS:  I made my objection and I don't

23       need to argue it at this point.  Maybe later in the

24       day, Judge.

25           ATTY. MATTEI:  May I continue, Your Honor?

26           THE COURT:  You may.

27  BY ATTORNEY MATTEI:

1    Q   In 2011 Free Speech Systems knew that Alex Jones'

2    audience could be provoked to violence.  Correct?

3    A   I don't know.  Are you referring to a specific

4    incident?

5    Q   Well, I'm getting there.  So is your answer, I don't

6    know?

7    A   I don't know what you're referring to.

8    Q   Okay.

9            ATTY. MATTEI:  Can I have one moment, Your

10           Honor.

11           THE COURT:  Take your time.

12           ATTY. MATTEI:  Exhibit 74, Your Honor.  I

13           believe it's in as a full exhibit?

14           THE CLERK:  Yes, it is.

15           ATTY. MATTEI:  Okay.

16   BY ATTORNEY MATTEI:

17    Q   All right.  Now, are you familiar with this webpage

18   on Infowars.com.  It's an about Alex Jones webpage.  Do you

19   see that?

20    A   Yes.

21    Q   And this was in 2016.  You recall Mr. Zimmerman's

22   testimony that this appeared on 2016 website.  Correct?

23    A   I believe so, yes.  I do recall that testimony,

24    Q   All right.  And let's go to page – actually, can you

25   go back to that page 1?  Okay, I don't want to belabor this

26   point but in the second paragraph there it says that he

27   routinely breaks huge stories.  Right?

1    A    That third full paragraph?

2    Q    Yeah, he routinely breaks huge stories.

3    A    That's what it says, yes.

4    Q    Right.  But he's not a journalist so that's not true.

5    Right?

6              ATTY. PATTIS:  Objection, argumentative.

7              THE COURT:  Sustained.

8    BY ATTORNEY MATTEI:

9    Q    Okay, I'll move on.  Let's go to the next page.  Next

10   page.  All right, here we go, okay.  So you see here on this

11   webpage about Alex Jones, they reference a 2011 Rolling

12   Stones article.  Correct?

13   A    I see that, yes.

14   Q    Okay.  And they represent a – or they describe a

15   quote about Alex Jones in that article.  Correct?

16   A    Yes, I see that.

17   Q    Okay.

18   A    In the first paragraph.  Right?

19   Q    Yup.

20   A    Yes.

21   Q    We can take that down.  And Alex Jones actually was

22   interviewed for that article.  Correct?

23   A    I would assume so based on that article.

24   Q    Okay.  And so when Free Speech Systems published that

25   article – I'm sorry, released on that website in 2016, it

26   was aware that Alex Jones' audience members had been

27   involved in high-profile acts of violence.  Correct?

```
 1              ATTY. PATTIS:  Objection, mischaracterizes the
 2         item, the exhibit.
 3              THE COURT:  I'm going to sustain the objection.
 4  BY ATTORNEY MATTEI:
 5     Q   Do you know who Jared Loughner is?
 6     A   No, it doesn't ring a bell, sorry.
 7     Q   Okay.  Do you recall the assassination attempt on
 8  Congresswoman Gabrielle Giffords in Arizona?
 9     A   Yes.
10     Q   Okay.  Do you recall when that happened?
11     A   I do not, no.
12     Q   Okay.  And Free Speech Systems acknowledges that
13  Jared Loughner was a big fan of Alex Jones.  Correct?
14     A   I don't know anything about him so I can't say.
15     Q   You haven't read that article?
16     A   No.
17              ATTY. MATTEI:  Your Honor, I think this would,
18         if it's okay, this would be a natural break in -
19              THE COURT:  Actually, I was thinking the same.
20         All right, so we will take our luncheon recess.
21         We will be back in court right promptly at 2 p.m.  So
22         just be sure to report back a few, maybe five minutes
23         of 2.
24              Remember all the rules of jury conduct that I
25         told you about.  And if you leave the building, it is
26         a beautiful day I'd have to say.  So those of you who
27         are going to enjoy the nice weather, at least I'm
```

1      told it's a beautiful day, just make sure you avoid

2      any of the lawyers or any of the witnesses or any

3      media as you reenter the building.

4          I'm going to stay on the bench and address

5      something with counsel.  So we will see you back

6      after lunch.

7          And Mr. Ferraro will retrieve your notepads and

8      secure them.

9          (THE JURY EXITED THE COURTROOM.)

10         THE COURT:  So I just – please be seated.  I

11     just want to clarify that I really don't want routine

12     objections raised at a side bar, I want them in open

13     court.

14         It is on the record the side bars, yes, but I

15     want the objections made routinely.

16         If there's an issue where you want to have an

17     opportunity to speak with counsel or each other or

18     the Court on some issue, okay, but –

19         ATTY. PATTIS:  It was more than a one word one

20     and I didn't think it was appropriate to raise it in

21     the jury's presence.

22         THE COURT:  Well then I also don't have – we

23     really have not moved them very much so if there is

24     some argument that needs to be made outside the

25     presence of the jury, I'm happy to do that as well.

26         ATTY. PATTIS:  Understood.  Thank you.

27         THE COURT:  Okay?  All right, so I hope everyone

1    has a nice lunch and we'll start promptly at 2 p.m.

2     (The lunch recess was taken.)

| | | |
|---|---|---|
| NO:  X06-UWY-CV18-6046436-S | : | SUPERIOR COURT |
| ERICA LAFFERTY | : | COMPLEX LITIGATION DOCKET |
| v. | : | AT WATERBURY, CONNECTICUT |
| ALEX EMERIC JONES | : | SEPTEMBER 14, 2022 |
| NO:  X06-UWY-CV18-6046437-S | : | SUPERIOR COURT |
| WILLIAM SHERLACH | : | COMPLEX LITIGATION DOCKET |
| v. | : | AT WATERBURY, CONNECTICUT |
| ALEX EMERIC JONES | : | SEPTEMBER 14, 2022 |
| NO:  X06-UWY-CV18-6046438-S | : | SUPERIOR COURT |
| WILLIAM SHERLACH | : | COMPLEX LITIGATION DOCKET |
| v. | : | AT WATERBURY, CONNECTICUT |
| ALEX EMERIC JONES | : | SEPTEMBER 14, 2022 |

C E R T I F I C A T I O N

        I hereby certify the foregoing pages are a true and
correct transcription of the audio recording of the above-
referenced case, heard in Superior Court, Judicial District of
Waterbury, Waterbury, Connecticut, before the Honorable Barbara
Bellis, Judge, on the 14th day of September, 2022.


        Dated this 14th day of September, 2022 in Waterbury,
Connecticut.


                                        Shannon LeRoy
                                        Court Recording Monitor