# EXHIBIT 29

```
DOCKET NO: UWY-CV18-6046436-S      :  SUPERIOR COURT

ERICA V. LAFFERTY, ET AL           :  JUDICIAL DISTRICT
                                      OF WATERBURY

v.                                 :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES, ET AL            :  SEPTEMBER 15, 2022
-------------------------------------------------------------

DOCKET NO: UWY-CV18-6046437-S      :  SUPERIOR COURT
           UWY-CV18-6046438-S

WILLIAM SHERLACH                   :  JUDICIAL DISTRICT
                                      OF WATERBURY

v.                                 :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                   :  SEPTEMBER 15, 2022

-------------------------------------------------------------
                      VOLUME 2 OF 4

                  WITNESS: BRITTANY PAZ


       BEFORE THE HONORABLE BARBARA N. BELLIS, JUDGE



A P P E A R A N C E S:


   Representing the Plaintiff(s):

        ATTORNEY JOSHUA KOSKOFF
        ATTORNEY CHRISTOPHER MATTEI
        ATTORNEY ALINOR STERLING
        KOSKOFF, KOSKOFF & BIEDER
        350 FAIRFIELD AVENUE
        BRIDGEPORT, CONNECTICUT 06604

   Representing Defendant(s): Free Speech Systems LLC, Infowars
   LLC, Infowars Health LLC, and Prison Planet TV, LLC.

        ATTORNEY NORMAN PATTIS
        PATTIS & SMITH, LLC
        383 ORANGE STREET
        1ST FLOOR
        NEW HAVEN, CONNECTICUT 06511

                          Recorded and Transcribed By:

                          Janet M. Orozco
                          Court Recording Monitor
                          Waterbury Superior Court
                          400 Grand Street
                          Waterbury, Connecticut 06702
```

1    (RESUMED FROM AFTER THE MORNING RECESS)

2            THE MARSHAL:  District of Waterbury is now back

3        in session.

4            Good morning, Your Honor.

5            THE COURT:  Good morning again.

6            Please be seated.

7            ATTY. PATTIS:  May I be excused, Judge, to find

8        my witness?

9            THE COURT:  Absolutely.

10           ATTY. PATTIS:  Could we approach, Judge?

11           THE COURT:  You may.

12           (Begin sidebar)

13           ATTY. PATTIS:  I just shot a text.  I hung -- I

14       looked, I checked the hall, and I don't know, so…

15           THE COURT:  Could be in the ladies' room.

16           ATTY. PATTIS:  Yeah.  So, I just didn't want you

17       to think I was --

18           THE COURT:  You don't want to go there.

19           ATTY. PATTIS:  -- playing video games here.

20           THE COURT:  No, no worries.

21           (Off record discussion between the Court and the

22       clerk.)

23           THE CLERK:  Okay.

24           (The witness resumed the witness stand.)

25           THE COURT:  Next time be early.

26           THE WITNESS:  I'm sorry.

27           THE COURT:  Next time be early.

1          THE WITNESS:  I'm sorry.  I had to call a case

2      downstairs.

3          THE COURT:  No.  No, no, no.

4          THE WITNESS:  Sorry.

5          THE COURT:  Absolutely not.

6          (The jury was escorted into the courtroom.)

7          THE COURT:  Okay.  Welcome back, everyone.

8          I'm doing my count to ten -- nine, ten -- there

9      we go.

10          Counsel, we'll stipulate that the entire panel

11      is present?

12          ATTY. PATTIS:  Yes.

13          ATTY. MATTEI:  Yes, Your Honor.

14          THE COURT:  Please be seated.

15          And whenever you're ready, Attorney Mattei, you

16      may continue.

17  BRITTANY PAZ, CONTINUED DIRECT EXAMINATION BY ATTY. MATTEI:

18   Q   Ms. Paz, before the break we had been walking through

19  a series of exhibits in which Tim Fruge, Buckley, Hammond,

20  Lydia Hernandez, and others are referring to Google

21  Analytics.  Correct?

22   A   I do recall those exhibits, yes.

23   Q   I'd like you to pull up the front pages, please, of

24  each of those exhibits.

25          You see them here before you.  These are each of the

26  exhibits we were going through earlier.

27   A   Yes.

1    Q    Okay.  Now, I want to ask you, are you prepared to

2  say now, having reviewed these, that, in fact, Infowars uses

3  Google Analytics.  Correct?

4    A    I can really only say what was conveyed to me in my

5  conversation.  I do understand that these emails show that

6  they have talked about Google Analytics in the past.

7              THE COURT:  Ms. Paz, I'm -- That's a yes or no.

8              Shall I have him repeat the question?

9              THE WITNESS:  I don't -- No, no, I understand

10          the question.  I don't know, is my answer.

11  BY ATTY. MATTEI:

12    Q    So, even after having reviewed these, Free Speech

13  Systems is still telling this jury that it just doesn't know

14  whether they use Google Analytics?

15    A    That's correct.

16    Q    Okay.

17          Do you remember this email from Tim Fruge to the

18  Lending Guy?

19    A    I recall our conversation about that, yes.

20    Q    No, I asked you whether you remember the email.

21    A    Oh, you mean had I seen it before today, or --

22    Q    No, twenty minutes ago --

23    A    Yes.

24    Q    -- when I showed you that email, you remembered that;

25  yes?

26    A    Yes.

27    Q    Tim Fruge is sending Google Analytics to a guy who

1  wants to advertise on their website.  Correct?

2    A   That's what the exhibit says, yes.

3    Q   And Tim Fruge is telling him all of the ways in which

4  Google Analytics tracks their audience so that he can assess

5  whether he wants to pay the five grand for Facebook, or

6  whatever.  Correct?

7    A   That's what the purpose of the email appears to be,

8  yes.

9    Q   So, at least it was important enough to Tim Fruge,

10  correct, when he was doing business.  Yes?

11        ATTY. PATTIS:  It's compound, Judge.  I don't

12        understand what's going on.

13        ATTY. MATTEI:  I'll withdraw it.

14  BY ATTY. MATTEI:

15    Q   When Tim Fruge was trying to sell advertising space,

16  it was important enough to him to send Google Analytics to

17  the Lending Guy?

18        ATTY. PATTIS:  Objection, Judge: contents of

19        another mind, important enough to him; the document

20        speaks for itself.

21        THE COURT:  Overruled.

22  BY ATTY. MATTEI:

23    A   I can't say why he wrote this email or what he was

24  thinking.

25    Q   Ms. Paz, you're Free Speech Systems.  This is your

26  business director.  Free Speech Systems can't say why it's

27  business director would have sent Google Analytics to a guy

```
1   who wants to send them advertising money?
2     A   I didn't --
3           ATTY. PATTIS:  Objection, Judge.  Indeed, you
4        can't.
5           THE COURT:  Overruled.
6   BY ATTY. MATTEI:
7     A   I can't speak to what's is Mr. Fruge's mind.  I
8   didn't speak to him about this particular email.
9     Q   The last date here, Exhibit 128 is September 22,
10  2014.  You'd agree with me?
11    A   Yes, I see that.
12    Q   And on September 24, 2014, Infowars published an
13  article, and the title of that article was, FBI Says Nobody
14  Died at Sandy Hook.  Correct -- I'm sorry, FBI Says Nobody
15  Killed at Sandy Hook.  Correct?
16          ATTY. PATTIS:  Is that the 25th rather than the
17       24th?
18          ATTY. MATTEI:  No, it's not.
19  BY ATTY. MATTEI:
20    A   I don't recall the --
21          ATTY. PATTIS:  Your exhibit list says 25th.
22    A   I don't recall the date.
23          ATTY. MATTEI:  No, it doesn't.
24          And I appreciate no interruptions, please.
25  BY ATTY. MATTEI:
26    A   I don't recall the date, but I do recall the article
27  you're talking about.
```

1          ATTY. MATTEI:  I'm going to pull it up for you.

2          Exhibit No. 67 already in evidence?

3          THE CLERK:  That is a full exhibit, Your Honor.

4          ATTY. MATTEI:  Thank you.

5          THE COURT:  Thank you.

6          ATTY. MATTEI:  Can you pull it up please,

7      Pritika.  Let's just pull up -- yeah, the top part.

8          THE WITNESS:  I see it.

9          ATTY. MATTEI:  Do you see it?

10         THE WITNESS:  Yes.

11  BY ATTY. MATTEI:

12     Q   The FBI says, No One Killed at Sandy Hook.  Correct?

13     A   Yes.

14     Q   This is by Adan Salazar?

15     A   Yes.

16     Q   What's the date?

17     A   It says September 24 of 2014.

18     Q   Okay.  Two days after the last email we saw with

19  regard to Google Analytics.  Correct?

20     A   I believe that was dated the 22nd; so, yes.

21     Q   Right.  And you have an ad there for DNA Force Plus.

22  Correct?

23     A   I see that, yes.

24     Q   And in this article Adan Salazar reports -- by the

25  way, this article, you know, was posted to Facebook.

26  Correct?

27     A   I believe it was, yes.

1    Q    Okay.  This article was posted to Twitter.  Correct?

2    A    Yes.

3    Q    This article was posted to Infowars.com?

4    A    Yes.

5    Q    PrisonPlanet.com?

6    A    Yes.

7    Q    Okay.  And 2014, the jury will recall, was the year

8    that Infowars had 2.2 billion impressions on its social

9    media platforms.  Correct?

10   A    Oh, I don't recall the number, but -- all except that

11   that's what it was.

12   Q    You don't recall yesterday when I had the chart up

13   here?

