# EXHIBIT 39

```
DKT NO: X06-UWY-CV186046436-S    :  COMPLEX LITIGATION DKT

ERICA V. LAFFERTY                :  JUDICIAL DISTRICT WATERBURY

v.                               :  AT WATERBURY, CONNECTICUT

ALEX EMRIC JONES                 :  SEPTEMBER 29, 2022


DOCKET NO: X06-UWY-CV186046437-S

WILLIAM SHERLACH

v.

ALEX EMRIC JONES


DOCKET NO: X06-UWY-CV186046438-S

WILLIAM SHERLACH

v.

ALEX EMERIC JONES
```

**A.M. SESSION**
**VOLUME 1 OF 2**

BEFORE THE HONORABLE BARBARA N. BELLIS, JUDGE,
AND A JURY


A P P E A R A N C E S:


   Representing the Plaintiff(s):

      ATTORNEY CHRISTOPHER MATTEI
      ATTORNEY JOSHUA KOSKOFF
      ATTORNEY MATTHEW BLUMENTHAL
      ATTORNEY ALINOR STERLING


   Representing Defendant(s):

      ATTORNEY NORMAN PATTIS


                  Recorded By:
                  Darlene Orsatti

                  Transcribed By:
                  Kendyl Henaghan
                  Court Recording Monitor
                  Waterbury Superior Court
                  300 Grand Street
                  Waterbury, Connecticut 0670

1        THE COURT: Good morning, everyone.

2        Please be seated.

3        All right, for the record, we are week three,

4    day eleven in the Lafferty v. Jones related matters.

5        If counsel could please identify themselves for

6    the record.

7        ATTY. MATTEI: Good morning, Your Honor, Chris

8    Mattei on behalf of the Plaintiff's; joined by my

9    colleagues Alinor Sterling and Josh Koskoff.

10        THE COURT: Okay.

11        ATTY. STERLING: Good morning, Your Honor.

12        ATTY. KOSKOFF: Good morning, Your Honor.

13        THE COURT: Good morning.

14        ATTY. PATTIS: Good morning, Judge, Norm Pattis

15    on behalf of Mr. Jones and Free Speech Systems.

16        THE COURT: Good morning.

17        Okay . . .

18        ATTY. PATTIS: May we approach briefly?

19        THE COURT: Sure.

20            (SIDE BAR BEGINS)

21        ATTY. MATTEI: Good morning.

22        ATTY. PATTIS: Can I run and get a cup of coffee?

23    We were working on (indiscernible), and I lost track

24    of the time . . .

25        THE COURT: I didn't even . . .

26        ATTY. PATTIS: . . .I felt like we had ten more

27    minutes to go.

1          THE COURT: Yeah, um . . .

2          ATTY. PATTIS: If not . . .

3          ATTY. MATTEI: (indiscernible) take that as a no.

4          THE COURT: You know what, I'll go get it.

5          ATTY. MATTEI: No . . .

6          THE COURT: You know what, I don't care; will you

7     be quick?

8          ATTY. MATTEI: (indiscernible).

9          THE COURT: (indiscernible) right back in?

10          ATTY. PATTIS: Of course, yeah.

11          THE COURT: Yeah, because we have been waiting;

12     so, go quickly, guys.

13          ATTY. PATTIS: Okay, okay.

14          THE COURT: So, here's the thing, I had another

15     status conference this morning and I had other stuff

16     to do last night – I have still not looked at that

17     charge, and I know I have to do the punitive damages,

18     the defamation . . .

19          ATTY. MATTEI: We've got (indiscernible) for you,

20     I'll let you know . . .

21          ATTY. STERLING: Yeah, Your Honor, so, we've

22     spent our hour this morning talking, and we have some

23     ideas about how to make the charge shorter; or also,

24     whether there are some ways that we can possibly

25     agree.

26          We know that there's some serious areas of

27     disagreement . . .

1          THE COURT: Right, right, right.

2          ATTY. STERLING: . . . but what we think would be

3     much more efficient, is for us to use the hour that

4     we were gonna spend with the Court today to talk to

5     each other, have some time over the weekend – but

6     what we would like is to get on the Court's calendar,

7     possibly Monday afternoon – is that possible?

8          THE COURT: (indiscernible) Stevenson (phonetic)

9     (indiscernible)?

10         THE CLERK: I'm still waiting to hear back from

11    the one attorney about that.

12         THE COURT: Well, I would say that – (phonetic)

13    they're just not getting a court date?

14         THE CLERK: There was an existing addendum

15    yesterday (indiscernible) . . .

16         THE COURT: All right, why don't you go get your

17    coffee, I'll talk to Ron (indiscernible) this

18    afternoon about Monday afternoon.

19         ATTY. MATTEI: Okay, just (indiscernible) thank

20    you (indiscernible) Alinor said that they

21    (indiscernible) we've identified two maybe three

22    areas of fundamental disagreement. We've reached an

23    agreement about (phonetic) the organization and

24    consolidation of some of its (indiscernible) . . .

25         ATTY. PATTIS: We – there was actually an hour

26    well spent.

27         THE COURT: Great, can you work with what we sent

1       you? Can you guys work off of that?

2           ATTY. STERLING: You know what we're gonna do, is

3       we've converted it Word, so we're gonna

4       actually . . .

5           THE COURT: (indiscernible) not proofread mine

6       then, because . . .

7           ATTY. STERLING: Right.

8           THE COURT: . . . I've already found some typos

9       (indiscernible) . . .

10          ATTY. STERLING: Right, no, so, what we'll do is

11      we'll share our red-line (phonetic) and then . . .

12          THE COURT: The only thing I could do, is I'm

13      gonna be on a train Monday morning, we could just do

14      it on a phone call.

15          ATTY. PATTIS: I (indiscernible) court Monday

16      morning.

17          THE COURT: All right, because I will be on a

18      train from 10:00 AM – 12:00 PM; so, that . . .

19          ATTY. PATTIS: My argument's 11:00 AM – 12:00 PM,

20      so, I'm here.

21          ATTY. STERLING: Yeah.

22          THE COURT: Um, well we'll see if this other one

23      does not get scheduled.

24          THE CLERK: I'm gonna (indiscernible), I can't

25      keep all of them waiting for a cup of coffee

26      (indiscernible) . . .

