# EXHIBIT 42

1

```
DKT NO:  X06-UWY-CV18046436-S   :  COMPLEX LITIGATION

ERICA LAFFERTY                  :  JUDICIAL DISTRICT WATERBURY
v.                              :  AT WATERBURY, CONNECTICUT
ALEX EMRIC JONES                :  OCTOBER 4, 2022


DKT NO:  X06-UWY-CV186046437-S

WILLIAM SHERLACH
V.
ALEX EMRIC JONES


DKT NO:  X06-UWY-CV186046438-S

WILLIAM SHERLACH
V.
ALEX EMRIC JONES
```

**P.M. SESSION, VOLUME I**

BEFORE THE HONORABLE BARBARA N. BELLIS, JUDGE,
AND A JURY


A P P E A R A N C E S :


  Representing the Plaintiff (s):
    ATTORNEY CHRISTOPHER MATTEI
    ATTORNEY JOSHUA KOSKOFF
    ATTORNEY ALINOR STERLING

  Representing the Defendant (s):
    ATTORNEY NORMAN PATTIS for defendant Alex Jones


                         Recorded By:
                         Kendyl Henaghan

                         Transcribed By:
                         Debbie Ellis
                         Court Recording Monitor
                         400 Grand Street
                         Waterbury, CT  06702

THE COURT:  Good afternoon, marshal.  Good
2    afternoon, everyone.

3         ATTY. MATTEI:  Good afternoon, your Honor.

4         THE COURT:  Please be seated.  Okay.  We're ready
5    for our jury?

6         ATTY. MATTEI:  Yes, your Honor.

7         THE COURT:  Okay.  Thank you, Ron.

8         ATTY. MATTEI:  Your Honor, may I just give you a
9    head's up on what we're going to do next?

10        THE COURT:  Yes, sir.

11        ATTY. MATTEI:  We're going to play a number of
12   video clips, probably take about five minutes, and then
13   we're going to call Mark Barden.

14        THE COURT:  And do you expect any issues with the
15   clips, is it the same one that we had an issue with
16   earlier today?

17        ATTY. MATTEI:  Oh.  These aren't depositions.
18   These are Alex Jones broadcast clips.

19        THE COURT:  Oh, okay.  I'm sorry.  I thought you
20   said --

21        ATTY. MATTEI:  No.  And I can, we have prepared
22   the two transcripts of the other depositions that were
23   played that had poor sound.  Those are marked at 356-A
24   testimony of Josh Owens; 336-A, transcript date of
25   Jones testimony.  So those are prepared and we can
26   offer those.

27        THE COURT:  And Attorney Pattis has seen them or

1       not yet?  Well, you'll talk to him and let me know.

2           Good afternoon, everybody.  Welcome back.  Good

3       afternoon.  Let the record reflect the nine jurors have

4       returned.  Thank you, please be seated.

5           Whenever you're ready, Attorney Mattei.

6           ATTY. MATTEI:  Thank you, your Honor.  Before we

7       get to our next witness which will be Mark Barden, the

8       plaintiffs would like to play a series of video

9       exhibits for the jury beginning with exhibit 17.

10      Exhibit 17, your Honor, is already in evidence as a

11      broadcast of the Alex Jones show dated May 13, 2014

12      titled Bombshell Sandy Hook Massacre with a DHS

13      illusion said school safety expert.

14          THE COURT:  Very well.

15          (The video was played.)

16          ATTY. MATTEI:  Thank you.  We'd now like to play

17      clip 17F from the same broadcast, May 13th, 2014.

18          (The video was played.)

19          ATTY. MATTEI:  Thank you, your Honor.  We'd now

20      like to play exhibit 19-I from a broadcast from the

21      Alex Jones several months later on September 25th,

22      2014, titled, FBI says nobody killed at Sandy Hook

23      Massacre featuring Wolfgang Halbig.

24          (The video was played.)

25          ATTY. MATTEI:  Your Honor, now I'd like to display

26      for the jury an excerpt from Alex Jones' deposition.

