# EXHIBIT 44

Submitted as native video file.