# EXHIBIT 46

Submitted as native video file.