# EXHIBIT 47

Submitted as native video file.