# EXHIBIT 48

Submitted as native video file.