# EXHIBIT 50

Submitted as native video file.