# EXHIBIT 51

Submitted as native video file.