# EXHIBIT 52

Submitted as native video file.