# EXHIBIT 53

Submitted as native video file.