# EXHIBIT 54

Submitted as native video file.