# EXHIBIT 55

Submitted as native video file.