# EXHIBIT 56

Submitted as native video file.