# EXHIBIT 57

Submitted as native video file.