# EXHIBIT 58



## Summary Chart of Alex Jones Show Radio Logs Discussing Sandy Hook

| Date | Show |
| --- | --- |
| 04/08/13 | The Alex Jones Show |
| 04/10/13 | The Alex Jones Show |
| 09/24/13 | The Alex Jones Show |
| 12/20/13 | The Alex Jones Show |
| 01/01/14 | The Alex Jones Show |
| 02/26/14 | The Alex Jones Show |
| 02/27/14 | The Alex Jones Show |
| 02/12/15 | The Alex Jones Show |
| 03/27/15 | The Alex Jones Show |
| 04/09/15 | The Alex Jones Show |
| 12/17/15 | The Alex Jones Show |
| 12/18/15 | The Alex Jones Show |
| 08/25/16 | The Alex Jones Show |
| 11/08/16 | The Alex Jones Show |
| 12/14/16 | The Alex Jones Show |
| 02/26/17 | The Alex Jones Show |
| 03/08/17 | The Alex Jones Show |
| 04/13/17 | The Alex Jones Show |
| 06/05/17 | The Alex Jones Show |
| 06/07/17 | The Alex Jones Show |
| 06/15/17 | The Alex Jones Show |
| 06/16/17 | The Alex Jones Show |
| 06/25/17 | The Alex Jones Show |
| 07/06/17 | The Alex Jones Show |
| 07/20/17 | The Alex Jones Show |
| 08/01/17 | The Alex Jones Show |
| 08/02/17 | The Alex Jones Show |
| 08/04/17 | The Alex Jones Show |
| 08/09/17 | The Alex Jones Show |
| 08/30/17 | The Alex Jones Show |
| 09/12/17 | The Alex Jones Show |
| 10/04/17 | The Alex Jones Show |
| 11/10/17 | The Alex Jones Show |
| 02/21/18 | The Alex Jones Show |
| 02/23/18 | The Alex Jones Show |
| 02/26/18 | The Alex Jones Show |
| 02/27/18 | The Alex Jones Show |
| 03/21/18 | The Alex Jones Show |
| 04/13/18 | The Alex Jones Show |
| 04/18/18 | The Alex Jones Show |

| Date | Show |
|---|---|
| 04/19/18 | The Alex Jones Show |
| 04/22/18 | The Alex Jones Show |
| 04/24/18 | The Alex Jones Show |
| 05/08/18 | The Alex Jones Show |
| 05/09/18 | The Alex Jones Show |
| 05/30/18 | The Alex Jones Show |
| 06/14/18 | The Alex Jones Show |
| 07/17/18 | The Alex Jones Show |
| 07/18/18 | The Alex Jones Show |
| 07/19/18 | The Alex Jones Show |
| 08/01/18 | The Alex Jones Show |
| 08/02/18 | The Alex Jones Show |
| 08/03/18 | The Alex Jones Show |
| 08/14/18 | The Alex Jones Show |
| 08/15/18 | The Alex Jones Show |
| 08/16/18 | The Alex Jones Show |
| 09/05/18 | The Alex Jones Show |
| 09/12/18 | The Alex Jones Show |
| 09/27/18 | The Alex Jones Show |
| 11/07/18 | The Alex Jones Show |
| 11/08/18 | The Alex Jones Show |
| 12/13/18 | The Alex Jones Show |
| 01/14/19 | The Alex Jones Show |
| 01/23/19 | The Alex Jones Show |
| 01/25/19 | The Alex Jones Show |
| 01/29/19 | The Alex Jones Show |
| 01/30/19 | The Alex Jones Show |
| 02/03/19 | The Alex Jones Show |
| 02/05/19 | The Alex Jones Show |
| 03/07/19 | The Alex Jones Show |
| 03/18/19 | The Alex Jones Show |
| 03/21/19 | The Alex Jones Show |
| 03/22/19 | The Alex Jones Show |
| 03/25/19 | The Alex Jones Show |
| 03/27/19 | The Alex Jones Show |
| 03/31/19 | The Alex Jones Show |
| 04/01/19 | The Alex Jones Show |
| 04/02/19 | The Alex Jones Show |
| 04/02/19 | The Alex Jones Show |
| 04/05/19 | The Alex Jones Show |
| 04/17/19 | The Alex Jones Show |
| 04/18/19 | The Alex Jones Show |
| 04/25/19 | The Alex Jones Show |
| 05/14/19 | The Alex Jones Show |
| 06/11/19 | The Alex Jones Show |

| Date | Show |
|---|---|
| 06/13/19 | The Alex Jones Show |
| 06/14/19 | The Alex Jones Show |
| 06/16/19 | The Alex Jones Show |
| 06/18/19 | The Alex Jones Show |
| 06/21/19 | The Alex Jones Show |
| 07/10/19 | The Alex Jones Show |
| 07/17/19 | The Alex Jones Show |
| 08/16/19 | The Alex Jones Show |
| 09/05/19 | The Alex Jones Show |
| 09/06/19 | The Alex Jones Show |
| 09/19/19 | The Alex Jones Show |
| 09/23/19 | The Alex Jones Show |
| 09/25/19 | The Alex Jones Show |
| 09/27/19 | The Alex Jones Show |
| 09/27/19 | The Alex Jones Show |
| 10/21/19 | The Alex Jones Show |
| 10/30/19 | The Alex Jones Show |
| 11/04/19 | The Alex Jones Show |
| 11/12/19 | The Alex Jones Show |
| 11/27/19 | The Alex Jones Show |
| 01/01/20 | The Alex Jones Show |
| 01/03/20 | The Alex Jones Show |
| 01/07/20 | The Alex Jones Show |
| 01/14/20 | The Alex Jones Show |
| 01/16/20 | The Alex Jones Show |
| 02/27/20 | The Alex Jones Show |
| 03/27/20 | The Alex Jones Show |
| 07/30/20 | The Alex Jones Show |
| 08/17/20 | The Alex Jones Show |
| 08/27/20 | The Alex Jones Show |
| 09/04/20 | The Alex Jones Show |
| 09/18/20 | The Alex Jones Show |
| 11/10/20 | The Alex Jones Show |
| 08/24/21 | The Alex Jones Show |
| 10/01/21 | The Alex Jones Show |
| 10/04/21 | The Alex Jones Show |

**PLTF000557**