# EXHIBIT 59

# Father of Sandy Hook Victim Asks 'Read the Card?' Seconds Before Tear-jerking Press Conference

December 19, 2012 0 Comments

**Infowars.com**
December 19, 2012

As unexplained factors in the tragic Sandy Hook school shooting continue to surface, independent researchers have pointed to an odd clip where Robbie Parker, father of slain 6-year-old Emilie Parker, asks if he should read off of a card, and is told that he should, during a press conference that took place the day after Friday's shooting.

The Huffington Post described Parker's heartfelt statement as "fighting back tears and struggling to catch his breath," though he can be seen cracking a smile and brief laugh just before approaching the microphone. The full press conference can be viewed here.

Is the establishment media trying to steer the victims' reactions?

**Statement from Alex Jones:** "My deepest condolences go out to Mr. Parker and the rest of his family, as well as all the other families suffering from this tragedy. It appears that members of the media or government have given him a card and are telling him what to say as they steer reaction to this event, so this needs to be looked into."

PLTF000568