# EXHIBIT 60

Case 23-03037   Document 59-10   Filed in TXSB on 05/12/23   Page 2 of 6

PLAINTIFFS' EXHIBIT
67 ID FULL
UWY-CV-18-6046436-S
and consolidated matters




RADIO SHOW | NEWS | VIDEOS | STORE | BREAKING NEWS | CONTACT    SUBSCRIBE TO THE BANNED SHOW   NEWSLETTER

# FBI SAYS NO ONE KILLED AT SANDY HOOK

Agency publishes crime report showing "0" murders occurred in Newtown in 2012

Adan Salazar | Infowars.com - SEPTEMBER 24, 2014



IMAGE CREDITS: WIKI COMMONS.

  

Recently released FBI crime statistics curiously appear to show that no murders occurred in Newtown, Connecticut, in 2012, despite reports that numerous schoolchildren and faculty members were slaughtered during a shooting rampage in December of that year.



Data from a recent FBI report shows zero murders occurred in Newtown in 2012. / Click to enlarge

On December 14, 2012, the world watched in horror as the corporate media reported the deaths of 20 students and 6 staff members at the Sandy Hook Elementary School in Newtown at the hands of a deranged 20-year-old.

Internet sleuths immediately took to the web to stitch together clues indicating the shooting could be a carefully-scripted false flag event, similar to the 9/11 terror attacks, the central tenet being that the event would be used to galvanize future support for gun control legislation. Two years later, and scores of politicians and gun control groups have cited the Sandy Hook incident as a pretext to curtail Americans' Second Amendment rights.

The investigation took an odd turn earlier this year when national school safety consultant Wolfgang Halbig was visited and threatened at his home by homicide detectives after he began reporting on additional inconsistencies in the Sandy Hook narrative, which he believes prove the shooting to be fabricated.

## SEARCH



Search for articles



## TODAY ON THE ALEX JONES SHOW

**Wednesday, March 6th: Migrant Invasion** - Illegal immigration under President Trump is projected to surpass levels seen under Obama. In fact, new data shows the migrant...

READ MORE

Retraction of Dr. Jerome Corsi Regarding the Murder of Seth Rich



## LATEST STORIES

Majority of Economists Say $15 Minimum Wage a Bad Idea

Watch Live: Twitter's Jack Dorsey Exposed by Tim Pool on JRE

Illegal Immigrant Assaulted Border Patrol Agent with



PLTF000593



Among 16 questions which Halbig says are key to unlocking the Sandy Hook mystery, Halbig asks, "Why and for what reason would the FBI classify the SHES shooting when they did not classify the Columbine shooting which also was an Active Shooter Mass Casualty Incidents (AS/MCI)?"

Additionally, Halbig questioned why no trauma helicopters were ever summoned to the school, and why paramedics and EMTs weren't allowed to enter the building to try to save lives.

In contrast to the Connecticut report, the 2012 FBI crime report for the state of Colorado shows that 29 murders occurred in the town of Aurora that year, a figure which takes into account the number of people who died in the Century Theater during the premiere of Christopher Nolan's The Dark Knight film.



2012 FBI crime report for the state of Colorado shows 29 murders occurred that year.

While those who question the official Sandy Hook story have largely been marginalized, the FBI's own data is now seemingly substantiating their theories.

What do you think about the FBI's latest crime data? Leave your comments below.

Check out Alex Jones' latest interview (Sept. 25, 2014) with Wolfgang Halbig, covering the latest in his Sandy Hook investigation and the FBI's crime stats.



Illegal Immigrant Assaulted Border Patrol Agent with Lawnmower Blade, Say Feds

Macron's Letter in 22 Languages Blames BREXIT for France Crisis as Election Approaches

Infections From Vaccines in 3 States, 200 Migrants With Measles in Texas Detainment

Tim Pool & Joe Rogan Destroy Jack Dorsey

**GET INFORMED**

Get the latest breaking news & specials from Alex Jones and the Infowars crew.

First Name
Last Name
Email Address

SUBSCRIBE

**VISIT OUR STORE**  SHOP HERE→



BODEASE
Your Price: $59.95
**On Sale: $29.95**
This is the ultimate turmeric and inflammatory support product on the market.



BUY NOW

LEARN MORE

**ILLUSTRATION**



PLTF000594

*Watch Infowars explore why people believe the Sandy Hook shooting to be a hoax.*





### POLLS

What's the main reason Hillary Clinton bowed out of the 2020 presidential race?

- Part of plea agreement.
- Ill health.
- She doesn't want to be indicted.
- Dems asked her not to run.

Vote   View Results

*Check out our various interviews with Wolfgang Halbig below, including one conducted following his visit to the Newtown city hall where he posed his questions directly to city council members.*









PLTF000596





### RELATED ARTICLES



**ILLEGAL IMMIGRANT ASSAULTED BORDER PATROL AGENT WITH LAWNMOWER BLADE, SAY FEDS**
U.S. NEWS



**SOMALI GANGS BATTLE IN MINNEAPOLIS**
U.S. NEWS

**200 CASES OF MUMPS CONFIRMED IN TEXAS MIGRANT DETENTION CENTERS**
U.S. NEWS

**RAND PAUL: END AFGHANISTAN WAR AND PAY ALL SOLDIERS A 'VICTORY BONUS'**
U.S. NEWS

**NATIONAL BORDER PATROL COUNCIL PRESIDENT PROVIDES PROOF OF BORDER CRISIS**
U.S. NEWS

© 2019 Infowars.com is a Free Speech Systems, LLC Company.
All rights reserved. Digital Millennium Copyright Act Notice.

Radio
Video
NewsWars
PPTV
Store
Infowars Life
T.O.S.

Archive
Watch Alex Jones Show
Most Recent
D.M.C.A.
Corrections

About Alex Jones Show
Subscribe
Contact

PLTF000597