# EXHIBIT 61



PLAINTIFFS' EXHIBIT
**109** ID FULL
UWY-CV-18-6046436-S
and consolidated matters

**From:** Paul Watson <watson@prisonplanet.com>
**To:** Len Pozner <lpozner@gmail.com>
**Subject:** Re: Newtown
**Date:** 2013-01-29 22:02:09 +0000

Sir,

We have not promoted the "actors" thing. In fact, we have actively distanced ourselves from it.

We have said on numerous occasions that it was a very real tragedy with very real victims.

I hope we can continue to count you as a listener, and I am deeply sorry for your loss.

Best Regards, Paul Joseph Watson.

----- Original Message -----
From: "Len Pozner"
To: writers@infowars.com
Sent: Tuesday, January 29, 2013 9:55:38 PM
Subject: Newtown

Alex,

I am very disappointed to see how many people are directing more anger at families that lost their children in Newtown. Accusing us of being actors.......

Haven't we had our share of pain and suffering? All these accusations of government involvement, false flag terror, new world order etc..

I used to enjoy listening to your shows prior to 12-14-12.

Now I feel that your type of show created these hateful people and they need to be reeled in!


Lenny Pozner



--
Sent from my Android phone with K-9 Mail. Please excuse my brevity.