# EXHIBIT 62

Message



**From:**         Tim [tim@infowars.com]
**Sent:**          10/9/2014 5:18:32 PM
**To:**             Rob R [robr@infowars.com]
**Attachments:**  Google Analytics Facebook Example.pdf

**PLTF000784**

CONFIDENTIAL

FSS RLG2_0024221

## Sept 23rd





| | Acquisition | |
|---|---|---|
| | Sessions ↓ | % New Sessions |
| | 543,688 | 31.54% |
| 1 ■ Direct | 213,433 | |
| 2 ■ Organic Search | 139,500 | |
| 3 ■ Social | 131,391 | |
| 4 ■ Referral | 59,103 | |
| 5 ■ (Other) | 256 | |
| 6 ■ Email | 5 | |

CONFIDENTIAL                                    FSS RLG2_0024222

## Sept 24th



Top Channels



| | Acquisition | |
|---|---|---|
| | Sessions ↓ | % New Sessions |
| | 1,078,328 | 56.53% |
| 1 ■ Social | 583,985 | |
| 2 ■ Direct | 272,815 | |
| 3 ■ Organic Search | 137,205 | |
| 4 ■ Referral | 83,844 | |
| 5 ■ (Other) | 305 | |
| 6 ■ Email | 173 | |

CONFIDENTIAL

# Sept 25th



| | Acquisition | | |
|---|---|---|---|
| | Sessions ↓ | % New Sessions ↕ | New |
| | 1,786,982 | 64.60% | |
| 1 ■ Social | 1,185,307 | | |
| 2 ■ Direct | 361,157 | | |
| 3 ■ Organic Search | 151,803 | | |
| 4 ■ Referral | 88,320 | | |
| 5 ■ (Other) | 326 | | |
| 6 ■ Email | 69 | | |



**PLTF000787**

CONFIDENTIAL                    FSS RLG2_0024224

# Sept 26th





| | Acquisition | |
|---|---|---|
| | Sessions ↓ | % New Sessions |
| | 950,766 | 51.17% |
| 1 ■ Social | 509,650 | |
| 2 ■ Direct | 245,596 | |
| 3 ■ Organic Search | 130,367 | |
| 4 ■ Referral | 64,847 | |
| 5 ■ (Other) | 272 | |
| 6 ■ Email | 34 | |

CONFIDENTIAL                    FSS RLG2_0024225

# Sept 27th





| | Acquisition | |
|---|---|---|
| | Sessions ↓ | % New Sessions |
| | 581,299 | 43.14% |
| 1 Social | 260,035 | |
| 2 Direct | 175,493 | |
| 3 Organic Search | 100,791 | |
| 4 Referral | 44,804 | |
| 5 (Other) | 160 | |
| 6 Email | 16 | |

**PLTF000789**

## Sept 28th



Top Channels

| | Acquisition | |
|---|---|---|
| | Sessions ↓ | % New Sessions ↓ |
| | 469,311 | 37.81% |
| 1 ■ Direct | 163,493 | |
| 2 ■ Social | 147,120 | |
| 3 ■ Organic Search | 112,605 | |
| 4 ■ Referral | 45,872 | |
| 5 ■ (Other) | 208 | |
| 6 ■ Email | 13 | |



CONFIDENTIAL          FSS RLG2_0024227

## Sept 29th





| | Acquisition | |
|---|---|---|
| | Sessions ↓ | % New Sessions ↑ |
| | 543,760 | 31.63% |
| 1 ■ Direct | 203,902 | |
| 2 ■ Organic Search | 138,009 | |
| 3 ■ Social | 114,919 | |
| 4 ■ Referral | 86,627 | |
| 5 ■ (Other) | 290 | |
| 6 ■ Email | 13 | |

CONFIDENTIAL                                            FSS RLG2_0024228

**PLTF000792**

CONFIDENTIAL

FSS RLG2_0024229