# EXHIBIT 63

PLAINTIFFS' EXHIBIT
134
ID
FULL
UWY-CV-18-6046436-S
and consolidated matters

Message

**From**: Tim [tim@infowars.com]
**Sent**: 10/14/2014 10:23:58 PM
**To**: Adan S [adan@infowars.com]
**Subject**: screenshots
**Attachments**: Alexa Unique Visits.jpg; Google analytics.jpg; Alexa Pageviews.jpg; Alexa Visits.jpg



infowars.com
Overview
Performance
Uptime
Search
Social
Link
Direct
Engagement
Subdomains
Mobile
Top content
Location
Performance How much traffic is my site getting?
Unique Visitors
Visits
Pageviews
2,000,000
1,000,000
0
Sep 22
Sep 29
Oct 6
Oct 13
Last 28 days
7,343,845
▲5.57%
Previous 28 days
6,956,471

PLTF000780

CONFIDENTIAL

FSS RLG2_0024270



Overview
Pageviews
vs.
Select a metric
Hourly
Day
Week
Month
Pageviews
3,000,000
1,500,000
Sep 15
Sep 22
Sep 29
Oct 6
Sessions
17,987,079
Users
7,932,042
Pageviews
36,739,407
Pages / Session
2.04
Avg. Session Duration
00:16:10
Bounce Rate
68.67%
% New Sessions
38.36%
Returning Visitor
New Visitor
38.4%
61.6%

**PLTF000781**

CONFIDENTIAL

FSS RLG2_0024271



infowars.com
Overview
Performance
Uptime
Search
Social
Link
Direct
Engagement
Subdomains
Mobile
Top content
Location
Performance How much traffic is my site getting?
Unique Visitors
Visits
Pageviews
4,000,000
2,000,000
0
Sep 22
Sep 29
Oct 6
Oct 13
Last 28 days
34,209,104
▼ 4.50%
Previous 28 days
35,822,496

PLTF000782

CONFIDENTIAL FSS RLG2_0024272

infowars.com
Overview
Performance
Uptime
Search
Social
Link
Direct
Engagement
Subdomains
Mobile
Top content
Location
Performance How much traffic is my site getting?
Unique Visitors
Visits
Pageviews
3,000,000
2,000,000
1,000,000
0
Sep 22
Sep 29
Oct 6
Oct 13
Last 28 days
17,924,001
▲1.42%
Previous 28 days
17,672,866

PLTF000783

CONFIDENTIAL

FSS RLG2_0024273