# EXHIBIT 65



PLAINTIFF'S EXHIBIT

**212**  ID FULL

UWY-CV-18-6046436-S
and consolidated matters

Message

| | |
|---|---|
| **From**: | Derek [derek@infowars.com] |
| **Sent**: | 5/7/2013 5:25:24 PM |
| **To**: | Will [will@infowars.com]; Max [max@infowars.com]; derek@infowars.com |
| **Subject**: | Updated Media Kit (USE THESE: FINAL VERSION) 5/7/13 |
| **Attachments**: | mediakit_may2013.pdf; mediakit_may2013_public.pdf |

**PLTF001122**

2013



# Free Speech Systems, LLC

 **WEB MEDIA KIT CONTENTS**

- About Alex Jones
- Web Ranking Data
- Web Advertising
- Rates
- Contact Info



**PLTF001123**



FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

# The House that Truth Built

## Meet Free Speech Systems, LLC Owner, Documentary filmmaker, nationally syndicated radio talk show host Alex Jones.

As featured in such publications as *The Wall Street Journal, USA Today, The Dallas Morning News, The Los Angeles Times, The Austin-American Statesman,* and *The Austin Chronicle,* among many others, Alex Jones has created a powerful platform in an attempt to re-create a Bill of Rights and inspire freedom-oriented culture in the face of an ever more federalized and security obsessed America.

Alex is known for not just talking the talk, but walking the walk. He combines his media presence with actual physical activism, a practice that once led to him being arrested on the personal order of George W. Bush. Alex Jones has gained international attention by standing up for what he believes in.

From Italy's *La Prensa* to the *Wall Street Journal* and *USA Today,* Jones has brought the information war to the mainstream print media worldwide, speaking out against tyranny in defense of the Constitution. Featured on *Good Morning America, 20/20 Downtown, 60 Minutes,* The Discovery Channel, A&E and more.

Alex Jones is considered by many to be the grandfather of what has come to be known as the 9/11 Truth Movement.

Whether it be Bill Clinton or George W. Bush, Jones pulls no punches in bringing to light corruption on both sides of the political equation.
His film, Terror Storm, which debuted at the American Scholars Symposium was hosted

> ## "AN ABSOLUTELY RIVETING TELEVISION PRESENCE..."
> — PATRICK BEECH
> *Austin American-Statesman*

by Jones to a sold-out crowd in LA in June 2006 the documentary covers government-sponsored terrorism from September 11 to the London Bombings. He has been featured as a prominent figure in the 9/11 Truth Movement in such publications as the *New York Times, Vanity Fair, Popular Mechanics* and has recently appeared on MTV, CNN, and

CBC. He also appears in Warner Brother's Independent's A Scanner Darkly. Alex Jones continues to expose those that seek to take away what made America great, the Bill of Rights, the Constitution and each freedom our founders fought and died for.



**NO BULL.** Jones doing what he does best in the breakthrough film *A Scanner Darkly*



## Mainstream Muckraker

**KEEPING UP APPEARANCES.** Jones has been featured on everything from mainstream news CNN to youth culture's MTV; and everything in between.

Rolling Stone · CNN · 60 MINUTES · FOX NEWS · MTV MUSIC TELEVISION · A&E · USA TODAY · Discovery CHANNEL · Popular Mechanics · VANITY FAIR · THE WALL STREET JOURNAL · 2020 · THE AUSTIN CHRONICLE · CBC · The New York Times · The Dallas Morning News · Austin American-Statesman · LA PRENSA · Los Angeles Times · abc GOOD MORNING AMERICA

✉ To get started with your advertising campaign, please e-mail infoads@infowars.com     **INFOWARS.COM   PRISONPLANET.COM**

**PLTF001124**

FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

# Kings Of Their Domains

In terms of web popularity InfoWars.com and PrisonPlanet.com are on top of their class

### Infowars.Com
√ Over 15 Million Visitors per month
√ Over 8 Million Unique Visitors per month
√ Over 30 Million Page Views per month

### Prisonplanet.Com
√ Over 3 Million Visitors per month
√ Over 700,000 Unique Visitors per month
√ Over 8 Million Page Views per month

## Topping the Charts*
**Holding our own against the mainstream media**

**INFOWARS.COM ALEXA** WORLD: 1,461 US: 297
**PRISONPLANET.COM ALEXA** WORLD: 10,908 US: 3,117
**GLENNBECK.COM** WORLD: 11,416 US:1,668
**RUSHLIMBAUGH.COM** WORLD: 9,112 US: 2,058
**NEWSMAX.COM** WORLD: 1,360 US: 286

*Source: Popularity Data from *Alexa Internet* 5/6/13
The Alexa traffic rankings represent the largest and most global sample of i
seen, on a per-site basis, for free in the Alexa Toolbar and on the Alexa site

## Advertise to Millions on PrisonPlanet.com and Infowars.com

Our media operations **reach** tens of **millions of listeners and viewers each month** who are dedicated to the message of liberty, and support our sponsors. Advertise with us and help us in our mission to defend freedom worldwide.

