# EXHIBIT 66

# WEB MEDIA KIT CONTENTS

ALEX JONES' INFOWARS
FREE SPEECH SYSTEMS, LLC



PLAINTIFFS' EXHIBIT
**216**
ID
FULL
UWY-CV-18-6046436-S
and consolidated matters

2014



THE FRONTLINE OF TRUTH JOURNALISM

ABOUT ALEX JONES
WEB RANKING DATA
WEB ADVERTISING
RATES
CONTACT INFO

PLTF001285

# THE HOUSE THAT TRUTH BUILT



FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES



MEET FREE SPEECH SYSTEMS, LLC OWNER, DOCUMENTARY FILMMAKER, NATIONALLY SYNDICATED RADIO TALK SHOW HOST ALEX JONES.

Caeprore stiaecae etur? Od eum alitati aut esedite quas nulliae ctureicia sunt, con ernat landic totaquat a si offi ciet ped quiasit quam as estist exerit, illenecus, sanda volore et porepudam necum faccatet ea voluptur adisquame vellace atesciu sametur eperrum quas moluptiusam sinvel in rerum qui sum quo voloratiis ma que reperumet eum am lab il magnist dolor aut quam, sinvernat ad quibusande solo conet ut poreius doles sunt labo. Nam enimint optatur? Qui consequamet quae sectur re nihit qui ad ea earchicab ium exeris reriam, is derfero eum sin nisquat dolor mollam, autatur, cus corio et ad molupta tempori aepuditatem eum, qui que inullore dolore coris ma quuntinitis volores dollam, eosam que nimenih illandi com-

Caeprore stiaecae etur? Od eum alitati aut esedite quas nulliae ctureicia sunt, con ernat landic totaquat a si offi ciet ped quiasit quam as estist exerit, illenecus, sanda volore et porepudam necum faccatet ea voluptur adisquame vellace atesciu sametur eperrum quas moluptiusam sinvel in rerum qui sum quo voloratiis ma que reperumet eum am lab il magnist dolor aut quam, sinvernat ad quibusande solo conet ut poreius doles sunt labo. Nam enimint optatur? Qui consequamet quae sectur re nihit qui ad ea earchicab ium exeris reriam, is derfero eum sin nisquat dolor mollam, autatur, cus corio et ad molupta tempori aepuditatem eum, qui que inullore dolore coris ma quuntinitis volores dollam, eosam que nimenih illandi com-

nisquid mo offi cim volupta speraeptat dolupta sperum et es ipicipicat.

Iquosan dusant enihillatur aute num quaspicia et ommodis ad quiatincid quasperum et fugia prempor rorunt eveliquataes a dolora pro voluptaqui aut vellorestia nihil ima qui dist audic te venis eumque mil moluptat aborpor eperibus et fuga. To consequiam quasper emporehendam re, ventest asperfe rsperum et ea sam, consero ma a velectis nobis quis sitas alit quatur abo. Quia sit, utet hitium voluptate nonetur?

Ur? Aximaximod etur, volo dunt andae veliquibus es et omnias millam debitint quiatem et minti te nobis excerem porecaborum es quodi con pellenihite dolupta ducia quo delis adigenis re sum fugit a veliquat fugita cone do-



## "AN ABSOLUTELY RIVETING TELEVISION PRESENCE..."

PATRICK BEECH
AUSTIN AMERICAN-STATESMAN

PLTF001286

# KINGS OF THEIR DOMAINS

**In Terms Of Web Popularity Infowars.com And Prisonplanet.com Are On Top Of Their Class**

FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES



### INFOWARS.COM
OVER 19 MILLION VISITORS PER MONTH
OVER 7 MILLION UNIQUE VISITORS PER MONTH
OVER 40 MILLION PAGE VIEWS PER MONTH

### PRISONPLANET.COM
OVER 1 MILLION VISITORS PER MONTH
OVER 5 MILLION UNIQUE VISITORS PER MONTH
OVER 4 MILLION PAGE VIEWS PER MONTH

