# EXHIBIT 67



# INFOWARS
# MEDIA KIT 2016

- ABOUT ALEX JONES
- METRICS & DATA
- DEMOGRAPHICS
- RATES



# THE HOUSE THAT TRUTH BUILT

Meet Infowars founder, filmmaker and nationally syndicated talk show host Alex Jones.

Alex Jones is a singular figure in modern media. As a self-made broadcaster he has built Infowars, a communication power-house that grows exponentially year over year. The Infowars message transmits constantly across the broad spectrum of media. From Radio and Television to Web and Social, the deep reach of Infowars is evident in it's influence. From breaking national news stories to releasing controversial investigations Alex and the infowars crew are on the bleeding edge of 21st century journalism.



## "AN ABSOLUTELY RIVETING TELEVISION PRESENCE..."
-PATRICK BEECH, Austin American - Statesman

This presence, along with hard-hitting content and the courage to speak the truth has built a well informed and fervently dedicated audience. For the first time in years Alex is opening up the opportunity for select partners to engage his audience and join him in the fight for truth liberty and prosperity.

**MEDIA KIT**     **INFOWARS**

**PLTF001293**

# 40,000,000
**MONTHLY PAGE VIEWS**

# 6,500,000
**MONTHLY UNIQUE VISITORS**

## HARNESS THE POWER
Advertise to millions on Infowars with Alex Jones



Infowars consistently receives several million hits a month and gains new visitors every day - who keep coming back for more! Our audience of professionals and active enthusiasts from a wide demographic range are highly engaged. This confidence is the reason why your message can be so effective on our platforms.

Marketing options include display ads, radio ads, television ads, endorsements and more! There are many ways for you to access the receptive followers of our brand through the phenomena that is Infowars.



**RADIO:** 150+ domestic affiliates

**WEB:** 40 million page views/month

**YouTube:** 1/2 billion views

**AUDIO STREAM:** 260 thousand users/month

**Video Stream:** 5 million views/month

**Podcast:** 1 million downloads/month

**Social Media:** 1.6 billion

MEDIA KIT          INFOWARS

**PLTF001294**






MEDIA KIT

INFOWARS

PLTF001295

FSS RLG2_0024860