# EXHIBIT 68

| orderDate | SumOfOrderAmount |
|---|---|
| 9/23/2014 | $ 56,597.27 |
| 9/24/2014 | $ 48,229.61 |
| 9/25/2014 | $ 232,825.10 |
| 9/26/2014 | $ 128,854.68 |
| 9/27/2014 | $ 63,315.15 |
| 9/28/2014 | $ 49,227.88 |
| 9/29/2014 | $ 75,764.70 |

PLTF004487



PLAINTIFFS' EXHIBIT
278a   ID FULL
UWY-CV-18-6046436-S
and consolidated matters