# EXHIBIT 69

```
 1                    NO. X06-UWY-CV-18-6046436S

 2  NO. X-06-UWY-CV-18-6046436S  )   SUPERIOR COURT
                                 )
 3  ERICA LAFFERTY, ET AL.       )   COMPLEX LITIGATION DOCKET
                                 )
 4  V.                           )   AT WATERBURY
                                 )
 5  ALEX EMRIC JONES, ET AL.     )   MAY 6, 2019
                                 )
 6  _____

 7  NO. X-06-UWY-CV18-6046437-S  )   SUPERIOR COURT
                                 )
 8  WILLIAM SHERLACH             )   COMPLEX LITIGATION DOCKET
                                 )
 9  V.                           )   AT WATERBURY
                                 )
10  ALEX EMRIC JONES, ET AL.     )   MAY 6, 2019
   _____
11  NO. X06-UWY-CV-18-6046438S   )   SUPERIOR COURT
                                 )
12  WILLIAM SHERLACH, ET AL.     )   COMPLEX LITIGATION SUPPORT
                                 )
13  V.                           )   AT WATERBURY
                                 )
14  ALEX EMRIC JONES, ET AL.     )   MAY 6, 2019

15
    ****************************************************************
16
                  ORAL AND VIDEOTAPED DEPOSITION OF
17                          DAVID R. JONES
                             MAY 16, 2019
18
    ****************************************************************
19       ORAL AND VIDEOTAPED DEPOSITION OF DAVID R. JONES, produced

20  as a witness at the instance of the Plaintiffs, and duly sworn,

21  was taken in the above-styled and numbered cause on the 16th day

22  of May, 2019, from 10:31 a.m. to 11:54 a.m., before AMBER KIRTON,

23  CSR in and for the State of Texas, reported by machine shorthand,

24  at the offices of Ken Owen & Associates, 801 West Avenue, Austin,

25  Texas.
```

 **JONES, DAVID R - VOL 1 - 5/16/2019 1 Clips (Running 00:06:58.860)**

**PLAINTIFFS' EXHIBIT 336a ID FULL UWY-CV-18-6046436-S and consolidated matters**

### 1. Page 04:24 to 05:06 (Running 00:00:22.849)

```
04:24   Q. Good morning, Mr. Jones.
   25   A. Good morning.
05:01   Q. My name is Chris Mattei. As I indicated, I represent
   02   the families who lost loved ones at Sandy Hook as well as the
   03   first responder who responded to Sandy Hook on the day of the
   04   shooting. We're here to take your deposition in litigation
   05   brought by my clients against Alex Jones, Free Speech Systems and
   06   entities controlled by Free Speech Systems.
```

### 2. Page 05:06 to 05:08 (Running 00:00:03.050)

```
05:06                                          Do you understand
   07   that?
   08   A. Yes.
```

### 3. Page 06:17 to 06:19 (Running 00:00:04.365)

```
06:17   Q. All right. And let me ask you, you are Alex Jones's
   18   father, correct?
   19   A. Yes.
```

### 4. Page 07:03 to 07:05 (Running 00:00:13.870)

```
07:03   Q. When did you retire from your career as a dentist?
   04   A. I still have a license, but I retired from active
   05   practice in 2013.
```

### 5. Page 08:10 to 09:09 (Running 00:01:20.826)

```
08:10   Q. Okay. In 2013 did you become an employee of Free
   11   Speech Systems?
   12   A. I became indirectly an employee of Free Speech Systems.
   13   Q. Okay. Why was it indirect?
   14   A. I had a professional corporation that contracted with
   15   large dental practice management groups and that corporation lost
   16   its income when it lost me as an employee. And so that entity --
   17   my professional corporation was paid lost opportunity fees and it
   18   paid me to be an employee of Alex Jones and Free Speech Systems.
   19   Q. Free Speech Systems paid your -- the corporation that
   20   you controlled for lost -- lost opportunities as a result of
   21   retiring from your dental practice and that corporation that you
```

Total Number of Clips: 1

Total Number of Segments: 12

Total Running Time: 00:06:58.860

| | | |
|---|---|---|
|08:22|22|controlled then paid you|
| |23|A. Yes.|
| |24|Q. -- a salary in connection with your work for Free|
| |25|Speech Systems?|
|09:01| |A. Yes.|
| |02|Q. Understood. Why was it arranged that way?|
| |03|A. For purpose of winding down incontinuity. It was|
| |04|probably not important but it was a reality.|
| |05|Q. Did there come a time when that arrangement changed and|
| |06|you became an on-the-books employee of Free Speech Systems?|
| |07|A. Yes.|
| |08|Q. When was that?|
| |09|A. I believe that was the next year.|

