# EXHIBIT 70

Submitted as native video file.