# EXHIBIT 71

Submitted as native video file.