# EXHIBIT 72

Submitted as native video file.