# EXHIBIT 73

**Messages with Tim Fruge** ▇▇▇▇▇▇



PLAINTIFFS' EXHIBIT
**195**
ID
FULL
UWY-CV-18-6046436-S
and consolidated matters

Sent to **Tim Fruge** on Aug 20, 2019 8:35:18 AM

https://www.bing.com/images/search?view=detailV2&ccid=SL93PfIM&id=C560922482E840C8982DDD6947D68C3494060255&thid=OIP.SL93PfIM-HlQYzLz4FI9hQHalU&mediaurl=http%3A%2F%2Fi3.kym-cdn.com%2Fphotos%2Fimages%2Ffacebook%2F001%2F222%2F201%2Fe96.png&exph=674&expw=600&q=Alex+Jones+Meme&simid=608013419388666911&selectedindex=38&vt=4&eim=8,3,4,2,1,6&sim=11



Received from **Tim Fruge** on Aug 20, 2019 9:19:10 AM


Monday $104,082.26
Superblue 390
Brain Force 287
Krill Oil 217

Sent to **Tim Fruge** on Aug 20, 2019 9:45:05 AM

https://m.facebook.com/AlexEJonesMemes/photos/a.1544189732298352/2145500558833930/?type=3&source=48&__tn__=EH-R



Received from **Tim Fruge** on Aug 21, 2019 9:25:27 AM


Tuesday $137,342.39
Superblue 638
Krill 574
Brain Force 324

Sent to **Tim Fruge** on Aug 21, 2019 11:32:12 AM

Please bring a vodka to the con room 

Sent to **Tim Fruge** on Aug 21, 2019 11:32:22 AM

Not to studio

Sent to **Tim Fruge** on Aug 21, 2019 11:32:25 AM

Thanks

Received from **Tim Fruge** on Aug 21, 2019 11:32:28 AM

 

Sent to **Tim Fruge** on Aug 21, 2019 11:46:47 AM

What's your eta?  

Sent to **Tim Fruge** on Aug 21, 2019 11:47:06 AM

Just put in the conference room

Received from **Tim Fruge** on Aug 21, 2019 11:47:18 AM

It's sitting in there next to the waters

Received from **Tim Fruge** on Aug 22, 2019 9:52:48 AM


Wednesday $129,747.43
Superblue 573
Krill Oil 513
Brain Force 313

Received from **Tim Fruge** on Aug 23, 2019 9:50:43 AM


Thursday $113,447.51
Superblue 443
Krill Oil 422
Brain Force 349

iPhone ▇▇▇▇▇

May 15, 2020 at 11:25:29 AM

**Messages with Tim Fruge** ▮▮▮▮▮▮▮

Received from **Tim Fruge** on Aug 24, 2019 10:08:31 AM

TF
> Friday $133,008.33
> Skin cream 718
> Superblue 391
> Krill Oil 337

Sent to **Tim Fruge** on Aug 24, 2019 10:08:45 AM

That's good news    AP

Received from **Tim Fruge** on Aug 24, 2019 10:08:58 AM

TF
> Forgot to count packs last night. Did much better than I originally thought. 👍

Received from **Tim Fruge** on Aug 26, 2019 9:36:21 AM

TF
> Saturday $98,883.19
> Skin cream 533
> Superblue 437
> X2 330
>
> Sunday $102,056.52
> Skin cream 489
> Superblue 359
> X2 357

Sent to **Tim Fruge** on Aug 26, 2019 12:35:13 PM

I can't find pat    AP

Sent to **Tim Fruge** on Aug 26, 2019 12:35:19 PM

He won't pick up    AP

Received from **Tim Fruge** on Aug 26, 2019 12:36:20 PM

TF
> I'll find him now

Received from **Tim Fruge** on Aug 27, 2019 9:52:51 AM

TF
> Monday $107,302.39
> Skin cream 745
> Superblue 439
> Brain Force 262

Sent to **Tim Fruge** on Aug 27, 2019 9:54:06 AM

Back to school is always bad correct    AP

Sent to **Tim Fruge** on Aug 27, 2019 9:54:08 AM

?    AP

Received from **Tim Fruge** on Aug 27, 2019 9:54:14 AM

TF
> Yes

Received from **Tim Fruge** on Aug 28, 2019 9:01:20 AM

TF
> Tuesday $119,594.21
> Skin cream 703
> Superblue 480
> Krill Oil 274

Received from **Tim Fruge** on Aug 29, 2019 9:45:23 AM

TF
> Wednesday $134,135.52
> Skin cream 512
> DNA Force 410
> Superblue 280

**Messages with Tim Fruge** ▮▮▮▮▮▮

Received from **Tim Fruge** on Aug 30, 2019 9:31:47 AM



Thursday $131,991.37
DNA Force 443
Skin cream 439
Superblue 279

Sent to **Tim Fruge** on Aug 31, 2019 8:46:13 AM




Received from **Tim Fruge** on Sep 1, 2019 8:30:27 AM

 Got it.👍 I'll reach out and get availability tomorrow.

Received from **Tim Fruge** on Sep 2, 2019 9:34:56 AM

Friday $123,479.85
Skin cream 465
DNA Force 417
Superblue 268

Saturday $93,779.55
DNA Force 265
Skin cream 229
Superblue 189

Sunday $96,422.82
Skin cream 262
DNA Force 222
Superblue 180

Sent to **Tim Fruge** on Sep 2, 2019 9:36:24 AM




Sent to **Tim Fruge** on Sep 3, 2019 7:09:13 AM

All news is broke 

**Messages with Tim Fruge** ████████████

Sent to **Tim Fruge** on Sep 3, 2019 7:09:13 AM





Sent to **Tim Fruge** on Sep 3, 2019 7:12:09 AM





Received from **Tim Fruge** on Sep 3, 2019 7:21:25 AM

> I'll talk to everyone this morning about this. There really is no excuse between all of IT and the writers not to notice this.

Received from **Tim Fruge** on Sep 3, 2019 7:24:36 AM

> There should always be someone monitoring the site for inconsistencies. I'll work on getting a plan in place today. If Kelen is out there should be a backup.

Received from **Tim Fruge** on Sep 5, 2019 9:40:17 AM

> Wednesday $122,962.18
> DNA Force 389
> Skin cream 352
> Superblue 244

Sent to **Tim Fruge** on Sep 5, 2019 9:21:01 PM



Received from **Tim Fruge** on Sep 5, 2019 9:25:53 PM

> Got it. I'll send it over and make sure it's fixed ASAP.

**Messages with Tim Fruge** ▮▮▮▮▮▮▮

Sent to **Tim Fruge** on Sep 6, 2019 9:37:06 AM



Received from **Tim Fruge** on Sep 6, 2019 9:39:56 AM

 This was the zero day hack that we found within 24 hours. We have multiple scans done on a recurring basis but can add him to the list if you want.

Sent to **Tim Fruge** on Sep 7, 2019 9:11:08 AM



Received from **Tim Fruge** on Sep 8, 2019 3:02:30 PM



Sent to **Tim Fruge** on Sep 8, 2019 3:40:18 PM



Received from **Tim Fruge** on Sep 8, 2019 3:41:35 PM

 Will do.👍🏼

Received from **Tim Fruge** on Sep 9, 2019 2:00:48 PM



Sent to **Tim Fruge** on Sep 9, 2019 3:55:20 PM

 Please look at My wife's whereabouts

Received from **Tim Fruge** on Sep 9, 2019 3:55:55 PM

Wrong Tim. I'll pass along

iPhone ▮▮▮▮▮▮▮

**PLTF000968**

May 15, 2020 at 11:25:31 AM

**Messages with Tim Fruge** ███████



Received from **Tim Fruge** on Sep 10, 2019 8:59:31 AM

Monday $127,303.04
DNA Force 389
Bone Broth 366
Brain Force 294

Sent to **Tim Fruge** on Sep 10, 2019 6:13:18 PM





Received from **Tim Fruge** on Sep 10, 2019 6:15:03 PM


I'll get them on it. 👍

Received from **Tim Fruge** on Sep 11, 2019 10:34:44 AM


Tuesday $123,631.20
Bone Broth 356
Skin cream 344
DNA Force 322

Received from **Tim Fruge** on Sep 11, 2019 4:12:04 PM



Received from **Tim Fruge** on Sep 11, 2019 4:12:04 PM


What do you think of this?

Received from **Tim Fruge** on Sep 12, 2019 9:59:08 AM

Wednesday $130,689.53
Skin cream 332
Bone Broth 292
Brain Force 288

Received from **Tim Fruge** on Sep 13, 2019 9:28:27 AM

Thursday $145,336.56
Skin cream 314
Ultra 12 288
Brain Force 282

Sent to **Tim Fruge** on Sep 13, 2019 1:33:10 PM


Audio: New Recording 61.m4a



iPhone ███████

May 15, 2020 at 11:25:31 AM

**Messages with Tim Fruge** ████████

Sent to **Tim Fruge** on Sep 13, 2019 2:05:39 PM

https://www.infowars.com/ted-cruz-slams-politifact-for-claiming-betos-plan-to-take-the-guns-was-false/ 

Received from **Tim Fruge** on Sep 14, 2019 12:14:25 PM

 Friday $145,162.85
Super Male 327
Ultra 12 262
Bodease 254
Beto shirt 167

Received from **Tim Fruge** on Sep 14, 2019 12:23:32 PM

 I'm passing it along now. 👍

Sent to **Tim Fruge** on Sep 15, 2019 11:27:05 AM

 Audio: New Recording 87.m4a

Sent to **Tim Fruge** on Sep 15, 2019 11:31:04 AM

 Audio: New Recording 88.m4a 

Sent to **Tim Fruge** on Sep 15, 2019 11:37:11 AM

 Audio: New Recording 90.m4a 

Sent to **Tim Fruge** on Sep 15, 2019 11:41:02 AM



Sent to **Tim Fruge** on Sep 15, 2019 11:44:33 AM



Received from **Tim Fruge** on Sep 15, 2019 12:00:52 PM

 Haha. Got it. The gummies are coming along and should be here before Black Friday. We do have VasoBeet that came in this week and is a liquid beet extract. We can launch that this week. 👍

**Messages with Tim Fruge** ▉

Received from **Tim Fruge** on Sep 18, 2019 10:44:50 AM

Tuesday $115,927.63
Brain Force 301
Ultra 12 287
Superblue 264

Sent to **Tim Fruge** on Sep 18, 2019 11:14:14 AM

How was Monday?

Received from **Tim Fruge** on Sep 18, 2019 11:14:38 AM

Monday $119,451.14
Ultra 12 246
Superblue 243
Super Male 240

Sent to **Tim Fruge** on Sep 18, 2019 11:14:48 AM

Ahh

Received from **Tim Fruge** on Sep 18, 2019 11:15:47 AM

We dealt with another attack again this morning on the store. It was down for about 10 minutes at 7:00 this morning. They are trying hard

Sent to **Tim Fruge** on Sep 18, 2019 11:16:01 AM

Yes

Sent to **Tim Fruge** on Sep 18, 2019 11:16:12 AM

Is it hurting money?

Sent to **Tim Fruge** on Sep 18, 2019 11:16:31 AM

Can we launch 50%offhub?

