# EXHIBIT 75

```
1    X06-UWY-CV18-6046436-S :  SUPERIOR COURT

2    ERICA LAFFERTY         :  COMPLEX LITIGATION DOCKET

3    v                      :  AT WATERBURY, CONNECTICUT

4    ALEX EMRIC JONES        :  SEPTEMBER 15, 2022
     ...................................................
5    X06-UWY-CV18-6046437-S :  SUPERIOR COURT

6    WILLIAM SHERLACH       :  COMPLEX LITIGATION DOCKET

7    v                      :  AT WATERBURY, CONNECTICUT

8    ALEX EMRIC JONES        :  SEPTEMBER 15, 2022
     ...................................................
9    X06-UWY-CV18-6046438-S :  SUPERIOR COURT

10   WILLIAM SHERLACH       :  COMPLEX LITIGATION DOCKET

11   v                      :  AT WATERBURY, CONNECTICUT

12   ALEX EMRIC JONES        :  SEPTEMBER 15, 2022

13        BEFORE THE HONORABLE BARBARA BELLIS, JUDGE AND JURY

14   VOLUME III OF IV
     WITNESS:  ATTORNEY BRITTANY PAZ AT 2:00 to 3:00
15   Corrected Transcript page 34 line 17  area to air.

16   A P P E A R A N C E S:

17

        Representing the Plaintiffs:
18          ATTORNEY CHRISTOPHER MATTEI
            ATTORNEY ALINOR STERLING
19          ATTORNEY JOSHUA KOSKOFF
            ATTORNEY MATTHEW BLUMENTHAL
20

21

        Representing the Defendant:
22          ATTORNEY NORMAN PATTIS

23

24                          RECORDED BY:
                            KENDYL HENAGHAN
25                          TRANSCRIBED BY:
                            Linda Coon, RPR
26                          Court Monitor/Court Reporter
                            400 Grand Street
27                          Waterbury, CT   06702
```

```
 1                    THE COURT:  Good afternoon.
 2              ATTY. MATTEI:  Good afternoon, Your Honor.
 3              THE COURT:  Please be seated.
 4               (SIDEBAR).
 5              VOICE:  Small issue.
 6               So, Ron wanted me to unmute the mics that he
 7         muted.
 8              THE COURT:  Yeah.
 9              VOICE:  But I don't have his password so I can't
10         get on his computer.
11              THE COURT:  Oh, okay.  We'll have to wait.
12              VOICE:  And he's getting the jurors.
13              THE COURT:  That's okay.  We'll wait.
14               (SIDEBAR END).
15              THE COURT:  He doesn't have your password.
16              THE CLERK:  Oh.  Okay.  Thank you.
17               There you go, Your Honor.
18              THE COURT:  All righty.
19              THE CLERK:  So, are we ready for the panel?
20              THE COURT:  Are we ready, counsel?
21              ATTY. MATTEI:  Yes, Your Honor.
22              ATTY. PATTIOS:  Yes, Judge.
23              THE COURT:  Okay.
24               (JURY PANEL ENTERS).
25              THE COURT:  All right.  Good afternoon.  Welcome
26         back.  I hope everyone had a nice lunch.
27              VOICE:  Thank you.
```

```
 1                  THE COURT:  Good afternoon.  Welcome back.

 2                  Ron will distribute your notebooks.  I'll count

 3            to ten at the same time.

 4                  And counsel will stipulate that our entire

 5            panel has returned?

 6                  ATTY. PATTIS: Yes.

 7                  ATTY. MATTEI:  Yes, Your Honor.

 8                  THE COURT:  All right.  Please be seated

 9            everyone.  Get yourselves settled in.

10                  All set, Ron?

11                  THE CLERK:  Yes.

12                  THE COURT:  All right.  Whenever you are ready.

13                  And, Miss Paz, you can resume the stand.

14                  THE WITNESS: Thank you.

15                  THE COURT:  Thank you.

16

17

18

19

20

21

22

23

24

25

26

27
```

```
 1   BRITTANY PAZ

 2   CONTINUED DIRECT EXAMINATION BY ATTY. MATTEI:

 3              THE COURT:  Do you like our water?

 4              THE WITNESS: Afraid I'm going to run out.

 5              THE COURT:  You may inquire whenever you are

 6        ready, Counsel.

 7              ATTY. MATTEI:  Thank you very much, Your Honor.

 8    Q    Miss Paz, when we left for lunch, we had just

 9   finished showing the jury a series of Google Analytics

10   graphs.  All covered the three-day period between

11   September 24th, the date the article, FBI says, nobody

12   killed in Sandy Hook, and through the September 25th when

13   the broadcast with Mr. Halbig was, titled, FBI says nobody

14   killed in Sandy Hook massacre, featuring Wolfgang Halbig;

15   correct?

16    A   Yes.  I recall that.

17    Q    So, that's September of 2014.  At the end of 2014,

18   Free Speech Systems posted on it's website a documentary

19   called "we need to talk about Sandy Hook"; correct?

20    A    Yes.  I don't recall the exact date, but yes.

21    Q    And that documentary set forth the same false claim

22   that Mr. Jones had been making these years, that Sandy Hook

23   was a fake, staged event; correct?

24    A    I think that was the sum and substance of the

25   documentary, yes.

26    Q    And on December 28, 2014, Mr. Jones published a video

27   entitled, America the False Democracy; correct?  Do you
```

1    recall that?

2       A    Yes.  Again, I just don't recall the date, but yes, I

3    recall a video with that title.

4       Q    Okay.  All right.

5            ATTY. MATTEI: And this has been marked, Your

6            Honor, and admitted as Exhibit 22, America The False

7            Democracy, identified as a video published by

8            Infowars on December 28, 2014.

9            THE CLERK:  And that is a full exhibit, Your

10           Honor.

11           ATTY. PATTIS:  Agreed.

12           ATTY. MATTEI:  I would like to play Clip 22A,

13           please?

