# EXHIBIT 79

Submitted as native video file.