# EXHIBIT 80

Submitted as native video file.