# EXHIBIT 81

Submitted as native video file.