# EXHIBIT 83



PLAINTIFFS' EXHIBIT
397a



# Report of the State's Attorney for the Judicial District of Danbury on the Shootings at Sandy Hook Elementary School and 36 Yogananda Street, Newtown, Connecticut on December 14, 2012

**OFFICE OF THE STATE'S ATTORNEY
JUDICIAL DISTRICT OF DANBURY**
Stephen J. Sedensky III, State's Attorney

November 25, 2013

**PLTF004495**