# EXHIBIT 84



| | | |
|---|---|---|
| NO. X06-UWY-CV-18-6046436-S | : | SUPERIOR COURT |
| ERICA LAFFERTY, ET AL. | : | COMPLEX LITIGATION DOCKET |
| V. | : | AT WATERBURY |
| ALEX EMRIC JONES, ET AL. | : | |

| | | |
|---|---|---|
| NO. X06-UWY-CV-18-6046437-S | : | SUPERIOR COURT |
| WILLIAM SHERLACH | : | COMPLEX LITIGATION DOCKET |
| V. | : | AT WATERBURY |
| ALEX EMRIC JONES, ET AL. | : | |

| | | |
|---|---|---|
| NO. X06-UWY-CV-18-6046438-S | : | SUPERIOR COURT |
| WILLIAM SHERLACH, ET AL. | : | COMPLEX LITIGATION DOCKET |
| V. | : | AT WATERBURY |
| ALEX EMRIC JONES, ET AL. | : | |

### STIPULATION REGARDING AUTHENTICATION

On March 15, 2022, Alex Jones, Free Speech Systems, LLC, Infowars, LLC, Infowars Health LLC, Prison Planet TV, LLC (the "Jones defendants") and the plaintiffs agree and stipulate to the following:

1. All communications (including but not limited to emails, letters, texts) produced by any Jones defendant in this litigation to which Alex Jones, or any current or former employee of any of the corporate Jones defendants is a party, are authenticated as being true and accurate copies of communications created, sent or received by FSS.

2. All other documents produced by any Jones defendant in this litigation satisfy Conn. Code of Evidence 8-4, in that they are admitted to be authentic copies of records made or kept by the producing defendant in the regular course of business, and that it was the regular course of the producing defendant's business to make or keep such record at the time such record was made or kept.

3. All videos produced by any Jones defendant in this litigation, as listed in attached Chart A, are true and accurate copies of videos that FSS published or otherwise broadcast on or about the dates listed in Chart A.

4. The Jones defendants do not dispute that all videos produced by the plaintiffs to the Jones defendants, as listed in attached Chart B, are true and accurate copies of videos that FSS published or otherwise broadcast on or about the dates listed in Chart B.

PLTF002518

# EXHIBIT A

PLTF002519

**Chart A**

| Title | Upload Date | ID | Name of File Produced |
|---|---|---|---|
| Creepy Illuminati Message in Batman Movie Hints at Sandy Hook School | 2012.12.17 | F2mRuEhmoGA | 17_F2mRuEhmoGA |
| Sandy Hook 2nd Shooter Cover-Up | 2012.12.19 | 6W6b-voc-Ds | 07_6W6b-voc-Ds |
| Sandy Hook Father Remembers Fallen Hero | 2012.12.19 | 8cZkHDHl6nQ | 09_8cZkHDHl6nQ |
| Lower Part of Gotham Renamed "Sandy Hook" in Dark Knight Film | 2012.12.21 | Fus1FpQiU-Q | 18_Fus1FpQiU-Q |
| Expert: Violence on TV and Video Games Cause of Sandy Hook Massacre | 2012.12.22 | 7CfulOdlsUM | 08_7CfulOdlsUM |
| Prof. Claims Sandy Hook Massacre MSM Misinformation | 2013.01.10 | D8GxrKJDSL8 | 14_D8GxrKJDSL8 |
| Sandy Hook AR-15 Hoax? Still No School Surveillance Footage | 2013.01.15 | Oo74myC3bqY | 30_Oo74myC3bqY |
| Why People Think Sandy Hook is A Hoax | 2013.01.27 | tM5ZdO-IgEE | 36_Tm5Zdo-IgEE |
| Children of Sandy Hook To Perform At Super Bowl | 2013.02.02 | U8r7VMuJGAk | 37_U8r7VMuJGAk |
| Dr. Steve Pieczenik: Sandy Hook was A Total False Flag! | 2013.03.07 | 5EfyD7Wu5fQ | 05_5EfyD7Wu5fQ |
| Crisis Actors Used at Sandy Hook! Special Report | 2013.04.01 | shQSVhS0hLw | 33_shQSVhS0hLw |
| Sandy Hook Police Ordered to Stand Down? | 2013.11.23 | xP9fhKUaudo | 41_xP9fhKUaudo |
| Sandy Hook Mom: BACKGROUND CHECKS WOULDN'T HAVE PREVENTED TRAGEDY | 2013.12.05 | h90tRnub9_8 | 20_h90tRnub9_8 |
| Sandy Hook Investigator Stonewalled and Threatened | 2014.02.20 | oGpWtqdiSCY | 29_oGpWtqdiSCY |
| Sandy Hook, False Narratives Vs. The Reality | 2014.03.14 | eslvAO2allw | 16_eslvAO2allw |
| Revealed: Sandy Hook Truth Exposed | 2014.05.09 | _rSLOYCHNdw | 02_rSLOYCHNdw |
| Sandy Hook "Officials" Caught In Coverup And Running Scared | 2014.05.13 | MH6hml1h-iQ | 25_MH6hml1h-iQ |
| Bombshell: Sandy Hook Massacre Was A DHS Illusion Says School Safety Expert | 2014.05.13 | x2a1FwYEZS4 | 40_x2a1FwYEZS4 |
| Sandy Hook Red Flags Ignored By Newtown School Board | 2014.05.14 | YiXpr30oUkA | 42_YiXpr30oUkA |
| Sandy Hook Deaths Missing From FBI Report | 2014.09.25 | A2Z0zUZBn7k | 10_A2Z0zUZBn7k |
| Sandy Hook Film Censorship Efforts Backfire | 2014.12.12 | 4T8_WYzH5SM | 03_4T8_WYzH5SM |