14   A    Right, I just don't recall the exact number.  But I

15   don't dispute that's what it was.

16   Q    Right.  And let's just -- real clear -- let me ask

17   you this question, yes or no, this article reporting that

18   the FBI said no one had been killed at Sandy Hook according

19   to its statistics was false.  Yes?

20   A    Correct, it's not right; that's right.

21   Q    Not right, meaning not true.  Correct?

22   A    Right, FBI never said that.

23   Q    But what Adan Salazar was saying to his audience was

24   that there were these statistics that the FBI put out and

25   that according to Adan Salazar those statistics said that

26   nobody had been killed at Sandy Hook.  Correct?

27   A    That's what the article says, yes.

1    Q    And, in fact, the statistics -- and the FBI does

2  report crime statistics every year.  Correct?

3    A    Yes.

4    Q    And, in fact, the FBI statistics that Adan Salazar

5  was referencing did report the murders at Sandy Hook.

6  Correct?

7    A    I believe they did.

8    Q    Yes.  Thank you.

9         And let's scroll down here.  This is a screenshot of

10 the stats, right?

11   A    Yes, this is the screenshot that Adan took of the

12 table, and he used that as the source of the article.

13   Q    Right.  And he referred to Table 8, right?

14   A    Yes.

15   Q    And Adan Salazar knew that the FBI reported the

16 murders at Sandy Hook in a different table in the same

17 chart.  Correct?

18             ATTY. PATTIS:  Objection: asking about what

19        another potential witness knew, relevance;

20        speculation, what he knew or didn't --

21             THE COURT:  Overruled.

22 BY ATTY. MATTEI:

23   A    Do I know that he knew that?  Based on my

24 conversation with him I don't think that that's true; so,

25 no.

26   Q    You spoke with Adan Salazar?

27   A    I did, yes.

1    Q    You asked him specifically about this article?

2            ATTY. MATTEI:  You can take it down.

3    BY ATTY. MATTEI:

4    A    I did, yes.

5    Q    He knew that you were preparing to testify before

6    this jury.  Correct?

7    A    He knew I was going to be deposed, yes.

8    Q    I mean, Adan Salazar himself was disposed, wasn't he?

9    A    He was, yes.

10   Q    Okay.  He knew there was going to be a trial in this

11   case.

12   A    Yes.

13   Q    Right.  And he said to you -- First of all, he

14   acknowledged he was wrong, yes?

15   A    He did, yes.

16   Q    But he said to you, but I didn't know it at the time.

17   Right?

18   A    Right.  Would you like me to say what he said to me?

19   Q    No.

20   A    But -- But, yes.

21   Q    He said to you, in substance, I didn't realize it at

22   the time.

23   A    That's what he said to me.

24   Q    And he knew that you would tell this jury that.

25   Right?

26   A    He knew I would be deposed in this matter and

27   possibly have to testify in court.

1    Q   Right.  And that's what you told him.  That Adan

2    Salazar didn't realize it at the time.

3    A   That's what he conveyed to me, and that was --

4    Q   That's Free Speech Systems' sworn testimony here.

5    A   That's what was conveyed to me in my conversation;

6    so, yes.

7    Q   And the explanation that Free Speech Systems is

8    offering this jury is that Adan Salazar just missed it.  He

9    didn't scroll down far enough to see that actually the FBI

10   did report the murders.

11            ATTY. PATTIS:  Objection to form.

12            THE COURT:  Overruled.

13   BY ATTY. MATTEI:

14   A   That's what he said to me in our conversation.

15   Q   So, let's just -- just accept, for just a moment,

16   that Adan Salazar, who published The Creepy Illuminati

17   article, who tried to get registered at the

18   Crisisactors.org, who's now writing a false article about

19   FBI, says, Nobody Killed at Sandy Hook, let's just accept

20   that that guy was telling you the truth for a moment, even

21   if we accept that, you acknowledge that if Adan Salazar had

22   just scrolled down a little bit further in the page he would

23   have seen that that was false.  Correct?

24   A   Right.  At the bottom of the page there is an

25   asterisk there that would have indicated to him to go check

26   another chart.

27   Q   Right.

1          The other explanation though, if we don't give Adan

2    Salazar the benefit of the doubt, is that he darn well knew

3    what the statistics said on a page that he looked at, and

4    published this anyway.  Correct?

5               ATTY. PATTIS:  Objection, argumentative.

6               THE COURT:  Overruled.

7    BY ATTY. MATTEI:

8      A   I don't know, because I can only convey what he said

9    to me.

10     Q   Well, let's look at what happened with this.  Now, on

11   September 24, the same day this article ran, Infowars ran a

12   broadcast highlighting Adan's article, Sandy Hook Deaths

13   Missing from FBI Report, right?

14     A   Yes.

15     Q   And then the next day, September 25th, Alex Jones had

16   Wolfgang Halbig on.  Correct

17     A   I don't recall the date.  If we could pull up the

18   video --

19     Q   Sure.

20               ATTY. MATTEI:  Yeah, why don't we do that.  Why

21          don't we pull up that list.

22   BY ATTY. MATTEI:

23     Q   And while we're doing that, Ms. Paz, just if you

24   could for the jury, Mr. Halbig had absolutely nothing to do

25   with this article.  Correct?

26     A   Oh, I don't believe he did, no.

27     Q   Do you have the chart in front of you yet?

1   A   Not yet.

2   Q   Okay.

3       Oh, okay, do you see -- do you see a listing here,

4   Ms. Paz, September 25: FBI Says Nobody Killed at Sandy Hook

5   Massacre, Featuring Wolfgang Halbig?

6   A   September 25 -- Yes: Sandy Hook Deaths Missing from

7   FBI Report, September 25th.  Is that the one we're talking

8   about?

9   Q   No, no: FBI Says Nobody Killed at Sandy Hook

10  Massacre, Featuring Wolfgang Halbig?

11  A   Okay.  Is that on Chart B -- Oh, okay, I see it on

12  Chart B, yes.

13  Q   Thank you.

14  A   Yes.

15  Q   All right.  So, Adan Salazar writes this article on

16  the 24th, they have a broadcast about it on the 24th, the

17  next day Alex Jones comes in to talk about it, right?

18  A   He does mention it, yes.

19  Q   All right.

20          ATTY. MATTEI:  So, why don't we play 19(A).

21          THE CLERK:  This is a full exhibit, Your Honor.

22          THE COURT:  Thank you.

23          (Exhibit 19(A) was played into the record.)

24          ATTY. MATTEI:  Okay.  Thank you.

25  BY ATTY. MATTEI:

26  Q   So, that's the introduction, right?

27  A   Yes.

1    Q    And, obviously, Halbig's been on the show a couple of

2  times.  Alex Jones knows he's going to say Sandy Hook was

3  fake, an illusion, right?

4    A    I'm sure he would have said -- knew he was going to

5  say more of the same.

6    Q    Yeah.  And so here we have -- this is 2014 now.  This

7  is nearly two years after the shooting, right?

8    A    Almost, in September --

9    Q    Right, almost --

10   A    -- so close to two years.

11   Q    Almost two years.  But now they have this new thing

12 about the FBI, so they bring on Halbig, right?

13   A    I don't know if that was the reason why they brought

14 him on that particular day.

15   Q    Okay.  Well, why else would they have brought him on

16 when they titled the video: FBI Says Nobody Killed at Sandy

17 Hook Massacre, Featuring Wolfgang Halbig?

18   A    I don't know, I didn't ask Alex that specific

19 question related to this video --

20   Q    Okay.  And so --

21   A    -- so I'm not sure.

22   Q    So, Free Speech Systems, having seen the article,

23 having seen the title of the video, having now seen the

24 intro to the video, they're still not prepared to say that

25 that's why they were having Wolfgang on?

26   A    I'm just not sure and I don't want to -- I don't want

27 to guess.

1        ATTY. MATTEI:  So, let's go to 19(D), please.

2      The same broadcast.

3        (Exhibit 19(D) was played into the record.)

4  BY ATTY. MATTEI:

5    Q   So, here's Wolfgang Halbig on telling the audience of

6  millions that Sandy Hook Elementary School was a toxic waste

7  dump.  Right, that's what he said?

8    A   That's what he said, yes.

9    Q   And Alex Jones says it was a total cut-out, right?

10   A   That's the word he used, yes.

11   Q   Right.  And a cut-out is basically a set, right?

12 Something set up as a stage to be a set.  Correct?

13   A   That's what I think he means by that, yes.

14   Q   Right.  Going back to what we heard earlier about

15 this total production they were putting on, they needed a

16 set for it, right?

17   A   I -- I would assume -- I didn't ask him the specific

18 question, so I don't know for sure.  But --

19   Q   I mean, that's something that you would have been

20 expected to do; you knew that you were supposed to be

21 prepared to testify about all these videos, right?

22   A   Right.  I watched all the videos.

23   Q   Right.  And you knew that you were going to be here

24 testifying about these videos and that Alex Jones was

25 featured in pretty much every single one, right?

26   A   Almost every one, yes.

27   Q   Right.  And so -- But your testimony to the jury is

1    that you just didn't ask about this one?

2       A    I don't know what's in his mind at the time.

3       Q    So, when -- But you'd agreed with me though, at least

4    when it comes to --

5                ATTY. PATTIS:   Objection, as to the form, Judge.

6                ATTY. MATTEI:   Withdraw it.

7    BY ATTY. MATTEI:

8       Q    When it comes to the word cut-out, your testimony is

9    he's talking about a set, right, like a stage?