27          THE COURT: No, you can be pretty quick, can't

1       you?

2               ATTY. PATTIS: If you – all right.

3               THE COURT: Yeah, go ahead.

4                       (SIDE BAR ENDS)

5               THE COURT: (indiscernible) continue to . . .

6               THE CLERK: (indiscernible).

7               ATTY. PATTIS: Thank you, Judge.

8               THE COURT: Oh, you're very welcome.

9               ATTY. MATTEI: Oh, we're . . .

10              THE COURT: I think he's getting the Jury now, is

11       there something that we can . . .

12              ATTY. MATTEI: I was just short one lawyer, here.

13              THE COURT: Oh, okay.

14              ATTY. MATTEI: But she'll be back in a minute; I

15       just know I don't them coming in and out – I know

16       you're rule.

17              THE COURT: Yeah, that's all right, we'll make

18       that exception so that we don't (indiscernible).

19              ATTY. PATTIS: May I speak to Attorney Mattei?

20              THE COURT: Absolutely.

21                      (JURY ENTERS THE COURTROOM)

22              THE COURT: Good morning – good morning,

23       everyone, welcome back; happy Thursday. Good morning,

24       please be seated and make yourselves comfortable.

25              Just as a reminder, - please be seated.

26              We are ending at 1:00 PM today – remember, and

27       then you have tomorrow off. So, we will pick up again

1     on Tuesday - this is a reminder.

2          We will take our morning recess this morning for

3     our staff, to give them a break from their hard work.

4          All right, Mr. Parker may resume the stand.

5          There's water in that pitcher? I know I ask you

6     every time, but one time you're gonna forget.

7          THE CLERK: First thing I do when I get in,

8     Judge.

9          THE COURT: (indiscernible)

10         (WITNESS ROBERT PARKER TAKES STAND)

11         THE COURT: All right, please be seated, of

12    course you remain under oath. Mr. Ferraro put fresh

13    water in that pitcher; certainly, help yourself.

14         ATTY. MATTEI: Good morning, Your Honor.

15         Good morning, ladies and gentlemen.

16         Good morning, Robbie.

17         Robbie, when we left off yesterday, you were

18    describing for the Jury a very difficult event, in

19    which you found Alissa in a coat closet at Emilie's

20    viewing; where she was saying,

21         "*I don't think I can do this, I don't think I*

22    *can do this . . ."*

23         MR. PARKER: That's right.

24         ATTY. MATTEI: So, I want you to tell the Jury

25    what it is that she couldn't do and why.

26         MR. PARKER: For both of us, just the - all that

27    prep work and trying to figure out what to do for her

1    viewing and trying to – this is the start of this –

2    our way and our culture of trying to remember

3    somebody who you love that passed on and share that

4    with everybody; and trying to overcome the taint that

5    as associated with that.

6        We couldn't just focus on just grieving our

7    daughter, we couldn't just focus on doing a memorial

8    service for Emilie; piled on top of that were all

9    these concerns about our safety and what might

10   happen.

11       So, Alissa and I talked about her grief and how

12   hard that was gonna be and I think everybody can

13   understand how hard, that alone, would be on

14   somebody. Alissa's one of the strongest people that I

15   know, and she can handle very, very hard things. So,

16   when I saw her in the closet like that, and I saw her

17   broken, it was all that extra weight on top of her.

18       The – we can control what happens at a memorial,

19   we can plan those things, that's in our – that's in

20   something that we are capable of doing. This unknown

21   entity that exists out there is what's frightening,

22   and that is what felt so heavy, and that's what

23   caused her to break.

24       ATTY. MATTEI: This concern that people would

25   infiltrate Emilie's memorial, who were claiming that

26   you were actors, and it was all fraud?

27       MR. PARKER: Exactly.

1          ATTY. MATTEI: And Emilie – that was December

2      21st, was Emilie's viewing, right?

3          MR. PARKER: Correct.

4          ATTY. MATTEI: And she was buried the next day?

5          MR. PARKER:    Yes.

6          ATTY. MATTEI: And she was buried next to her

7      grandpa?

8          MR. PARKER: Yeah.

9          ATTY. MATTEI: How long did you stay out in Utah

10     before coming back to Sandy Hook?

11         MR. PARKER: Um, we stayed through the New Year;

12     my birthday and my middle daughter's birthdays are in

13     January, and we were there with family and – so, I

14     didn't – I couldn't of cared less about my birthday

15     that year, but for Madeline (phonetic), I felt like

16     it was important to give her an opportunity – we had

17     lived away for so long, we wanted to be there for her

18     birthday. So, we left probably that second full week

19     of January.

20         ATTY. MATTEI: Okay and Alissa described it, and

21     you had began describing the – this assault that week

22     of the funeral, of online comments and threatening

23     and harassing behavior – did that continue through

24     the time when you came back to Sandy Hook?

25         MR. PARKER: Oh, absolutely, yes.

26         ATTY. MATTEI: And I think you mentioned, for the

27     Jury, that during those first couple of weeks, you –

1    excuse me, you were able to identify in these

2    comments assiciations with Infowars and Alex Jones,

3    but you hadn't yet quite put together what that was?

4        MR. PARKER: No, not really. I – these were just

5    like, flashes of information and I hadn't been able

6    to start to put anything together yet. I was –

7    especially in that first week, I really, really just

8    wanted to focus on the funeral, and focus on my

9    girls, and focus on Alissa; and so, that's where my

10   focus was.

11       ATTY. MATTEI: And in January, did you start to

12   get a better idea of who this Alex Jones was?

13       MR. PARKER: Yeah, some of those dots started to

14   be connected. I remember – I believe it was on our

15   flight back from Utah heading back here; I was on the

16   plane, and they have these televisions on the plane

17   now and my television screen wasn't like - it

18   wouldn't let me change the channel or anything and it

19   was on CNN, and I saw Alex Jones appear on Piers

20   Morgan.

21       ATTY. MATTEI: And Piers Morgan was, at that

22   time, an evening host on one of CNN's programs?

23       MR. PARKER: Yeah, I didn't – I wasn't very

24   familiar with it, but yes.

25       ATTY. MATTEI: And was it then that you realized

26   that the Alex Jones that you were seeing on TV was

27   the same Alex Jones and Infowars that was popping up

1    in your – online?