27      This will be exhibit 373-F.

4

1          THE COURT:  373-F as in Frank?

2          ATTY. MATTEI:  Yes.

3          THE COURT:  Thank you.

4          ATTY. MATTEI:  And I'll read this.

5          THE CLERK:  I'm sorry, your Honor, that's 370,

6     what?

7          THE COURT:  373-F.

8          THE CLERK:  Thank you.

9          QUESTION:  Mr. Jones, we both just heard the same

10    video clip, am I correct that you are on there now in

11    October, October 26th, 2017 continuing your claim that

12    Sandy Hook is as phoney as a $3 bill, right.

13          ANSWER:  I mean, that is what I said.

14          QUESTION:  And then just a month later on

15    November 27th, 2017, you are talking about the Vegas

16    shooting?

17          Mr. Jones, what we are trying to show you is a

18    video you published on November 27th, 2017 a month

19    after, again, referring to Sandy Hook as phoney as a $3

20    bill in which you are commenting on the Las Vegas

21    shooting.

22          Your Honor, we would now offer as exhibit 44-A

23    that video which is a broadcast of the Alex Jones show

24    dated November 27th, 2017.  I understand this is

25    without objection.

26          ATTY. PATTIS:  It is.  I think it's previously

27    been admitted.  I may be mistaken on that.

5

1          THE CLERK:  44-A is not a full exhibit.

2          ATTY. PATTIS:  No objection.

3          ATTY. MATTEI:  Let's play 44-A, please.

4          (The video is played.)

5          ATTY. MATTEI:  Now, your Honor, I would like to

6     pull back up 373-F for the final part of that exchange.

7          QUESTION:  That was you on there, right,

8     Mr. Jones?

9          ANSWER:  Uh-huh.

10         ATTY. MATTEI:  Your Honor, with that we call Mark

11    Barden to the stand.

12         THE COURT:  Very well.

13         ATTY. KOSKOFF:  Your Honor, we call Mark Barden.

14         THE COURT:  Attorney Koskoff.  Good afternoon,

15    sir.

16         THE WITNESS:  Good afternoon, your Honor.

17         THE COURT:  Be careful coming up.  And remain

18    standing if you don't mind and Mr. Ferraro will swear

19    you in.

20

21

22

23

24

25

26

27

6

1        M A R K   B A R D E N        ,

2       called as a witness on behalf of the Plaintiff, having

3       been first duly sworn by the clerk to tell the truth,

4       the whole truth and nothing but the truth, testified on

5       his oath as follows:

6               THE CLERK:  Thank you, you may be seated.

7               THE WITNESS:  Thank you.

8               THE CLERK:  I just need you to state your name,

9       slowly spelling your last name for the record, and then

10      county and state that you live in.

11              THE WITNESS:  My name is Mark Barden, B-a-r-d-e-n.

12      And I live in Fairfield County, Connecticut.

13              THE CLERK:  Thank you.

14              THE COURT:  Thank you, sir.  You may inquire.

15  DIRECT EXAMINATION BY ATTY. KOSKOFF:

16    Q.  Hi, Mark.

17    A.  Hello, Attorney.

18    Q.  Your wife was on earlier, right, Jackie?

19    A.  Yes, she was.

20    Q.  And was it difficult to hear her explain what Alex

21  Jones lies have done to your family?

22    A.  It was excruciating to hear my wife and what I know to

23  be such genuine heartbreaking pain.

24    Q.  Mark, during the lunch break did you have occasion to

25  look out the window?

26    A.  I did.

27    Q.  Tell the jury what you saw.

7

1    A.  We looked out from the window upstairs and we saw Alex

2  Jones holding a press conference out here on the front steps or

3  on the sidewalk in front of the courthouse just now.  It may

4  still be going on as we sit here now.

5    Q.  You saw Alex Jones holding a press conference on the

6  steps of this courthouse?

7    A.  I did.

8    Q.  Was Alex Jones in this courtroom when Jackie, your

9  wife, told the jury what has happened to her as a result of

10  his lies?

11    A.  Alex Jones was not here present in this courtroom when

12  Jackie was explaining what had happened to her over the last

13  ten years.