## TOP OF THE WEB.

**FAST FACT:** Out of Hundreds of millions of websites in the world, InfoWars.com is ranked 1,461; placing it in the top 1% of the entire internet.

# Website Advertising

**GET STARTED NOW** e-mail ADVERTISE@INFOWARS.COM

## Why is PrisonPlanet and InfoWars your best source of prospective online customers?

**Over 1,000,000 pages are viewed every day on both sites!** High daily traffic means your ad gets excellent exposure to key prospects.

Marketing options include HTML ads, text ads, rotating banners and more!

There are several ways for you to reach the powerful buying audience that uses Infowars.com and PrisonPlanet.com

## 3 WAYS TO ADVERTISE WITH US ONLINE:

**BANNER ADS**
These can appear at the top or bottom of any page in the site. You specify the page and location of your ad (subject to availability).

**TEXT LINKS**
Disguised as news headlines near the top of the Breaking News or Prison Planet section on PrisonPlanet.com and get guaranteed massive immediate hits. Your text ad can say anything you like, and varies in pricing for characters.

**60 SECOND PODCAST AUDIO ADVERTISEMENT**
Over 100,000 daily downloads, and heard on the InfoWars.com Listen Live and Rebroadcast streams by tens of thousands more each day.



To get started with your advertising campaign, please e-mail infoads@infowars.com   INFOWARS.COM  PRISONPLANET.COM



# Rates Infowars.com Overview

**Infowars.com Home Page**



**ONE SIMPLE PRICE**

**$2 CPM** All Banner Ads per thousand impressions

.50¢ per click for all text ads

**GET STARTED TODAY**

Contact us at:
http://advertise.InfoWars.com

**Infowars.com Internal Page**



620x100

300x250

300x250

300x250

**TEXT LINKS .50¢ PER CLICK**

620x100

300x250

✉ To get started with your advertising campaign, please e-mail ADVERTISE@INFOWARS.COM    INFOWARS.COM  PRISONPLANET.COM

**PLTF001126**

CONFIDENTIAL

FSS RLG2_0099843

FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES



# Rates Prisonplanet.com Overview

**Prisonplanet.com Home Page**

**GET STARTED TODAY**
\ Contact us at:
http://advertise.InfoWars.com

**Prisonplanet.com Internal Page**



620x100

TEXT LINKS
.50¢ PER CLICK

620x100



**Pakistan Interior Minister: 80% Killed By Drones Are Innocents**

Just 2% are militant leaders

300x250



## ONE SIMPLE PRICE

$2 CPM
All Banner Ads
per thousand impressions

.50¢ per click for all text ads

## GET STARTED TODAY

Contact us at:
http://advertise.InfoWars.com

✉ To get started with your advertising campaign, please e-mail ADVERTISE@INFOWARS.COM   INFOWARS.COM   PRISONPLANET.COM

**PLTF001127**

CONFIDENTIAL

FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES



# Demographics: **Anatomy of Our Visitors**



**60% MALE**

**40% FEMALE**

## Age



**39%** 35-54 yrs.

**30%** 18-34 yrs.

**31%** 55+ yrs.

## Income

38%  $150K+

16%  $100K-150K

20%  $50-$150K

26%  $0-$50K

## Education

**46%** Grad School

**30%** Some College

**24%** No College

✉ To get started with your advertising campaign, please e-mail infoads@infowars.com

INFOWARS.COM  PRISONPLANET.COM

**PLTF001128**

CONFIDENTIAL

FSS RLG2_0099845

# 2013



# Free Speech Systems, LLC



## WEB MEDIA KIT CONTENTS

- About Alex Jones
- Web Ranking Data
- Web Advertising
- Rates
- Contact Info



**PLTF001129**

CONFIDENTIAL

FSS RLG2_0099846



FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

# The House that Truth Built

## Meet Free Speech Systems,LLC Owner, Documentary filmmaker, nationally syndicated radio talk show host Alex Jones.

As featured in such publications as *The Wall Street Journal, USA Today, The Dallas Morning News, The Los Angeles Times, The Austin-American Statesman,* and *The Austin Chronicle,* among many others, Alex Jones has created a powerful platform in an attempt to re-create a Bill of Rights and inspire freedom-oriented culture in the face of an ever more federalized and security obsessed America.

Alex is known for not just talking the talk, but walking the walk. He combines his media presence with actual physical activism, a practice that once led to him being arrested on the personal order of George W. Bush. Alex Jones has gained international attention by standing up for what he believes in.

From Italy's *La Prensa* to the *Wall Street Journal* and *USA Today,* Jones has brought the information war to the mainstream print media worldwide, speaking out against tyranny in defense of the Constitution. Featured on *Good Morning America, 20/20 Downtown, 60 Minutes,* The Discovery Channel, A&E and more.

Alex Jones is considered by many to be the grandfather of what has come to be known as the 9/11 Truth Movement.

Whether it be Bill Clinton or George W. Bush, Jones pulls no punches in bringing to light corruption on both sides of the political equation.