## TOPPING THE CHARTS
**HOLDING OUR OWN AGAINST THE MAINSTREAM MEDIA**

| Site | World | US |
|---|---|---|
| INFOWARS.COM | WORLD: 1,222 | US: 301 |
| PRISONPLANET.COM | WORLD: 10,495 | US: 3306 |
| GLENNBECK.COM | WORLD: 9,269 | US: 1794 |
| RUSHLIMBAUGH.COM | WORLD: 11,633 | US: 2387 |
| NEWSMAX.COM | WORLD: 1732 | US: 2387 |
| WND.COM | WORLD: 2102 | US: 513 |

The Alexa Traffic rankings represent the largest and most global sample of it seen, on a per- basis, for free in the **Alexa Toolbar and on the Alexa Site**. Source popularity Date from Alexa Internet 4/24/14.

## ADVERTISE TO MILLIONS ON PRISONPLANET.COM & INFOWARS.COM

Our Media Operations Reach Tens Of Millions Of Listeners And Viewers Each Month Who Are Dedicated To The Message Of Liberty, And Support Our Sponsors. Advertise With Us And Help Us In Our Mission To Defend Freedom Worldwide.



## TOPPING THE WEB.

### FAST FACT:
Out Of Hundreds Of Millions Of Websites In The World, Infowars.com Is Ranked 1,222; Placing It In The Top 1% Of The Entire Internet.

To get started with your advertising campaign please email infoads@infowars.com



FREE SPEECH SYSTEMS, LLC MEDIA KIT:

## WEBSITE ADVERTISING

WHY IS PRISONPLANET AND INFOWARS YOUR BEST SOURCE OF PROSPECTIVE ONLINE CUSTOMERS?

- OVER 1.5 MILLION PAGES ARE VIEWED EVERY DAY ON BOTH SITES! HIGH DAILY TRAFFIC MEANS YOUR AD GETS EXCELLENT EXPOSURE TO KEY PROSPECTS.

- MARKETING OPTIONS INCLUDE HTML ADS, TEXT ADS, ROTATING BANNERS AND MORE!

- THERE ARE SEVERAL WAYS FOR YOU TO REACH THE POWERFUL BUYING AUDIENCE THAT USES INFOWARS.COM AND PRISONPLANET.COM

# 3 WAYS TO ADVERTISE WITH US ONLINE

**01** — **BANNER ADS**

These can appear at the top or bottom of any page in the site. You specify the page and location of your ad (subject to availability).

**02** — **TEXT LINKS**

Disguised as news headlines near the top of the Breaking News or PirsonPlanet section on PrisonPlanet.com and get guaranteed massive immediate hits. Your text ad can say anything you like, and varies in pricing for characters.

**03** — **60 SECOND PODCAST AUDIO ADVERTISEMENT**

Over 100,000 daily downloads, and heard on the InfoWars.com Listen Live and Rebroadcast streams by tens of thousands more each day.

FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

# RATES
## INFOWARS.COM OVERVIEW



- .50 PER CLICK FOR ALL TEXT ADS
- ONE SIMPLE PRICE »
- $2
- PER THOUSAND IMPRESSIONS
- CPM
- ALL BANNER ADS

**INFOWARS.COM INTERNAL PAGE**



**INFOWARS.COM HOMEPAGE**



TEXT LINKS
.50 PER CLICK

**GET STARTED TODAY** CONTACT: PLACENEWCONTACTHERE.COM

PLTF001289

# RATES
PRISONPLANET.COM OVERVIEW

FREE SPEECH SYSTEMS, LLC MEDIA KIT: ABOUT ALEX JONES

**PRISONPLANET.COM**
*INTERNAL PAGE*

**PRISONPLANET.COM**
*HOME PAGE*





$2 — ONE SIMPLE PRICE

ALL BANNER ADS

CPM — PER THOUSAND IMPRESSIONS

.50 PER CLICK FOR ALL TEXT ADS

**TEXT LINKS .50 PER CLICK**

**GET STARTED TODAY** CONTACT: PLACENEWCONTACTHERE.COM