### 6. Page 10:04 to 10:08 (Running 00:00:21.680)

|10:04|describe for me from 2013 going forward what your|
|---|---|
|05|responsibilities have been at Free Speech Systems.|
|06|A. Largely just to be sure we have a good environment for|
|07|our employees, that we're compliant to state and federal|
|08|guidelines and that we do business properly.|

### 7. Page 14:15 to 15:14 (Running 00:01:14.470)

|14:15|Q. Okay. And by the way, is that true generally of the|
|---|---|
|16|other areas of the business that you are often involved in|
|17|solving problems as they arise?|
|18|A. Our business is a single talent business that is driven|
|19|by one party and I endeavor to take care of some of the delegated|
|20|duties that it's not convenient to be done by the principal.|
|21|Q. Okay. I think I understand that. The single talent|
|22|you're talking about is your son, right?|
|23|A. Yes.|
|24|Q. Okay. Who do you report to?|
|25|A. I report to Alex, if anyone.|
|15:01|Q. Okay. Who else reports directly to Alex?|
|02|A. Everyone. All the key personalities in -- in the|
|03|business.|
|04|Q. Okay. But -- so that's not everyone because there are|
|05|how many employees at Free Speech Systems?|
|06|A. I think 70.|
|07|Q. Okay. So not all 70 employees have a direct reporting|

Total Number of Clips: 1

Total Number of Segments: 12

Total Running Time: 00:06:58.860

|   |   |
|---|---|
| 15:08 | relationship with Alex, correct? |
| 09 | A. The majority of them do. |
| 10 | Q. The majority of them do, okay. Who do you consider to |
| 11 | be the corporate leadership at Free Speech Systems? |
| 12 | A. Alex Jones. |
| 13 | Q. Nobody else? |
| 14 | A. Nobody else. |

### 8. Page 30:05 to 31:02 (Running 00:01:15.810)

|   |   |
|---|---|
| 30:05 | Q. Right. So I want to just focus on business and |
| 06 | marketing plans. You attested, am I correct, that information |
| 07 | regarding the business and marketing plans of Free Speech Systems |
| 08 | was confidential and proprietary, correct? |
| 09 | A. That seems reasonable to me. |
| 10 | Q. And highly valuable to Free Speech Systems, correct? |
| 11 | A. Well, if you don't know how to do business you can't do |
| 12 | business. |
| 13 | Q. So correct? |
| 14 | A. So yes. |
| 15 | Q. Okay. So tell me what the business plan or plans were |
| 16 | that you were referring to as confidential, proprietary and |
| 17 | highly valuable? |
| 18 | A. Essentially our core philosophy is what was involved |
| 19 | and I don't know that I really should have been concerned because |
| 20 | it's probably not articulated in paper in any place. But in |
| 21 | reality it has to do with the fact that our customers are so |
| 22 | loyal to us that they believe in what we're doing to such a |
| 23 | degree that if we say something is good for you and is a good |
| 24 | value they're going to buy it and buy a lot of it. And -- and, |
| 25 | you know, you don't really -- it's hard to articulate that, but |
| 31:01 | the core of the heart of things can sometimes be very simple and |
| 02 | very valuable. |

### 9. Page 35:21 to 36:01 (Running 00:00:29.070)

|   |   |
|---|---|
| 35:21 | Q. Okay. Are you aware whether Free Speech Systems |
| 22 | collects data concerning when during an Alex Jones broadcast it |
| 23 | has the most sales activity? |
| 24 | A. Only in the sense that if there have been days where we |
| 25 | had extraordinarily good sales someone will say what was Alex |
| 36:01 | saying when that happened and so we like to emulate spikes. So |

Total Number of Clips: 1

Total Number of Segments: 12

Total Running Time: 00:06:58.860

### 10. Page 36:09 to 36:12 (Running 00:00:13.130)

36:09    Q. I see, okay. And on those occasions where there have
10    been spikes in sales, as you said, that's something that Free
11    Speech Systems would reasonably try to emulate?
12    A. Yes.