Sent to **Tim Fruge** on Sep 18, 2019 11:16:53 AM

How are they doing it?

Sent to **Tim Fruge** on Sep 18, 2019 11:17:19 AM

If we are behind CF?

Received from **Tim Fruge** on Sep 18, 2019 11:19:00 AM

It's not been down enough to hurt money right now. We are behind cloudflare. I'm waiting to hear an explanation about this last attack. I'll send you an explanation of last attack

Received from **Tim Fruge** on Sep 18, 2019 11:19:07 AM



**PLTF000971**

**Messages with Tim Fruge** ███████████

Received from **Tim Fruge** on Sep 18, 2019 11:19:10 AM



Sent to **Tim Fruge** on Sep 18, 2019 11:25:47 AM

Is that report from CF?    AP

Received from **Tim Fruge** on Sep 18, 2019 11:26:01 AM

From Daniel at Gauge

Sent to **Tim Fruge** on Sep 18, 2019 11:26:31 AM

China    AP

Received from **Tim Fruge** on Sep 18, 2019 11:27:09 AM

They are not messing around.

Sent to **Tim Fruge** on Sep 18, 2019 11:27:19 AM

No    AP

Sent to **Tim Fruge** on Sep 18, 2019 11:27:36 AM

We need to launch the new cart now    AP

Received from **Tim Fruge** on Sep 18, 2019 11:28:37 AM



Received from **Tim Fruge** on Sep 18, 2019 11:28:41 AM

 https://fiftypercentoff.com

Sent to **Tim Fruge** on Sep 18, 2019 11:29:52 AM

Well done    AP 

Received from **Tim Fruge** on Sep 18, 2019 11:50:03 AM

 Just got off the phone with Gauge. The attack today was basically the same attack just scaled up 10x. We knocked them down and they haven't had any success getting back in. Cloudflare is monitoring and so is Gauge. The technique is very sophisticated but the person(s) behind it are not. The analogy given to me was a teenager has stolen a Lamborghini.

**Messages with Tim Fruge** ████████████

Received from **Tim Fruge** on Sep 18, 2019 3:37:33 PM



Received from **Tim Fruge** on Sep 18, 2019 3:37:33 PM

From Robert

Received from **Tim Fruge** on Sep 19, 2019 9:53:12 AM

Issue should be fixed now

Received from **Tim Fruge** on Sep 19, 2019 9:53:22 AM

Wednesday $110,531.35
Brain Force 265
Superblue 225
Ultra 12 220

Sent to **Tim Fruge** on Sep 20, 2019 7:57:59 AM



Received from **Tim Fruge** on Sep 20, 2019 7:58:51 AM

Stole my idea. Lol

Received from **Tim Fruge** on Sep 20, 2019 8:57:02 AM

Thursday $109,417.02
Brain Force 265
Ultra 12 219
Super Male 217
51st shirt 58
Beto 52

Sent to **Tim Fruge** on Sep 21, 2019 8:57:25 AM

You still in town? 

Received from **Tim Fruge** on Sep 21, 2019 8:57:56 AM

Yes.

Sent to **Tim Fruge** on Sep 21, 2019 9:02:59 AM

Haven't been paid for September. August was 6000 instead of 6400.

September needs to be 6800

PLTF000973

**Messages with Tim Fruge** ▓▓▓▓▓▓▓



Sent to **Tim Fruge** on Sep 21, 2019 9:03:03 AM

From him

Received from **Tim Fruge** on Sep 21, 2019 9:03:11 AM

Do you mind sending me his number? Thanks

Received from **Tim Fruge** on Sep 21, 2019 9:16:09 AM

Never mind. I talked with home and it should all be worked out

Sent to **Tim Fruge** on Sep 21, 2019 9:17:48 AM

Sorry

Sent to **Tim Fruge** on Sep 21, 2019 9:17:51 AM

Was away

Sent to **Tim Fruge** on Sep 21, 2019 9:18:10 AM

Carpe Donktum

Received from **Tim Fruge** on Sep 21, 2019 10:03:19 AM

Friday $108,406.97
Ultra 12 276
Super Male 271
Bodease 211

Received from **Tim Fruge** on Sep 21, 2019 10:11:17 AM

Emailed all the plugs to Drew, Dew, and all producers. The retail for VasoBeet will be $39.95 and sale for $19.95. Our cost is at $4

Received from **Tim Fruge** on Sep 21, 2019 10:22:09 AM

Ok. I was just saying $19.95 because we are doing 50% off all infowars life products. We can just add an exception or raise the retail to $49.95

Received from **Tim Fruge** on Sep 21, 2019 10:22:25 AM

I'll let them know about the shirts. 👍

Received from **Tim Fruge** on Sep 21, 2019 10:29:26 AM

I emailed all the write ups to all producers, Dew and Drew. 👍

Received from **Tim Fruge** on Sep 21, 2019 4:12:57 PM

Got it. I'll send this to them now to get done. 👍

Received from **Tim Fruge** on Dec 13, 2019 8:28:37 AM

Thursday$146,632.68
Bodease 818
Brain Force 595
Knockout 497

**PLTF000974**

May 15, 2020 at 11:25:33 AM

**Messages with Tim Fruge** ▮▮▮▮▮▮▮▮

Sent to **Tim Fruge** on Dec 13, 2019 5:40:45 PM



Sent to **Tim Fruge** on Dec 13, 2019 5:40:54 PM

Tim please get them to change the banner to test banners

Sent to **Tim Fruge** on Dec 13, 2019 5:41:11 PM

Test this weekend

Sent to **Tim Fruge** on Dec 13, 2019 5:41:20 PM

Then run what works better

Received from **Tim Fruge** on Dec 13, 2019 5:52:14 PM

Sorry for the confusion. I was originally talking about the banner below the articles and that has been put back. It was done this week. We have never had a store banner in that spot but I can get IT to do it if you want.

We have banners going with buy this shirt and don't buy this shirt in rotation on all websites in normal banner spots.

Sent to **Tim Fruge** on Dec 15, 2019 10:28:26 AM



Received from **Tim Fruge** on Dec 15, 2019 10:29:50 AM

I'm sorry. I did misunderstand. I'll reach out to everyone and see what I can't get done today

Received from **Tim Fruge** on Dec 15, 2019 10:30:23 AM

Friday $163,827.43
Ultra 12 732
Bodease 727
Brain Force 647

Saturday $129,104.65
Brain Force 511
Bodease 453
Ultra 12 387

Received from **Tim Fruge** on Dec 15, 2019 10:33:05 AM

👍

iPhone 

**PLTF000975**

May 15, 2020 at 11:25:33 AM

**Messages with Tim Fruge** ▆▆▆▆▆▆▆



Received from **Tim Fruge** on Dec 15, 2019 5:47:20 PM

I'll make sure that is running first thing in the morning.

Sent to **Tim Fruge** on Dec 15, 2019 5:54:22 PM

It may be

Sent to **Tim Fruge** on Dec 15, 2019 5:54:32 PM

But it was 2:15 long

Received from **Tim Fruge** on Dec 16, 2019 9:10:26 AM

Sunday $118,598.83
Brain Force 416
Bodease 387
Selenium 297

Received from **Tim Fruge** on Dec 16, 2019 9:30:53 AM

Sunday $118,598.83
Brain Force 416
Bodease 387
Selenium 297

Received from **Tim Fruge** on Dec 17, 2019 8:58:58 AM

Monday $149,894.10
Turbo Force 861
Bodease 586
Brain Force 539

Received from **Tim Fruge** on Dec 17, 2019 9:11:46 AM

👍

Received from **Tim Fruge** on Dec 18, 2019 8:38:57 AM

Tuesday $160,480.96
Turbo Force 668
Krill 656
Brain Force 521
Bodease 501

Sent to **Tim Fruge** on Dec 18, 2019 2:23:34 PM

🎵 Audio: New Recording 484.m4a

Sent to **Tim Fruge** on Dec 18, 2019 2:23:52 PM

🎵 Audio: New Recording 483.m4a

Received from **Tim Fruge** on Dec 18, 2019 4:50:22 PM

https://defendsavanah.com

Received from **Tim Fruge** on Dec 18, 2019 4:50:23 PM

Zimmerman and Blake are working together to get everything done just right. Newsletters included. 👍

PLTF000976

**Messages with Tim Fruge** ▆▆▆▆▆▆

Received from **Tim Fruge** on Dec 20, 2019 8:20:07 AM



Wednesday $250,326.22
Krill 781
Brain Force 742
Vitamin Fusion 702
Bodease 657
Turbo Force 642

Last year on this day we did $170k



Today should be good

Received from **Tim Fruge** on Dec 20, 2019 8:20:16 AM

Received from **Tim Fruge** on Dec 21, 2019 10:09:17 AM



Friday $284,022.21
Brain Force 963
Krill 922
Vasobeet 906
Turbo Force 873
Selenium 768

Sent to **Tim Fruge** on Dec 21, 2019 11:43:21 AM

How are $ of the new shirts? **AP**

Sent to **Tim Fruge** on Dec 21, 2019 11:44:15 AM

The Epstein and don't visit **AP**

Sent to **Tim Fruge** on Dec 21, 2019 11:47:48 AM

How many sold? **AP**

Sent to **Tim Fruge** on Dec 21, 2019 11:47:56 AM

They doing good? **AP**

Received from **Tim Fruge** on Dec 21, 2019 1:12:42 PM



We've sold almost 1100 Epstein shirts and over 300 don't visit. They are the two top sellers this month

Sent to **Tim Fruge** on Dec 22, 2019 9:42:55 AM

I`ve been promoting the shortwave radio show of Infowars wherever I can. Anyone who`d like to listen to Infowars the old school way can go to Amazon and buy an Eton Elite Traveler or Tecsun PL 310et AM/FM/Shortwave radio (these are very nice but inexpensive receivers) and tune to shortwave frequency 4840 at 10pm Central time in the USA. The show is broadcast from Tennessee but can easily be heard for many hundreds of miles away.

The Eton Elite Traveler uses 4 AA batteries and it`s best to buy a charger with NIMH batteries and get regular AAs for backup. The Tecsun uses 3 AA batteries so if you buy a charger it needs to be one that can charge single batteries so you can charge three at a time. Many chargers can only charge 2 or 4 batteries at a time and that won`t work. The Tecsun can charge batteries inside it but you`ll have to buy a separate AC adapter and the charge feature has been known to fail.

Note to AM radio lovers...the Eton is a top notch AM receiver yet fits in a large shirt pocket.

If you have 100 bucks to spend the Eton Elite Executive radio is on sale on Amazon. It does it all. It has AIRCRAFT band too and can tune HAM radio operators and many other interesting signals on shortwave using SSB (single side band). Other radios like this cost much much more. This is a high tech receiver and a great value!

These radios have a learning curve so study the user manual to learn the many features to get the best performance and avoid frustration. Learn as much as you can about the shortwave/AM listening hobby as well including the antennas used and propagation during different seasons and times of day and how to deal with static caused by various electronics in the home. Sometimes incurable electronic interference makes it impossible to listen inside the home but these radios are at least portable and can always be used on camping trips or during power outages. If you don`t like the radio you buy or simply can`t use it at your location because of static, send it back to Amazon for a refund.