14           ATTY. PATTIS:  May I speak to Attorney Mattei

15           for a moment, please?

16           THE COURT:  You may.

17            (COUNSEL CONFERRING).

18            (VIDEO PLAYED).

19      Q    I think you testified yesterday that from the day of

20   the shooting until today, Free Speech Systems has not done

21   any investigation on the circumstances surrounding the event

22   itself; correct?

23      A    Independent investigation?  No.  That's correct.

24      Q    Right.  So, when Alex Jones says to his audience,

25   I've done deep research, that's a lie; correct?

26      A    It's not accurate.  That's correct.

27      Q    Now, the beginning of that video, the first thing

1    Alex Jones says, he kind of cuts off the caller and he says,

2    no, I know, I've had investigators on, the state police have

3    gone public.  The investigator he's talking about is

4    Wolfgang Halbig; correct?

5        A    Right.

6        Q    Now, he says investigators; correct?

7        A    He does.

8        Q    Right.  But he's just referring to Wolfgang Halbig?

9        A    I think that's who he's referring to, yes.

10       Q    And when he says, the state police have gone public,

11   he's talking about Wolfgang Halbig; right?

12       A    I'm not sure because, obviously, Mr. Halbig is not

13   Connecticut State Police, so --

14       Q    Right.

15       A    -- I don't know.

16       Q    But who else would he be talking about?

17       A    I don't know and didn't ask him that specific

18   question.

19       Q    Because one of the things that Wolfgang Halbig told

20   Infowars was that he had, in a previous career, had been a

21   state trooper; right?

22       A    He did say that, yes.

23       Q    But Free Speech Systems today just doesn't know

24   whether he's talking about Halbig?

25       A    Right.

26       Q    Then he says this bit again about the school being

27   closed the year before.  We know that's not true; right?

```
1        A    Right.

2        Q    He says that --  by the way, he says that the kids

3   were going around the school in circles for a photo op;

4   right?

5        A    Yes.  He said that a couple of times.

6        Q    Not true?

7        A    Right.

8        Q    And this is over a year after the state's attorney's

9   report about the shooting itself had come out and delivered

10  to Infowars; correct?

11       A    Well, correct.  Employees at Infowars had been given

12  a copy, right, and I don't know if Alex read it, but --

13       Q    You said that yesterday.

14       A    Right.

15       Q    And one of the reasons you don't know if he read it

16  is because you didn't ask him about it; right?

17       A    I did not.

18       Q    And you haven't read his deposition even though you

19  asked for it?

20       A    Right.  I didn't read the depo.

21       Q    And you heard him say --

22            He talked about the Bloomberg e-mail again;

23  right?

24       A    He did.

25       Q    You know there was no e-mail about Sandy Hook from

26  Bloomberg; right?

27       A    Regarding Sandy Hook?  Right.
```

```
 1     Q   Right. And he said, synthetic, completely fake, with

 2   actors, manufactured; yes?

 3     A   I think he used those words, yes.

 4     Q   Two months later, we are now into 2015, February,

 5   2015.

 6             You know -- hold on one second.  Hold on one

 7   second.

 8             That was December 28th, that's what we just

 9   saw, right, December 28th?

10     A   I believe so.

11             ATTY. MATTEI:  Let's pull up Exhibit 143.

12             This is agreed to, Your Honor.

13             THE CLERK:  That is a full exhibit, Your Honor.

14             THE COURT:  Very well.

15             ATTY. PATTIS:  Agreed.

16             THE COURT:  So ordered.

17     Q   Now, this is an e-mail dated December 21, 2014;

18   right?  Do you see that?

19     A   Yes.  I do see that.

20     Q   And it's from Wolfgang Halbig; correct?

21     A   That's what it says, yes.

22     Q   Now, you've seen this e-mail before; correct?  We can

23   pull up the body of it if you would like?

24     A   Could we?

25             ATTY. MATTEI:  Yes, please.

26     A   Yes.  I have seen it.

27     Q   And you've seen this because this e-mail was sent to
```

```
1    Free Speech Systems; correct?

2        A    Amongst other people, yes.

3        Q    Amongst other people --

4        A    Yes.

5        Q    -- Free Speech Systems got it; right?

6        A    Right.

7        Q    Okay.  And who is Michelle here?

8        A    I think it is a relative of one of the victims of

9    Sandy Hook.

10       Q    Okay.  It's not just a relative, it's the mother of a

11   young girl who was murdered there; correct?

12       A    That's what it says.

13       Q    Would you please read it aloud?

14       A    Michelle, how could you and your husband, as

15   responsible parents, even allow your precious child,

16   Josephine, to attend that filthy and deplorable looking

17   school on December 14, 2012?  This school has, you must have

18   known, is and was a toxic waste dump as reported by

19   environmental consultants who requested more money from the

20   City of Newtown leaders before demolishing the school and

21   transported all of the high levels of lead paint, high

22   levels of asbestos, and especially the high levels of PCBs

23   in the ground water at Sandy Hook out-of-state.  Josephine,

24   your child, should have expected more from you before that

25   tragic day as a parent.  You are supposed to protect her

26   from serious life-long health risks when you send her to

27   that school every day.
```

```
 1      Q    Free Speech Systems gets this e-mail from Wolfgang

 2   Halbig just days before Alex Jones goes on the show and

 3   refers to Wolfgang Halbig as one of the people that the

 4   public should rely upon in believing that this was a hoax;

 5   correct?

 6      A    You mean, whether it was sent before?

 7      Q    Yeah.

 8      A    It was sent, yes.

 9      Q    Right.  This is Wolfgang Halbig, sending an e-mail to

10   the mother of a murdered child two years after the shooting,

11   in fact, just a week after the two-year anniversary of the

12   shooting, blaming her for sending her child to a toxic waste

13   dump of a school; correct?

14      A    That's what the e-mail says.

15      Q    And when Free Speech Systems got this, surely it

16   said, we can no longer associate ourselves with this guy,

17   Wolfgang Halbig.  This is even too much for us.  They said

18   that; right?

19      A    I don't know if, and when, or at all, who read this.

20           ATTY. MATTEI:  May I have my question read back,

21       please?

22           THE COURT:  You may.

23           Madam Monitor.

24           (QUESTION PLAYED BACK).

25      Q    The mother of a murdered child, two years after the

26   shooting.  That's just a week after the two-year anniversary

27   of the shooting.  Blaming her for sending her child to a
```