PLTF002520

| The Ultimate Sandy Hook Debate As The 2nd Anniversary Looms | 2014.12.12 | 6aK0P-WxjU8 | 06_6aK0P-WxjU8 |
|---|---|---|---|
| Will Bushmaster Lawsuit Reveal Sandy Hook Hoax? | 2014.12.16 | BFyDqDLAcLQ | 12_BFyDqDLAcLQ |
| Lawsuit Could Reveal Truth About Sandy Hook Massacre | 2014.12.27 | kK8CnIBA928 | 23_kK8CnIBA928 |
| New Bombshell Sandy Hook Information In-Bound | 2015.03.04 | _7ib5WkULBY | 01_7ib5WkULBY |
| New Sandy Hook Questions Arise from FOIA Hearing | 2015.05.28 | 5cll79t7Mrw | 26_Ml3KVj2nVRA |
| Sandy Hook: The Lies Keep Growing - Infowars Nightly News - 05/28/2015 | 2015.05.29 | Ml3KVj2nVRA | 04_5cll79t7Mrw |
| School Administrator Exposes Sandy Hook Stonewall | 2015.05.29 | SO8Xb-t4nT4 | 34_SO8Xb-t4nT4 |
| Official Claims DHS Involved in Sandy Hook | 2015.06.04 | BWsbyH2Wa0E | 13_BWsbyH2Wa0E |
| Retired FBI Agent Investigates Sandy Hook: MEGA MASSIVE COVER UP | 2015.07.07 | jCOe3qIgyFA | 21_jCOe3qIgyFA |
| The Fight for Freedom of Information in Sandy Hook. | 2015.07.08 | l0miXJ-djeA | 24_l0miXJ-djeA |
| Alex Jones Final Statement on Sandy Hook | 2016.11.18 | MwudDfz1yAk | 27_MwudDfz1yAk |
| Sandy Hook Vampires Exposed | 2017.04.22 | rUn1jKhWTXI | 32_rUn1jKhWTXI |
| Media Refuses To Report Alex Jones' Real Statements On Sandy Hook | 2017.06.13 | kf2F7RxJ9e4 | 22_kf2F7RxJ9e4 |
| Alex Jones: Responds To Sandy Hook Anti Free Speech Lawsuit | 2018.04.17 | GMGdN648qgU | 19_GMGdN648qgU |
| Full Show - Alex Jones' Full Statement On Frivolous Sandy Hook Lawsuit | 2018.04.17 | QjjCIhASs0c | 31_QjjCIhASs0c |
| Democrats File Suit To Overturn 2016 Election As Megyn Kelly Re Opens Sandy Hook Wounds | 2018.04.20 | sYFDfk_O8xE | 35_sYFDfk_O8xE |
| Watch As Megyn Kelly Opens Old Wounds Of Sandy Hook Victims | 2018.04.20 | uQkAJykqyeo | 38_uQkAJykqyeo |
| MSM Continues To Demonize Alex Jones Over Sandy Hook Lawsuits | 2018.04.20 | V2Lw3fRTQko | 39_V2Lw3fRTQko |
| Alex Jones' Statement On New Sandy Hook Lawsuit | 2018.05.23 | AfvhhcXPCps | 11_AfvhhcXPCps |
| Full Show – SOROS LAWFARE EXPOSED: Phony Sandy Hook Lawsuits Filed By FBI Agent And Families | 2018.05.23 | dWJph5Dk3W4 | 15_dWJph5Dk3W4 |
| Alex Jones Responds To Morgan Freeman, Harvey Weinstein, And Sandy Hook Controversy | 2018.05.25 | nwCCesazmgM | 28_nwCCesazmgM |