10      A    That's what I took it to mean, based on what he said.

11      Q    And he said that it was closed until right before.

12      A    He does say that.

13      Q    Okay.

14      A    He says that a couple of times.

15      Q    So yet, in here, there's this fake set; they plop

16   everybody down there to create this hoax, the illusion of a

17   tragedy, right?

18      A    Are you asking if that's what he means by that?

19      Q    That's what's happening here.   Correct?

20      A    That's what he said.

21      Q    Now, he says the school was closed until right before

22   -- after Halbig says it was a toxic waste dump.   And did --

23           Let's do this: are you aware that -- Oh, and then I

24   think he said something like how could the parents send

25   their children to that school, right?

26      A    He said that a few times.

27      Q    And the idea is, of course, that they wouldn't have,

1  if it was a toxic place.  Right?

2    A    I think that's what he meant by it.

3    Q    Dawn Hochsprung was the principal of Sandy Hook

4  Elementary School.  Correct?

5    A    Yes.

6    Q    You're aware that she -- there's testimony that she

7  and Mary Sherlach died in the lobby when they confronted the

8  shooter.  Correct?

9    A    I think that was in the report; but, yes.

10    Q    And Alex Jones, at the time he said this, was aware

11  that Ms. Hochsprung had a Twitter account.  Correct?

12    A    Was aware at the time that he said the school was

13  closed?

14    Q    Yes, ma'am.

15    A    I don't know.

16    Q    Have you seen Dawn Hochsprungs's Twitter account?

17    A    I have not, no.

18    Q    Are you aware whether throughout the fall of 2012

19  Hochsprung was posting pictures of what was happening in the

20  daily activities at school?

21    A    I have not seen the Twitter account; so, no.

22    Q    Haven't seen her pictures about the book fair?

23    A    I haven't seen anything on her social media; so, no.

24    Q    About the Veteran's Day Breakfast they hosted?

25        ATTY. PATTIS:  Objection, Judge, asked and

26        answered, repetitive at this point, that she hadn't

27        seen the Twitter account.

```
 1              THE COURT:  Sustained.
 2    BY ATTY. MATTEI:
 3      Q   Do you recall on the very first day, the very first
 4    day that Alex Jones covered Sandy Hook, the day of the
 5    shooting, he was talking about drills, right?  That this
 6    could be a drill.  Do you recall that?
 7      A   Yes.
 8      Q   And he referred in that video to a Twitter photo he
 9    had seen from earlier in the year of kids doing a fire
10    drill.  Do you recall that?
11      A   In the first video?
12      Q   Yes.  You watched it.
13      A   Well, we watched it here.
14      Q   We watched clips.  But you've watched the whole
15    thing.  Correct?
16      A   The first video?
17      Q   Correct.  The video, Connecticut Schoolmaster Looks
18    Like False Flag, Witnesses Say, you watched that video, yes?
19      A   Is that the video that I didn't see?  That might have
20    been the video that I didn't see.
21      Q   You hadn't seen it before you were deposed.  They
22    never gave it you, right?
23      A   Correct.
24      Q   Then you were deposed, and you saw it.  Correct?
25      A   You mean, was I -- did I see it after I was deposed?
26      Q   You saw it when you were deposed.  I played it for
27    you at your deposition, didn't I?
```

1    A   I don't remember.  I know you played a bunch of

2   things for me.  I don't know if it was that particular

3   video.

4    Q   Okay.  So, you don't --

5    A   I don't remember.

6    Q   Okay.  So, you don't recall, as you sit here right

7   now, that on the very first day Alex Jones acknowledged that

8   he had seen a photo of the kids doing a fire drill, you

9   don't recall that?

10   A   I don't remember.

11   Q   And at the time he was trying to suggest that this is

12  a drill, right, you remember that part?

13   A   I do -- Yes, I do remember that.

14   Q   But he is two years later saying the school was

15  closed until right before it happened, right?

16   A   That's what he says, yes.

17   Q   Right.  And you've not seen Dawn Hochsprung's Twitter

18  photo from earlier in the fall of the children doing the

19  fire drill.  Correct?

20   A   I have not, no.

21   Q   But it's hard to keep track of lies, isn't it?

22           ATTY. PATTIS:  Objection, argumentative.

23           THE COURT:  Sustained.

24  BY ATTY. MATTEI:

25   Q   So, let's go onto the next clip.

26           ATTY. MATTEI:  I think that was 19(D) we just

27       saw.  Let's go onto 19(E).

1              (Exhibit 19(E) was played into the record.)

2              ATTY. MATTEI:  All right, Pritika -- I'm sorry

3         --  This is what we're going to do --

4    BY ATTY. MATTEI:

5         Is it Free Speech Systems' position today that the

6    school was closed?

7    A    No.

8              ATTY. MATTEI:  Okay.  Go ahead.

9              (Exhibit 19(E) was played into the record.)

10   BY ATTY. MATTEI:

11   Q    They wished it was real, right?

12   A    Are you asking whether he said that?  He says that,

13   yes.

14   Q    "He," being Alex Jones.

15   A    Alex said that, yes.

16             ATTY. MATTEI:  Let's go to 19(G), please.

17             (Exhibit 19(G) was played into the record.)

18             Is that it?  Go on.  I'm sorry.

19   BY ATTY. MATTEI:

20   Q    So, you saw that clip, right?

21   A    Yes.

22   Q    Wolfgang pleads, I need your help, right?

23   A    I think he says that, yes.

24   Q    And Alex Jones offers help.  He says I'm going to

25   send some reporters up there with you, right?

26   A    Yes, he says, I have to send some reporters up there.

27   Q    And you know that he had actually already done that,

1    because earlier that year -- do you remember the video we

2    saw where -- that had start out, and Jones said, you know,

3    Conspiracy Theory Shut Down at the Newtown Board of Ed?

4        A    Yes, we sent Dan Bidondi up there.

5        Q    Right.  And Bidondi went up there for that one --

6        A    Correct.

7        Q    -- as an Infowars, quote, reporter.  Correct?

8        A    Yes.

9        Q    And that was the time Wolfgang Halbig tried to get

10   into the United Way and the police confronted him, right?

11       A    Right, that was the same day.

12       Q    Dan Bidondi was with him, yes?

13       A    Yes.

14       Q    And then after telling Wolfgang Halbig that he was

15   going to send reporters up there with him, he plugged

16   Wolfgang Halbig's website, Sandy Hook Justice, right?

17       A    Yes.  I think every time he's on, he puts the website

18   up.

19       Q    Sometimes they'll just put the link in the bottom so

20   the viewers can see it, right?

21       A    Correct.

22       Q    Sometimes Alex Jones will say the website, Sandy Hook

23   Justice.com, correct?

24       A    Yes.

25       Q    Sometimes they actually put up a screenshot of the

26   website itself?

27       A    Yes.

1    Q   And on that website, Sandy Hook Justice, Wolfgang

2  Halbig's website is entirely devoted to Halbig's claims that

3  the shooting was fake, an illusion.  Correct?

4    A   Yep.

5    Q   And Halbig also had a link on that website to help

6  him raise money, didn't he?

7    A   Yep.

8    Q   Okay.  And Alex Jones encouraged his audience to

9  support Wolfgang Halbig financially.  Correct?

10    A   If they wanted, yes.

11    Q   Let's go to --

12          ATTY. MATTEI:  Was that (G)?

13          ATTY. PATTIS:  Yeah.

14  BY ATTY. MATTEI:

15    Q   Oh, and then right after he plugged the website, he

16  gives his own store a little plug, right?

17    A   He does that after all of the segments --

18    Q   Right.

19    A   -- so, yes.

20    Q   Right.  DNA Force Plus on this one?

21    A   Yes.

22    Q   And this -- this video, obviously, would have been

23  uploaded to Infowars.com after, right?

24    A   Sure.

25    Q   Would have been clipped up and titled, yes?

26    A   Yes.

27    Q   Okay.  And when it was, viewers could click on

1   Infowars store and go buy a product, right?

2      A    Right.

3      Q    And that's the type of thing Google Analytics will

4   tell you, right?

5      A    Whether they clicked from that particular video?

6   Yes, you would be able to tell if you clicked from, say,

7   Adan Salazar's article and then they went to the store, and

8   then subsequently purchased from the store.  You'd be able

9   to tell that.

10     A    Right.

11     Q    And if they purchased DNA Force, it looks like it's

12  on sale for $129.95, yes?

13     A    At the time of that airing, yeah.

14     Q    Yeah.

15     A    I don't know what it -- what it goes for now, I don't

16  know -- At that time.

17     Q    They still -- Yeah, they still sell it.

18     A    I think so, yes.

19     Q    All right.

20            ATTY. MATTEI:  So, let's play 19(I).

21            (Exhibit 19(I) was played into the record.)

22  BY ATTY. MATTEI:

23     Q    That's not the first time we've seen Alex Jones

24  mockingly cry about what happened to these families, is it?

25     A    I think we talked about another video earlier, yes.

26     Q    And it's not the last time he did it either.

27     A    I don't remember if he does it again, I'm not sure,

1   but --

2   Q   And there, he's talking about not just one, but a

3   bunch of parents doing this, right?

4   A   He says that in the video, yes.

5   Q   Sure does.

6       He also says you got a hundred kids, and nobody can

7   find them.  Right?

8   A   He said that in the video, yes.

9   Q   And what he's telling his audience is that they

10  rolled in all these kids for the big production, but, of

11  course, because they were actors, nobody can find them now.

12  Right?

13  A   I don't really know what he's referring to there.

14  Q   And when he refers to the pictures of children who

15  were killed who are still alive, he's telling his audience

16  that the children they say died, are still alive, they were

17  actors, isn't he?