2         MR. PARKER: Yeah, that was the first time – I

3    mean, I was just sitting there and was trying to

4    decompress from everything – and there was just

5    something about just being there in that solitude and

6    in that silence where that kind of all came together

7    for me.

8         Like, Infowars, Alex Jones; seeing what Alex

9    Jones was saying, seeing how he was behaving and how

10   he was acting, and seeing that on a national scale

11   being broadcasted out to millions of people – I was

12   starting to understand the influence that he had and

13   the following that he had. That's when all of that

14   kind of started to come together.

15        ATTY. MATTEI: Do you know if you saw the video

16   that Mr. Jones published just three-days after the

17   shooting, in which he referred to the '*Sandy Hook*

18   *Blooper Reel'*?

19        MR. PARKER: I was aware of that from posts being

20   made on our social media accounts.

21        ATTY. MATTEI: The Jury has been presented with

22   one of Mr. Jones's broadcasts at the end of January

23   called, 'Why People Think Sandy Hook is a Hoax'; and

24   what I'd like to do, Mr. Parker, is play clip 6-D –

25        Your Honor, this is in evidence, as an Infowars

26   broadcast on January 27, 2013.

27        THE CLERK: Actually, I'm sorry, that one is one

1        of the new ones that I don't know if it's actually

2        been – that was not from the original.

3            ATTY. MATTEI: It is agreed to, I thought we

4        offered it.

5            THE CLERK: (indiscernible) this one, 6-D, to my

6        understanding has been added, and it was also part of

7        the original, but originally . . .

8            ATTY. MATTEI: Oh, no, I understand what you're

9        saying. 6-D is a clip of Exhibit 6.

10           ATTY. PATTIS: May I speak to Attorney Mattei for

11       one moment?

12           No objection, Judge.

13           THE COURT: Very well.

14           ATTY. MATTEI: Thank you.

15           (EXHIBIT 6, CLIP 6-D PRESENTED)

16           ATTY. MATTEI: Mr. Parker, what I'd now like to

17       do is play a portion from Alex Jones's deposition

18       given earlier this year, concerning the same video.

19           ATTY. PATTIS: Objection; relevance to this

20       witness, Judge.

21           ATTY. MATTEI: It's an admission of a party

22       (phonetic).

23           ATTY. PATTIS: Relevance through this witness.

24           THE COURT: I'm gonna allow it.

25           (ALEX JONES DEPOSITION PRESENTED)

26           ATTY. MATTEI:Mr. Parker, did you see Mr. Jones

27       smirk when he was watching you give – come out to

1      give your statement?

2          MR. PARKER: Yeah, I noticed that.

3          ATTY. MATTEI: But you're aware – are you aware,

4      Mr. Parker, that you're not the only parent that Mr.

5      Jones referred to as an actor?

6          MR. PARKER: Correct.

7          ATTY. MATTEI: Let's play additional testimony

8      from Mr. Jones concerning that same video.

9          ATTY. PATTIS: Same objection, Judge.

10         (ALEX JONES DEPOSITION PRESENTED)

11         ATTY. MATTEI: In 2013, Robbie, can you describe

12     for the Jury what your mindset was in how to deal

13     with all of the threats and harassment that were

14     being directed towards you and your family?

15         MR. PARKER: I mean, I'd been taught that you

16     don't engage with a bully. If somebody's bullying

17     you, you ignore them and eventually they get tired

18     and they leave you alone – and that had worked for me

19     in my life.

20         So, that was kind of how I approached this. We

21     just need to just weather the storm; they're mad and

22     they're upset, and all of this is going on – this is

23     a big news story right now, but it's gonna die down

24     and it's gonna go away.

25         I remember a conversation that I had with my

26     friend, Brad - who had been managing the Facebook

27     page, and he was begging me to, like,

1      *"We need to do something, we need to say*
2      *something, we need to post something, or we need to*
3      *combat what they're saying"*
4          And my response to him at the time was,
5          *"You know, these are just people who are taking*
6      *a break from looking for Bigfoot; after a few weeks*
7      *they're gonna leave us alone and they're gonna go*
8      *back and try to find Bigfoot. Like, we're not gonna*
9      *say anything."*
10         So, on the Facebook page, how we were handling –
11     because it was so inundated, it was so inundated and
12     people were messaging the administrator saying,
13         "Aren't you guys gonna go anything about this?"
14         And we had eight people that we had allowed to
15     be administrators on the page, who just spent as much
16     free time as they could report-ban-delete, report-
17     ban-delete, repot-ban-delete – trying to get rid of
18     the stuff, just trying to get it far enough down on
19     the page so that if anybody came to the page, the
20     first thing they would see was something about Emilie
21     and not all of this filth.
22         Then by the middle of January, I finally just
23     turned the page off. I couldn't – I couldn't – I felt
24     like I couldn't protect Emilie's name or her memory
25     anymore. So, I had to get rid of it.
26         ATTY. MATTEI: Throughout 2013, after you turned
27     the page off, were people still able to reach you?

1      MR. PARKER: They were able to, yeah; in a number

2      of ways – whether it be by phone or by email or by

3      letters to my house, or through my own personal

4      Facebook account.

5      ATTY. MATTEI: What steps did you take to try and

6      ensure that your daughters, Madeline (phonetic) and

7      Samantha, and Alissa and you were safe?

8      MR. PARKER: I mean, the first thing – I didn't

9      even know about privacy settings and stuff like that,

10      and I didn't realize that I'd left myself that

11      exposed on social media – and Facebook was the only

12      social media account I had; so, I changed my privacy

13      settings, and I didn't realize they could still get

14      ahold of me or try and contact me through other ways

15      on social media.

16      As far as my girls, I just – all I could do was

17      like, pray for them and pray for our family. I didn't

18      want them to ever be exposed to this and I didn't

19      want them to know what was going on.

20      As far as me and Alissa, I shared with Alissa

21      what I felt like I could, or what I felt like – she

22      had told me she could handle it, she had made it

23      clear that she wanted to know about stuff, but not

24      too much details.

25      We had been – there was a contact with the FBI,

26      her name was Ashley Hall; we had been introduced to

27      her at one of the meetings that we had had. So, I

1    would forward stuff to law enforcement. Oh, and the

2    other thing would just be try to report this stuff –

3    I would report it to Facebook, I would report things

4    to YouTube; I was pleading and pleading for their

5    help.