14    Q.  And to your family?

15    A.  No, he was not here for that.

16    Q.  Turn to a lighter subject, your childhood maybe.  Can

17  you just tell the jury a little bit, we heard about the big

18  plan from the Giblin?

19    A.  Giblin.

20    Q.  Giblin family.  Can you tell the jury about your own

21  upbringing as your character is under attack in this case.

22    A.  So I grew up in Yonkers, New York.  My father used to do

23  technical drawings or blueprint diagrams for a company called

24  TCI, Technical, it was a small family owned company and he used

25  to do diagrams and manuals for equipment, industrial equipment,

26  printing presses and so on.

27       And my mom, she had a couple of different jobs.  She was

8

1  working way back when when I was very young as a answering

2  service, an answering service plugging the wires into the -- in

3  Yonkers.  And then she was working for the plastics coloring

4  manufacturing company in Mount Vernon.  She was doing the

5  payroll for them and I grew up as almost like an only child, as

6  the youngest of three boys.  My two older brothers were 15 and

7  16 years older than I was, so I was almost like an only child

8  growing up.  I went to PS-16 in Yonkers and then Sacred Heart

9  High School also in Yonkers and then interestingly

10  coincidentally started my college journey in at Mercy College

11  in Dobbs Ferry, New York.

12     Q.  And actually Jackie said that she went to Mercy but was

13  she ahead of you or after you?

14     A.  She was after me.

15     Q.  And from there on in I understand she was ahead of you?

16     A.  Always ahead of me.

17     Q.  And did you finish then at Mercy your four years or did

18  you decide to go in a different direction?

19     A.  No.  So I was playing music so I just to back up a

20  little bit.  Full disclosure in my high school years I was much

21  more focused on playing guitar and music then I was on

22  academics.  And I'd be supposed to be doing homework and I was

23  actually practicing guitar and that carried into my first fray

24  into college and that just didn't go so well.  I was playing in

25  bands and that's really all I wanted to do and my cousin Carl

26  who grew up in Yonkers and New Rochelle, he and I are closer

27  than brothers and we had a band together in New Rochelle.  And

9

1  his family moved to that little town that Jackie referred to

2  earlier DeLand, Florida and we thought that would be cool if I

3  moved down there too and we started our band up down there.

4  That was the plan and that's how I actually wound up moving

5  down to DeLand, Florida.

6       While there, while playing music at night, I resumed my

7  academic studies at Daytona Beach Community College but then

8  still did not yet finish until after we were married and I

9  moved back here and finished at again one of Jackie's Alimars

10  Lehman College in the Bronx part of the city of the University

11  of New York where I finally got my degree in composition.

12       Q.  Music composition?

13       A.  Music composition.

14       Q.  So that was about a ten year gap or something like

15  that?

16       A.  Yeah, about that.

17       Q.  And during that time you were essentially a full time

18  musician?

19       A.  Yes.

20       Q.  Or as much full time as you could muster?

21       A.  Yeah.

22       Q.  And you spent, I think we learned from Jackie that you

23  spent some time in Nashville or are we not there yet?

24       A.  Well, it depends where you want to go in the chronology

25  but, yeah.  I moved from DeLand to Nashville to really kind of

26  seriously focus on music and I had a good, you know, successful

27  time with my music there in what I called success.  I didn't

1  want to be the star.  I didn't want to be the front person.  I
2  really always wanted to be the flag guy and support the song
3  and support the artist which I was able to do in Nashville and
4  tour with a lot of country artists and really enjoyed learning
5  that genre as well as continuing to focus on other genres so
6  that I could be more higher bowl and go to her with R and B
7  bands or rock and roll bands, or country bands.  And so, you
8  know, my whole time in Nashville I was very fortunate to be
9  working a lot.  And in the middle of that time I was touring
10 with a band called the Cox's Family and they were kind of a
11 blue grass gospel band from Louisiana.  And I was their lead
12 guitar player and their band leader and we had just celebrated
13 my parents 50th wedding anniversary and I had just gotten this
14 gig with the Cox's Family and my dad was so proud of me for
15 getting that gig.  And he's always asked me to tell the story
16 about the audition and all that.  And it was only a short time
17 on the road with that band when I got a notice that my father
18 had to be taken to the hospital and he had had a massive
19 stroke.  He passed away in 1996 and I had to kind of come off
20 that tour.
21       And as Jackie testified earlier I was spending a lot of
22 time coming up from Nashville to be with my mom who married
23 very young.  She was 22 when she married my father and it was
24 the first time that she had ever been alone in her life, so I
25 was trying to balance my career and being in Yonkers with my
26 mom as much as I could and that's when I met Jackie.
27 Q.  And maybe I shouldn't ask you this, was it love at