His film, Terror Storm, which debuted at the American Scholars Symposium was hosted

> ## "AN ABSOLUTELY RIVETING TELEVISION PRESENCE..."
> — PATRICK BEECH
> *Austin American-Statesman*

by Jones to a sold-out crowd in LA in June 2006 the documentary covers government-sponsored terrorism from September 11 to the London Bombings. He has been featured as a prominent figure in the 9/11 Truth Movement in such publications as the *New York Times, Vanity Fair, Popular Mechanics* and has recently appeared on MTV, CNN, and

CBC. He also appears in Warner Brother's Independent's A Scanner Darkly. Alex Jones continues to expose those that seek to take away what made America great, the Bill of Rights, the Constitution and each freedom our founders fought and died for.



**NO BULL.** Jones doing what he does best in the breakthrough film *A Scanner Darkly*



## Mainstream Muckraker

**KEEPING UP APPEARANCES.** Jones has been featured on everything from mainstream news CNN to youth culture's MTV; and everything in between.

✉ To get started with your advertising campaign, please e-mail infoads@infowars.com

INFOWARS.COM  PRISONPLANET.COM

FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

# Kings Of Their Domains

In terms of web popularity InfoWars.com and PrisonPlanet.com are on top of their class

## Infowars.Com
√ Over 15 Million Visitors per month
√ Over 8 Million Unique Visitors per month
√ Over 30 Million Page Views per month

## Prisonplanet.Com
√ Over 3 Million Visitors per month
√ Over 700,000 Unique Visitors per month
√ Over 8 Million Page Views per month

## Topping the Charts*
Holding our own against the mainstream media

**INFOWARS.COM ALEXA** WORLD: 1,461 US: 297

**PRISONPLANET.COM ALEXA** WORLD: 10,908 US: 3,117

**GLENNBECK.COM** WORLD: 11,416 US:1,668

**RUSHLIMBAUGH.COM** WORLD: 9,112 US: 2,058

**NEWSMAX.COM** WORLD: 1,360 US: 286



*Source: Popularity Data from *Alexa Internet* 5/6/13
The Alexa traffic rankings represent the largest and most global sample of ii
seen, on a per-site basis, for free in the Alexa Toolbar and on the Alexa site

## Advertise to Millions on PrisonPlanet.com and Infowars.com

Our media operations **reach** tens of **millions of listeners and viewers each month** who are dedicated to the message of liberty, and support our sponsors. Advertise with us and help us in our mission to defend freedom worldwide.

## TOP OF THE WEB.

**FAST FACT:** Out of Hundreds of millions of websites in the world, InfoWars.com is ranked 1,461; placing it in the top 1% of the entire internet.

# Website Advertising

**GET STARTED NOW** e-mail ADVERTISE@INFOWARS.COM

## Why is PrisonPlanet and InfoWars your best source of prospective online customers?

**Over 1,000,000 pages are viewed every day on both sites!** High daily traffic means your ad gets excellent exposure to key prospects.

Marketing options include HTML ads, text ads, rotating banners and more!

There are several ways for you to reach the powerful buying audience that uses Infowars.com and PrisonPlanet.com

## 3 WAYS TO ADVERTISE WITH US ONLINE:

 **BANNER ADS**
These can appear at the top or bottom of any page in the site. You specify the page and location of your ad (subject to availability).

 **TEXT LINKS**
Disguised as news headlines near the top of the Breaking News or Prison Planet section on PrisonPlanet.com and get guaranteed massive immediate hits. Your text ad can say anything you like, and varies in pricing for characters.

 **60 SECOND PODCAST AUDIO ADVERTISEMENT**
Over 100,000 daily downloads, and heard on the InfoWars.com Listen Live and Rebroadcast streams by tens of thousands more each day.

✉ To get started with your advertising campaign, please e-mail infoads@infowars.com    INFOWARS.COM   PRISONPLANET.COM



FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

# Rates Infowars.com Overview

## Infowars.com Home Page

## GET STARTED TODAY

**Contact us at:**
http://advertise.InfoWars.com

620x100

## Infowars.com Internal Page

TEXT LINKS
contact us for pricing

620x100



300x250

300x250

300x250

300x250

✉ To get started with your advertising campaign, please e-mail ADVERTISE@INFOWARS.COM    INFOWARS.COM  PRISONPLANET.COM

**PLTF001132**

CONFIDENTIAL                                                              FSS RLG2_0099849



**FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES**

# Rates Prisonplanet.com Overview

**Prisonplanet.com Home Page**

**GET STARTED TODAY**
**\ Contact us at:**
**http://advertise.InfoWars.com**

**Prisonplanet.com Internal Page**







**PLTF001133**

CONFIDENTIAL

FSS RLG2_0099850



FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

# Demographics: Anatomy of Our Visitors



60% MALE

40% FEMALE



## Age

- 39% 35-54 yrs.
- 30% 18-34 yrs.
- 31% 55+ yrs.

## Income

- 38% $150K+
- 16% $100K-150K
- 20% $50-$150K
- 26% $0-$50K

## Education

- 46% Grad School
- 30% Some College
- 24% No College

To get started with your advertising campaign, please e-mail infoads@infowars.com

INFOWARS.COM   PRISONPLANET.COM

**PLTF001134**

CONFIDENTIAL

FSS RLG2_0099851