### 11. Page 37:22 to 38:03 (Running 00:00:28.770)

37:22    Q. Understood. Understood. Just going back a moment to
23    those times where sales spikes or revenue spikes and correlating
24    that to whatever was happening on the air. Who would be most
25    knowledgeable within the organization about -- about those sales
38:01    trends that you described from 2012 to today?
02    A. Alex Jones.
03    Q. Alex would be, okay.

### 12. Page 38:12 to 38:22 (Running 00:00:50.970)

38:12    Q.    What precisely have you observed in that regard?
13    A. I've observed, for example, if people are being
14    stressed out about the idea of there being very dangerous flu
15    things out there and stuff and we have found that there is a
16    product that is licensed by the FDA to be a good surface
17    disinfectant and actually you can make claims along those lines.
18    If there is a headline that the Disease Control of Atlanta is
19    saying that flu is up five times and we say we have something
20    that we believe will support your immune system and I personally
21    use it as a hand sanitizer, you know, that kind of puffery sells
22    well.

Total Number of Clips: 1

Total Number of Segments: 12

Total Running Time: 00:06:58.860

```
 1  NO. X-06-UWY-CV-18-604636S     )    SUPERIOR COURT
                                   )
 2  ERICA LAFFERTY, ET AL.         )    COMPLEX LITIGATION DOCKET
                                   )
 3  V.                             )    AT WATERBURY
                                   )
 4  ALEX EMRIC JONES, ET AL.       )    MAY 6, 2019

 5  _____

 6  NO. X-06-UWY-CV18-6046437-S    )    SUPERIOR COURT
                                   )
 7  WILLIAM SHERLACH               )    COMPLEX LITIGATION DOCKET
                                   )
 8  V.                             )    AT WATERBURY
                                   )
 9  ALEX EMRIC JONES, ET AL.       )    MAY 6, 2019

10  _____
    NO. X06-UWY-CV-18-6046438S     )    SUPERIOR COURT
11                                 )
    WILLIAM SHERLACH, ET AL.       )    COMPLEX LITIGATION DOCKET
12                                 )
    V.                             )    AT WATERBURY
13                                 )
    ALEX EMRIC JONES, ET AL.       )    MAY 6, 2019
14

15                     REPORTER'S CERTIFICATION
                       VIDEOTAPED DEPOSITION OF
16                          DAVID R. JONES
                             MAY 16, 2019
17

18       I, AMBER KIRTON, Certified Shorthand Reporter in and for the

19  State of Texas, hereby certify to the following:

20       That the witness, DAVID R. JONES, was duly sworn by the

21  officer and that the transcript of the oral deposition is a true

22  record of the testimony given by the witness:

23       That the deposition transcript was submitted on

24  May 21, 2019, to the witness or to the attorney for

25
```

1  Defendants for examination, signature and return to Huseby Global

2  Litigation by June 10, 2019;

3      That the amount of time used by each party at the deposition

4  is as follows:

5      Mr. Christopher M. Mattei - 01 hour(s): 09 minute(s)
       Mr. Norman Pattis - 00 hour(s): 00 minute(s)
6      Ms. Kristen A. Jakiela - 00 hour(s): 00 minute(s)
       Ms. Claire Pariano - 00 hour(s): 00 minute(s)
7

8      That pursuant to information given to the deposition officer

9  at the time said testimony was taken, the following includes all

10 parties of record:

11     Mr. Norman Pattis & Ms. Alinor C. Sterling, Attorneys for
   Plaintiffs
12     Mr. Norman Pattis, Esq, Attorney for Alex Emric Jones,
   InfoWars, LLC, Free Speech Systems, LLC, InfoWars Health, LLC and
13 Prison Planet TV, LLC
       Ms. Kristen A. Jakiela, Attorney for Cory T. Sklanka
14     Ms. Claire Pariano, Attorney for Midas Resources, Inc.

15     I further certify that I am neither counsel for, related to,

16 nor employed by any of the parties or attorney in the action in

17 which this proceeding was taken, and further that I am not

18 financially or otherwise interested in the outcome of the action.

19

20

21

22

23

24

25

1  Certified to by me this 21st day of May, 2019.

2

3  _____
   Amber Kirton, CSR
4  Expiration Date: 12/31/19
   Firm #660
5  Huseby Global Litigation
   1230 West Morehead Street, Suite 408
6  Charlotte, NC  28208
   (800) 333-2082

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25