Get one of these radios, take a break, and spend a few hours one night scanning the Conservative talk radio

PLTF000977

**Messages with Tim Fruge** ▇▇▇▇▇▇

stations on AM radio. They can easily be heard at night as far away as 700-1000 miles if conditions are right and there isn`t too much static in your home from electronics. Shortwave radio can be heard even farther away, even during the day. Infowars can also  be heard on shortwave frequency 12.160 during the day but I forget what time. Someday soon a decent portable radio might come in handy to get important information if liberals get their way and collapse the economy so that`s my main reason for posting this. Radio used to be our internet...and it`s fun to scan those mysterious distant signals late at night



Sent to **Tim Fruge** on Dec 22, 2019 9:45:05 AM

Please save



Sent to **Tim Fruge** on Dec 22, 2019 6:04:21 PM

How were $ yesterday?



Received from **Tim Fruge** on Dec 22, 2019 6:26:33 PM



Saturday $182,376.92
Krill 582
Brain Force 502
Bodease 455
Vasobeet 437

Received from **Tim Fruge** on Dec 23, 2019 7:37:11 AM



Sunday $137,204.35
Brain Force 453
Vasobeet 377
Krill 335

Sent to **Tim Fruge** on Dec 24, 2019 8:45:10 AM

How did yesterday go?



Received from **Tim Fruge** on Dec 24, 2019 9:01:24 AM

Monday $145,665.41
Brain force 543
Krill 475
Bodease 410
Turbo 374

Sent to **Tim Fruge** on Dec 24, 2019 3:37:10 PM




Sent to **Tim Fruge** on Dec 30, 2019 8:15:24 AM




iPhone ▇▇▇▇▇▇

PLTF000978

May 15, 2020 at 11:25:34 AM

**Messages with Tim Fruge** ▮▮▮▮▮▮

Received from **Tim Fruge** on Dec 30, 2019 8:21:11 AM

**TF** I'll send to Zimmerman.

Sent to **Tim Fruge** on Dec 30, 2019 8:23:24 AM

I am just showing you the ongoing problems so you can meet with IT **AP**

Sent to **Tim Fruge** on Dec 30, 2019 8:23:55 AM

I am now at work 7 days a week trying to get folks to open there eyes **AP**

Received from **Tim Fruge** on Dec 30, 2019 8:25:19 AM

**TF** ▮▮▮▮▮▮▮▮▮▮

Received from **Tim Fruge** on Dec 30, 2019 8:25:19 AM

**TF** Got it. I'll meet with them. ▮▮▮▮▮▮▮▮▮▮

Received from **Tim Fruge** on Dec 30, 2019 8:25:42 AM

**TF** I'll send over numbers shorty. Sorry it's been a bit

Received from **Tim Fruge** on Dec 30, 2019 8:31:57 AM

**TF** It's all good man. I didn't take it that way. ▮▮▮▮▮▮▮ I'm still gonna take care of it

Received from **Tim Fruge** on Dec 30, 2019 8:33:02 AM

**TF** ▮▮▮▮▮▮▮▮▮▮

Received from **Tim Fruge** on Dec 30, 2019 9:44:53 AM

**TF**
Christmas Eve Tuesday $110,237.97
Brain Force 429
Krill 311
Bodease 299

Christmas Wednesday $89,652.77
Brain Force 342
Bodease 237
Turbo Force 224

Thursday $112,144.63
Brain Force 423
Turbo Force 354
Bodease 321

Friday $129,799.63
Brain Force 457
Turbo Force 391
Bodease 342

Saturday $126,207.91
Brain Force 401
Selenium 339
Bodease 312

Sunday $122,310.22
Brain Force 411
Bodease 333
Turbo Force 327

iPhone ▮▮▮▮▮▮

**PLTF000979**

May 15, 2020 at 11:25:35 AM

Messages with Tim Fruge ▮▮▮▮▮



Received from **Tim Fruge** on Dec 30, 2019 9:49:56 AM

TF  ▮▮▮▮▮▮▮▮▮▮ This sucks. If you need anything I will let everyone know where everything is at so they can get you what you need.

Sent to **Tim Fruge** on Dec 30, 2019 10:25:12 AM

▮▮▮▮  AP

Received from **Tim Fruge** on Dec 31, 2019 10:01:43 AM

TF  Monday $163,769.28
Brain Force 543
Bodease 512
Krill 423

Received from **Tim Fruge** on Jan 1, 2020 9:29:47 AM

TF  Tuesday $229,739.70
Superblue 1225
Bodease 782
Brain Force 748
Krill 703
Turbo Force 686

Sent to **Tim Fruge** on Jan 1, 2020 12:53:46 PM

Forgot you are waiting  AP

Sent to **Tim Fruge** on Jan 1, 2020 12:53:51 PM

Still hear?  AP

Sent to **Tim Fruge** on Jan 1, 2020 12:54:06 PM

If not let's just meet at 9:30 tomorrow  AP

Sent to **Tim Fruge** on Jan 1, 2020 12:54:23 PM

Here  AP

Received from **Tim Fruge** on Jan 1, 2020 12:54:43 PM

TF  I am still here. I can meet now or in the morning. Whatever works best for you

Sent to **Tim Fruge** on Jan 1, 2020 4:03:59 PM

Sorry  AP

Sent to **Tim Fruge** on Jan 1, 2020 4:04:13 PM

Had a family problem come up  AP

Sent to **Tim Fruge** on Jan 1, 2020 4:04:24 PM

See you in the morning  AP

Received from **Tim Fruge** on Jan 1, 2020 4:06:42 PM

TF  No worries. Good luck. See you in the morning

Received from **Tim Fruge** on Jan 2, 2020 8:39:03 AM

TF  Wednesday $169,410.62
Superblue 600
Brain Force 564
Bodease 488
Selenium 454
Krill 433

iPhone ▮▮▮▮▮          - 17 -          May 15, 2020 at 11:25:35 AM

**PLTF000980**

**Messages with Tim Fruge** ▮

Received from **Tim Fruge** on Jan 3, 2020 8:53:39 AM



Thursday $156,932.26
Superblue 642
Bodease 518
Selenium 455

Sent to **Tim Fruge** on Jan 4, 2020 9:16:19 PM




Sent to **Tim Fruge** on Jan 4, 2020 9:16:34 PM




Sent to **Tim Fruge** on Jan 4, 2020 9:16:45 PM

Please ask them to continue countdown 

Received from **Tim Fruge** on Jan 4, 2020 9:24:02 PM

 

Received from **Tim Fruge** on Jan 4, 2020 9:27:59 PM

 Got it. I'll follow up with John and see where it's at.

Sent to **Tim Fruge** on Jan 4, 2020 9:29:30 PM

Key 

Sent to **Tim Fruge** on Jan 4, 2020 9:29:32 PM

Thanks 

Sent to **Tim Fruge** on Jan 4, 2020 9:29:34 PM

Key 

**Messages with Tim Fruge** ▮▮▮▮▮▮▮▮▮

Received from **Tim Fruge** on Jan 6, 2020 9:11:34 AM

Friday $169,567.52
Superblue 739
Krill 492
Silver Bullet 482

Saturday $138,224.74
Superblue 517
Brain Force 477
Selenium 433

Sunday $247,352.86
Brain Force 1044
Superblue 939
Selenium 693
Ultra 12 632

Received from **Tim Fruge** on Jan 6, 2020 9:16:36 AM

Friday $169,567.52
Superblue 739
Krill 492
Silver Bullet 482

Saturday $138,224.74
Superblue 517
Brain Force 477
Selenium 433

Sunday $247,352.86
Brain Force 1044
Superblue 939
Selenium 693
Ultra 12 632

Sent to **Tim Fruge** on Jan 6, 2020 9:37:13 AM

That's great news! 

Received from **Tim Fruge** on Jan 6, 2020 9:38:32 AM

Yea. I was so happy to see that number. I'll get that message changed shortly

Received from **Tim Fruge** on Jan 6, 2020 9:45:59 AM

Yea. Final day

Received from **Tim Fruge** on Jan 6, 2020 9:47:00 AM



Sent to **Tim Fruge** on Jan 7, 2020 5:53:09 AM

https://www.getgreenjuice.com/11superfoods/?utm_term=ogj_vegan&gclid=EAIaIQobChMIsI6CzbXx5gIV04B_Bh0_bgE1EAEYASAAEgIDTPD_BwE 

Sent to **Tim Fruge** on Jan 7, 2020 5:53:25 AM

This is what the product sites need to look like 

Received from **Tim Fruge** on Jan 7, 2020 9:06:40 AM

Monday $244,502.58
Brain Force 1156
Superblue 1051
Vasobeet 851
Ultra 12 738

**Messages with Tim Fruge** ▮▮▮▮▮▮

Received from **Tim Fruge** on Jan 8, 2020 8:54:53 AM


Tuesday $202,476.16
Superblue 1282
Brain Force 909
Whitening toothpaste 760
Vasobeet 706

Received from **Tim Fruge** on Jan 8, 2020 12:01:43 PM


10-4. I'll relay everything and get it done

Received from **Tim Fruge** on Jan 9, 2020 9:10:34 AM


Wednesday $176,580.00
Superblue 1108
Whitening 782
Brain Force 739
Vasobeet 734

Received from **Tim Fruge** on Jan 9, 2020 9:15:36 AM


Wednesday $176,580.00
Superblue 1108
Whitening 782
Brain Force 739
Vasobeet 734

Received from **Tim Fruge** on Jan 9, 2020 10:06:31 AM


No worries. I'll make sure you have the list

Received from **Tim Fruge** on Jan 9, 2020 1:46:31 PM


No worries. I'll let them know

Received from **Tim Fruge** on Jan 9, 2020 2:00:32 PM

 

Sent to **Tim Fruge** on Jan 10, 2020 8:05:33 AM

 

Sent to **Tim Fruge** on Jan 10, 2020 8:07:24 AM

https://m.facebook.com/MillennialMillie/ 

Sent to **Tim Fruge** on Jan 10, 2020 8:10:50 AM

https://m.facebook.com/MillennialMillie/posts/off-to-go-do-a-big-interview-brother-of-columbine-shooter-speaks-out-against-gun/1648565385228747/

PLTF000983

**Messages with Tim Fruge** 

Sent to **Tim Fruge** on Jan 10, 2020 8:11:10 AM



Received from **Tim Fruge** on Jan 10, 2020 8:17:45 AM

 Got it

Received from **Tim Fruge** on Jan 10, 2020 8:33:28 AM

 Thursday $151,072.15
Superblue 856
Brain Force 642
Whitening 622

Sent to **Tim Fruge** on Jan 10, 2020 8:37:07 AM

How did Chill F do 

Received from **Tim Fruge** on Jan 10, 2020 8:37:17 AM

 Let me check

Received from **Tim Fruge** on Jan 10, 2020 8:39:40 AM

 315. It was the 9th best seller yesterday. Since it's been on sale we've been averaging between 130-160. Definitely saw an increase yesterday

Sent to **Tim Fruge** on Jan 10, 2020 8:39:54 AM

Ok  

Sent to **Tim Fruge** on Jan 10, 2020 8:39:59 AM

Thanks  

Received from **Tim Fruge** on Jan 10, 2020 8:40:03 AM



Sent to **Tim Fruge** on Jan 10, 2020 10:28:30 AM

N 

Received from **Tim Fruge** on Jan 10, 2020 10:30:26 AM



**Messages with Tim Fruge** ███████

Received from **Tim Fruge** on Jan 11, 2020 9:49:09 AM



Received from **Tim Fruge** on Jan 11, 2020 9:49:09 AM

Received from **Tim Fruge** on Jan 11, 2020 9:49:09 AM

Received from **Tim Fruge** on Jan 11, 2020 9:49:09 AM

Looks like he doesn't have anything until Tuesday.