1    *toxic waste dump of a school; correct?*

2    A   *That's what the e-mail says.*

3    Q   *And when Free Speech Systems got this, surely it*

4    *said, we can no longer associate ourselves with this guy,*

5    *Wolfgang Halbig.  This is even too much for us.  They said*

6    *that; right?*

7    A   *I don't know if, and when, or at all, who read this.*

8            (END PLAY BACK).

9            ATTY. PATTIS:  I claim that response is

10           responsive, Judge.

11           THE COURT:  I don't think we are on the record

12           yet.

13           ATTY. PATTIS:  I'm sorry.

14           ATTY. MATTEI:  All set?

15           ATTY. PATTIS:  I claim that's responsive, Judge.

16           No foundation from --

17           ATTY. MATTEI:  Move to strike as nonresponsive.

18           THE COURT:  Overruled.

19    Q   Ma'am, can you answer the question I asked you?

20    A   Did they say that?  I don't know.

21    Q   Well, that's not true, Miss Paz, is it?

22    A   Why?

23    Q   Because you know that in 2015, Wolfgang Halbig

24    continued to appear as a guest on the Alex Jones show;

25    correct?

26    A   I'm sorry.  I interpreted your question to mean were

27    there any discussions with people, internally, about whether

1    he should be back on the show.

2        Q    No.  Let's just get one thing very very clear here.

3    After receiving this e-mail, Free Speech Systems continued

4    to embrace it's relationship with Wolfgang Halbig; correct?

5        A    He continued to appear, yes.

6        Q    Not only did he continue to appear, Free Speech

7    Systems continued to be in touch with Wolfgang Halbig all

8    the way through 2020; correct?

9        A    What do you mean, in touch with him?

10       Q    Are you familiar with an e-mail that Rob Dew sent to

11   Wolfgang Halbig in 2020, two years after this lawsuit was

12   filed?

13       A    I don't recall.

14           ATTY. MATTEI:  Do you have that e-mail?

15            Is that an exhibit?

16           VOICE: (INDISCERNIBLE).

17           ATTY. MATTEI:  Can we pull it up for the

18       witness, please?

19            This is Exhibit 204, Your Honor.  Not yet

20       admitted.

21           ATTY. PATTIS:  No objection to it, sir.

22           THE COURT:  So ordered.

23       Q    This lawsuit was filed in 2018; correct?

24       A    Yes.

25       Q    And we just saw an e-mail sent to Free Speech Systems

26   in 2014 in which Wolfgang Halbig was harassing the mother of

27   the murdered child; correct?

```
 1     A    Yes.

 2          ATTY. MATTEI:  Let's pull up the header of that?

 3     Q    This is Wolfgang Halbig in November, 2020, sending an

 4   e-mail to Rob Dew; correct?

 5     A    That's what it says.

 6     Q    Rob Dew, one of Mr. Jones' longest, most trusted

 7   advisors; correct?

 8     A    Sure.

 9     Q    The news director for Infowars; correct?

10     A    That's what he is, yes.

11     Q    But he doesn't send it to his Infowars account, he

12   sends it to his personal account.  How did Wolfgang Halbig

13   have Rob Dew's personal e-mail account?

14     A    I don't know.

15     Q    The subject is, Depo Names; right?

16     A    That's what it says.

17     Q    You know, depo is short for depositions; right?

18     A    I do know that.

19          ATTY. MATTEI:  Let's go down.

20     Q    And he suggested, to Rob Dew, the different

21   depositions they should take in this case; correct?

22     A    I'm sorry.  I'm just reading it.  That's what it

23   looks like.

24          ATTY. MATTEI:  Please take it down.

25     Q    And this isn't the only time that Rob Dew and

26   Wolfgang Halbig were talking about this case after it was

27   filed; right?
```

```
1       A    I don't recall if there was.

2       Q    So, when Free Speech Systems gets that e-mail from

3  Wolfgang Halbig harassing the mother of a Sandy Hook student

4  in December of 2014, it continued it's relationship with him

5  for the next six years at least; correct?

6       A    I don't think I would agree with six years, no.

7       Q    Okay.  Did you just see 2020 on that e-mail though?

8       A    I didn't see a response from Rob.

9       Q    Okay.  Okay.  So, that's why.  There wasn't a

10  response?

11      A    I don't know whether they were communicating and it

12  was to his personal account.

13      Q    Did you talk to Rob Dew?

14      A    I did talk to Rob Dew.

15      Q    Did he tell you about this e-mail?

16      A    He did not.  I've not seen that e-mail.

17      Q    Okay.  Well, give me one second here.

18           All right.  So, let's go to February of 2015.

19  February 2015, you are aware that Alex Jones published a

20  broadcast entitled, Free Speech; right?

21      A    I don't recall the date, but I do recall a title.

22      Q    Free Speech (INDISCERNIBLE)?

23      A    Yes.

24           ATTY. MATTEI:  This, Your Honor, this is agreed

25           to and is admitted as a broadcast Mr. Jones published

26           on the 6th -- excuse me, February 12, 2015.

27           THE COURT:  Very well.
```

```
 1              ATTY. PATTIS:  It is, Judge.
 2              THE CLERK:  I'm sorry, Your Honor.  What number
 3         was that?
 4              ATTY. PATTIS:  24.
 5              THE CLERK:  24.  Okay.  Yes that's already a
 6         full exhibit.
 7    Q    Now, you are familiar --  before we play it, you are
 8    familiar with Leonard Pozner; correct?
 9    A    Yes.
10    Q    We saw an e-mail that he sent in January of 2013
11    asking Alex to stop; right?
12    A    Yes.
13    Q    Okay.  And Mr. Pozner, at some point, made a
14    complaint to YouTube about Alex Jones; right?
15    A    He did, yes.
16    Q    Because Alex Jones showed a picture of his son, Noah,
17    on his broadcast; correct?
18    A    I believe so, yes.
19    Q    And it was a picture that Mr. Pozner had taken of his
20    son; correct?
21    A    I don't know who took it, but I know it was a picture
22    of Noah.
23    Q    And the claim that Mr. Pozner made against Mr. Jones,
24    was that he was using the picture of his son without his
25    permission; correct?
26    A    Right.  Copyright claim.
27    Q    Copyright?
```