# EXHIBIT B

PLTF002522

**Chart B**

| Title | Date | Source |
|---|---|---|
| Connecticut School Massacre Looks Like False Flag Says Witnesses | 2012.12.14 | The Alex Jones Channel (YouTube) |
| Sandy Hook Mass Media Psyop - Outtakes and Bloopers | 2012.12.17 | Embedded inside 2013.01.08 Infowars.com article "College Professor Says 'Crisis Actors' May Have Played Part if Sandy Hook Was Indeed a Hoax'" |
| Callers React to Foreign Media Pushing Total Gun Confiscation | 2013.01.04 | Infowars.com |
| Obama Gun Grab Psyop | 2013.04.09 | Infowars |
| Shadow Gov't Strikes Again at Boston Marathon | 2013.04.16 | Infowars.com |
| Robbie Parker CNN press conference aired 12-15-2012 5:21pm EST | 2014.03.16 | Justice for Sandy Hook |
| FBI Says Nobody Killed at Sandy Hook Massacre ft. Wolfgang Halbig | 2014.09.25 | The Alex Jones Radio Show |
| AirAsia Jet Missing | 2014.12.28 | The Alex Jones Radio Show |
| Ron Paul - Kurt Haskell | 2015.01.13 | The Alex Jones Show |
| Free Speech | 2015.02.12 | The Alex Jones Show |
| Full Show - Government Is Manufacturing Crises - 07/07/2015 | 2015.07.07 | Infowars |
| *Untitled Broadcast* | 2016.11.17 | The Alex Jones Show |
| Alex Jones Under Attack | 2016.11.28 | The Alex Jones Channel |
| *Untitled Broadcast* | 2017.03.08 | The Alex Jones Show |
| Alex Jones Warns Megyn Kelly, Exposes Psychological Warfare Operation | 2017.06.12 | Infowars |
| *Untitled Broadcast* - Pre- & Counter-NBC Programming re Megyn Kelly Interview | 2017.06.18 | Infowars |
| Zero Hedge Discovers Anomaly In Alex Jones Hit Piece | 2017.06.26 | The Alex Jones Show and the Alex Jones Radio Show |
| JFK Assassination Documents to DROP Tonight (FULL SHOW) | 2017.10.26 | Infowars |
| Watch Bernie Sanders Run From Alex Jones At LAX Airport | 2018.06.04 | The Alex Jones Channel |
| MSM Spreads More Spin Stories About Infowars' Twitter Account | 2018.08.10 | Infowars |

| Alex Jones Has Respectful Message For Sandy Hook Parents | 2018.08.12 | Infowars |
|---|---|---|
| Facebook Says They're Watching Users in Their Homes + Tanker Attack False Flag - 6/14/2019 | 2019.06.14 | Infowars.com |
| Guilty Until Proven Guilty! Deep State-Controlled Court Denies Alex Jones Trial by Jury! - FULL SHOW 111521 | 2021.11.15 | Infowars |
| Alex Jones Responds to Connecticut Default in Sandy Hook Case | 2021.11.15 | Infowars |
| Alex Jones Responds to the Weaponization of the Courts in the Sandy Hook Default Ruling | 2021.11.15 | Infowars |
| Alex Jones Statement on Default Judgement in CT Sandy Hook | 2021.11.15 | Infowars |
| *Untitled Broadcast* | 2021.11.16 | Infowars |
| Deep State Launches Martial Law Through Judicial Tyranny | 2021.11.16 | Infowars |
| The Case for Alex Jones | 2022.02.22 | Posted on Infowars.com |

PLTF002524