18  A   I don't know what he's saying there.  I know what he

19  said --

20  Q   Ms. Paz, you saw the video?

21  A   Yes.

22  Q   He said you have pictures of children who died who

23  are still alive.  Correct?

24  A   He said that.

25  Q   And that happens because the children were faking it

26  themselves.  Correct?

27              ATTY. PATTIS:  Objection; argumentative, Judge.

```
 1            The video speaks for itself.

 2                 THE COURT:  Overruled.

 3   BY ATTY. MATTEI:

 4     A   I don't know what he's referring to there.  He

 5   doesn't say.

 6     Q   Are you able to use your powers of deduction, Ms.

 7   Paz, to tell this jury what Free Speech Systems now knows,

 8   which is that he was referring to the children themselves as

 9   being actors?

10                 ATTY. PATTIS:  Objection.

11                 THE COURT:  Sustained.

12   BY ATTY. MATTEI:

13     Q   Is Ben Wheeler an actor?

14                 ATTY. PATTIS:  Objection.

15                 THE COURT:  Overruled.

16   BY ATTY. MATTEI:

17     A   Is Ben Wheeler an actor?

18     Q   Yes.

19     A   No, Free Speech Systems doesn't contend that he is.

20     Q   Is Avielle Richman an actor?

21     A   No.

22     Q   Is Dylan Hockley an actor?

23     A   No.

24     Q   Is Daniel Barden an actor?

25     A   No.

26     Q   Is Emilie Parker an actor?

27     A   No.
```

1    Q    Is Bill Aldenberg an actor?

2    A    No.

3              ATTY. MATTEI:  Let's go to 19(J), please.

4              (An exhibit was played into the record)

5              ATTY. MATTEI:  I think we have to stop this one.

6          I meant 19(J), please.

7              Thanks, I'm sorry.

8              (Exhibit 19(J) was played into the record)

9    BY ATTY. MATTEI:

10   Q    That was September 25th.  That's what we just saw,

11   right?

12   A    I believe that was the date, yes.

13   Q    The article, FBI Says No One Killed at Sandy Hook,

14   was the 24th.  Correct?

15   A    Yes.

16   Q    The first broadcast was the 24th, that same day?

17   It's what we looked at earlier.

18   A    Okay.

19   Q    Than Halbig comes on the 25th.

20   A    Yes.

21   Q    That's what we just saw.

22   A    Yes.

23             ATTY. MATTEI:  Can we pull up Exhibit 133,

24        please?

25             THE CLERK:  133 is not a full exhibit, Your

26        Honor.

27             ATTY. MATTEI:  I think it's agreed to.

1          ATTY. PATTIS:  It is agreed to, Judge.

2          THE COURT:  So ordered.

3     BY ATTY. MATTEI:

4       Q    This is an email sent three days later by Wolfgang

5     Halbig to Nico Acosta.  Correct?

6       A    That's what it says, yes.

7       Q    Nico Acosta was the producer for the Alex Jones Show,

8     yes?

9       A    Yes.

10      Q    Can you read what Wolfgang writes to Nico?

11      A    You want me to read the whole thing?

12      Q    I do.

13      A    Sure.  "Nico, please thank Alex again for his great

14    work in helping our cause in funding our legal bill.  We are

15    receiving donations because of him.  Please ask him if he

16    would donate at least a dollar, as well as you, to -- as

17    well as you, to be on our Sandy Hook Justice team.  Thanks

18    again, Wolfgang."

19      Q    How much -- How much money did Wolfgang Halbig get as

20    a result of Alex Jones's encouraging his audience to

21    support?

22      A    I don't know.

23      Q    All right.  Now, let's talk about this article.

24          ATTY. MATTEI:  Can we pull up Exhibit 134,

25          please.

26          This is not yet in evidence, but it's agreed to,

27          Your Honor.

```
1              ATTY. PATTIS:  It is agreed, Judge.
2              THE CLERK:  It is a full exhibit, Your Honor.
3              ATTY. MATTEI:  I'm sorry, it's been -- I haven't
4         offered it.
5              THE CLERK:  It was admitted day one.
6              ATTY. MATTEI:  Oh, it was?
7              THE CLERK:  Yes.
8              ATTY. MATTEI:  Thank you very much.
9    BY ATTY. MATTEI:
10     Q    Now, this is an email from Tim Fruge, the business
11   director for Infowars, correct?
12     A    At that time, yes.
13     Q    Yes, at that time.
14     A    Uh-hmm.
15     Q    October 14, 2014.  Correct?
16     A    That's what it says.
17     Q    Three weeks after the article ran and the videos ran
18   that we just saw, right?
19     A    Yes.
20     Q    And it's to Adan Salazar, the author of that false
21   article.  Correct?
22     A    Yes, it is to Adan, yes.
23     Q    And it has some attachments.  The attachments are
24   entitled, Alexa Unique Visits.  Correct?
25     A    That's what it says, yes.
26     Q    Okay.  Now, Alexa, I think we talked about yesterday,
27   is another web-based program that allows you to kind of see
```

1   where your rankings are as a website.  Correct?

2       A    I believe that's correct, yes.

3       Q    We saw those rankings yesterday in one of the media

4   kits where Alex Jones was on top and then there were other

5   media outlets below him.  Correct?

6       A    Right.  I remember that.

7       Q    Right, right.  And none of those other media outlets

8   that we saw yesterday, they never said Sandy Hook was fake,

9   did they?

10      A    Which media outlets?  What do you mean?

11      Q    You remember we saw Rush Limbaugh?

12      A    Oh, okay.  I don't believe there's an -- any

13  allegations that they had said such things, so.

14      Q    Okay.  And then the second attachment is what?

15      A    It's says Google Analytics.jpg.

16      Q    Right.

17           ATTY. MATTEI:  So, let's go down to the second

18       page.

19           All right.  The jury will remember this from

20       opening.

21  BY ATTY. MATTEI:

22      Q    Do you see there a chart?

23      A    I see it.

24      Q    And this chart is Google Analytics.  Correct?

25      A    I don't know if it's Google or Alexa or -- one of

26  them.  But it looks like analytics.

27      Q    Check.  And what we see here are -- is a chart with

1    dates along the bottom.  Correct?

2       A    Yes, I see that date range from September 22nd

3    through October the 13th.

4       Q    And if you look at this line here -- and I know I'm a

5    little bit far away, but I want everybody to be able to see

6    it -- maybe it's easier if I go over there --

7             ATTY. MATTEI:  May I, Your Honor?  May I go over

8             there?

9    BY ATTY. MATTEI:

10      Q    So, let's see here.  You have September 22nd, right?

11      A    Yes.

12      Q    Okay.  And it's broken up into weeks.  So, you have

13   September 22nd to September 29, yes?

14      A    One-week period, yeah.

15      Q    Okay.  And there are, let's see -- one line, two

16   lines, three lines, four lines  -- so, it's looks like each

17   line represents about two days.  Yeah?

18      A    Sure.

19      Q    Okay.  So, we come to the second line, this would be

20   September 24, right?

21      A    Or thereabouts.

22      Q    Or thereabouts.

23      A    Sure.

24      Q    The third line might be September 26th or

25   thereabouts.

26      A    Or thereabout.

27      Q    Fourth line, September 28, somewhere in there, yes?

```
1      A    Sure.

2      Q    And what we're seeing here are a chart showing unique

3   visitors.  Correct?

4      A    Yes, that's what it says.

5      Q    And unique visitors are bumping along here in

6   September around, let's say, just shy of 500,000 a day; yes?

7      A    About.

8      Q    We're eyeballing it, right?

9      A    Right, right.  About.

10     Q    About 500,000 a day?

11     A    Sure, approximately.

12     Q    And right around between September 24 and September

13  25 -- and this article was published -- it spiked just under

14  two million.  Correct?

15     A    I mean, that some -- So, it looks like more than one-

16  and-a-half, I'll say that.  It's not quite two, but it's not

17  one-and-a-half; so, probably more than one-and-a-half.

18     Q    Okay.

19     A    Yes.

20     Q    You're not going to argue with me that there's a

21  spike?

22     A    It looks like a spike, yes.

23     Q    And that spike, you would say, goes from somewhere

24  south of 500,000 to somewhere between one-and-a-half, two

25  million unique visitors.  Correct?

26     A    Somewhere about one-and-a-half and less than two,

27  sure.
```

```
1              ATTY. MATTEI:  Let's go to the next chart.
2    BY ATTY. MATTEI:
3       Q    Now, this one --
4              ATTY. MATTEI:  -- no, no, no.  I'm sorry -- so
5         you could do -- have the -- I want to do the next
6         spiking.
7              All right.
8    BY ATTY. MATTEI:
9       Q    Now, this one is measuring page views, yes?
10      A    Yes, I see that.
11      Q    Same idea.  You got the dates on the bottom.
12      A    Yes, I see that.
13      Q    All right.  And what you're seeing here is bumping
14   along, let's say, somewhere between one and two million,
15   right up until the article was published, right?
16      A    Yes.  So, somewhere above one-and-a-half, but less
17   than two.  I see that.
18      Q    And then it spikes up to about thee million.  Can you
19   agree?
20      A    About three, yeah, that's what it looks like.
21      Q    That's per day page views, yes?  That's what we're
22   measuring here, page views per day.
23      A    Measure page views, right -- well, in that two
24   day-ish period --
25      Q    Right.
26      A    Right.
27      Q    Right.  Over the past 28 days, what you see here is
```

```
1    that they had 34.2 million page views.

2        A   Right, that's what I said.

3        Q   Let's go to visits.

4             ATTY. MATTEI:  Is there a visits there?

5             ATTY. KOSKOFF:  Yep.

6    BY ATTY. MATTEI:

7        Q   So, now you see -- the same idea, but we're talking

8    about visits, right?

9        A   Yes.

10       Q   Bumping along here, let's say between -- I don't

11   know, 400,000 and 700,000 let's say, visits per day --

12       A   Yes.

13       Q   Right?

14       A   I see that.

15       Q   It spikes up to over 2 million when the article was

16   published and when the videos came out, yes?

17       A   In that period --

18       Q   Right.

19       A   -- right.

20       Q   Right.

21       A   I see that.

22       Q   All right.

23            ATTY. MATTEI:  Now, let's go to the next chart.

24   BY ATTY. MATTEI:

25       Q   You remember there were multiple attachments here.

26       A   I saw that, yeah.

27       Q   All right.
```

1        ATTY. MATTEI:  Let's stay on that one right

2     there.