6       ATTY. MATTEI: Did there come a point, Robbie,

7    where you felt like in order to protect your family,

8    you had to move from Newtown?

9       MR. PARKER: Eventually, yeah, and that was not

10    as easy as a decision as some people might think. We

11    had this family here of people who knew exactly what

12    we were experiencing – meaning the other victim's

13    families.

14       I didn't know if I could move anywhere in the

15    country and find that kind of a support system; but I

16    was so ashamed in my belief that I had brought this

17    on everybody, because I was the first person that

18    said something.

19       I was the person that laughed, I was the person

20    who was being targeted - and by that, as we see, it

21    went to everybody. I became bait (phonetic), and we

22    all became bait (phonetic) – the bait (phonetic) that

23    he talks about - that was all of us, and um . . .

24       ATTY. MATTEI: And you felt responsible for that?

25       MR. PARKER: Yeah, absolutely.

26       ATTY. MATTEI: Do you still feel responsible for

27    that?

1    MR. PARKER: On a really deep, emotional level, I

2    do. Logically, I know that that's not true, but I

3    can't help but feel that, still.

4         So, my relationship with this family of ours, in

5    my mind, was deteriorating and I didn't know how to

6    be around them. I didn't - I just assumed the worst;

7    and eventually, we started looking at places to move,

8    because I just wanted to get some anonymity.

9         My girls were young enough, at the time, that I

10   felt like we could move, and we could find a place

11   where this doesn't happen to us anymore. I want to

12   give them as normal of an experience as I can - where

13   the hardest thing they have to deal with is just

14   trying to remember who their sister was.

15        That's all I wanted, I wanted some anonymity,

16   and I wanted to get away and I wanted to provide

17   something that I felt like I wasn't able to do here.

18        ATTY. MATTEI: So, as a result of all that, did

19   you and your family pick up, sell your house, buy a

20   new house - go through a move in order to get away?

21        MR. PARKER:  Exactly.

22        ATTY. MATTEI: Where'd you move to?

23        MR. PARKER: We went back to the Pacific

24   Northwest - that's where I had gone to school. It was

25   sweet, because that's where our family was whole, at

26   one point, when we lived there - Samantha was born

27   there; and so, finding a job in that same region was

1    really meaningful and felt like something that could

2    connect to us and our entire family, somehow.

3         ATTY. MATTEI: And you had to find a job too,

4    right?

5         MR. PARKER: Yeah.

6         ATTY. MATTEI: Were there jobs that you didn't

7    pursue because you were concerned about what people

8    would find if they googled you, in connection with

9    you and the hoax?

10        MR. PARKER: That's what kept me from looking for

11   jobs for a long time. There were other opportunities

12   that would come up - people would - that knew about

13   my background would –

14        I remember getting an email from a man who, he

15   had been given a grant of some hundreds-of-millions

16   of dollars and they were studying the effects of

17   childhood trauma, effects of childhood grief, and he

18   asked me to be - if I wanted to be a part of that.

19        That's right up my alley, and that would have

20   been something I would of loved to have explored; but

21   I was worried about what I would bring to that

22   organization if I showed up. I didn't want it to – I

23   didn't want my association to taint something that I

24   thought was really special.

25        ATTY. MATTEI: Meaning that, this effort to study

26   childhood trauma would also be targeted by people who

27   believed these lies about you?

1       MR. PARKER: Yeah, because I had been seeing it.

2    I had been seeing it in the foundations that other

3    families had set up, I had been seeing the things

4    that they were experiencing. I was seeing – with

5    Alissa and Michelle, and they're trying to get *Safe*

6    *and Sound* started, and with what we were doing with

7    the Emilie Parker Art Connection – I didn't want to

8    bring that to anybody else.

9       ATTY. MATTEI: When did you move?

10      MR. PARKER: My resignation date was December 31,

11   2013; so, just a little over a year after the

12   shooting.

13      ATTY. MATTEI: Can we play Exhibit 15-A, please?

14      Your Honor, this is in evidence as, '*Broadcast*

15   *the Alex Jones Show called Sandy Hook False Narrative*

16   *First Reality*', published March 14, 2014.

17         (EXHIBIT 15-A PRESENTED)

18      ATTY. MATTEI: Mr. Parker, this is March 2014.

19      MR. PARKER: Yeah.

20      ATTY. MATTEI: After you moved, in early 2014,

21   were you able to find the anonymity for your family

22   that you wanted?

23      MR. PARKER: No, that not – that did not go

24   according to plan.

25      ATTY. MATTEI: Tell the Jury what happened.

26      MR. PARKER: Just on a personal side note, Alissa

27   couldn't remember our anniversary yesterday, it was

1    March 14th – so, this was on our anniversary.

2    Okay, so, we get to Washington State and we

3    start renting in a town – to just kind of get to know

4    the area before we bought a house. Within a couple

5    months, we buy a house and we're right back into the

6    grind.

7    I'm working, I'm coming home, we're renovating

8    this place, I'm doing all the demo work – and so, by

9    day I'm swinging a sledge-hammer and by night I'm

10    working on like, two-pound babies; and all of that

11    was very cathartic, in a sense, of kind of just

12    getting what we were looking for.

13    We had some property, we got the girls chickens

14    that they could take care of – as part of like, their

15    just - needing to love on something, and it was a

16    therapy for them.

17    I'm at work one night, and I was in this

18    routine, at that point, of periodically just scanning

19    the internet to see what was out there – to see what

20    new thing was coming up.

21    We hadn't even – we weren't even halfway through

22    the remodel on this new house, and I see this video

23    on YouTube of all of the county documents about the

24    sale of our house – how much it cost, the address,

25    and the person going through all of that and

26    following – basically, following our steps and the

27    steps of this house and everything.

1        So, immediately, that sense of security that I

2    thought that we had was totally shattered.

3        ATTY. MATTEI: They found you?

4        MR. PARKER: Absolutely.

5        ATTY. MATTEI: Did you tell Alissa about that?

6        MR. PARKER: Yeah, I came home the next morning

7    from work and just let her know about what I found; I

8    didn't show it to her though.

9        ATTY. MATTEI: After learning that your family

10   had been found in Washington, did you see Alissa

11   deteriorate in her ability to just carry on?