1    first sight for you as well or not and if you don't want to

2    answer, that's okay?

3        A.   No.  I do, Jackie told that story of mutual friends

4    whose words were if these two ever meet, it'll be history and

5    they were right.  And we met not knowing that they had thought

6    that about us before we met at that party.  And I still

7    remember that sparkle and that wit and I just felt so

8    comfortable with her.  I just felt like she was my person in

9    that meeting and that's how we just developed that

10   relationship, literally over the phone for the next whatever

11   two years just talking a lot on the phone and meeting when we

12   could.  She came to Nashville a few times to visit.  I was

13   going up to the northeast a bunch and then we decided we just

14   have to do this for the rest of our lives and she still has

15   that beautiful sparkle and I still love it just as much.

16       Q.   Could you get her to buy any of your Cd's or no?

17       A.   I never, no.  I mean this was cassette tapes I make,

18   Christmas tapes for my family.  I wasn't selling any CD's.  I

19   didn't get to that level.

20       Q.   So Jackie lied on the stand when she said she said

21   CD's?

22       A.   No.  I had CD's by other artists in a lunchbox, a

23   Styrofoam lunchbox.  Those are not my CD's.

24       Q.   Were they pirated CD's?

25       A.   No, they were commercially available.

26       Q.   Okay.  So we Jackie did a lot of the legwork here.  At

27   some point you had kids, you moved to Pauling, right?

12

1    A.   Yup.

2    Q.   And is that where the kids spent their early years or

3  did I miss a step there?

4    A.   No.   That's right.   We started in the upstairs in her

5  brother's house in York Town Heights and then we were there for

6  about a year and then we moved to the townhouse in Pauling and

7  all three kids were born while we lived there.   But Daniel was

8  only there for a few months before we went to Ridgefield to

9  housesit for her sister.

10   Q.   Okay.   And can you tell us, Mark, you know somebody

11 said what was Daniel like.   I know you have the website what

12 would Daniel do.   We learned a lot about him actually but can

13 you tell us a story about Daniel that is special to you?

14   A.   There are many.   One is Jackie testified earlier he was

15 very aware about others.   He had a deep very evolved sense of

16 compassion.   It was a beautiful thing to watch.   His teachers

17 would tell us Daniel is the first one to help, if a kid needs

18 help or if I need help, Daniel is right there.   And you love to

19 hear that as a parent that your child is being a good citizen

20 when they're out of the home.   But he did have this beautiful

21 sense of empathy and concern and care for others and one of my

22 many stories that I like to tell about Daniel was we were

23 driving Natalie to her piano lessons.   And this is like the

24 week before the shooting and we were looking at the Christmas

25 lights and listening to Christmas music and Natalie and Daniel,

26 James was not with us on this trip, but we were in the minivan

27 listening to Christmas music and singing along and having a

1   great time on the way to Natalie's piano lesson.  And this song

2   comes on and you probably heard this song.  It's about a little

3   boy who's in line at a department store to buy shoes for his

4   mother who's in the terminal stages of an illness.  And

5   Christmas shoes and he wants her to look pretty when she goes

6   to meet Jesus.  And I notice as I'm driving that song is

7   playing and I'm just thinking it's one of the Christmas songs

8   you hear at that time of the year and it's very quiet in the

9   back.  So I look in the rearview mirror and there's little

10  Daniel just staring out the window tears rolling down his

11  cheeks.  And he's listening to the lyrics of this song and he's

12  feeling for that kid and that family.  And as Jackie says and

13  we used to say this all the time like what seven year old kid

14  thinks like that.  And it's heartbreaking but it's beautiful

15  that he had such an evolve sense of compassion for other people

16  and his life was filled with those moments of deep genuine

17  compassion where he was really feeling for other people.