Received from **Tim Fruge** on Jan 12, 2020 1:41:40 PM

Got it scheduled for 4:00 on Tuesday. I'll make sure the shirts are here tomorrow

Received from **Tim Fruge** on Jan 13, 2020 9:13:08 AM

Friday $121,205.42
Superblue 600
Brain Force 558
Whitening 485

Saturday $81,159.73
Superblue 392
Brain Force 383
Whitening 359

Sunday $90,640.34
Superblue 579
Whitening 491
Brain Force 462

PLTF000985

**Messages with Tim Fruge**

Received from **Tim Fruge** on Jan 14, 2020 9:16:56 AM

**TF** Monday $86,836.85
Superblue 388
Whitening 338
Brain Force 328
Alexapure pro 19
Breeze 17

Food sales were just at $10k

Received from **Tim Fruge** on Jan 14, 2020 3:06:08 PM

**TF** Sold almost 200 so far. Top seller so far today

Received from **Tim Fruge** on Jan 15, 2020 9:14:01 AM

**TF** Tuesday $91,867.63
Fish oil 474
Whitening 245
Superblue 208

Received from **Tim Fruge** on Jan 16, 2020 9:36:01 AM

**TF** Wednesday $90,198.91
Fish oil 543
Whitening 336
Superblue 253

Received from **Tim Fruge** on Jan 17, 2020 9:46:20 AM

**TF** Thursday $76,123.26
Whitening 388
Fish oil 378
Superblue 287

Received from **Tim Fruge** on Jan 17, 2020 10:18:37 AM

**TF** 

Sent to **Tim Fruge** on Jan 17, 2020 12:21:06 PM

Audio: New Recording 517.m4a  **AP**

Sent to **Tim Fruge** on Jan 17, 2020 12:21:20 PM

Audio: New Recording 518.m4a  **AP**

Sent to **Tim Fruge** on Jan 17, 2020 12:22:49 PM

Audio: New Recording 516.m4a  **AP**

Sent to **Tim Fruge** on Jan 17, 2020 12:23:00 PM

Audio: New Recording 515.m4a  **AP**

Received from **Tim Fruge** on Jan 18, 2020 4:47:57 PM

**TF** Robert is working on it now and sending to Zimmermann to get it changed.

**Messages with Tim Fruge** ████████████

Sent to **Tim Fruge** on Jan 19, 2020 8:02:05 AM



AP

Received from **Tim Fruge** on Jan 19, 2020 11:37:37 AM



TF

Received from **Tim Fruge** on Jan 19, 2020 11:37:37 AM

TF  Got it changed. I'll make sure all banners spots are posted on the walls so they don't forget one.  Ive attached a screenshot of a 30 sec donation script as well

Received from **Tim Fruge** on Jan 20, 2020 9:50:33 AM

Friday $81,726.11
Superblue 383
Fish oil 377
Whitening 309

Saturday $61,802.18
Whitening 301
Superblue 244
Fish oil 201

Sunday $61,769.49
Superblue 284
Whitening 280
TF   Fish oil 238

Received from **Tim Fruge** on Jan 20, 2020 11:29:33 AM

TF

Received from **Tim Fruge** on Jan 21, 2020 9:56:06 AM

Monday $75,071.25
Whitening 328
Superblue 303
Fish oil 208
TF   X2 201

iPhone ████████████         May 15, 2020 at 11:25:37 AM

PLTF000987

**Messages with Tim Fruge** ████████████

Received from **Tim Fruge** on Jan 21, 2020 10:18:00 AM

 

Sent to **Tim Fruge** on Jan 22, 2020 8:38:26 AM

https://twitter.com/Millie__Weaver/status/1219990578601111552 

Received from **Tim Fruge** on Jan 23, 2020 8:08:05 AM


Wednesday $105,128.24
X2 444
Whitening 349
Fish oil 253
Alexapure water 51

Sent to **Tim Fruge** on Jan 23, 2020 2:29:58 PM

Please tell D to get me a bottle of vodka out of his safe and put it in my office now 

Received from **Tim Fruge** on Jan 23, 2020 2:30:14 PM

 

Received from **Tim Fruge** on Jan 24, 2020 9:24:48 AM


Thursday $128,783.46
X2 486
Whitening 379
Winter sun 372

Received from **Tim Fruge** on Jan 27, 2020 9:06:00 AM

Friday $170,902.38
X2 505
Whitening 434
Superblue 387
Winter sun 336

Saturday $121,924.24
X2 321
Superblue 300
Whitening 232
Winter sun 209

Sunday $131,823.38
X2 342
Superblue 286
Winter sun 279


Received from **Tim Fruge** on Jan 27, 2020 7:49:00 PM


We are at $205k right now. Newsletter is performing great right now. Hopefully it will continue through the evening 

Received from **Tim Fruge** on Jan 27, 2020 8:04:42 PM


$110k gross sales in food. Equates to almost $70k pure profit.

Sent to **Tim Fruge** on Jan 28, 2020 7:33:54 AM

 Audio: New Recording 530.m4a 

iPhone 

May 15, 2020 at 11:25:37 AM

**Messages with Tim Fruge** ▮▮▮▮▮▮▮▮▮

Received from **Tim Fruge** on Jan 28, 2020 7:51:25 AM

 

Received from **Tim Fruge** on Jan 28, 2020 7:51:31 AM



Monday $265,802.68
Winter sun 530
X2 518
Superblue 362

$142k in food gross
$88k in food net

Sent to **Tim Fruge** on Jan 28, 2020 7:52:08 AM

How much winter sun is left? 

Received from **Tim Fruge** on Jan 28, 2020 7:54:08 AM

We have about 4K bottles of winter sun left. I'll get together the immune stuff this morning

Sent to **Tim Fruge** on Jan 28, 2020 7:55:45 AM

How fast can they get us the next order?

Sent to **Tim Fruge** on Jan 28, 2020 7:56:00 AM

Of WS

Received from **Tim Fruge** on Jan 28, 2020 7:56:09 AM

Probably about 8 weeks

Received from **Tim Fruge** on Jan 28, 2020 7:56:47 AM

I'll try and get faster. We've been sitting on a bunch and this past week it started moving.

Sent to **Tim Fruge** on Jan 28, 2020 7:57:10 AM

I started pushing it

Received from **Tim Fruge** on Jan 28, 2020 7:57:35 AM

It's working great

Received from **Tim Fruge** on Jan 28, 2020 8:16:56 PM

$350k right now.
$212k in food.
Got the #10 cans added to our store. We have almost there whole catalog in our store now.

Received from **Tim Fruge** on Jan 28, 2020 8:17:45 PM

I love it!

Received from **Tim Fruge** on Jan 29, 2020 8:49:34 AM

Tuesday $405,395.88
Winter Sun 1196
X2 648
Immune Gargle 609

$245k in food sales

Received from **Tim Fruge** on Jan 29, 2020 8:49:53 AM

Right now we are at $70k. Should be another great day

iPhone ▮▮▮▮▮▮▮▮▮

PLTF000989

May 15, 2020 at 11:25:38 AM

**Messages with Tim Fruge** ▮▮▮▮▮▮

Received from **Tim Fruge** on Jan 30, 2020 8:58:30 AM

**TF**
Wednesday $475,628.26
Immune gargle total 2517
Winter sun 892
Whitening 528
X2 497

$290k in food sales

Received from **Tim Fruge** on Jan 31, 2020 8:46:24 AM

**TF**
Thursday $357,317.72
Gargle total 1530
16oz 1021
1oz 364
3.4oz 145
Whitening 551
Winter sun 430

Food total $225k

Received from **Tim Fruge** on Feb 1, 2020 9:00:53 AM

**TF**
Friday $375,644.55
Gargle total 2943
16oz 1574
1oz 762
3.4oz 607
Whitening 736
Superblue 514

$200k in food

Received from **Tim Fruge** on Feb 1, 2020 2:05:19 PM

**TF**

Received from **Tim Fruge** on Feb 1, 2020 2:05:21 PM

**TF**
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4288282/

Sent to **Tim Fruge** on Feb 5, 2020 3:45:20 PM

How was this week?   **AP**

Received from **Tim Fruge** on Feb 5, 2020 8:14:32 AM

**TF**
Monday $166,110.61
Gargle 16oz 648
Whitening 421
Gargle 1oz 405
Gargle 3oz 335

Food 70k

Tuesday $151,670.09
Gargle 16oz 662
Gargle 1oz 478
Gargle 3oz 476
Whitening 469

Food 50k

iPhone ▮▮▮▮▮▮



May 15, 2020 at 11:25:38 AM

**Messages with Tim Fruge** 

Received from **Tim Fruge** on Feb 5, 2020 8:15:54 AM

TF  Moved 16oz to full retail. About 1500 bottles left. About 5k 1oz bottles left. We can have more in 3-4 weeks if you want to order more. Just let me know

Sent to **Tim Fruge** on Feb 5, 2020 8:39:48 AM

How many 3 oz?  

Received from **Tim Fruge** on Feb 5, 2020 8:40:53 AM

TF  About 15k

Received from **Tim Fruge** on Feb 6, 2020 9:06:25 AM

TF  Wednesday $167,500.87
16oz gargle 487
Whitening 414
1oz gargle 370
3oz gargle 280

Food $70k

Received from **Tim Fruge** on Feb 6, 2020 9:12:21 AM

TF  About 15k

Received from **Tim Fruge** on Feb 6, 2020 9:15:16 AM

TF  We have about 1000 16oz left. It's at full retail right now. About 5k 1oz

Sent to **Tim Fruge** on Feb 6, 2020 9:16:42 AM

Thanks  

Received from **Tim Fruge** on Feb 6, 2020 8:13:28 PM



TF  

Received from **Tim Fruge** on Feb 6, 2020 8:13:28 PM

TF  Do you like any of these?

Received from **Tim Fruge** on Feb 6, 2020 8:34:16 PM

TF  👍

Received from **Tim Fruge** on Feb 7, 2020 8:57:42 AM

TF  Thursday $221,358.03
3oz gargle 1493
1oz gargle 695
Whitening 651
16oz gargle 630

Food around $90k

iPhone ▮▮▮▮▮▮▮▮

**PLTF000991**

May 15, 2020 at 11:25:38 AM

**Messages with Tim Fruge**



Received from **Tim Fruge** on Feb 8, 2020 10:49:45 AM

> Friday $219,235.20
> 3.4 oz gargle 2915
> 1oz gargle 588
> Whitening 586

Sent to **Tim Fruge** on Feb 8, 2020 10:55:31 AM

> How did food do?