1      A    Correct.

2      Q    And that resulted in YouTube issuing a strike against

3   Mr. Jones' YouTube channel; correct?

4      A    Right.

5      Q    Mr. Jones responded by going on air and showing his

6   audience Mr. Pozner's business address; correct?

7      A    The business address for HONR, yes.

8      Q    Mr. Pozner started an organization called The HONR

9   Program; correct?

10     A    Right.  H-O-N-R.

11     Q    H-O-N-R?

12     A    Right.

13     Q    And Mr. Jones went on the air and showed his audience

14   the address and location of Mr. Pozner's business, the HONR

15   Network; correct?

16     A    I believe so, yes.

17              ATTY. MATTEI:  Let's play Exhibit 24A, please?

18              (VIDEO PLAYED).

19     Q    So, this is Mr. Jones complaining to his audience

20   about the fact that a YouTube strike against his YouTube

21   channel could result in his channel being closed off;

22   correct?

23     A    That's what it says, yes.

24     Q    And what that would mean, is that all that audience

25   that he's reaching through YouTube, he might not have a

26   chance to redirect his store; correct?

27     A    Well, he's not getting views.

```
1      Q    Right.  And people weren't clicking on YouTube then,
2    then he doesn't have a way to get them into his store;
3    right?  That's a problem.
4      A    It's one of the platforms by which people couldn't
5    see the videos and then subsequently go to the store.
6      Q    And that's why Mr. Jones felt the need to retaliate
7    against Mr. Pozner; correct?
8              ATTY. PATTIS:  Objection.  Calls for speculation
9         about the contents of another mind.
10             THE COURT:  Overruled.
11     A    I don't know if I would use the word retaliate.  I
12   know that he complained.
13     Q    What word would you use?
14     A    --  about --
15     Q    What word would you use?
16     A    Well, he --  I know that he appealed the strike
17   decision which is his right.
18     Q    I'm sorry, Miss Paz.  I asked you -- I asked you
19   about the retaliation against Mr. Pozner; right?  So, the
20   question was, the reason that -- the fact that Mr. Jones
21   could lose business as a result of this, is why he
22   retaliated against Mr. Pozner; yes or no?
23     A    No.  I wouldn't use the word retaliate.
24     Q    Okay.  Any other reason you can think of that
25   Mr. Jones would have showed Mr. Pozner's business address
26   and location on his show?
27     A    I don't want to speculate as to his reasons.  I
```

1    didn't ask him.

2              ATTY. MATTEI:  Let's go to 24F, please?

3              Wait, did I -- I'm sorry.  Was that 24A we just

4         played?  Okay, I'm sorry.  Let's go to 24D, please.

5              (VIDEO PLAYED).

6    Q    Of those thousands of videos on that channel, how

7    many were about Sandy Hook?

8    A    I don't know by looking at this video.

9    Q    Under the values, Free Speech Systems has no idea how

10   many videos it published about Sandy Hook; correct?

11   A    I know how many videos I watched related to Sandy

12   Hook, but is that an exhaustive list, is that your question?

13   Q    No, no, no.

14   A    I don't know.

15   Q    My question was, Free Speech Systems has no idea on

16   how many videos it published about Sandy Hook; correct?

17   A    I can't say how many there are, no.

18             ATTY. MATTEI:  Okay.  Let's go to 24F, please?

19             (VIDEO PLAYED).

20             ATTY. MATTEI:  Stop right here.

21   Q    Let's just identify these guys here.

22             On the left, with the gray beard, that's David

23   Knight; right?

24   A    Yes.

25   Q    He hosted a show on infowars.com, he was an employee

26   of Infowars; right?