3   BY ATTY. MATTEI:

4     Q    Okay.  Now, similar idea.  You obviously recognize

5   this to be Google Analytics, right?

6     A    Yes, I do.

7     Q    All right.  And do you see here -- again, dates along

8   the horizontal access -- axis, beginning September 15th,

9   right?

10    A    Yes.

11    Q    All right.  And Google Analytics, you testified

12  earlier, measures things like web performance, visitors,

13  clicks, all that stuff, right?

14    A    Sure.

15    Q    So, here we are, mid-September -- the week, you know,

16  between September 15th and September 22nd.  You're about,

17  oh, one, one-and-a-half million, right, page views here

18  we're talking about.  You see that?

19    A    Yes.  So, that's -- on September 15th it spikes up a

20  little bit above one-and-a-half -- I don't know, maybe --

21    Q    Oh, thank you.  Yeah, yeah, okay.  So, we're just

22  focusing on this first week.  Right.

23    A    Right.

24    Q    There's a little bit of a spike on September 15th,

25  isn't there?

26    A    Yes.

27    Q    Okay.  And then it's kind of cruising along below 1.5

1    million until September 22nd, right?

2        A    Right.  It hovers around one-and-a-half million and

3    drops off --

4        Q    Okay.  Let's pull back from the chart here --

5        A    Uh-hmm.

6        Q    -- just focus on my questions, Ms. Paz, okay?

7        A    Sure.

8        Q    And here again, in the next week, from September

9    22nd-September 29, do you agree with me that page views --

10            ATTY. PATTIS:  Object -- Objection to the form,

11       Judge.

12            ATTY. MATTEI:  Fine, Your Honor.

13   BY ATTY. MATTEI:

14       Q    Am I correct that page views jump up to just under 3

15   million over the two days when this article was published

16   and the videos were broadcast?

17       A    Yes, I do see the spikes that you're pointing to,

18   just under 3 million page views.

19       Q    And this period covers, let's say -- I don't know,

20   September 13th to about October 13th, right?  It's about a

21   month of data, yes?

22       A    Yeah, give or take.  It doesn't say the exact days,

23   but --

24       Q    And what Google Analytics is telling you here in this

25   chart is that 33.4 percent of all page views during this

26   month were new visitors.  Correct?

27       A    The green slice of the pie?

1    Q   That's right.

2    A   Yes.

3    Q   The green slice -- Green means new visitors, right?

4    A   Yes.

5    Q   Blue means returning visitor.

6    A   Yes.

7    Q   And for this month 33.4 percent of the people

8  visiting were new, right?

9    A   That's what it says, yeah.

10        ATTY. MATTEI:  Let's go to the next chart,

11      please.

12        Is that it for that one?  Okay, okay great.

13  BY ATTY. MATTEI:

14    Q   Now, Ms. Paz, having seen all that now -- By the way,

15  why did Tim Fruge send all those analytics to Adan Salazar,

16  who wrote that article?

17        ATTY. PATTIS:  Objection to the form, Judge.

18        THE COURT:  Overruled.

19  BY ATTY. MATTEI:

20    A   I don't know.  I didn't ask about it.

21    Q   "You don't know."

22        Having seen that, and now coupling that with all the

23  other emails we saw during the proceeding two months about

24  Google Analytics, will Free Speech Systems now tell this

25  jury that, yes, it did in fact use Google Analytics?

26    A   I'm sorry, I have just the same answer: I don't

27  know.

1          ATTY. MATTEI:  Let's pull up Exhibit 135,

2       please.

3          It's agreed to, Your Honor.

4          ATTY. PATTIS:  I think it's already in.

5          ATTY. MATTEI:  If it is --

6          THE CLERK:  135 is not in yet.

7          ATTY. PATTIS:  Oh, agree.

8  BY ATTY. MATTEI:

9    Q   All right.  Now, here we are again, October 9th.

10 What was the date of the last, do you remember?  Okay.  I'll

11 tell you.  The email we just saw that Tim Fruge sent to Adan

12 Salazar was October 14th.  This is October 9th.  Just a few

13 days ago, yeah?

14   A   That's what it looks like, yeah.

15   Q   Okay.  It's Tim Fruge again --

16   A   Yes.

17   Q   -- sending a Google Analytics Facebook example to a

18 guy named R -- Rob R.  Who's that?

19   A   I'm not sure -- I'm not sure as I sit here, I'm

20 sorry.

21   Q   You can tell from the email address he's an Infowars

22 employee, yes?

23   A   Yes, yes.

24   Q   All right.

25          ATTY. MATTEI:  And let's bring up that analytics

26       Facebook example.

27 BY ATTY. MATTEI:

1    Q   All right.  Let's pull up -- Now, you see here, this

2  is September 23rd, right?

3    A   That's what it says, yeah.

4    Q   Am I correct, ma'am, I know Free Speech Systems'

5  testimony here, over and over again, is that it doesn't know

6  whether it used Google Analytics.  But do you know whether

7  Google Analytics was available to Infowars to also track its

8  performance on social media?

9    A   I don't.  I'm sorry.

10       ATTY. MATTEI:  Let's pull up this --

11  BY ATTY. MATTEI:

12    Q   -- just to pie-chart you with all the colors, okay --

13       ATTY. MATTEI:  -- I'm sorry, I should have said

14       with a date, as well.

15    Q   Now, can you remind the jury when that article, FBI

16  Says Nobody Killed at Sandy Hook, published?

17    A   Is that a question to me?

18    Q   It is.

19    A   I believe it's September 24th.

20    Q   Right.  So, this is the day before, right?

21    A   That's what it looks like.

22    Q   And what it shows here are the top channels through

23  which people are arriving to Infowars.com.  Correct?

24    A   Oh, how they're getting to the website, yeah, so --

25    Q   How they're getting to the website.

26    A   -- direct search or organic search.  Yes, that's what

27  it looks like.

1    Q   Right.  And so what you see here is direct visitors.

2   What that means is people just typing Infowars.com because

3   they want to go there, right?

4    A   Right.

5    Q   Organic search means people who are searching for

6   Infowars.com get sent to there.  Correct?

7    A   Or it's coming up on search terms.  If they're --

8   say, they search Alex Jones or they search a particular

9   topic and they're coming up on the Google search results

10  organically.

11   Q   Organically.

12   A   Right.  So, it would include search terms, not

13  necessarily just Infowars.

14   Q   Right.  So, somebody searching on Google, quote, FBI

15  Says Nobody Killed at Sandy Hook, they're coming to

16  Infowars, that's an organic search, right?

17   A   Right.

18   Q   And so, the direct -- On September 23rd -- I'm going

19  to come this way, away from the jury's way -- the direct --

20  and you have the screen in front of you, right?

21   A   Uh-hmm.

22   Q   On the day before they publish this article, is 39.3

23  percent of all visitors are coming direct.  They know they

24  want to go to Infowars.com, type it in, go.  Right?

25   A   That's what it says, yes.

26   Q   25 percent are searching for something on Google,

27  Infowars.com comes up, they click on it, they come; yes?

1    A    Right.

2    Q    24.2 percent are clicking on a link on social media.

3 Correct?

4    A    That's what that says, yes.

5    Q    And then they're coming to Infowars.com through that

6 link.

7    A    Right.

8    Q    Okay.  10 percent are being referred from another

9 website.  That means -- because you know that Infowars.com,

10 at this time, was paying to advertise itself on other

11 websites, right?

12    A    Right.

13    Q    And so they do that to get more visitors to their

14 site.  So, another website had referred them there, right?

15    A    Right.

16    Q    And then there's -- Okay.  And then it looks like

17 there's two other categories that are not -- because one is

18 email, right?

19    A    Yes.

20    Q    And you know that Infowars had a daily email

21 newsletter that would go out?

22    A    Yes, it has a newsletter.

23    Q    Okay.  And so, people can click on -- and that

24 newsletter contains links to all the stories that Infowars

25 runs that day.

26    A    Right.

27    Q    Okay.  So, you know, you get an email in your inbox:

1  good morning, here's the latest stories from Infowars.

2  Right?

3    A   Right.

4    Q   Okay.

5        All right.  Now, let's go to -- Now, let's go down

6  the page a little bit.  And, whereas the pie chart shows the

7  percentages, this shows the numbers; yes?

8    A   That's what it looks like, yes.

9    Q   And so, on September 23rd, the day before the article

10  runs, they had a total of 543,000 sessions.  Yeah?

11   A   Yes.

12   Q   31 percent of those were new.

13   A   New sessions, yes.

14   Q   New sessions, okay.  All right.  Great.

15          ATTY. MATTEI:  So, let's go down to the next

16      day.