12       MR. PARKER: That's right.

13       ATTY. MATTEI: Did you do your best to take care

14   of her and the family, even as that was happening?

15       MR. PARKER: Of course, I did. Just our approach

16   – it was like, anything – no matter what we did – if

17   we tried to do something good in the world, and we

18   wanted to try and like, let the world know,

19       '*Hey, we have this thing that we want to promote*

20   *about school safety . . . We have this thing that we*

21   *want to promote about Emilie's love of art and how we*

22   *can bring hope and healing to some other kids . . .*'

23       Any time we did anything, it – just like that

24   video of me smiling, was just totally defiled as soon

25   as we did it.

26       ATTY. MATTEI: Let's bring up Exhibit 17.

27       Your Honor, this is admitted (phonetic) evidence

1      as a, *Broadcast the Alex Jones Show, titled*

2      *'Bombshell, Sandy Hook Massacre was a DHS Illusion'*,

3      published May 13, 2014.

4           ATTY. PATTIS: Same objection, Judge.

5               (EXHIBIT 17 PRESENTED)

6           ATTY. MATTEI: Mr. Parker, after Wolfgang Halbig

7      said,

8           *"Children did not die . . . teachers did not*

9      *die . . ."*

10     What video did Mr. Jones pull up for the world

11     to see?

12          MR. PARKER: Me smiling, yeah.

13          ATTY. MATTEI: This gentleman, Wolfgang Halbig –

14     you're familiar with him, yes?

15          MR. PARKER: Very familiar with Wolfgang, yeah.

16          ATTY. MATTEI: Has he contacted you and Alissa

17     throughout the years?

18          MR. PARKER: Numerous times.

19          ATTY. MATTEI: Do you receive voicemails from

20     Wolfgang Halbig throughout the years?

21          MR. PARKER: Emails - lots and lots of emails,

22     and voicemails.

23          Atty. Mattei: Did you receive a voicemail from

24     Wolfgang Halbig on November 7, 2019?

25          MR. PARKER: That's right – can I, can I pause

26     you for a second?

27          This time, around March of 2014, when these

1   videos were coming out – that's - that correlates to

2   this transition for us, and that correlates to them

3   finding us.

4        Alissa, at this time – when that sense of

5   security got shattered and all this work and effort

6   that we put into – again, she was fantastic. We were

7   moving, and she was doing everything she could to set

8   things up for our girls. We scoured what school we

9   wanted to go to – and Alissa went and met with school

10  administrators. She was doing everything she could to

11  provide that sense of security for our family, and I

12  was doing everything I felt like I could; and when

13  these videos came out, and we had another wave on

14  onslaught.

15       Another wave of assault, another wave of more,

16  and more, and more attacks – and then people finding

17  out where we lived – she absolutely broke. And again,

18  there's nobody in my life, and there's nobody I've

19  ever know that's stronger than Alissa, and she just

20  couldn't – and that's a very vague term, she couldn't

21  do it anymore.

22       What that meant was, she couldn't make phone

23  calls to set up appointments for the girls anymore,

24  she couldn't communicate with people . . .

25       ATTY. MATTEI: She shut down?

26       MR. PARKER: She absolutely shut down; she

27  couldn't respond to emails – she contacted Michele

1　　　　Gay and told her that she needed to step – she wanted

2　　　　to step down from *Safe and Sound*, she wanted . . .

3　　　　　　ATTY. MATTEI: This is Josephine's Mom?

4　　　　　　MR. PARKER: Correct, the co-founder of *Safe and*

5　　　　*Sound Schools*. They – she said,

6　　　　　　"I want to step away, I don't want to do this

7　　　　anymore."

8　　　　　　And Michele was very understanding, but also

9　　　　said,

10　　　　　　"I'm not gonna let you step away, but you take

11　　　　as much time as you need."

12　　　　　　Alissa – we had split up our responsibilities in

13　　　　the house – I do this, she does that; she asked me to

14　　　　take over all those things. She had missed like – she

15　　　　was in charge of like, paying the bills, and she had

16　　　　missed a couple payments; and so, she just asked me

17　　　　to take that over.

18　　　　　　So, I was doing a lot of shopping, and I was

19　　　　doing a lot of that kind of work on top of the other

20　　　　things that I was doing.

21　　　　　　ATTY. MATTEI: Just the way your house ran?

22　　　　　　MR. PARKER: I'm sorry?

23　　　　　　ATTY. MATTEI: Just the way your house ran had to

24　　　　change?

25　　　　　　MR. PARKER: Yeah, exactly.

26　　　　　　ATTY. MATTEI: All right, and let me have one

27　　　　second, Mr. Parker.

1    I want to play another clip from that same

2    video we just watched; May 13, 2014, (indiscernible)

3    be 17-F.

4         (EXHIBIT 17, CLIP 17-F PRESENTED)

5         ATTY. MATTEI: Is that what you did, Mr. Parker -

6    fake crying, method acting?

7         MR. PARKER: No.

8         ATTY. MATTEI: I want to go to 19-I, this is a

9    few months later.

10        Your Honor, this is in evidence as a *Broadcast*

11   *to the Alex Jones Show, titled 'FBI Says Nobody*

12   *Killed at Sandy Hook'*, September 25, 2014.

13        (EXHIBIT 19-I PRESENTED)

14        ATTY. MATTEI: That was September 2014; Mr.

15   Parker, your family's still (indiscernible) with the

16   threats and harassment, as these broadcasts are being

17   played?

18        MR. PARKER: They would come in these waves, and

19   it was almost like I knew when Alex Jones had said

20   something, because we would get a huge wave of stuff.

21        So, that's when I knew something was up and

22   that's when I knew I needed to step up my game, so to

23   speak - as far as being vigilant about what's going

24   on, being vigilant about our surroundings, being

25   vigilant about what's being said.

26        ATTY. MATTEI: So, when you would feel these -

27   kind of, increases - what I hear you saying, is that

1     you would then realize that you need to try and stay

2     on top of what was happening in order to protect your

3     family?

4          MR. PARKER: Correct.

5          ATTY. MATTEI: And you do that by searching

6     online for what was being said?

7          MR. PARKER: As much as I could tolerate; I

8     really started to hate that video.