18      Q.  Can we show a picture?

19      A.  I'd love to share a picture.

20      Q.  No. You have one?

21      A.  No.  I know, I mean, I'm reaching for glasses, attorney.

22      Q.  I thought you were reaching for your stash?

23      A.  I haven't admitted anything of my own.

24      Q.  Your picture stash.  596 I think?

25              THE COURT:  Full exhibit, Ron?

26              THE CLERK:  596 is not a full exhibit.

27              THE COURT:  We offer it.  I don't believe

14

```
1          there's --

2              ATTY. PATTIS:  No objection, Judge.

3              THE COURT:  Very well.

4              THE WITNESS:  A very typical moment.  He was a

5          very affectionate little boy.

6  BY ATTY. KOSKOFF:

7     Q.  And about what year would you say this was, Mark?

8     A.  I'm going to say probably 2011.

9     Q.  Can you tell by the hairstyle, your hairstyle or no?

10    A.  I'm constantly reinventing my hairstyle.  I don't know.

11 I need to say 2010 or '11.  I think that was when we were

12 visiting Jackie's sister Christine and her family on their

13 vacation.

14             THE CLERK:  I'm sorry, your Honor.  That's not the

15         description I have for 596.

16             ATTY. KOSKOFF:  Oops.  What did you have, Ron?

17             THE CLERK:  I have Daniel Barden and his siblings

18         as 596.

19             ATTY. KOSKOFF:  Well, that's a scandal.

20             THE COURT:  All right.

21             ATTY. KOSKOFF:  We can swap those out.

22             THE COURT:  We'll deal with that.

23             THE CLERK:  Sure.

24             ATTY. KOSKOFF:  Thank you.  I apologize for the

25         bad site and actually, now that I'm looking at this it

26         doesn't have an exhibit sticker on it.  That's my bad.

27             THE COURT:  Thank you, Ron.
```

1    ATTY. KOSKOFF:  So we probably have two 596.

2    THE COURT:  Or just a bad description.  We'll fix

3    it later.

4    ATTY. KOSKOFF:  Okay.

5    THE COURT:  So the record is clear, Attorney

6    Pattis, you have no objection to this exhibit?

7    ATTY. PATTIS:  Nor the other.

8    ATTY. KOSKOFF:  Okay.

9    ATTY. PATTIS:  Nor the other, Judge.

10    THE COURT:  Okay.  Thank you.

11   BY ATTY. KOSKOFF:

12   Q.  So, Mark, we heard that you were essentially the

13   caretaker of the children while Jackie was teaching.

14   A.  Mm-hmm.

15   Q.  For a period of years, is that right?

16   A.  Yes.

17   Q.  How many years was that up until, you know, December of

18   2014?

19   A.  It was probably the whole time that, you know, I was

20   playing music at night as Jackie testified earlier.  I was

21   doing my gigs at night and on the weekends, so yeah, I was up

22   with the kids early and with them throughout their day and as

23   they were going to school taking them to the bus and.  Yeah, I

24   was just, I was just kind of the Mr. Mom the stay at home dad

25   during the day with the kids and Daniel as the third, as the

26   youngest, you know, he was the last one to be home during the

27   day and I had other music, you know, I don't just show up at a

1   gig and play.  I have to prepare things constantly preparing

2   things and that's what I would do when they were in school.

3   But Daniel was the youngest and he and I had the very fortunate

4   experience of having a lot of quality time just the two of us

5   while James and Natalie were in school.  And we used to do all

6   kinds of fun stuff and we used to play cards, and read books,

7   and play music, and go see trains, and go see airplanes, and

8   play soccer, and play foosball, and just go on and on and on

9   and he was -- I used to tell him, I used to say, I really enjoy

10  your company.  He was just fun.  He was smart and articulate he

11  noticed things.  He appreciated things.  And right now in our

12  driveway is our van that's finally quit.  It's the last vehicle

13  that he rode around in.  That van is in the driveway and the

14  CD's that we used to listen to are still in it and I haven't

15  been able to listen to them since.