Received from **Tim Fruge** on Feb 8, 2020 10:56:06 AM

> Almost $90k

Received from **Tim Fruge** on Feb 8, 2020 11:01:02 AM

> I did put the order in on Friday already when they agreed to the lower price. I can try and get it stopped on Monday. It's one of those things we're it's hot right now and I don't know where it'll be in a few months. I think if we get it quickly like they promised, we could flip them and make some more money.

Sent to **Tim Fruge** on Feb 8, 2020 11:03:06 AM

> I think you are right

Received from **Tim Fruge** on Feb 8, 2020 11:04:59 AM

> About 15k

Sent to **Tim Fruge** on Feb 10, 2020 8:49:33 AM

> How are $

Received from **Tim Fruge** on Feb 10, 2020 8:55:25 AM

> Saturday $141,247.51
> 3oz gargle 1659
> Whitening 419
> 1oz gargle 418
>
> Food $55k
>
> Sunday $128,926.21
> 3oz 1495
> Whitening 403
> 1oz 332
>
> $50k food

Sent to **Tim Fruge** on Feb 10, 2020 2:14:56 PM

> What time is the hair cut?

Received from **Tim Fruge** on Feb 10, 2020 2:15:14 PM

> 3:15

Received from **Tim Fruge** on Feb 11, 2020 8:41:38 AM

> Monday $153,170.52
> 3oz gargle 1508
> Whitening 474
> 1oz gargle 453
>
> Food $65k

PLTF000992



**Messages with Tim Fruge** 

Received from **Tim Fruge** on Feb 13, 2020 8:53:49 AM

> TF
>
> Wednesday $141,671.74
> Whitening 918
> 3oz 567
> Superblue 360
> 1oz 307
>
> Food $50k

Received from **Tim Fruge** on Feb 14, 2020 9:06:52 AM

> TF
>
> Thursday $145,242.10
> Whitening 714
> 3oz gargle 348
> Superblue 336
>
> Food $70k

Sent to **Tim Fruge** on Feb 15, 2020 3:13:20 PM

> How was Friday?   AP

Received from **Tim Fruge** on Feb 15, 2020 3:14:06 PM

> TF
>
> Down overall but food is still keeping things going.
>
> Friday $131,238.45
> Whitening 588
> 3oz gargle 349
> Superblue 295
>
> Food $65k

Sent to **Tim Fruge** on Feb 15, 2020 3:14:24 PM

> Crazy   AP

Received from **Tim Fruge** on Feb 15, 2020 3:15:02 PM

> TF   Yea

Received from **Tim Fruge** on Feb 17, 2020 9:09:54 AM

> TF
>
> Saturday $101,643.24
> Whitening 432
> 3oz 227
> Superblue 197
>
> Food $40k
>
> Sunday $106,791.97
> Whitening 453
> 3oz 221
> Superblue 204
>
> Food $40k

Received from **Tim Fruge** on Feb 18, 2020 9:15:22 AM

> TF
>
> Monday $157,555.96
> Vitamin Fusion 704
> Whitening 432
> Superblue 367
>
> Food $55k

Received from **Tim Fruge** on Feb 18, 2020 9:37:39 AM

> TF
>
> 346 3oz
> 202 1oz

iPhone

**PLTF000993**

May 15, 2020 at 11:25:38 AM

**Messages with Tim Fruge** ▓▓▓▓▓▓▓▓▓▓

Received from **Tim Fruge** on Feb 19, 2020 8:46:59 AM

TF
Tuesday $139,537.17
Vitamin Fusion 566
Whitening 419
Gargle 3oz 329

Food $45k

Sent to **Tim Fruge** on Feb 19, 2020 8:47:09 AM

Ok  AP

Sent to **Tim Fruge** on Feb 19, 2020 11:33:14 AM

Tell accounting to give me a raise sheet for the office  AP

Sent to **Tim Fruge** on Feb 19, 2020 11:33:17 AM

Today  AP

Sent to **Tim Fruge** on Feb 19, 2020 11:33:18 AM

Thanks  AP

Received from **Tim Fruge** on Feb 19, 2020 11:33:35 AM

TF  Will do.👍🏻

Received from **Tim Fruge** on Feb 19, 2020 2:45:13 PM

TF  👍🏼

Received from **Tim Fruge** on Feb 20, 2020 9:17:04 AM

TF
Wednesday $120,231.69
Vitamin Fusion 464
Whitening 403
Ultra 12 270

Food $35k

Received from **Tim Fruge** on Feb 20, 2020 9:57:47 AM



TF

Received from **Tim Fruge** on Feb 20, 2020 9:57:47 AM

TF  Like any of these?

Received from **Tim Fruge** on Feb 20, 2020 10:25:42 AM

TF  Working on all that now

Received from **Tim Fruge** on Feb 20, 2020 12:45:12 PM

TF  Daria has both. I'll run over extra copies

**Messages with Tim Fruge** ████████████

Received from **Tim Fruge** on Feb 21, 2020 8:37:11 AM


Thursday $208,989.49
DNA 650
Whitening 438
Vitamin Fusion 402

Food $80k

Received from **Tim Fruge** on Feb 24, 2020 8:55:10 AM

Friday $231,581.42
DNA Force 670
Whitening 437
Vitamin Fusion 327
Food $100k

Saturday $200,977.76
DNA Force 596
Whitening 331
Superblue 319
Food $90k

Sunday $220,684.09
Whitening 362
DNA 358
Vitamin Fusion 301
Food $105k

Received from **Tim Fruge** on Feb 24, 2020 8:55:14 AM

Great weekend

Sent to **Tim Fruge** on Feb 24, 2020 8:59:11 AM

Fantastic 

Sent to **Tim Fruge** on Feb 26, 2020 7:02:39 AM

I know it's early 

Sent to **Tim Fruge** on Feb 26, 2020 7:02:49 AM

Just wondering how $ we're

Received from **Tim Fruge** on Feb 26, 2020 7:06:03 AM


We ended up about $810k yesterday. Gonna take me a bit to calculate what percentage of that was food but it's looking like about $650k-$700k in food sales. We are already over $100k today at 6:45 this morning. Crazy...

Sent to **Tim Fruge** on Feb 26, 2020 7:09:20 AM



Sent to **Tim Fruge** on Feb 26, 2020 7:09:23 AM



Received from **Tim Fruge** on Feb 27, 2020 7:17:35 AM


We ended up about $750k total yesterday. Looks like food sales was about $625k-$650k. Matt just informed me that we say 6-8 weeks now for delivery. He doesn't anticipate it going over 8 weeks no matter what. We are selling more food daily than he can physically produce and he is getting other factories to help package now. Absolutely bonkers...

Sent to **Tim Fruge** on Feb 27, 2020 8:12:35 AM

Match there terms



**Messages with Tim Fruge** 

Sent to **Tim Fruge** on Feb 27, 2020 8:12:42 AM

5 weeks     AP

Received from **Tim Fruge** on Feb 28, 2020 9:32:23 AM

   

Sent to **Tim Fruge** on Feb 29, 2020 8:34:50 AM

How did it go?     AP

Received from **Tim Fruge** on Feb 29, 2020 8:36:25 AM

TF   It slowed down. We did about $550k yesterday and about $400k was food. Matt is seeing the same thing

Sent to **Tim Fruge** on Feb 29, 2020 8:58:28 AM

What were the days this week     AP

Sent to **Tim Fruge** on Feb 29, 2020 8:58:35 AM

I see a few     AP

Received from **Tim Fruge** on Feb 29, 2020 9:04:12 AM

Saturday $200,977.76
DNA Force 596
Whitening 331
Superblue 319
Food $90k

Sunday $220,684.09
Whitening 362
DNA 358
Vitamin Fusion 301
Food $105k

Monday $748,552.12
Whitening 552
3oz gargle 505
4 week food 455
DNA 409
Food $575k

Tuesday $807,930.95
Whitening 628
Bodease 623
4 week 582
Food $625k

Wednesday $748,477.25
Whitening 552
Bodease 547
4 week 532
Food $625k

Thursday $739,646.72
Bodease 1046
Whitening 550
4 week 472
Vitamin Fusion 437
Food $575k

Friday $541,632.39
Bodease 879
Whitening 452
Vitamin Fusion 398
Food $400k

Sent to **Tim Fruge** on Mar 1, 2020 8:09:30 AM

What did yesterday do?     AP

iPhone

**PLTF000996**

May 15, 2020 at 11:25:39 AM

**Messages with Tim Fruge** ▮▮▮▮▮▮

Received from **Tim Fruge** on Mar 1, 2020 8:35:16 AM

**TF** We did right at $260k total. It'll take me a bit to figure out the breakdown but it looks like it'll be somewhere around $150k-$175k in food sales. Definitely slowed down

Received from **Tim Fruge** on Mar 1, 2020 9:19:31 AM

**TF** They seem to be closed on Sundays

Sent to **Tim Fruge** on Mar 1, 2020 9:25:45 AM

Thanks  

Sent to **Tim Fruge** on Mar 1, 2020 9:26:11 AM

Thanks  

Received from **Tim Fruge** on Mar 2, 2020 8:41:29 AM

**TF** Sunday $263,402.90
Whitening 472
Bodease 441
X2 293
Vitamin Fusion 250
Food $125k

Sent to **Tim Fruge** on Mar 2, 2020 9:37:29 AM

Get the number in the frost account first  

Sent to **Tim Fruge** on Mar 2, 2020 9:37:35 AM

Send ASAP  

Sent to **Tim Fruge** on Mar 2, 2020 9:37:53 AM

Then send what is incoming accorded to bank 

Sent to **Tim Fruge** on Mar 3, 2020 8:38:40 AM



Sent to **Tim Fruge** on Mar 3, 2020 8:39:05 AM



Received from **Tim Fruge** on Mar 3, 2020 8:55:01 AM

**TF** I'll get him working on the stickers today.

iPhone ▮▮▮▮▮

May 15, 2020 at 11:25:39 AM

**Messages with Tim Fruge** ▓▓▓▓▓

Received from **Tim Fruge** on Mar 3, 2020 8:55:04 AM



Monday $275,406.69
Bodease 730
Whitening 660
X2 449
Food $125k

Received from **Tim Fruge** on Mar 4, 2020 9:04:28 AM



Tuesday $330,053.02
Turbo Force 957
Whitening 799
Bodease 631
X2 482
Food $145k

Received from **Tim Fruge** on Mar 5, 2020 10:36:29 AM



Wednesday $268,554.51
Turbo force 713
Whitening 683
Bodease 502
X2 466
Food $110k

Sent to **Tim Fruge** on Mar 5, 2020 2:23:05 PM

Please send photo of bald 

Sent to **Tim Fruge** on Mar 5, 2020 2:23:11 PM

 

Received from **Tim Fruge** on Mar 5, 2020 2:23:26 PM



Received from **Tim Fruge** on Mar 6, 2020 9:04:52 AM



Thursday $263,254.27
Whitening 667
Bodease 545
X2 507
Turbo 420
Food $105k

Sent to **Tim Fruge** on Mar 7, 2020 8:32:05 AM

Order more mouth wash 

Sent to **Tim Fruge** on Mar 7, 2020 8:32:56 AM

https://colloidalsilvermouthwash.naturalnews.com/colloidal-silver-mouthwash.html?
utm_source=NaturalNews.com&utm_campaign=Glyphosate-Tested-Colloidal-Silver-
Mouthwash&utm_medium=300x250 