27   A    At one point, yes.

```
 1      Q    Right.  On the left -- I'm sorry, the younger

 2   gentleman with the beard, that's Rob Dew?

 3      A    Yes.  That's Rob Dew.

 4      Q    That's the guy who Halbig sent that e-mail that we

 5   just saw; right?

 6      A    Right.

 7      Q    Okay.

 8              ATTY. MATTEI:  Go ahead.  You can play it now.

 9              (VIDEO PLAYED).

10              ATTY. MATTEI:  Can you just pause it for a

11         minute?

12      Q    You know that was false; right?

13      A    Which part?

14      Q    That it became a felony to release birth certificates

15   or death certificates?

16      A    Right.

17      Q    That's false?

18      A    Right.

19              ATTY. MATTEI:  Go ahead.

20              (VIDEO PLAYED).

21              ATTY. MATTEI:  Let's go to --  was that 24G or

22         F?

23              VOICE:  F.

24              ATTY. MATTEI:  Let's go to 24G.

25              (VIDEO PLAYED).

26      Q    So, Miss Paz, before this show, just to state the

27   obvious, somebody decided to printout these addresses for
```

```
 1   the HONR Network; correct?

 2       A    In preparation for the show?

 3       Q    Yeah.

 4       A    Yes.  They were preprinted.

 5       Q    And over the desk there is an overhead camera; right?

 6       A    Right.

 7       Q    And so somebody knew to film that camera down right

 8   on the address.  In fact, Rob Dew said, you keep that camera

 9   on guys and show them the address; right?

10       A    Right.  He told them to --

11       Q    Right?

12       A    --  keep the camera on it.

13       Q    Right.  And all Mr. Pozner had done was say to

14   YouTube, hey, Inforwars is using my murdered child's image

15   without my permission.  That's what he did; right?

16       A    That's what he did, yes.

17       Q    And then they put his business address on the air to

18   millions of their followers; correct?

19       A    Right.  That's what's happening in the video.

20            ATTY. MATTEI:  Let's good to 24H, please?

21            (VIDEO PLAYED)

22       Q    It's just a bad school play put by Sandy Hook; that's

23   what he said, right?

24       A    That it comes off as a bad school play.  That's what

25   he said, yes.

26       Q    A few months later in 2015, Free Speech Systems

27   published, yet, another broadcast.  New Bomb Shell Sandy
```

1    Hook Information Inbound; right?

2        A    Yes.  Again, I don't recall the date, but I do recall

3    that title.

4        Q    You do recall that from the spring into the summer of

5    2015, Wolfgang Halbig was coming up to Connecticut

6    repeatedly; correct?

7        A    Yes.  I recall he was here for maybe the FOIA

8    hearings and maybe another school board meeting.

9        Q    Right.  And just to be clear.  Wolfgang Halbig is

10   flying up from Florida; correct?

11       A    Yes.  He lives in Florida.

12       Q    Using money from the funds that Mr. Halbig -- I'm

13   sorry, that Mr. Jones helped to support; correct?

14       A    I don't know what funds he was using.

15       Q    And each time Wolfgang Halbig came up here, Infowars

16   sent Dan Bidondi up here to up film him; correct?

17       A    Most of the times.  I don't know if all of the times,

18   but most of the times.

19       Q    And what Mr. Halbig was doing up here, among other

20   things, was attending hearings at the Connecticut Freedom of

21   Information Commission about documents that he was seeking;

22   correct?

23       A    Right.  He had filed FOIA requests and, so, he was

24   following up on his FOIA requests.

25       Q    And Infowars used this as an opportunity to continue

26   broadcasting it's lies about Sandy Hook; correct?

27       A    We were broadcasting the FOIA hearings; yes.

1    Q   No.  No.  No.  Miss Paz, Free Speech Systems didn't

2    broadcast the FOIA hearings themselves; did they?

3    A   Not the whole hearing, no.

4    Q   Right.  They --

5    A   Clips from the hearing.

6    Q   Okay.  So, let's talk -- let's --

7        ATTY. MATTEI:  This is in as a full exhibit,

8    Your Honor.  This is Exhibit 25.

9        ATTY. PATTIS:  Agreed.

10       ATTY. MATTEI:  And let's play 25B, please?

11       (VIDEO PLAYED)

12   Q   This is him introducing Wolfgang Halbig; right?

13   A   I don't know.  I'm not sure what comes after this.  I

14   don't recall.

15   Q   These are the same false claims we've seen before;

16   yes?

17   A   Yes.  Many of them are in Mr. Halbig's 16 Points.

18   Q   Right.

19       But what he mentions here, Tell us why there

20   was a man in the woods?  You know that in the report the

21   gentleman was actually identified as a parent who had come

22   to help make gingerbread houses; correct?

23   A   Yes.  I think that they pulled somebody out of the

24   woods, but it did turn out to be a parent.

25   Q   A parent?

26   A   Right.

27   Q   Who had been there to come make gingerbread houses in

```
 1  advance of Christmas; correct?

 2     A    I don't recall his purpose --

 3     Q    Okay?

 4     A    -- but I do recall it was a parent that was pulled

 5  out of the woods.

 6     Q    Right.

 7           ATTY. MATTEI:  Let's go to 25E, please?

 8           (VIDEO PLAYED) (STOPPED).

 9           ATTY. MATTEI:  25E.

10           ATTY. PATTIS:  I thought we just did 25E.

11           (VIDEO PLAYED)

12     Q    So, obviously Mr. Jones mocking the grieving parents

13  again to start; right?

14     A    You mean the crying?

15     Q    Yeah.  That's what I mean.

16     A    Right.  Well, specifically, Mr. Parker, so -- but,

17  yes, that's what he's referring to.

18     Q    Right.  They didn't even say, a bunch of parents;

19  right?

20     A    Right.

21     Q    But you know, because this is the schtick he's been

22  doing for years; right?

23     A    He has said "a bunch" of the past.  He has used

24  plural in the past.

25     Q    And then he talks about this green screen?

26     A    Yes.

27     Q    And this is, again, getting back to remind the jury,
```

1   because I don't think we've talked about it today.  This

2   interview that Anderson Cooper, CNN anchor did, truly

3   following the shooting of the plaintiff parents, Veronique

4   DeLaRosa; right?

5       A   Right.

6       Q   And what Alex Jones wanted his audience to believe

7   was that, there was some blue screen like you might see a TV

8   studio behind them made to look like the Newtown Town Square

9   but, in fact, Anderson Cooper wasn't in the town square;

10  right?