17   Q   Here we are on September 24, right?

18   A   Yes.

19   Q   This is the day of the article now, yes?

20   A   Yes.

21   Q   And just to remind the jury, this is an email sent

22  three weeks after the article ran, right?

23   A   This chart is in the email?  I believe that's the

24  date, yes, in early October; right.

25   Q   Three weeks after the article runs, Tim Fruge, the

26  business director, is putting together numbers for these

27  dates.  Right?

1    A   That's what it looks like.

2    Q   On the day the article runs -- Do you remember on the

3  chart before --

4            ATTY. MATTEI:  Let's just go back up just for a

5        minute --

6            MS. SESHADRI:  (Indiscernible)

7            ATTY. MATTEI:  -- the pie chart, yeah.

8  BY ATTY. MATTEI:

9    Q   On September 23rd, you remember that social media was

10  24.2 percent of traffic to Infowars.com, right?

11   A   I see that, yeah.

12           ATTY. MATTEI:  Let's go to the next one.

13   Q   On the 24th, social media more than doubles as the

14  source for traffic to Infowars.com, right?

15   A   That's what it looks like, yes.

16   Q   It goes from 24 to 54 percent of all traffic coming

17  into Infowars.com is being sent from social media.  Correct?

18   A   That's what it says, yes.

19   Q   This is the year Alex Jones had 2.2 billion

20  impressions on social media.  Correct?

21   A   I don't recall the number, but I know we talked about

22  that yesterday.

23   Q   Right.

24   A   Yes.

25   Q   And whereas before the direct -- on the day before,

26  the direct traffic that people coming into Infowars.com is

27  now in half, right?

1    A    Right, that's what it says.

2    Q    Right.  And so, Ms. Paz, what we're seeing here,

3  according to Infowars Google Analytics is Adan Salazar's

4  false article is taking off on social media and resulting in

5  traffic into Infowars.com.  Correct?

6              ATTY. PATTIS:  Objection, Judge, argumentative.

7              THE COURT:  Overruled.

8  BY ATTY. MATTEI:

9    Q    That's what we're seeing.

10   A    I don't know what caused the spike.  But as we said

11 earlier, his article would have been posted to all of our

12 social media outlets.  So, I mean, its -- Could it have

13 been?  Yes, it could have been.

14   Q    Well --

15   A    I don't know from looking at this what they're

16 clicking on, from the what -- from social media.

17   Q    Right.  But you do know that the email we just showed

18 had Tim Fruge sending Adan Salazar, the author of the

19 article, similar data about performance over the weekend.

20 Correct?

21   A    I saw the email, yes.

22   Q    Okay.  And now we're seeing just a few days before

23 Tim Fruge putting this together for the exact same week.

24 Correct?

25   A    For the same two-day period, yes.

26   Q    Right.  And you know that over the same time period,

27 because of all this increased social media traffic coming to

1    Infowars, its revenue spiked, as well.  Correct?

2      A   I'd have to see the numbers, but --

3      Q   I'll show you that in a minute.

4      A   Sure.

5      Q   So, on the day the article is published, social media

6    accounts for more than half of all referrals to

7    Infowars.com, right?

8      A   That's what it says, yes.

9      Q   All right.

10           ATTY. MATTEI:  Let's go down to the next part of

11         this.  Okay.

12   BY ATTY. MATTEI:

13     Q   Now, again --

14           ATTY. MATTEI:  Thank you.  You read my mind.

15     Q   September 23rd, you'll recall that the total sessions

16   the day before the article was published was 543,000, right?

17     A   Yes.

18           ATTY. MATTEI:  Let's go to September 24th.  I

19         want to see the sessions.  It's down a little

20         further.  Thank you.

21   BY ATTY. MATTEI:

22     Q   Okay.  It goes from 540-something-thousand to 1

23   million sessions on the day it's published.  Correct?

24     A   I see that, yes.

25     Q   Yeah, 583,000.  More than half of it now coming from

26   social media.  Correct?

27     A   I see that, yeah.

1          ATTY. MATTEI:  Let's go to September 25th --

2          yeah, you had it -- there you -- yep.

3    BY ATTY. MATTEI:

4      Q   The pie chart, so you can get started.

5          All right, September 25th.  September 25th is the day

6    Alex Jones has Wolfgang Halbig on the show -- We saw that,

7    right?

8      A   Right.

9      Q   -- to talk about the article.  Do you remember the

10   title?

11     A   Right.  He talked about other things too, but --

12     Q   Correct.

13     A   -- including the article, yeah.

14     Q   Right.  He talks about the cut-out, right?

15     A   Yes.

16     Q   He talks about the toxic waste dump, right?

17     A   Yes.

18     Q   Alex Jones does the mock crying.  Correct?

19     A   Yeah, he talks about a few things.

20     Q   He talks about a hundred kids that no longer can be

21   found, right?

22     A   He said that in the video, yes.

23     Q   He talks about photos of kids who they say died, were

24   still alive.  He talks about all that, yes?

25     A   He said that in the video, yeah.

26     Q   This is the day he did that.

27     A   I think that's the same day, yes.

1    Q    Right.  And now on this day -- we saw on the day

2  before, the day the article was published, social media went

3  from about 24 percent to over 50 percent, right, of the

4  referral bracket?

5    A    Yeah.

6    Q    Now, it's up to how much?

7    A    80 -- Is that an 8 -- 86.3.

8    Q    That looks like 63.

9    A    Okay, 66.3.

10   Q    That's what it looks like to me.

11   A    Sorry -- It's hard to tell on the screen -- 66.3.

12   Q    Okay, 66.3.  It spikes again, right?

13   A    That's what it looks like.

14   Q    Okay.  And now, direct traffic to Infowars.com,

15 people who actually know they want to go there, is only at

16 20 percent, yes?

17   A    Yes.

18   Q    So, everybody, all these extra people that are coming

19 to Infowars.com are getting there from social media.  Yes?

20   A    Yes.

21   Q    Okay.  And when they get there, they're seeing ads,

22 right?

23   A    When they get where, to the article?

24   Q    Infowars.com --

25   A    Oh, yes; yeah.

26   Q    -- they're seeing it.  I mean, we actually saw an ad

27 right next to the article for DNA Force Plus, right?

1    A    They're on all of the articles.

2    Q    Right.

3    A    Every article has an ad.

4    Q    Right now I'm only asking you about one of them.

5    A    Sure.  That article, there was an ad.

6    Q    And there was a 33 percent sale on DNA Force, right?

7    A    I think that's what it said.

8    Q    All right.  Now, here --

9         ATTY. MATTEI:  Let's go down to the numbers now

10       Pritika.

11   Q    On September 24 it was just over a million sessions

12  in the day, right?

13   A    I recall that, yes.

14   Q    Now, it's at 1.7 million, right?

15   A    That's what it says, yes.

16   Q    With 1.1 million coming from social.

17   A    That's what it says.

18   Q    Dwarfing all the other sources -- referrals.

19  Correct?

20   A    It is the largest source.

21        ATTY. MATTEI:  Okay.  Let's pull that now.

22       Let's go down to -- Is there one for the 26th?

23  BY ATTY. MATTEI:

24   Q    Now, still going here, right?  Now, the 26th, it's a

25  little bit down, it had been 66 percent on the day of the

26  video broadcast from Halbig.  Now, we're one day on, social

27  media is still way above where it was before the article was

1    written, but it's starting to ebb a little bit, down to 53

2    percent of all sources to the -- to Infowars.com.  Right?

3        A    Right.  I see that.

4        Q    Its down from 66 to 53.

5        A    To 53.  Yeah, I see that.

6            ATTY. MATTEI:  Let's go down to the numbers,

7        please.

8        Q    And, the day before, you had seen 1.7 million total

9    sessions; it's down to 950,000, right?

10       A    Yes.

11       Q    And the day earlier, on the day of the broadcast,

12   social media, as a source of referral, had been at about a

13   million, and now it's just over half-a-million; yes?

14       A    Yes.

15       Q    Okay.  So, now it's coming down, right?

16       A    Yeah.

17       Q    So, what we're seeing now is the backside of that

18   spike we saw on the other charts.  Correct?

19       A    That's what it looks like.

20       Q    All right.

21           ATTY. MATTEI:  Let's go down to the next -- if

22       there is a next.

23   By ATTY. MATTEI:

24       Q    Okay, 27.  And we're seeing that same phenomenon

25   here.  Now, we're two days after the video broadcast, right?

26       A    Yep.

27       Q    Social media is starting to come down again as a

1  source for referral, yes?

2     A    Slightly, yes.

3     Q    Right.  Well, it had been 50 --

4     A    Yeah, it was like 52 percent, or something to that

5  effect.

6     Q    Okay, so it's still down.  So, that article is still

7  doing okay, right?

8              ATTY. PATTIS:  Objection: speculative.

9              THE COURT:  Overruled.

10  By ATTY. MATTEI:

11    A    I think we said earlier, I'm not really sure how they

12  were getting there from social.  So, it's from social -- it

13  depends on how many posts there were that day and what posts

14  they were clicking on that day.

15    Q    Right.

16    A    So, I can't say for sure which posts they were

17  clicking on.

18    Q    Right.  So, you're -- You're not going to testify

19  here under oath, are you, that the article published on

20  September 24, 2014, and the video on September 24, 2015 --

21  September 25th -- September 25, 2014 -- you're not going to

22  tell this jury that that article and those videos are the

23  reasons for these spikes, are you?  You're not going to tell

24  them that.