9          ATTY. MATTEI: That video – you mean that video

10    of yourself?

11         MR. PARKER: Every – even if I went onto YouTube

12    to look up something funny that my girls wanted me to

13    watch, on the *Suggestion* side, there would always be

14    all this Sandy Hook stuff, because of things that I

15    would search.

16         I would see my face on there – with that screen

17    shot of me smiling, all the time; and I just hate – I

18    hated it, and I hated seeing myself. So, when I would

19    go online and look and try to go this vigilance, I

20    had to face that, all the time.

21         ATTY. MATTEI: Let me show you Exhibit 20-A.

22         This is in evidence, Your Honor, as a *Broadcast*

23    *to the Alex Jones Show,* on December 27, 2014.

24              (EXHIBIT 20-A PRESENTED)

25         ATTY. MATTEI: Now, I want to take you to a

26    *Broadcast to the Alex Jones Show,* on February 12,

27    2015.

1        This is in as Exhibit 24 – we'll be playing 24-F.

2              (EXHIBIT 24-F PRESENTED)

3        ATTY. MATTEI: Very nice - that gentleman calling

4        you an actor is the gentleman we saw yesterday, who

5        said that they had played the video of your statement

6        immediately after you gave it.

7        MR. PARKER: Yeah, that was – that was really

8        hard to hear, yesterday. I didn't – I knew I was a

9        target of theirs, I didn't – before he said that, I

10       didn't understand how concise of a target and how

11       deliberate they were about it.

12       ATTY. MATTEI: How immediately, in Rob Dew's

13       words, they put it out?

14       MR. PARKER: Exactly.

15       ATTY. MATTEI: Let's go to – now, Robbie, the

16       harassment, and the threats that your family have

17       suffered through haven't just been online, have they?

18       MR. PARKER: No.

19       ATTY. MATTEI: You've been confronted in public?

20       MR. PARKER: Yes.

21       ATTY. MATTEI: Would you tell the Jury about what

22       happened in 2016?

23       MR. PARKER: We – through the *Art Connection* –

24       *Emilie Parker Art Connection* that we started, I found

25       this other non-profit group in Seattle, Washington;

26       they were called *Art with Heart*, and it was an

27       amazing organization that – they'd developed this

1    curriculum of art therapy workbooks and stuff.

2         So, I contacted them and let them know who we

3    were and wanted to see if we could collaborate and

4    donate some money to their organization. They sent us

5    some of their books – which we immediately gave to

6    the girls, and the girls just ate it up – they loved

7    it. It was so fun to work through that stuff with the

8    girls – and this was a great group.

9         So, we contacted them in late 2015 and developed

10   this relationship and then in 2016, in the Fall, they

11   were having their fundraising luncheon – or whatever

12   it is that you do in the non-profit world.

13        ATTY. MATTEI: This was the Fall of 2016?

14        MR. PARKER: Correct.

15        So, they invited us to come, and they wanted us

16   to be a part of it. They were like,

17        *"It'll be fun, you guys can come to the hotel*

18   *where were doing this. The girls can swim in the*

19   *swimming pool . . ."*

20        They invited Alissa and I to just participate in

21   some of the festivities and just kinda – just let

22   people in that area know how wonderful this

23   organization was and how much we supported them.

24        So, we were really looking forward to this

25   weekend, and we drive up to Seattle. I drop Alissa

26   and the girls off at the hotel – and Seattle, being

27   Seattle, I had to park my car like, somewhere else.

1    So, I went and found a parking garage a couple blocks

2    away and started walking back to the hotel.

3        We're like, almost four-years removed from Sandy

4    Hook, and 3,000-miles away from Sandy Hook - and I

5    was really excited to do this. I'm walking down this

6    random street in Seattle, and this guy - walking the

7    other direction, kinda gives me one of those looks

8    like, '*You look familiar*'.

9        So - this hasn't happened to me for a long time,

10   as far as somebody recognizing me in-person. So, I

11   pause, and I look at him, and he asks me, he's like,

12       "*Didn't you have a daughter that was killed?"*

13       And I said,

14       "*Yeah, my daughter, Emilie; she was a student at*

15   *Sandy Hook Elementary School."*

16       And generally, in these encounters - as awkward

17   as they are, the person usually wants to give you a

18   hug and express their condolences and all of that.

19   So, I reached my hand out to shake his hand, and he

20   looked down at my hand and he just stared at me -

21       I'm sorry, Judge, for what I need to say here.

22       THE COURT: Take your time, and it's fine.

23       MR. PARKER: He was looking at me, and said,

24       "How do you fucking sleep at night? You fucking

25   piece of shit."

26       And I just kinda, was really taken back by the

27   and I stared at him; and he had so much venom and so

1  much hatred for who he thought that I was.

2      *"How much fucking money did you get from the*

3  *fucking government? You fucking asshole."*

4      By this point, I could see the hotel – I was

5  right across the street from the hotel where the

6  girls were at, and I was walking in that direction.

7      So, I turned around and I just started walking

8  away and I wanted to get as far away from my family

9  as I could; and this guy just kept following me - and

10  he was just in my ear the whole way. Just,

11      *"Emilie's alive, isn't she? She's alive, huh?*

12  *Son-of-a-bitch, she's alive."*

13      And I just kept walking, and I just kept walking

14  - and people were staring at us, and he won't shut

15  up; he just keeps going and keeps going. I'm just

16  trying to hold it in - and for years I've been

17  dealing with this, and everybody was online, where

18  everybody was in the comfort of their studio in some

19  other state, and I never had a chance to tell anybody

20  how I felt or what I thought.

21      I retreated every single time something happened

22  to us - they found us, so we need to stay hidden, we

23  need to put another layer of camouflage on us, nobody

24  can know where we are; and I just retreated and

25  retreated.

26      Now, this guy was in my face, and he wouldn't

27  leave me alone; and he said Emilie's name one more

1  time and I turned around and I looked at him and just

2  – I'm paraphrasing at this point, but just like,

3  *"How dare you? You're talking about my daughter.*

4  *She was killed – who do you think you are? How do you*

5  *sleep at night?"*

6  I used some colorful language as well, I'm not

7  trying to say that I like, held it all together; but

8  we went at it, and we were yelling at each other and

9  that circle of people around us got wider and wider.