16      To give you a sense of what we were listening to we had

17  a Barney CD in there.  Now was it Barney or what's that pizza

18  place Chucky Cheese.  They gave out CD's.  We have that in

19  there.  We also had an arts and crafts CD in there.  We had a

20  Steely Dan CD in there.  And when I go through the radio dial I

21  would say stop me when you want to listen to something and I'd

22  go through all kinds of music and invariably it would be

23  symphonic music.  Stop there I want to hear the ones with all

24  the instruments.  I'm sorry.  I could go just go on and on.  I

25  cherished every minute not knowing what was coming.  Just

26  having that opportunity to spend that kind of quality time with

27  all of my children but for Daniel and me we have a special

1   thing.  James and I have a special thing.  Natalie and I have a

2   special thing.  But Daniel because it was just he and I just

3   spent a lot of time in those last few years, just the two of

4   us.

5      Q.  We heard a lot about Natalie and how she's been

6   affected by all of this stuff for lack of a better word but

7   could you tell us about the relationship between Natalie and

8   Daniel?

9      A.  Natalie and Daniel had a wonderful relationship.  They

10  used to play together all the time.  I remember, Jackie will

11  remember this with me.  They came down from upstairs dressed as

12  a bride and groom.  Natalie was the groom and Daniel was the

13  bride and they were doing a wedding thing and you know, they

14  were probably, they were very little and they used to have

15  their little secrets and they used to giggle about us.  And I

16  remember Daniel saying to Natalie about us and we would sing a

17  little song to illustrate a point, and he's gotta a song for

18  everything.  Yeah.  It was, you know, it was just really a

19  happy little house.  We used to play big fat daddy on Saturday

20  mornings and do Saturday mornings in the living room dancing

21  and we had it made.

22     Q.  And Jackie had told us about the night before and

23  Daniel's little stunt with his three books and that was their

24  thing.

25     A.  Yes.

26     Q.  But she left early in the morning.  Could you tell the

27  jury what was happening in the Barden household on the morning

1   of 12-14-12?

2     A.  Yeah.  Just to build on Jackie's story, we used to trade

3   off doing books at night and I used to love that.  I used to

4   love doing books and so the night before, so Thursday the 13th

5   I had a gig and I came home, you know, 2:00 in the morning,

6   whatever and I went around and kissed them all on their little

7   heads.  And Daniel was laying there as he often would with his

8   covers off of him and his little Yankee pajamas.  We're not big

9   Yankee fans, I know it looks that way but he had his little

10  Yankee short pajamas and I just can remember exactly how he was

11  laying and I kissed his little forehead and I went to bed

12  myself.