Sent to **Tim Fruge** on Mar 7, 2020 9:58:02 AM

Don't order any more small ones 

iPhone ▓▓▓▓▓

**PLTF000998**

May 15, 2020 at 11:25:39 AM

**Messages with Tim Fruge** ████████

Received from **Tim Fruge** on Mar 7, 2020 9:58:52 AM

 

Sent to **Tim Fruge** on Mar 7, 2020 10:58:53 AM

Let's talk    AP

Sent to **Tim Fruge** on Mar 7, 2020 11:01:45 AM

Ask them about a 63 thousand run    AP

Sent to **Tim Fruge** on Mar 7, 2020 11:02:05 AM

That's two not 3 but the same set up.    AP

Sent to **Tim Fruge** on Mar 7, 2020 11:02:30 AM

Two 30+ runs not 3    AP

Sent to **Tim Fruge** on Mar 7, 2020 11:03:19 AM

Or what ever they can do    AP

Received from **Tim Fruge** on Mar 7, 2020 11:12:13 AM

TF  Just called and left a message. I'll ask about all options. It'll probably be Monday before I hear back

Sent to **Tim Fruge** on Mar 7, 2020 11:21:27 AM

 

Received from **Tim Fruge** on Mar 7, 2020 11:22:05 AM

 

Received from **Tim Fruge** on Mar 9, 2020 9:13:18 AM

Saturday $254,644.51
Whitening 525
X2 353
Bodease 308
Food $110k

Sunday $245,042.60
Whitening 595
Bodease 384
DNA 333
Food $110k

Sent to **Tim Fruge** on Mar 9, 2020 9:32:59 AM

How was Friday?    AP

Sent to **Tim Fruge** on Mar 9, 2020 9:33:03 AM

290?    

**PLTF000999**

**Messages with Tim Fruge** ███████

Received from **Tim Fruge** on Mar 9, 2020 9:34:51 AM

**TF**
> Friday $294,276.24
> Whitening 704
> Bodease 540
> X2 517
> Turbo 375
> Food $110k

Received from **Tim Fruge** on Mar 10, 2020 9:30:43 AM

**TF**
> Monday $323,944.24
> X2 2129
> Whitening 865
> X3 1oz 584
> Bodease 493
> Food $115k
>
> The iodine push worked.

Sent to **Tim Fruge** on Mar 11, 2020 7:49:24 AM

> https://www.motherjones.com/environment/2020/03/the-feds-are-going-after-bogus-coronavirus-products-should-alex-jones-be-worried/



Received from **Tim Fruge** on Mar 11, 2020 9:11:51 AM

**TF**
> That Timothy Johnson guy monitors your every move and tattles to everyone about you. Ridiculous.

Received from **Tim Fruge** on Mar 11, 2020 9:12:06 AM

**TF**
> Tuesday $245,168.88
> X2 1516
> Whitening 655
> Superblue 426
> X3 1oz 388
> Bodease 381
> Food 75k

Received from **Tim Fruge** on Mar 12, 2020 9:22:55 AM

**TF**
> Wednesday $346,895.77
> X2 1201
> Whitening 874
> Vasobeet 661
> Food $140k

Sent to **Tim Fruge** on Mar 13, 2020 6:34:49 AM

> That order from the AG is not clear

Sent to **Tim Fruge** on Mar 13, 2020 6:34:56 AM

> From the news

Sent to **Tim Fruge** on Mar 13, 2020 6:35:22 AM

> We need to go on the site and find what they really said.

Sent to **Tim Fruge** on Mar 13, 2020 6:36:13 AM

> But for now we need to stop selling the tooth past and not talk about it.

Sent to **Tim Fruge** on Mar 13, 2020 7:16:00 AM

>  jones_cease_and_desist_3.12.2020.pdf

**Messages with Tim Fruge** ▆▆▆▆▆▆



Received from **Tim Fruge** on Mar 13, 2020 8:53:35 AM

TF
> Thursday $553,999.30
> Gargle 5291
> X2 1360
> Whitening 1331
> Superblue 902
> Vasobeet 670
> Bodease 518
> Living defense 510
> Food $140k

Received from **Tim Fruge** on Mar 14, 2020 8:43:24 AM

TF
> 👤 Jonathon  Emord

Received from **Tim Fruge** on Mar 14, 2020 8:43:36 AM

TF
> That's the only number I have for him

Sent to **Tim Fruge** on Mar 15, 2020 7:59:56 AM

> https://www.google.com/amp/s/qz.com/1818606/alex-jones-ordered-to-stop-selling-fake-coronavirus-cures/amp/    AP

Sent to **Tim Fruge** on Mar 15, 2020 8:03:42 AM

> https://www.google.com/amp/s/www.bloomberg.com/amp/news/articles/2020-03-13/alex-jones-denies-he-offered-covid-19-cures-on-inforwars-website    AP

Sent to **Tim Fruge** on Mar 15, 2020 8:58:40 AM

> How were $    AP

Received from **Tim Fruge** on Mar 15, 2020 9:01:26 AM

TF
> Right at $300k
> 1600 bottles of immune gargle
> 600 whitening
> 600 X2
> Food appears to be about $120k

Received from **Tim Fruge** on Mar 15, 2020 9:02:06 AM

TF
> Peter A. Arhangelsky, Esq. | EMORD & ASSOCIATES, P.C. | 2730 S. Val Vista
> Dr., Bld. 6, Ste 133 | Gilbert, AZ 85295 | Firm: (602) 388-8899 | Direct:
> ▆▆▆▆▆▆

Received from **Tim Fruge** on Mar 15, 2020 9:48:28 AM

TF
> 👍

Received from **Tim Fruge** on Mar 16, 2020 10:40:52 AM

TF
> Sunday $322,840.53
> Gargle 1377
> X2 679
> Whitening 566
> Superblue 509
> Food $140k

Received from **Tim Fruge** on Mar 16, 2020 12:31:56 PM

TF
> Confirmed he has it. 👍

**PLTF001001**

May 15, 2020 at 11:25:40 AM

**Messages with Tim Fruge** ████████████

Sent to **Tim Fruge** on Mar 16, 2020 2:11:36 PM



Received from **Tim Fruge** on Mar 16, 2020 2:12:34 PM

**TF** Thanks. I'll let Emord know

Received from **Tim Fruge** on Mar 17, 2020 9:02:20 AM

**TF** With a shipping delay of 12 weeks we believe it would be irresponsible to take new orders for storable food today. We are temporarily not accepting new orders for storable food. Others may continue to do so. We do not think that is responsible.

Our expanding team is focusing on and will deliver the tens of thousands of orders already in our queue as we work diligently through this national emergency together.

Sent to **Tim Fruge** on Mar 17, 2020 9:36:02 AM

The name is artemisinin found in sweet wormwood. 

Received from **Tim Fruge** on Mar 17, 2020 9:36:54 AM

**TF** I'll get on it right now

Received from **Tim Fruge** on Mar 17, 2020 10:20:33 AM

**TF** I've reached out. Just waiting for him to let me know

Received from **Tim Fruge** on Mar 17, 2020 10:58:06 AM

**TF** He sees no issues saying get the boost you and your family needs. I'll have them change the banners now

Sent to **Tim Fruge** on Mar 17, 2020 10:59:50 AM

Ok 

Received from **Tim Fruge** on Mar 18, 2020 8:18:17 AM

**TF** Tuesday $201,906.65
Gargle 681
X2 513
Superblue 473
Bodease 296
Living defense 290
Vitamin Fusion 265

Sent to **Tim Fruge** on Mar 19, 2020 9:03:38 AM

How was $ 

Received from **Tim Fruge** on Mar 19, 2020 9:04:32 AM

**TF** Wednesday $200,279.35
Gargle 16oz 686
X2 599
Superblue 532
Vitamin Fusion 423
Bodease 377
Living defense 356

**Messages with Tim Fruge** ▓▓▓▓▓▓▓▓▓

Received from **Tim Fruge** on Mar 19, 2020 9:04:53 AM

**TF** Still working on disinfectant

Received from **Tim Fruge** on Mar 20, 2020 8:24:14 AM

**TF**
Thursday $319,899.38
Gargle 16oz 1050
X2 920
Superblue 768
Gargle 1oz 750
Bodease 582
Living defense 515

Received from **Tim Fruge** on Mar 20, 2020 8:28:03 AM

**TF** Bingo

Received from **Tim Fruge** on Mar 20, 2020 11:06:12 AM

**TF** Working on it now

Received from **Tim Fruge** on Mar 20, 2020 11:19:58 AM

**TF** Red pill and red pill plus both have 15mg of zinc. We have 17k of red pill and 20k of red pill plus. Both 60 days supplies, both $69.95

Received from **Tim Fruge** on Mar 20, 2020 11:45:36 AM

**TF** ?

Sent to **Tim Fruge** on Mar 20, 2020 6:03:40 PM



**AP**

Received from **Tim Fruge** on Mar 20, 2020 6:04:25 PM

**TF** I'll send it over to them now

Received from **Tim Fruge** on Mar 20, 2020 6:04:37 PM

**TF** We are at $315k right now

Sent to **Tim Fruge** on Mar 20, 2020 7:24:57 PM



**AP**

Received from **Tim Fruge** on Mar 20, 2020 7:32:16 PM

**TF** No worries. I've got them all working on it now

iPhone ▓▓▓▓▓▓▓

May 15, 2020 at 11:25:41 AM

**Messages with Tim Fruge**



Received from **Tim Fruge** on Mar 20, 2020 7:40:16 PM

TF — Blake Roddy

Received from **Tim Fruge** on Mar 21, 2020 10:39:14 AM

TF —
Friday $425,690.56
Gargle 16oz 1206
Superblue 1149
X2 999
Red Pill Plus 855
Red Pill 835
Gargle 1oz 812
Bodease 667

Sent to **Tim Fruge** on Mar 22, 2020 10:55:14 AM

https://www.infowars.com/mnuchin-fed-to-make-4-trillion-in-business-loans-send-3000-checks-to-family-of-four/   AP

Sent to **Tim Fruge** on Mar 22, 2020 10:55:25 AM

Let's make sure we get in on this   AP

Sent to **Tim Fruge** on Mar 22, 2020 7:46:13 PM

https://www.fox4news.com/news/shelter-at-home-order-issued-for-dallas-county   AP

Sent to **Tim Fruge** on Mar 22, 2020 7:46:21 PM

Look at who is exempt   AP

Sent to **Tim Fruge** on Mar 22, 2020 7:46:45 PM

Media and internet   AP

Received from **Tim Fruge** on Mar 22, 2020 9:07:17 PM

TF — Yea. This one from NY is pretty comprehensive and lists media and warehouse/distribution and fulfillment as essential services.