11      A   Right.  I'm not sure if it was blue or green but,

12  right.  So, his contention was Anderson Cooper wasn't there,

13  and there was a green screen that made it appear that he was

14  there.

15      Q   And Wolfgang Halbig -- do you know if Wolfgang Halbig

16  knows anything about blue or green screens?

17      A   I don't.  I've never spoken to him, so I don't know.

18      Q   But then we see him go off and say, oh yeah, they

19  were using it all over the place.  Like a movie set; right?

20      A   That's what he says.

21      Q   Right.  And that sounds similar to what Mr. Jones was

22  saying earlier today, we saw when he said they were scared

23  about this total production they were putting on; right?

24      A   Sounds similar.

25      Q   Okay.

26              ATTY. MATTEI:  So, let's go to 25F, please.

27              (VIDEO PLAYED)

```
 1     Q    Folks need to donate; right?  That's what he said?

 2     A    Right.  That's what he said.

 3          ATTY. MATTEI:  Let's go to 25H, please?

 4          (VIDEO PLAYED)

 5     Q    You know that Robby Parker is a physician's assistant

 6    in a Neonatal Intensive Care Unit, that's his job; did you

 7    know that?

 8     A    I don't know.

 9     Q    But this gentleman had apparently done some

10    investigation into Robby Parker; right?

11     A    I don't know what he did, but that's what he said.

12     Q    And you know that many many times over the years,

13    Mr. Jones is saying Sandy Hook was fake, he would say to his

14    audience, this needs to be investigated; correct?

15     A    Something to that affect; yes.

16     Q    This needs to be looked into; correct?

17     A    Sure.

18     Q    Let's look into Sandy Hook; correct?

19     A    Sure.

20     Q    And he would do that after he showed the slow-mo of

21    Robby Parker approaching the microphone the night after his

22    child died; correct?

23     A    He's done it with various other things but including

24    that, yes.

25     Q    Two months later, we are now on May 29, 2015,

26    Infowars publishes another video, Sandy Hook The Lies Keep

27    Growing; right?
```

```
1        A    I do recall that title.  I don't know the date.

2        Q    Okay.  Well, it's been admitted as identified by that

3   date as Exhibit Number 26?

4              ATTY. PATTIS:  Agreed.

5        Q    And this will be -- and just to set this up for the

6   jury.  In addition to the Alex Jones show, Infowars would

7   run another live broadcast after the Alex Jones show called

8   The Nightly News; right?

9        A    Yes.

10       Q    Sometimes Rob Dew would host it and sometimes Dave

11  Knight would host it?

12       A    Yes.

13       Q    Those are the two children we saw earlier in the

14  videos?

15       A    Correct.

16             ATTY. MATTEI:  Let's play 26A, please.

17             (VIDEO PLAYED)

18       Q    This is Dan Bidondi here on the left; right?

19       A    Yes.  That's him.

20       Q    You see he's holding a microphone with the Infowars

21  logo on it?

22       A    I see that, yes.

23       Q    And he was sent by Infowars to this hearing to create

24  this content that Inforwars then aired; correct?

25       A    To record footage at the hearing; yes.

26       Q    Including this; correct?

27       A    Right.
```

1    Q    Which David Knight then aired to Inforwars followers;

2  right?

3    A    Right.

4    Q    Okay.  If Dan Bidondi hadn't gone up there to film

5  this -- and by the way he had an Inforwars cameramen with

6  him?

7    A    Correct.

8    Q    Right.  That gentleman's name is Kevin

9  LaPre(PHONETIC); right?

10    A    I can't remember his name.

11    Q    Okay.

12    A    He was our cameraman.

13    Q    Right.

14    A    Right.

15    Q    And if Infowars doesn't send Dan Bidondi up there,

16  Wolfgang Halbig's face isn't going out to millions and

17  millions of viewers; correct?

18    A    I mean, at least live at the hearing.  I mean, I

19  don't know if he would have called in after that or what.

20    Q    Right.

21    A    I mean, I don't want to speculate as to what would

22  have happened, but there wouldn't have been live footage

23  from it.

24    Q    Is Free Speech Systems aware of any other camera

25  crew, media organization, or anything of any type that was

26  offering Wolfgang Halbig interviews up in Connecticut?

27    A    At the hearings?

```
1     Q    Let's start at the hearings?

2     A    No.  There was nobody else at the hearings.

3     Q    Okay.

4          ATTY. MATTEI:  Let's go to -- still on the same

5          Exhibit 26B.

6          (VIDEO PLAYED)

7          ATTY. MATTEI:  Let's go to 26C, please.

8          (VIDEO PLAYED)

9     Q    So, this is an add that ran right after the segment

10    with Halbig; right?

11    A    That's what it appears to be, yes.

12    Q    Selling colloidal silver?

13    A    That's what it looks like, yes.

14    Q    Okay.  Now, Wolfgang Halbig had multiple hearings up

15    here; correct?

16    A    Yes.

17    Q    And each one, Inforwars sent --  excuse me, Infowars

18    sent Dan Bidondi; yes?

19    A    Right.  I don't know if he came to all of them but,

20    certainly, most of them.

21    Q    Before we get to the next hearing, though, I would

22    like to show you Exhibit Number -- you are aware, Miss Paz,

23    that at one point, one of the things that Mr. Halbig sent to

24    Infowars to support his claim that the children who were

25    murdered at Sandy Hook were still alive was a photograph;

26    correct?

27    A    He had e-mailed a photograph; yes.
```

1    Q    And it was a photograph of Newtown children

2    performing at the Super Bowl; correct?