25    A    I would be speculating.  I don't know for sure.

26    Q    Yeah.  I mean, you have all this evidence in front of

27  you, but you still believe it's speculation?

```
 1              ATTY. PATTIS:  Objection.

 2              THE COURT:  Sustained.

 3   BY ATTY. MATTEI:

 4     Q   So, on September 27, it's going down.  Now, direct

 5   referrals are going -- creeping back up, right?

 6     A   I see that, yeah.

 7              ATTY. MATTEI:  So, now the 28th.

 8     Q   And now you have direct, which is now in blue --

 9   direct now comprises the virality, right, 34.8 percent of

10   all referrals are -- are now back to being direct.  Yes?

11     A   I see that, yeah.

12     Q   And social media, close behind, but now not the top

13   referrer.

14     A   I see that, yes.

15     Q   Okay.  All right.

16              Now, what I want to do, Ms. Paz, is I want to bring

17   up -- now you testified yesterday that you've heard the

18   testimony of David Jones and Timothy Fruge that the business

19   model here is maximize audience to the website and then send

20   them to the store and hopefully they buy stuff.  That's the

21   business model.

22     A   Right.

23     Q   All right.

24              So, what I'm going to do now --

25              ATTY. MATTEI:  One moment, Your Honor, if I may?

26              THE COURT:  Take your time.

27              ATTY. MATTEI:  Can we bring up Exhibit 278, for
```

1        Ms. Paz, please?

2              THE CLERK:  This is not a full exhibit.

3              ATTY. MATTEI:  That's right.  Just for Ms. Paz.

4    BY ATTY. MATTEI:

5    Q   Ms. Paz --

6              ATTY. PATTIS:  May I have a moment, please?

7              THE COURT:  Take your time.

8              ATTY. PATTIS:  I'm ready.  Thank you.

9    BY ATTY. MATTEI:

10   Q   -- one of the things that you were asked to prepare

11   on was revenue to Infowars.  Correct?

12   A   Yes.  I believe that was one of the topics.

13   Q   And you testified yesterday that between 2012 and

14   today -- withdraw that.  Between 2012 and the moment you

15   were testifying yesterday, Infowars had made hundreds of

16   millions of dollars.  Correct?

17   A   I said I couldn't subscribe to a number because I

18   would just have to see the numbers, but, yes, it's millions

19   and millions of dollars.

20   Q   No, no, no, yesterday you agreed that Infowars,

21   during that time period, had made hundreds and hundreds of

22   millions of dollars, although you didn't know the precise

23   number.  Correct?

24   A   Right, I don't know the number.  I don't know the

25   price -- precise number.

26   Q   But that's what you testified.  I just want to make

27   it very, very clear, because just now, a moment ago, you

1  tried to say that you had testified that they had millions

2  and millions.  But what you said yesterday was that Infowars

3  had made hundreds and hundreds of millions of dollars

4  between 2012 and the date of your testimony --

5     A   I don't remember.  But I'll accept what you're

6  saying.  I mean, I know that they've made millions and

7  millions of dollars.  I just don't want to say how much,

8  because I just don't recall.  I wanted to refresh my

9  recollection of how much.

10    Q   You're the corporate representative for Free Speech

11 Systems.  Correct?

12    A   Yes.

13    Q   You're required to prepare yourself to testify about

14 the revenue that Free Speech Systems received.  Correct?

15    A   Yes, I was asked.

16    Q   I am not asking you for a precise number.  Let's

17 start here: Are you able to testify as Free Speech Systems

18 Corporate Representative that between the years 2012 and

19 yesterday, Free Speech Systems has made more than a hundred

20 million dollars?

21    A   I think that's fair.

22    Q   Are you able to testify that it's made more than two

23 hundred million dollars?

24    A   I don't know.  I would like to see the numbers.

25    Q   Are you able to testify that it's made more than a

26 billion dollars?

27            ATTY. PATTIS:  Judge, badgering, at this point.

```
 1              THE COURT:  Overruled.
 2    BY ATTY. MATTEI:
 3      A   I don't think it's made a billion dollars.  So, no,
 4    it hasn't.
 5      Q   Okay.  So, your testimony, right now, is you're
 6    testifying to this jury that you can testify under oath that
 7    Free Speech Systems has made somewhere between a hundred
 8    million dollars and a billion dollars between 2012 and
 9    yesterday.  Correct?
10      A   No, I think what I said was I don't know what the
11    number is.
12      Q   I'm asking you a different question now.
13      A   Okay.
14      Q   You just testified that, yes, you can tell this jury
15    Infowars has made over a hundred million dollars, but you're
16    not willing to tell them that it's made a billion dollars.
17          So, now I'm focusing on this range, that at least
18    you're willing to testify to this range, and the range that
19    I just heard you testify to is you can tell this jury that
20    Free Speech Systems has made over a hundred million dollars
21    since 2012 and between a billion dollars, but that's as
22    specific as you can get.  Right?
23      A   Without seeing documents, yes.
24      Q   Okay.  So, let's look at -- You have the exhibit in
25    front of you, right?
26      A   Yes.
27      Q   Now, Infowars produced some sales revenue in this
```

```
 1  case.  Correct?

 2     A   I believe it has, yes.

 3     Q   And one of the platforms that you testified earlier

 4  that Free Speech Systems makes money over is

 5  Infowarsshop.com.

 6     A   One of the ways, yes.

 7     Q   And Infowarsshop.com was in 2014 -- was the principle

 8  online -- the main online store for Free Speech Systems,

 9  right?

10     A   I think that's fair, yes.

11     Q   And 2015 they transferred over to Infowarsstore.com.

12     A   Right.

13     Q   Right.  But before 2015 it was Infowarsshop.com.

14     A   Yes.

15     Q   All right.  And Free Speech Systems produced sales

16  revenue for 2014 occurring over Infowarsshop.com.  Correct?

17     A   I believe we did, yes.

18     Q   And that's what you see before you, yes?

19     A   I -- I think that's what this is, yes.

20              ATTY. MATTEI:  I'll offer it, Your Honor.

21              ATTY. PATTIS:  No objection, Judge.

22              THE COURT:  So ordered.

23              ATTY. MATTEI:  Now, Ms. Seshadri, could you

24         please pull up -- well, just pull up the main

25         exhibits so the jury can see them. All right.

26  BY ATTY. MATTEI:

27     Q   And actually, this -- there were some exhibits -- I'm
```

1   sorry, some sales reports that were produced year by year.

2   But Infowarsshop.com was produced for all the years that it

3   had data for, according to Infowars.  Correct?

4       A   Right.

5       Q   All right.  And so, what we're seeing here is -- this

6   is row one, right?  According to this sheet, on May 25,

7   2010, that's the first date for which we have set for, which

8   Infowars provided data.  Correct?

9       A   That's what this says, yes.

10      Q   All right.  We'll deal with the rest of it later.

11              ATTY. MATTEI:  Why don't we go down to September

12          2014.  Here we go.

13  BY ATTY. MATTEI:

14      Q   I'm going to start with you on September 20 -- well,

15  let's just look at the few days before, starting September

16  19, okay?

17      A   I see it.

18      Q   On September 19, you'd agree with me that Infowars

19  reported 60,000 in daily sales, yes, on -- just on this

20  website, yes?

21      A   That's what it says, yes?

22      Q   On the next day it was 43,000, just on this website,

23  yes?

24      A   Yes.

25      Q   On September 21st it was 45,000.

26      A   That's what it says, yes.

27      Q   On September 22nd , it was 62,000.

1   A   Yes.

2   Q   On September 23rd, it was 56,000.

3   A   Yes.

4   Q   On September 24th -- this is the date the article was

5   published, yes?

6   A   The 24th, yes.

7   Q   -- was 48,000, right?

8   A   That's what it says, yes.

9   Q   The article then -- And you recall that on September

10  24 is when the social media was still on a minority

11  percentage of the overall traffic, right?

12  A   I do remember that, yes.

13  Q   On September 24, the revenue over this platform was

14  for 48,000 to 232,000 dollars in the day, right?

15  A   Yes, that's what it says.

16  Q   Okay.  That's like a 500 percent increase?

17  A   My math is terrible.  So, I don't know the

18  percentage.

19  Q   Okay.  And the next day -- and the next day we saw

20  data, social media, on the 25th, and the 26th had jumped to

21  first place referral source for revenue, right -- I'm sorry,

22  referral source for website traffic.

23  A   I recall that, yes.

24  Q   Right.  And it's ebbing off a little bit, but it goes

25  from 232 -- from 232,000 to 128,000, right?

26  A   Yes, that's what it says.

27  Q   It's still twice -- more than twice what it was on

```
 1   September 23rd, right?

 2   A    It is more, yes.

 3   Q    And then it starts to drop off again.  Correct?

 4   A    That's what it looks like, yes.

 5   Q    Okay.

 6            THE COURT:  Attorney Mattei, we're approaching

 7        the lunch hour.  So, when it's --

 8            ATTY. MATTEI:  Your hour, this will be a perfect

 9        time.

10            THE COURT:  All right.

11            ATTY. MATTEI:  Oh, wait -- Let me just ask one

12        more question.

13            THE COURT:  You may.

14   BY ATTY. MATTEI:

15   Q    Ms. Paz, now having seen all of those analytics, is

16   it still Free Speech Systems' testimony to this jury that it

17   just doesn't know if it uses them?

18   A    It uses what, Google Analytics?

19   Q    Yes, ma'am.

20   A    The same answer: yes.

21            ATTY. MATTEI:  Thank you, Your Honor.

22            THE COURT:  So, we'll take the lunch recess.

23        We'll be back to -- If you could get back by five of

24        two, so that we can promptly start at 2 p.m.

25            Ron, you know the routine now, we'll collect the

26        notepads.  He'll keep them secure.  I don't want to

27        just keep saying the same thing over and over again,
```

1    but if you are going to leave the building to enjoy

2    the nice weather, just make sure you stay clear of

3    the witnesses and the lawyers and the media, all

4    right.  And I hope you all have a nice lunch.