10  By the end I just said,

11  *"I don't owe you anything, I don't owe you*

12  *anything."*

13  And I turned around and I walked off and I just

14  kept looking over my shoulder to make sure he wasn't

15  following me. He went the other direction, and I

16  spent twenty-minutes circling the block – making sure

17  that nobody else saw, that nobody else was following

18  me, that nobody else was tipped off as to who I was

19  or where I was going.

20  Alissa was texting me,

21  *"Where are you? Can you stop by the van,*

22  *remember to get the girls goggles."*

23  And I just kept walking and walking, and I

24  needed to cool down, because I had to put on that

25  front again – I had to get back to my girls and my

26  family and I had to be okay.

27  I had built this wall up of – I wanted to

1        protect them so bad, and I knew that that was really

2        kind of impossible, but I had to put that front up

3        and I had to make them feel like they were safe. So,

4        I had to get myself back there before I could go back

5        to the hotel.

6            ATTY. MATTEI: When you were able to settle

7        yourself, you shared that story with Alissa?

8            MR. PARKER: I got to the hotel – she had texted

9        me what room they were in. I went up, and so, I had

10       to knock on the door because I didn't have a key.

11       Alissa opened the door - and I thought I was there, I

12       thought I was composed; and I just wanted to tell her

13       that this guy just recognized me and gave me a hard

14       time.

15           She opened the door, and she took one look at

16       me, and her face went white; and she just said,

17           *"What happened? What happened to you?"*

18           And she could see it in me. I just started

19       bawling – and the girls were on the bed watching a

20       show, and I just darted into the bathroom, and she

21       came in and shut the door.

22           I sat down on the toilet seat, and she just put

23       her hands on my face, and she was just like,

24           *"Tell me what happened. What happened?"*

25           ATTY. MATTEI: This was in the Fall of 2016?

26           MR. PARKER: Correct.

27           ATTY. MATTEI: I'm gonna play Exhibit 35-C, which

1    is in evidence, Your Honor. The *Broadcast to the Alex*

2    *Jones Show*, on November 18, 2016.

3              (EXHIBIT 35-C PRESENTED)

4         ATTY. MATTEI: Did you hear Mr. Jones say,

5         *"This is disgusting . . ."*?

6         MR. PARKER: I haven't seen that video before,

7    but that's what he said.

8          ATTY. MATTEI: Let's go to 35-D.

9         Your Honor, this is from the same broadcast on

10   November 18, 2016.

11             (EXHIBIT 35-D PRESENTED)

12        ATTY. MATTEI: Did there come a point, Robbie,

13   where you decided that the approach you had taken all

14   these years – of trying to ignore it, trying to keep

15   your head down, trying to be anonymous, wasn't

16   working? Or, I should say – did you decide to do

17   something else?

18        MR. PARKER: There were some steps that had

19   happened for me to get there, but yes.

20        ATTY. MATTEI: And when you did get there, what

21   was it and what prompted you to decide that you

22   needed to something else?

23        MR. PARKER: The first thing was, it was – we had

24   been going on six-years now, and my thought of

25   'they'll go away eventually' just wasn't coming to

26   pass. Madeline (phonetic) and Samantha were getting

27   older, at this point; they were getting Chrome Books

1       at their school. They knew of these things

2       peripherally, but I felt like – I'd focused on trying

3       to protect Emilie, and they knew that; and if they

4       were to come across this stuff, I don't know if

5       they'd would of known that I was doing anything to

6       protect them.

7           I already felt like I'd failed Emilie as Dad,

8       when she was alive, because I – because we sent her

9       to school; and I was especially started feeling like

10      I was failing her in her death – because of what

11      people were saying about her, and what they were

12      saying about me trying to remember her.

13          In 2018, there was the shooting at Parkland High

14      School. Shortly after that, we were contacted by

15      somebody that shares our same faith - that Alissa and

16      I knew he lived in Washington - he had since moved to

17      Florida. He knew the family of one of the victims in

18      Parkland and he asked if we would be willing to talk

19      with them.

20          So, we – it was an open invitation, that at any

21      time they wanted to talk to us, whenever they felt

22      comfortable. In a few months – the Parkland Shooting

23      was in February, this probably would have been early

24      Summer - I remember the girls were still I in school,

25      so I'm thinking it was like, in June; we had a

26      conversation with this family.

27          They were expressing their grief and how hard it

1   was for them, and they were expressing the trauma

2   that they were feeling from what happened to their

3   daughter. I could see ourselves in them – they were

4   just reiterating so many of the same things, and it

5   helped me remember what it was like to be in their

6   shoes – what it was like six-years earlier, to feel

7   what they were feeling.

8       I just remembered how empty that is, and how you

9   have no energy, and you don't want to make any

10  decision – you just want time to grieve. It's a

11  really, really sacred – grief should be sacred. Greif

12  should be something that transforms you as a person,

13  and ultimately, make you better. You see the world

14  completely differently.

15      I saw them there and as they were describing

16  that, I was so happy for them, because that's what

17  they were getting to experience. Then the father

18  started talking about stuff that was being said

19  online about them, and the mother said,

20      *"This is really horrible; he had given an*

21  *interview to somebody on the news, and the next day*

22  *people were posting stuff about him. They were*

23  *calling this a fake event – a false flag event; and*

24  *they kept showing videos of my husband . . ."*

25      And she goes,

26      *"I don't think you guys had to deal with that,*

27  *but this is really hard for us."*

1   It was almost like one of those dark-humor

2   laughs, where I chuckled, like,

3   *"No, I know exactly what you're talking about."*

4   ATTY. MATTEI: Let me stop you right there,

5   Robbie. Do you know what Alex Jones said about the

6   Parkland shooting?

7   MR. PARKER: From things that I saw, it was a lot

8   of the same playbook.

9   ATTY. MATTEI: Well, why don't we pull up page 89

10  and 90 from the deposition that Alex Jones gave in

11  this case, on April 5, 2022.

12  (PAGE 89-90 ALEX JONES DEOPSITION PRESENTED)

13  (ATTORNEY MATTEI READ DEPOSTION EXCERPT)

14  ATTY. MATTEI: He called you an actor too, didn't

15  he?

16  MR. PARKER: Yes; this is the same – I say it's

17  the same playbook. He's doing it – he's doing it

18  again.