13        And so the next morning, the three kids, James was in

14  middle school and Natalie was in intermediate school and Daniel

15  was in elementary so there's three different schools, three

16  different buses and I would walk them each to their bus.  And

17  so James' bus was first at like, you know, 6:30 was his bus so

18  we'd be walking out of the house at like 6:15.  And I hear

19  footsteps behind us and, you know, like the sun isn't even up

20  yet and I hear it's little Daniel put on flip flops and he

21  still has those little short pants and short t-shirt Yankee's

22  pajamas on, it's December and he's running out behind us and

23  I'm like what are you doing up?  And he said can I come to the

24  bus with you, I want to hug James and tell him I love him.  So

25  I put him on my shoulders to keep him a little warmer and we

26  walked James to the bus and he did just that.  He wrapped his

27  little arms around him and gave him a sweet hug and told him he

1   loved him and Daniel and I walked back to the house and Natalie
2   wasn't up yet.  I said you know it's still dark you can go back
3   to bed and he said no why don't we cuddle.  We have more time
4   for cuddling.  So we got on our old red couch and we cuddled
5   and we turned the Christmas tree on and Daniel says look at the
6   window dad, you can see the sunrise how beautiful it is and our
7   Christmas tree lights are reflecting in the window with this
8   beautiful sunrise behind it.  Again, I thought what kid, what
9   seven year old thinks like that, so I ran and got the camera
10  and I took a picture of that of the sunrise that morning and I
11  still have that picture.  I wish I had taken a picture of
12  Daniel but we had to walk Natalie to the bus and do the same
13  ritual with her.  And we got back to the house and at some
14  point in this Jackie was getting ready and he was in the
15  bathroom getting warmed up with the hairdryer and then after
16  Jackie left, he had oatmeal and he said can you show me how to
17  play something on the piano out of no where.  And he had been
18  watching Natalie's piano lessons so he knew how to sit.  He
19  wanted to make sure he held his little hands just the right
20  way.  He was making sure his posture was right.  I taught him
21  how to play jingle bells and he played it beautifully.  And I
22  just thought he's already the drummer in our band.  He's
23  already very in tuned with music.  He's going to be a great
24  musician.  And so we walked to the bus and we talked about how
25  we are having family pizza and we had pizza night on Friday
26  night with two other families in our neighborhood and we were
27  looking forward to that.  It's going to be a great Friday

1  night.  And then I put him on the bus and I know I hugged him

2  and kissed him and told him I loved him.  But I had no way of

3  knowing it would be the last time.

4      Q.  Are you the kind of family that locks their doors and

5  looking over your shoulder suspicious wherever you went?

6      A.  Not at all.

7      Q.  Anxious?

8      A.  Jackie and I were from the city and we just thought we

9  had hit the jackpot living in this little neighborhood with

10  other families with other little kids.  There was a family down

11  the street that had the same three age and gender of kids as

12  us.  We just thought we hit the jackpot.  And we loved, we

13  bragged about being there we didn't think about locking our

14  cars.  We didn't think about locking our windows.  We slept

15  with the windows open at night.  And it was intentional and we

16  felt so fortunate that we were able to do that and provide that

17  kind of environment to raise our children in.  It was -- and we

18  used to say that.  We used to take walks around our block and

19  say we're so lucky we get to do this and raise our kids here.

20  We really appreciated it.  We never, we never took any of that

21  for granted.  So, yeah, we relished in the opportunity to live

22  where we live.

23      Q.  Mark, I'm going to skip a little more over the next

24  couple of days because Jackie talked about it I think.  I

25  don't mean any disrespect but.

26      A.  None taken.  Thank you.

27      Q.  I want to ask you whether, first of all have you ever

1   heard of Alex Jones?

2     A.  No.

3     Q.  I assume that your family or your extended family never

4   aggrieved him in any way?

5     A.  No.

6     Q.  As far as you know?

7     A.  As far as I know nobody had heard of him.

8     Q.  Anybody ever done anything to him?

9     A.  No.

10    Q.  You didn't even know who he was?

11    A.  No.

12    Q.  And did there come a time, Mark, when you became aware

13  that the community, you know, the greater community or public

14  or the world in which you were living that there was a lie

15  going around about you being an actor about Sandy Hook being a

16  staged event, about Daniel being a fraud and never existed,

17  and things like that?

18    A.  I became aware of that, I had a little website Mark

19  Barden Music dot com that I really, I loved because I could

20  share snippets of my music, pictures, and I had a calendar when

21  my gigs were coming up and pictures of the kids on there.  And

22  there was a guest book where people would, you know, could

23  write in and I started getting this stuff on there.  Jackie

24  mentioned this earlier like, you know, you're a liar, you're a

25  fraud, and blah, blah, blah and I'm like what?  It was just

26  completely foreign.  I didn't understand where it was coming

27  from, why it was coming and it was really hurtful because my

1    little music website I've never had a Facebook page in my life.

2    I had a little YouTube thing, again, to share music and family

3    stuff but not really a social media person.  Anyone who knows

4    me will tell you that, usually with a laugh.

5    　　Q.  Did you become increasingly disturbed by that and start

6    to consume you?

7    　　A.  Yeah.  It was disturbing that there was this anonymous

8    people out there that were, I mean, and during this time this

9    was just harder beyond we could ever imagine trying to deal

10   with, trying to deal with the fact that our little boy had just

11   been shot to death in his first grade classroom and how to

12   literally manage one minute to the next, like literally manage

13   from one minute to the next and then also still be parents to

14   James and Natalie and still be strong for them and still give

15   them some sense of normalcy in what we didn't understand.