Received from **Tim Fruge** on Mar 22, 2020 9:07:19 PM

TF — https://www.whec.com/coronavirus/what-businesses-are-considered-lsquoessentialrsquo/5679294/

Sent to **Tim Fruge** on Mar 22, 2020 9:25:54 PM

Yes it's a fact   AP

Sent to **Tim Fruge** on Mar 22, 2020 9:26:02 PM

But people don't believe it   AP

Sent to **Tim Fruge** on Mar 22, 2020 9:26:06 PM

Very sad   AP

Received from **Tim Fruge** on Mar 22, 2020 9:27:15 PM

TF 👍🏼

Received from **Tim Fruge** on Mar 23, 2020 10:29:51 AM

TF 👍🏼

**PLTF001004**

Messages with Tim Fruge ███████

Sent to **Tim Fruge** on Mar 23, 2020 10:34:26 AM

 

Sent to **Tim Fruge** on Mar 23, 2020 10:21:53 PM

Let's do a deal on the water filters. 

Sent to **Tim Fruge** on Mar 24, 2020 10:05:14 AM

 

Sent to **Tim Fruge** on Mar 25, 2020 9:00:25 AM

https://www.infowarsstore.com/catalog/category/view/s/apparel/id/186/?ims=sjqqo&utm_campaign=get+the+gear+millie&utm_source=infowars+top+banner&utm_medium=infowars+top+banner&utm_content=get+the+gear+millie 

Sent to **Tim Fruge** on Mar 25, 2020 9:00:49 AM

What time are you coming in? 

Received from **Tim Fruge** on Mar 25, 2020 9:01:14 AM

I'm here now

Sent to **Tim Fruge** on Mar 25, 2020 9:04:30 AM

On my way

Received from **Tim Fruge** on Mar 25, 2020 9:06:30 AM

Tuesday $176,284.63
Red Pill Plus 567
Superblue 556
Red Pill 491
X2 343
Vitamin Fusion 328

Received from **Tim Fruge** on Mar 26, 2020 8:56:42 AM

Wednesday $195,618.72
Superblue 592
Red pill 384
X2 343
Red pill plus 339
Food $50k

Received from **Tim Fruge** on Mar 26, 2020 10:40:10 AM

It's in the store. I'll make sure it's moved to the top of top selling shirts

iPhone ███████

PLTF001005

May 15, 2020 at 11:25:41 AM

Messages with Tim Fruge

Received from **Tim Fruge** on Mar 26, 2020 10:44:36 AM

Got it. I'll get graphics working on it

Sent to **Tim Fruge** on Mar 26, 2020 7:59:23 PM



Received from **Tim Fruge** on Mar 27, 2020 9:28:50 AM



Thursday $231,798.67
Superblue 481
Living defense 391
Red pill 336
Red pill plus 317
Food $75k

Received from **Tim Fruge** on Mar 30, 2020 9:35:30 AM



Sunday $160,477.63
Superblue 279
Bodease 191
Living defense 176
Food $55k

Received from **Tim Fruge** on Mar 31, 2020 9:24:03 AM



Monday $215,491.20
Superblue 490
Red Pill 305
Red Pill Plus 303
Living defense 222
Food $95k

Received from **Tim Fruge** on Mar 31, 2020 1:06:03 PM

 

Sent to **Tim Fruge** on Mar 31, 2020 1:09:17 PM

What's the other guys name?

Sent to **Tim Fruge** on Mar 31, 2020 1:09:45 PM

The other lawyers?

Sent to **Tim Fruge** on Mar 31, 2020 1:09:55 PM

His phone is messed up

Sent to **Tim Fruge** on Mar 31, 2020 1:10:37 PM

I need his switch number

Sent to **Tim Fruge** on Mar 31, 2020 1:10:41 PM

Main number

**Messages with Tim Fruge** ███████████



Received from **Tim Fruge** on Mar 31, 2020 1:15:39 PM

Peter A. Arhangelsky, Esq. | EMORD & ASSOCIATES, P.C.
Direct:
██████████

Received from **Tim Fruge** on Mar 31, 2020 1:34:00 PM

Ok. I'll make the call now

Sent to **Tim Fruge** on Mar 31, 2020 11:33:49 PM

https://www.mediamatters.org/coronavirus-covid-19/alex-jones-wont-stop-suggesting-supplements-he-sells-provide-benefit-against

Sent to **Tim Fruge** on Mar 31, 2020 11:33:53 PM

This was the ban point

Sent to **Tim Fruge** on Mar 31, 2020 11:34:11 PM

Please save to lawyer

Sent to **Tim Fruge** on Mar 31, 2020 11:35:54 PM

https://www.infowarsstore.com

Sent to **Tim Fruge** on Mar 31, 2020 11:38:18 PM

https://ods.od.nih.gov/factsheets/Zinc-HealthProfessional/

Sent to **Tim Fruge** on Apr 1, 2020 8:08:26 AM

Please stay on the FDA lawyer

Received from **Tim Fruge** on Apr 1, 2020 8:18:25 AM

I sent them an email this morning asking to call you this morning. I still have had no luck with the phones. Hopefully you'll hear from them this morning. I'll let you know if I get an email response

Received from **Tim Fruge** on Apr 1, 2020 8:20:10 AM

Tuesday $210,333.49
Superblue 572
Red Pill Plus 348
Red Pill 325
Bodease 252
Food $90k

Sent to **Tim Fruge** on Apr 1, 2020 8:20:42 AM

Thanks GOD for the the food!

Sent to **Tim Fruge** on Apr 1, 2020 8:21:05 AM

Is he on time with the orders still

Received from **Tim Fruge** on Apr 1, 2020 8:21:11 AM

No kidding. Hopefully x3 and dna will do good today

Received from **Tim Fruge** on Apr 1, 2020 8:21:21 AM

Yes. Still on original schedule

Received from **Tim Fruge** on Apr 1, 2020 8:21:34 AM

A little ahead on some kits actually

iPhone ██████████

PLTF001007

- 44 -

May 15, 2020 at 11:25:42 AM

**Messages with Tim Fruge** ████████████

Received from **Tim Fruge** on Apr 2, 2020 9:30:48 AM



Wednesday $276,846.41
Superblue 744
X3 653
Red pill 360
Red Pill Plus 331
Bodease 301
Food $125k

Sent to **Tim Fruge** on Apr 3, 2020 7:09:05 AM

https://www.google.com/amp/s/www.statesman.com/news/20200328/lawsuit-infowars-used-epstein-death-photo-without-permission%3ftemplate=ampart



Received from **Tim Fruge** on Apr 3, 2020 10:21:30 AM

Thursday $275,940.66
X3 744
Superblue 737
Prostaguard 399
Bodease 297
Living defense 288
Red pill 281
Red pill plus 266
DNA 257
Food $100k

Received from **Tim Fruge** on Apr 4, 2020 9:20:34 AM



Sent to **Tim Fruge** on Apr 5, 2020 8:48:11 AM

How did Friday and Saturday do?



Received from **Tim Fruge** on Apr 5, 2020 9:13:40 AM

Friday $287,948.32
X3 858
Superblue 598
Bodease 346
DNA 311
Food $110k

Saturday $215,946.98
X3 538
Superblue 487
Bodease 223
DNA 197
Food $85k

Sent to **Tim Fruge** on Apr 5, 2020 3:28:17 PM

 Audio: New Recording 146.m4a



Received from **Tim Fruge** on Apr 6, 2020 7:06:33 AM



Just got up. I'll work on getting it all right now

**Messages with Tim Fruge**



Received from **Tim Fruge** on Apr 6, 2020 7:28:13 AM

TF — FILE_0785.zip

Received from **Tim Fruge** on Apr 6, 2020 7:28:13 AM

TF — I'll email them to you shortly

Received from **Tim Fruge** on Apr 6, 2020 8:20:48 AM

TF —
Sunday $197,755.47
Winter sun 1063
Superblue 548
X3 446
DNA 238
Food $50k

Sent to **Tim Fruge** on Apr 6, 2020 11:28:55 AM

I never got all three — AP

Received from **Tim Fruge** on Apr 6, 2020 11:33:01 AM

TF — Homeland Security Letter.pdf

Received from **Tim Fruge** on Apr 6, 2020 11:33:11 AM

TF — Dep.of Army Letter to the FDA.PDF

Received from **Tim Fruge** on Apr 6, 2020 11:33:22 AM

TF — Homeland Security Letter w_ Keith's email.pdf

Received from **Tim Fruge** on Apr 6, 2020 11:33:28 AM

TF — jones_cease_and_desist_3.12.2020.pdf

Received from **Tim Fruge** on Apr 6, 2020 11:33:52 AM

TF — That's what I have

Received from **Tim Fruge** on Apr 6, 2020 1:33:44 PM

TF — 2005.04.26_malaria_and_tb-_implementing_proven_treatment_and_eradication_methods.pdf

Received from **Tim Fruge** on Apr 7, 2020 9:03:08 AM

TF —
Monday $215,299.99
Winter sun 1581
Superblue 566
X3 289
DNA 211
Food $40k

Sent to **Tim Fruge** on Apr 7, 2020 2:10:29 PM

https://www.infowars.com/stores-pull-ivermectin-dewormer-after-study-showed-it-eliminates-covid-19/ — AP

Sent to **Tim Fruge** on Apr 7, 2020 4:47:35 PM

Reg hamburger with lettuce, tomato, pickles, bacon. French fries & ice tea unsweetened or coke. — AP

**PLTF001009**

**Messages with Tim Fruge** ███████████

Received from **Tim Fruge** on Apr 7, 2020 4:52:41 PM

 

Sent to **Tim Fruge** on Apr 7, 2020 6:40:55 PM

Please tell me wizards location 

Received from **Tim Fruge** on Apr 8, 2020 9:23:46 AM


Tuesday $170,343.55
Winter sun 1396
Superblue 438
X3 322
DNA 185
Breeze 34
Food $35k

Received from **Tim Fruge** on Apr 8, 2020 3:21:54 PM

 



Received from **Tim Fruge** on Apr 8, 2020 3:21:54 PM

 Closer to what you were thinking?