3    A    Yes.

4    Q    The Newtown Children's Choir went to sing at the

5    Super Bowl; yes?

6    A    Yes.

7    Q    So, Halbig sends an e-mail to Inforwars of a picture.

8          ATTY. MATTEI:  Let's pull that up.

9          This is agreed to, Judge.  This is 145.

10         THE CLERK:  That is a full exhibit.

11         ATTY. PATTIS:  Agreed.

12   Q    And we see here at the bottom, Wolfgang Halbig sends

13   to Niko -- again, Niko, was Mr. Jones' producer of the Alex

14   Jones show?

15   A    Right.

16   Q    Niko, the picture of the Sandy Hook Elementary School

17   Choir is one of the keys.  Other pictures are great for

18   discussion, these are about the CT crime pictures.  The same

19   day, Niko gets back to him -- the same day.  Got the Super

20   Bowl picture.  Thank you for sending.  We will be calling

21   you on Skype at 1 p.m. Eastern.  How long will you be

22   available for the interview today?  And Wolfgang Halbig

23   says, as long as you and Alex can put up with me; right?

24   A    That's what it says, yes.

25   Q    And Mr. Halbig explained that what the Super Bowl

26   picture showed, is that some of the children who had

27   actually been sent to the Super Bowl to sing, were the same

1  children who had allegedly been murdered at Sandy Hook;

2  correct?

3      A    That was his contention in sending the photo, yes.

4      Q    And we heard Mr. Jones' contention earlier, that

5  there are pictures of children they said who died who are

6  still alive; correct?

7      A    I heard him say that, yes.

8      Q    So, that's a claim they share; isn't it?

9      A    I don't know if they are referring to the same thing,

10  but --

11      Q    You don't know which picture Mr. Jones saw?

12      A    Correct.  I don't know what he saw or is referring

13  to.

14      Q    Actually, there couldn't have been any picture,

15  because Free Speech System acknowledges that the children

16  were murdered on December 14, 2012; correct?

17      A    Free Speech does admit that, yes.

18      Q    This is May 2015 -- I'm sorry, March 2015; right?

19      A    That's what it says, yes.

20      Q    The e-mail we saw that Halbig had sent to Jones --

21  to Michelle, the mother of Josephine, was in early 2015;

22  correct?  I'm sorry, late 2014?

23      A    I think it was in December, 2014.

24      Q    Right?

25      A    I think that's what it was.

26      Q    So, December 2014, Infowars receives an e-mail that

27  Halbig had sent to a mother who lost a child that we saw.

1   In March 2015, he claims that the children who were

2   murdered, were actually at the Super Bowl.  And then just a

3   few days later, March 6th, Infowars receives, yet another,

4   e-mail from somebody warning them about Wolfgang Halbig;

5   correct?

6               ATTY. MATTEI:  This is Exhibit 146, already in

7         evidence, Your Honor.

8               THE CLERK:  Yes, Your Honor.  It's a full

9         exhibit.

10              ATTY. PATTIS:  Agreed.

11   Q    You've seen this e-mail before; right?

12   A    I'm sorry.  Can you zoom in on it a little bit?

13   Thank you.

14              ATTY. MATTEI:  Yes.  Let's bring up the first

15        portion.

16   Q    This is from a gentleman named R. Darren Brumfield;

17   right?

18   A    Yes.  I see that.  And I have seen this, yes.

19   Q    It's March 5, 2015.  And Mr. Brumfield says, Madam,

20   or Sir, I'm in my final semester of law school.  I listened

21   to the Wolfgang Halbig video and some significant alarm

22   bells went off.  I also wrote on the YouTube page but I copy

23   and paste here.  And he says, okay, just so I get this

24   straight, starting at 31:30, "he", referring to Halbig,

25   filed his lawsuit in Seminole County in Florida, not Federal

26   Court in Florida but in State Court.  There is a legal

27   requirement called "standing".  He does not have any

1    standing to sue in Seminole County.  He was not a party in

2    the shooting in any fashion.  And what Mr. Brumfield is

3    saying, is that the claims that Mr. Halbig was making about

4    some lawsuit he was filing seemed, to this gentleman who was

5    a law student, to be ridiculous; correct?

6        A    He -- it looks to me like he's providing his opinions

7    as, if he did file this lawsuit there, it doesn't belong

8    there, it's not the proper forum.

9        Q    Right.  And then the bottom paragraph, it says, this

10   man seems to be grasping and stretching.  No judge in their

11   right mind would do such a thing as he describes; correct?

12       A    That's what it says, yes.

13       Q    Okay.  And so, fair to say, that what this gentleman

14   is doing, is calling into question Wolfgang Halbig's

15   credibility; correct?

16       A    He's calling into question some things about the

17   lawsuit that he said he filed.

18       Q    Right.

19       A    That's what it means to me.

20       Q    And then if we go to the top portion, Niko sends this

21   e-mail to Rob Dew; right?

22       A    Yes.  It was forwarded.

23       Q    Some comments on Halbig's last interview from a law

24   student; correct?

25       A    That's what it says, yes.

26       Q    After receiving this, Inforwars continued to have

27   Halbig on the show and continued to air his false claims;

1    correct?

2        A   He appeared after this, yes.

3            ATTY. PATTIS:  May we approach briefly, Judge?

4            THE COURT:  Yes.

5            (SIDEBAR).

6            ATTY. PATTIS:  I think he said he didn't watch

7        (INDISCERNIBLE).  Without adjournment.

8            THE COURT:  (INDISCERNIBLE).

9            THE COURT:  Thank you, Attorney Pattis.

10   CONTINUED DIRECT EXAMINATION BY ATTY. MATTEI:

11       Q   And March 10th.  So, that was dated March 6th; right?

12       A   I believe so, yes.

13       Q   On March 10th, this will be Exhibit 147, Halbig sends

14   Free Speech Systems another e-mail that he sends to, yet

15   another, Sandy Hook parent; correct?  Do you see this here?