5         I am going to stay on the record to address

6    something with counsel.  So, have a nice lunch.

7              (The jury was escorted out of the courtroom.)

8              THE WITNESS:  May I leave?

9              THE COURT:  You may.

10             THE WITNESS:  Thank you.

11             THE COURT:  Just watch your step.

12             (The witness was excused.)

13             THE COURT:  I'll see you on a sidebar, counsel,

14   all of you.

15             (Begin sidebar.)

16             THE COURT:  So, you know how I have to keep

17   reminding Attorney Pattis to stand during objections

18   -- and you're doing an admiral -- admirable job.

19             ATTY. PATTIS:  I missed a couple, I'm sorry.

20             THE COURT:  Well, you did better.  Your work

21   (indiscernible) is better.  You put me on the spot.

22   I don't -- I don't want to see the witness's back.

23   It's -- I -- I don't want to say it --

24             ATTY. KOSKOFF:  I'm so sorry.  You told me that

25   yesterday.  I'm so sorry.

26             THE COURT:  Well, you asked -- and you asked,

27   and I didn't want to -- but then I saw your back and

```
1     I couldn't see what you were doing, you were doing
2     it, and I don't want you near the corner --
3          ATTY. KOSKOFF:  (indiscernible) your screens
4     here, I'm sorry.
5          THE COURT:  And I don't want -- No, I just can't
6     see that far.  I mean, you were turned, and you were
7     blocking the screen anyway.  Now -- I mean, I just
8     don't want any one in that area.  I just feel like --
9     it just -- there's no --
10         ATTY. KOSKOFF:  Understood.
11         THE COURT:  -- thing.
12         ATTY. PATTIS:  Yeah.
13         ATTY. KOSKOFF:  Understood.
14         THE COURT:  So, the jury -- I just want to give
15    them more space, that's all.  All right?
16         ATTY. KOSKOFF:  Yep.  Understood.  I forgot that
17    and --
18         ATTY. MATTEI:  Judge --
19         THE COURT:  Well, you did ask, and I said yes
20    because --
21         ATTY. MATTEI:  -- can I get some advisory
22    opinion --
23         ATTY. KOSKOFF:  He's going to ask you about the
24    slip there, aren't you?
25         ATTY. MATTEI:  No, no, I'm not.  I'm an
26    (indiscernible)
27         THE COURT:  Can you hear Attorney Pattis?
```

```
1            ATTY MATTEI:  No, I think it's just about where
2        we're supposed to stand --
3            THE COURT:  About what?
4            ATTY. KOSKOFF:  It's about the courtroom, where
5        things are.  So, if we're going to use a screen with
6        a witness, like a big screen, that's so the jury can
7        see it, for example, to show documents to the --
8            THE COURT:  I have my own screen.  I'm not sure
9        where to stand.
10           ATTY. KOSKOFF:  Okay.
11           THE COURT:  Just not there, because it's too --
12       it's --
13           ATTY. KOSKOFF:  But where should we put the
14       screen?
15           THE COURT:  Wherever you all agree.
16           ATTY. KOSKOFF:  Because if we put it there, you
17       cannot get close to the jury.
18           THE COURT:  But I don't want --
19           ATTY. MATTEI:  Can I roll the screen around
20       here?
21           THE COURT:  Why don't you guys talk about it --
22           ATTY. KOSKOFF:  Okay.  We'll figure it out.
23           THE COURT:  Just make a -- I think Ron was
24       concerned that the screen was blocking Attorney
25       Pattis.
26           ATTY. KOSKOFF:  Okay.  And, also -- we're all --
27       we're -- Well, then we'll talk about it -- well,
```

1    we'll convene, but I still have the question about --

2         THE COURT:  So, you guys talk about that,

3    because I know where they've have had --

4    (indiscernible) ** 12:59:03 because he thought it was

5    blocking the defense team.

6         ATTY. KOSKOFF:  Well, he --

7         THE COURT:  So, I know it's hard --

8         ATTY. KOSKOFF:  Well, he -- I know, Judge, you

9    don't -- Judge, you don't want Chris or me on that

10   side of the screen either.

11        THE COURT:  Hmm?

12        ATTY. KOSKOFF:  You don't want us in that

13   corner.

14        ATTY. MATTEI:  Right.

15        THE COURT:  I don't because I cannot have the

16   witnesses back to --

17        ATTY. PATTIS:  That's fine.

18        THE COURT:  -- it just --

19        ATTY. PATTIS:  Yeah, Judge, understand.  Try to

20   work on it.

21        THE COURT:  -- she -- she is marking that case,

22   just so you know.  I guess she was down in the jury

23   --

24        ATTY. PATTIS:  Yeah, yeah.  I told her --

25        ATTY. MATTEI:  I think I got it, Your Honor.

26        ATTY. PATTIS:  By the way, just while I have

27   your attention, the -- we cannot -- the microphone is

```
1          picking up --
2               THE COURT:  Cover the attorney --
3               ATTY. PATTIS:  -- we can't even (indiscernible)
4          whisper -- we talked about turning off the table
5          mics.
6               THE COURT:  Let me talk to Ron and see if they
7          can be --
8               ATTY. KOSKOFF:  Okay.
9               ATTY. PATTIS:  I would prefer that too, it's all
10         plugged in.
11              THE COURT:  Right.
12              ATTY. PATTIS:  See, whether it's going to be a
13         hot mic --
14              THE COURT:  Can't you put your hand on it?  I
15         mean --
16              ATTY. PATTIS:  I've worked at that and it's not
17         --
18              THE COURT:  Well, not here, because I want to be
19         on record, but yours -- when you're --
20              ATTY. PATTIS:  It's really hard to --
21              ATTY. KOSKOFF:  It makes a lot of noise when you
22         touch it.
23              ATTY. PATTIS:  And the other thing too, is
24         things happen in the moment --
25              ATTY. KOSKOFF:  Yeah, you might react --
26              ATTY. PATTIS:  -- you know, what I mean?
27              THE COURT:  What if we turn them off --
```

1          ATTY. KOSKOFF:  We can speak; you can hear us.

2      The question is going to be just turn off our table

3      mics.

4          ATTY. PATTIS:  I concur.  I've never had a case

5      with a hot mic. at -- when I don't have a client

6      sitting there.  But, you know, if Mr. (indiscernible)

7      and I --

8          ATTY. KOSKOFF:  Listen, none of us want to go

9      all day on day one: we can hear you; we can't hear

10     you --

11         ATTY. PATTIS:  Yeah, I --

12         THE COURT:  No, I told Attorney Pattis --

13         ATTY. PATTIS:  You did say --

14         THE COURT:  -- I told you that somebody picked up

15     --

16         ATTY. KOSKOFF:  -- told me to shut up, and I'm

17     not even there --

18         THE COURT:  All right.

19         ATTY. PATTIS:  I'm enjoying that --

20         THE COURT:  Okay.  Let me see how I can fix

21     that, okay.

22         All right.  So, we will take the lunch recess.

23         THE MARSHAL:  All rise, please.  Court now

24     stands in luncheon recess.

25         THE COURT:  Thank you, sir.

26         (Recess.)

27          *                *                *

```
DOCKET NO: UWY-CV18-6046436-S      :  SUPERIOR COURT

ERICA V. LAFFERTY, ET AL           :  JUDICIAL DISTRICT
                                      OF WATERBURY

v.                                 :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES, ET AL            :  SEPTEMBER 15, 2022
-----------------------------------------------------------------

DOCKET NO: UWY-CV18-6046437-S      :  SUPERIOR COURT
           UWY-CV18-6046438-S

WILLIAM SHERLACH                   :  JUDICIAL DISTRICT
                                      OF WATERBURY

v.                                 :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                   :  SEPTEMBER 15, 2022

-----------------------------------------------------------------
```

## C E R T I F I C A T I O N

I hereby certify that the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Waterbury, Waterbury, Connecticut, before the Honorable Barbara N. Bellis, Judge, on the 15th day of September, 2022.

Dated this 16th day of September, 2022, in Waterbury, Connecticut.

Janet M. Orozco
Court Transcribing Monitor

```
DOCKET NO: UWY-CV18-6046436-S     :  SUPERIOR COURT

ERICA V. LAFFERTY, ET AL          :  JUDICIAL DISTRICT
                                     OF WATERBURY

v.                                :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES, ET AL           :  SEPTEMBER 15, 2022
-------------------------------------------------------------

DOCKET NO: UWY-CV18-6046437-S     :  SUPERIOR COURT
           UWY-CV18-6046438-S

WILLIAM SHERLACH                  :  JUDICIAL DISTRICT
                                     OF WATERBURY

v.                                :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                  :  SEPTEMBER 15, 2022
-------------------------------------------------------------
```

# E L E C T R O N I C    C E R T I F I C A T I O N

I hereby certify that the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Waterbury, Waterbury, Connecticut, before the Honorable Barbara Bellis, Judge, on the 15th day of September, 2022.

Dated this 16th day of September, 2022, in Waterbury, Connecticut.

*Janet M. Orozco*
Janet M. Orozco
Court Recording Monitor