19  ATTY. MATTEI: And so, after you had that

20  conversation with those parents who'd lost a child at

21  Parkland, is that when you finally decided to see if

22  there was something you could do?

23  MR. PARKER: That conversation was a big catalyst

24  for me, in the sense that – like I said, I was seeing

25  so many things about my own life through them, and

26  when we got to this point of them starting to talk

27  about the harassment that they were receiving and how

1     much it bothered them, it broke open this gate that

2     I'd kept everything behind.

3          All of my emotions, and all of the stuff I've

4     been protecting my family from, I finally let myself

5     feel it, fully. And because of them sharing what they

6     felt, I finally tasted really, just how atrocious it

7     was. How bitter it is to have to dela with this, when

8     all you want to do is grieve.

9          I saw them, and I'm like,

10          *'They don't have the energy to deal with this,*

11     *nor should they have to deal with this. I'm six-years*

12     *down the road; I know more about this than they do, I*

13     *have more perspective than they do – there's*

14     *something I can do for them. I can fight this. I can*

15     *stand up and I don't need to be quiet anymore and I*

16     *can say something, and I can fight this.'*

17          ATTY. MATTEI: Robbie, is that why you've been

18     looking forward to being here, in this courtroom?

19          MR. PARKER: Exactly.

20          ATTY. MATTEI: Do you recall Ian Hockley's

21     testimony? How somebody had left a – just when he was

22     out shopping, had left a card on his windshield?

23          MR. PARKER: I was here for that, yeah.

24          ATTY. MATTEI: Had you ever heard that before?

25          MR. PARKER: No, he had never shared that with

26     me.

27          ATTY. MATTEI: Let's pull up Exhibit 473, which

1          is in evidence.

2                     (EXHIBIT 473 PRESENTED)

3               ATTY. MATTEI: That's a little still screen from

4          the video that Mr. Jones played over and over, right?

5               MR. PARKER: That's right.

6               ATTY. MATTEI: Left on a car, 3,000-miles away

7          from where you (phonetic) lived, on a windshield of

8          another parent who lost their child at Sandy Hook.

9               MR. PARKER: That's right.

10              ATTY. MATTEI: And even as this trial has been

11         happening, are you aware whether Mr. Jones has

12         continued to ridicule you, from Texas?

13              MR. PARKER: I've been made aware of that,

14         there's been people telling me about that.

15              ATTY. MATTEI: You were aware of a video that he

16         published, just earlier this week, and titled,

17         '*Abomination of Justice*', referring to what's

18         happening in this courtroom?

19              MR. PARKER: Yeah, I saw that video.

20              ATTY. MATTEI: Which Mr. Jones published to his

21         audience that . . .

22              ATTY. PATTIS: Objection, leading, Judge.

23              THE COURT: Sustained.

24              ATTY. MATTEI: Did Mr. Jones publish to his

25         audience a video, in which he showed you sitting here

26         in the courtroom, and described you as, '*shaking with*

27         *fear in the presence of Alex Jones*'?

1          MR. PARKER: Yes, that's what I saw.

2          ATTY. MATTEI: Nothing further, Your Honor.

3          ATTY. PATTIS: No questions, Judge.

4          THE COURT: You may step down, sir. Just watch

5     your step, take your time.

6          (WITNESS ROBERT PARKER STEPS DOWN)

7          ATTY. MATTEI: Your Honor, what we'd like to do

8     now is play the video deposition testimony of Rob

9     Dew.

10          THE COURT: All right, you'll recall my earlier

11     instructions about video deposition testimony, and

12     the same rules apply. To the extent there are any

13     objections stated, you'll ignore the objection, and

14     you may listen to the response.

15          ATTY. MATTEI: Your Honor, may I ask – we've

16     conferred, and we have – actually, an agreed upon

17     instruction regarding deposition testimony, generally

18     – which I think might be appropriate to give, since

19     they're gonna be hearing more of it.

20          ATTY. PATTIS: Yeah, that is – we have.

21          ATTY. MATTEI: May I approach?

22          THE COURT: Sure, thank you.

23          All right, so –

24          *"You may have noticed that some of the video*

25     *tapped depositions have been cut down from their full*

26     *length and you may wonder why that is. Depositions*

27     *are often many hours long, in addition what is*

1    *covered in a deposition my duplicate evidence that*

2    *you've already heard through live witness or through*

3    *another deposition.*

4    *Therefore, the parties may edit the video*

5    *playback of a deposition to shorten it. You should*

6    *draw no inferences for or against either party based*

7    *on the fact that short segments of a deposition are*

8    *played, rather than the whole deposition."*

9    Ron, give that back to Attorney Mattei.

10    THE CLERK: Yeah.

11    ATTY. MATTEI: Oh, thank you, I'm sorry.

12    (VIDEO DEPOSITION OF ROBERT DEW PRESENTED)

13    ATTY. MATTEI: All right, that concludes Mr.

14    Dew's testimony.

15    I think, if it's all right with the Court, maybe

16    we can take our morning break?

17    THE COURT: I think that's a good idea.

18    So, we will take a 15-minute morning recess. Ron

19    will be in charge of your notepads, and we will see

20    you shortly.

21    (JURY EXITS COURTROOM)

22    (MORNING RECESS)

23

```
DKT NO: X06-UWY-CV186046436-S    :  COMPLEX LITIGATION DKT
ERICA V. LAFFERTY                :  JUDICIAL DISTRICT WATERBURY
v.                               :  AT WATERBURY, CONNECTICUT
ALEX EMRIC JONES                 :  SEPTEMBER 29, 2022


DOCKET NO: X06-UWY-CV186046437-S
WILLIAM SHERLACH
v.
ALEX EMRIC JONES


DOCKET NO: X06-UWY-CV186046438-S
WILLIAM SHERLACH
v.
ALEX EMERIC JONES
```

## C E R T I F I C A T I O N


        I hereby certify that the foregoing pages are a true and
correct transcription of the audio recording of the above-
referenced case, heard in Superior Court, Judicial District of
Waterbury, Waterbury, Connecticut, before the Honorable Barbara
N. Bellis, Judge, on the 29th day of September, 2022.


        Dated this 30th day of September, 2022, in Waterbury,
Connecticut.




_Kendyl Henaghan_
Kendyl Henaghan
Court Recording Monitor