16   Listening to some of these other families testify, I can so

17   relate to Robbie Parker saying my compass was spinning around I

18   had no idea where I was or David Wheeler saying I was

19   underwater and completely disoriented.  I get all of that.  We

20   were there.  And to then have to navigate what is that noise

21   coming under my little music pipe, that again, I just felt was

22   kind of precious and sacred and then they started -- I had a

23   picture of like one of my little days at home with Daniel, you

24   know, just for fun we had a little bath in the kitchen sink and

25   I had taken a picture of it because it was adorable and

26   somebody came on the website saying that that picture was

27   actually, excuse me, but that was a picture of Daniel after I

1    had dismembered him and killed him myself and that picture was

2    me mocking everyone else with the fact that I had murdered my

3    son and taken a picture of him in the sink.  You can't make

4    this up.  Somebody did but this is what we were all trying to

5    deal with and I see that stuff and we finally had to let the

6    website go because this hateful stuff threatening stuff,

7    dangerous stuff was coming in so just shut it off.

8        Q.  But and I think we heard about letters that were sent

9    to the home.

10       A.  Yes.

11       Q.  And did there come a time or several times where you

12   contacted the FBI and Ashley Hall and been assigned to the --

13       A.  Yes.

14       Q.  -- this lying, the effect of these lies?

15       A.  Yeah.  And I will be completely honest I have no idea of

16   the chronology of a lot of this but at some point during 2013,

17   you know, we started getting more attacks and we started

18   looking for like what are people saying or who are these people

19   and try to get our head around how large is this because it was

20   coming and coming and we were getting letters in our mailbox

21   and started seeing things on line that were clearly death

22   threats and so, yeah, we were sharing things with the FBI.  We

23   were sharing things with Newtown Police Department like what is

24   this and it looked scarey and dangerous.  And at the same time,

25   I was trying to keep it all quiet from Jackie and some of it I

26   kept quiet from Jackie and all of it we really tried to hide

27   from James and Natalie because, like I said, we were just

24

1   trying to go from one minute to the next to try to support them

2   through this, this horror without having to expose them to this

3   really scary stuff.

4       Q.  And we heard Jackie tell us about the recent news to

5   you that despite those efforts, that Natalie had seen one of

6   these threatening letters?

7       A.  Yeah.

8       Q.  Have you tried to protect her from that?

9       A.  Oh, yeah.  I mean that was like, I did not want, I

10  secretly took that to the police and I told the police I

11  can't -- this can't get out because my kids can't know that

12  this is happening.  And low and behold we just learned that

13  Natalie had actually seen that letter and just to give you a

14  little contexts --

15      Q.  Well, there you go.

16              THE COURT:  A fire drill.  We'll take a recess.

17              (Whereupon, there was a recess.)

18

19          *          *          *          *          *

20

21

22

23

24

25

26

27

25

```
1    DKT NO:  X06-UWY-CV18046436-S    :  COMPLEX LITIGATION

2    ERICA LAFFERTY                   :  JUDICIAL DISTRICT WATERBURY
     v.                               :  AT WATERBURY, CONNECTICUT
3    ALEX EMRIC JONES                 :  OCTOBER 4, 2022

4
     DKT NO:  X06-UWY-CV186046437-S
5
     WILLIAM SHERLACH
6    V.
     ALEX EMRIC JONES
7

8    DKT NO:  X06-UWY-CV186046438-S

9    WILLIAM SHERLACH
     V.
10   ALEX EMRIC JONES

11             C E R T I F I C A T I O N

12
         I hereby certify the foregoing pages are a true and
13   correct transcription of my stenographic notes of the

14   above-referenced case, heard in Superior Court, G.A. 4 of

15   Waterbury, Connecticut before the Honorable Barbara N. Bellis,

16   Judge, on October 4th, 2022.

17

18       Dated this 5th day of October, 2022 in Waterbury,

19   Connecticut.

20

21

22

23       _____

24              Debbie A. Ellis
            Court Recording Monitor
25

26

27
```