Sent to **Tim Fruge** on Apr 8, 2020 4:25:08 PM

That's it  

Received from **Tim Fruge** on Apr 9, 2020 10:43:48 AM

Wednesday $222,378.58
Winter sun 1187
Vitamin Fusion 986
Superblue 594
X3 377
Breeze 52
Food $40k

Received from **Tim Fruge** on Apr 11, 2020 4:18:03 PM



**PLTF001010**

**Messages with Tim Fruge** ███████████

Received from **Tim Fruge** on Apr 14, 2020 8:23:16 AM



Monday $147,426.47
Winter sun 420
Vitamin Fusion 419
X3 237
Food $45k

Received from **Tim Fruge** on Apr 14, 2020 11:02:18 AM



Sent to **Tim Fruge** on Apr 15, 2020 7:00:57 AM

How are sales? AP

Sent to **Tim Fruge** on Apr 15, 2020 7:05:51 AM

I want to push food AP

Sent to **Tim Fruge** on Apr 15, 2020 7:06:00 AM

I want to say 6 weeks AP

Sent to **Tim Fruge** on Apr 15, 2020 7:06:09 AM

Can we do that? AP

Received from **Tim Fruge** on Apr 15, 2020 7:09:59 AM

Looks like we did about $175k yesterday. Matt texted me yesterday and said they are catching up and to remove the verbiage pre-order and say 7 weeks. I don't think it'll be an issue saying 6 weeks

Received from **Tim Fruge** on Apr 15, 2020 7:49:15 AM



Sent to **Tim Fruge** on Apr 15, 2020 8:49:28 AM


AP

Sent to **Tim Fruge** on Apr 15, 2020 10:46:55 AM

 AP

**Messages with Tim Fruge**████████

Received from **Tim Fruge** on Apr 15, 2020 11:28:53 AM



Received from **Tim Fruge** on Apr 15, 2020 11:28:53 AM

**TF** It's processed and they should see it anytime if they haven't seen it already.

Received from **Tim Fruge** on Apr 15, 2020 11:30:29 AM

**TF** Also sent all the docs to Marc. And sent him Emord's number and let Emord know that Marc will he reaching out. Kate will be reaching out to me soon. 👍

Sent to **Tim Fruge** on Apr 15, 2020 3:44:32 PM

 **AP**

Sent to **Tim Fruge** on Apr 15, 2020 4:32:35 PM

 **AP**

Received from **Tim Fruge** on Apr 16, 2020 8:25:58 AM

**TF** 
Wednesday $264,850.72
Winter sun 491
Vitamin Fusion 467
X3 343
Food $95k

Received from **Tim Fruge** on Apr 16, 2020 1:02:16 PM

**TF** Taken care of

Received from **Tim Fruge** on Apr 16, 2020 6:55:45 PM



**TF**

Sent to **Tim Fruge** on Apr 16, 2020 7:00:37 PM

 **AP**
Buy 20 thousand

Sent to **Tim Fruge** on Apr 16, 2020 7:00:46 PM

But get lower price **AP**

PLTF001012

**Messages with Tim Fruge** ▆▆▆▆▆▆

Received from **Tim Fruge** on Apr 17, 2020 8:22:09 AM

TF
> Thursday $269,602.66
> Winter sun 493
> Vitamin Fusion 380
> X3 310
> Food $115k

Received from **Tim Fruge** on Apr 17, 2020 5:18:22 PM

TF 👍🏽

Sent to **Tim Fruge** on Apr 18, 2020 6:39:17 AM

> Sorry you are stressed out   AP

Sent to **Tim Fruge** on Apr 18, 2020 6:39:22 AM

> You are kicking ass   AP

Sent to **Tim Fruge** on Apr 18, 2020 6:39:31 AM

> Make folks help you   AP

Received from **Tim Fruge** on Apr 18, 2020 11:06:42 AM

TF
> https://miracle2ofutah.com/product/clayton-tedeton-story/

Sent to **Tim Fruge** on Apr 19, 2020 10:29:49 AM

> 🎵 Audio: New Recording 275.m4a   AP

Sent to **Tim Fruge** on Apr 19, 2020 3:23:45 PM

> 🎵 Audio: New Recording 279.m4a   AP

Received from **Tim Fruge** on Apr 20, 2020 9:00:29 AM

TF
> Sunday $156,116.78
> Sanitizer 726
> Vitamin Fusion 231
> Winter sun 203
> Food $60k

Received from **Tim Fruge** on Apr 21, 2020 9:14:16 AM

TF
> Monday $189,339.29
> Sanitizer 1078
> Masks 687
> Vitamin Fusion 276
> Winter sun 255
> Food $72k

Received from **Tim Fruge** on Apr 21, 2020 1:33:10 PM

TF
> Completely understand. I'll let everyone know.

Sent to **Tim Fruge** on Apr 21, 2020 1:45:09 PM

> Thanks   AP

**PLTF001013**

**Messages with Tim Fruge** ████████



Received from **Tim Fruge** on Apr 22, 2020 9:02:44 AM

Tuesday $198,356.58
Masks 826
Sanitizer 678
Vitamin Fusion 262
Winter sun 235
Food $80k

Received from **Tim Fruge** on Apr 23, 2020 8:56:57 AM

Wednesday $271,121.77
Masks 767
Sanitizer 766
Vitamin Fusion 320
Food $145k

Sent to **Tim Fruge** on Apr 24, 2020 11:31:25 AM

How did we do?

Received from **Tim Fruge** on Apr 24, 2020 11:31:56 AM

Broke $300k yesterday

Received from **Tim Fruge** on Apr 24, 2020 11:31:59 AM

Thursday $301,373.26
Sanitizer 529
Masks 475
Vitamin Fusion 283
Winter sun 214
8 pack 198
Food $170k

Received from **Tim Fruge** on Apr 24, 2020 11:32:07 AM

On a good pace today as well

Sent to **Tim Fruge** on Apr 26, 2020 4:32:39 PM

How was Friday?

Sent to **Tim Fruge** on Apr 26, 2020 4:32:47 PM

Saturday?

Sent to **Tim Fruge** on Apr 26, 2020 4:32:50 PM

Thanks

Received from **Tim Fruge** on Apr 26, 2020 4:34:19 PM

Friday was about $265k
Saturday was about $130k

Sent to **Tim Fruge** on Apr 26, 2020 4:46:40 PM

Thanks!!!!!

Sent to **Tim Fruge** on Apr 26, 2020 4:46:44 PM

Love ya!

Sent to **Tim Fruge** on Apr 26, 2020 4:46:47 PM

Need ya!

Received from **Tim Fruge** on Apr 26, 2020 4:47:07 PM

Your welcome. Love ya too

iPhone ████████

**PLTF001014**

May 15, 2020 at 11:25:46 AM

**Messages with Tim Fruge** ▮▮▮▮▮▮▮▮▮



Received from **Tim Fruge** on Apr 27, 2020 9:18:18 AM

TF
Sunday $123,932.83
Sanitizer 360
Vitamin Fusion 190
Masks 178
8 pack 146
Food $45k

Received from **Tim Fruge** on Apr 28, 2020 9:08:57 AM

TF
Monday $215,630.56
X2 1036
Sanitizer 386
Vitamin Fusion 214
Food $100k

Sent to **Tim Fruge** on Apr 29, 2020 6:49:06 AM

https://m.youtube.com/watch?v=V_tazb_I_0g   AP

Received from **Tim Fruge** on Apr 29, 2020 7:22:19 AM

TF   Ridiculous. Doing a parody just to get a headline on google...

Sent to **Tim Fruge** on Apr 29, 2020 7:28:13 AM

Audio: New Recording 311.m4a   AP

Received from **Tim Fruge** on Apr 29, 2020 7:46:00 AM

TF
Tuesday $205,276.41
X2 828
Masks 241
Bodease 201
Sanitizer 198
Food $95k

Received from **Tim Fruge** on May 1, 2020 9:38:20 AM

TF
Thursday $253,507.48
X2 815
Krill 719
Sanitizer 428
Food $105k

Received from **Tim Fruge** on May 1, 2020 10:45:06 AM

TF
Wednesday $234,878.08
X2 835
Sanitizer 391
Vitamin Fusion 296
Masks 284
Food $105k

Received from **Tim Fruge** on May 2, 2020 10:18:50 AM

TF   2020.04.13 Free Speech Systems Subpoena.pdf

Sent to **Tim Fruge** on May 2, 2020 10:28:35 AM

2020.05.01 Free Speech Systems Subpoena.pdf   AP

Sent to **Tim Fruge** on May 2, 2020 7:41:23 PM

Ivan Raiklin DIA   AP

iPhone ▮▮▮▮▮▮▮▮

May 15, 2020 at 11:25:46 AM

**Messages with Tim Fruge**

Sent to **Tim Fruge** on May 3, 2020 9:23:43 PM

https://www.statesman.com/news/20200310/conspiracy-theorist-alex-jones-charged-with-dwi-near-austin-authorities-say

AP

Received from **Tim Fruge** on May 3, 2020 9:33:09 PM

TF  📄 Docsimplex0021.pdf

Sent to **Tim Fruge** on May 3, 2020 9:44:52 PM

Thanks 🙏  AP

Sent to **Tim Fruge** on May 4, 2020 7:27:23 AM

Please send me Kate's number  AP

Sent to **Tim Fruge** on May 4, 2020 7:27:25 AM

Thanks  AP

Received from **Tim Fruge** on May 4, 2020 7:30:37 AM

TF  👤 Kate Olivieri

Received from **Tim Fruge** on May 4, 2020 8:57:04 AM

TF  Sunday $153,394.68
X2 487
Krill 362
Sanitizer 223
Food $50k

TF  Thursday was $250k
Friday was $225k

Received from **Tim Fruge** on May 4, 2020 9:06:19 AM

Sent to **Tim Fruge** on May 5, 2020 3:13:33 PM



AP

Sent to **Tim Fruge** on May 6, 2020 7:35:45 AM

Sales good?  AP

Received from **Tim Fruge** on May 6, 2020 7:54:58 AM

TF  We did about $210k. I'll have the breakdown in a little bit

Sent to **Tim Fruge** on May 9, 2020 7:06:15 AM

Banned.video is down totally  AP

Sent to **Tim Fruge** on May 9, 2020 7:06:29 AM

The streams have been down for days  AP

iPhone ▓▓▓▓▓▓▓

**PLTF001016**

May 15, 2020 at 11:25:47 AM

**Messages with Tim Fruge** ██████████

Sent to **Tim Fruge** on May 9, 2020 7:06:48 AM

Total System failure AP

Sent to **Tim Fruge** on May 9, 2020 7:06:54 AM

We are in crisis AP

Sent to **Tim Fruge** on May 9, 2020 7:07:16 AM

Need outside video help crew can't do it AP

Sent to **Tim Fruge** on May 9, 2020 7:07:32 AM

How was Friday? AP

Sent to **Tim Fruge** on May 10, 2020 7:41:23 AM

The site is down most the time now AP

Sent to **Tim Fruge** on May 10, 2020 7:41:38 AM

Zimmermann can't fix it we need outside help fast AP

Sent to **Tim Fruge** on May 10, 2020 10:28:46 AM



AP

Received from **Tim Fruge** on May 11, 2020 8:50:22 AM

TF
Sunday $139,921.97
X2 376
Krill 365
Vitamin Fusion 162
Food $50k

Received from **Tim Fruge** on May 11, 2020 9:03:20 AM

TF Saturday was $130k

Received from **Tim Fruge** on May 11, 2020 9:13:12 AM

TF Got it. 👍

Received from **Tim Fruge** on May 11, 2020 7:10:34 PM

TF Got it. 👍

Received from **Tim Fruge** on May 12, 2020 8:08:58 AM

TF Will do. 👍

Received from **Tim Fruge** on May 12, 2020 8:09:01 AM

TF
Monday $176,563.64
Krill 537
X2 464
Vitamin Fusion 262
Food $45k

iPhone ██████████

May 15, 2020 at 11:25:47 AM

**Messages with Tim Fruge** ███████████

Sent to **Tim Fruge** on May 12, 2020 9:04:48 AM

Do you have fear bill? 

Sent to **Tim Fruge** on May 12, 2020 9:05:19 AM

https://www.cnn.com/2020/05/12/politics/donald-trump-coronavirus-reelection/index.html 

Received from **Tim Fruge** on May 12, 2020 9:07:13 AM

 I have Mukasey's bill printed out on my desk.

Received from **Tim Fruge** on May 14, 2020 9:01:09 AM


Wednesday $213,420.60
X2 547
Krill 511
Pollen 307
DNA 270
Food $55k

Received from **Tim Fruge** on May 15, 2020 8:59:07 AM


Thursday $218,712.15
X2 531
Krill 499
DNA 356
Food $40k

PLTF001018