16   Wolfgang Halbig sending an e-mail to Scarlett?  Do you see

17   that?

18       A   I see it, yes.

19       Q   Scarlett is Scarlett Lewis; correct?

20       A   Yes.

21       Q   The mother of Jesse Lewis who was murdered at Sandy

22   Hook?

23       A   Right.

24       Q   The subject that he chooses to put in is, how could

25   you, as a mother, stop and buy your special brand of coffee

26   on December 14, 2012, when you heard, as a mom, that shots

27   had been fired at the Sandy Hook School?

```
 1      A    That's what it says, yes.
 2      Q    And then he says, Scarlett, it is just a matter of
 3   time and all that money you have, has to be returned.  How
 4   could you even stop to buy your coffee and you bought coffee
 5   for two other people.  What kind of mother does that
 6   especially when you, on the news, tell everyone how you ran
 7   across the fire department parking lot?  If you did, you
 8   would have spilled the coffee.  Do some serious soul
 9   searching, because the scam is up.  That's what he wrote;
10   right?
11      A    That's what it says, yes.
12      Q    And he sent this to Inforwars; correct?
13      A    Amongst other people, yes.
14      Q    All right.  Infowars was the only recipient who
15   continued to have Mr. Halbig on the air to an audience of
16   millions; correct?
17      A    I don't think anybody else had him on the air but,
18   right.
19      Q    This is all within a matter of a couple weeks in
20   March; correct?
21      A    Yes.  Very short time period.
22      Q    And then May, 2015, they publish that video we just
23   saw, Sandy Hook The Lies Keep Growing; correct?
24      A    I believe so, yes.  I believe that's the date.
25      Q    And then in June 2015, they send Dan Bidondi back up
26   to cover the next hearing in Connecticut; correct?
27      A    Right.  He came up to cover another hearing.  I just
```

```
 1    don't recall the date.
 2        Q   Okay.  Well, let's show you Exhibit Number 153.
 3              THE CLERK:  That is a full exhibit.
 4              THE COURT:  Thank you.
 5              ATTY. PATTIS:  Agreed.
 6              ATTY. MATTEI:  Pull up that first part there.
 7        Q   This is Dan Bidondi to Rob Dew; right?
 8        A   That's what it says, yes.
 9        Q   June 3, 2015; right?
10        A   That's what it says, yes.
11        Q   Okay.  And let's go down to the e-mail.  And you'll
12    see that what Dan Bidondi is sending, Rob Dew -- you've seen
13    this e-mail before; right?
14        A   I think so, yes.
15        Q   What Dan Bidondi is sending to Rob Dew is his video
16    footage that he and his cameraman had captured while they
17    were up in Newtown; correct?
18        A   That's what it looks like; yes.
19        Q   Okay.  And he did.  He sent Infowars that raw
20    footage; didn't he?
21        A   That's what it looks like, yes.
22        Q   All right.
23              ATTY. MATTEI:  This is Exhibit 27.  It is
24              admitted, Your Honor.
25              THE CLERK:  Yes.  It's a full exhibit.
26              ATTY. PATTIS:  Agreed.
27              ATTY. MATTEI:  I'm sorry, Your Honor, one
```

 1        moment?

 2             (VIDEO PLAYED)

 3     Q   That person that Dan Bidondi is following behind,

 4   that's the chief of the Newtown Police Department; correct?

 5     A   I believe so, yes.

 6     Q   This is 02015, but Chief Kehoe was the chief of

 7   Newtown Police Department on the day of the shooting;

 8   correct?

 9     A   Correct.

10     Q   He responded to the scene of the shooting; did he

11   not?

12     A   I believe he did, yes.

13             ATTY. MATTEI:  Let's keep playing --

14             THE COURT:  Attorney --  we need to take the

15        afternoon recess now.

16             ATTY. MATTEI:  Yes, Your Honor.

17             THE COURT:  So, we will take a 15-minute recess.

18        We will be back in session right at 3:15.

19             Ron will take care of your notebooks.

20             And just keep obeying the rules of juror

21        conduct.

22             (JURY EXIT).

23             (AFTERNOON RECESS).

24

25

26

27

```
 1   X06-UWY-CV18-6046436-S :  SUPERIOR COURT
 2   ERICA LAFFERTY        :  COMPLEX LITIGATION DOCKET
 3   v                     :  AT WATERBURY, CONNECTICUT
 4   ALEX EMRIC JONES       :  SEPTEMBER 15, 2022
     ...........................................................
 5   X06-UWY-CV18-6046437-S :  SUPERIOR COURT
 6   WILLIAM SHERLACH       :  COMPLEX LITIGATION DOCKET
 7   v                     :  AT WATERBURY, CONNECTICUT
 8   ALEX EMRIC JONES       :  SEPTEMBER 15, 2022
     ...........................................................
 9   X06-UWY-CV18-6046438-S :  SUPERIOR COURT
10   WILLIAM SHERLACH       :  COMPLEX LITIGATION DOCKET
11   v                     :  AT WATERBURY, CONNECTICUT
12   ALEX EMRIC JONES       :  SEPTEMBER 15, 2022
```

13                    C E R T I F I C A T E

14

15        I, Linda A. Coon, hereby certify that this is a true

16   and accurate transcription of the above-referenced case,

17   heard in Superior Court, Judicial District of Waterbury,

18   Connecticut, before the Honorable Barbara N. Bellis, on this

19   15th day of September, 2022.

20

21        Dated this 15th day of September, 2022, in Waterbury,

22   Connecticut.

23        Recertified this 3rd day of October, 2022, in

24        Waterbury, Connecticut.

25

26                         Linda A. Coon,  RPR
                           Court Monitor/ Court Reporter
27