# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **In re** <br> **Alexander E. Jones,** <br>         Debtor. | **Bankruptcy** <br> **Case No. 22-33553 (CML)** <br> **Chapter 11** |
| **Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate Of Marcel Fontaine,** <br>         Plaintiffs, <br>    v. <br> **Alexander E. Jones,** <br>         Defendant. | **Adv. Pro. No. 23-03035 (CML)** |
| **David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty,** <br>         Plaintiffs, <br>    v. <br> **Alexander E. Jones,** <br>        Defendant. | **Adv. Pro. No. 23-03037 (CML)** |

## DECLARATION OF ALEXANDER E. JONES IN SUPPORT OF HIS OBJECTIONS AND RESPONSES TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

1. My name is Alexander E. Jones. I am at least 21 years of age, of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated herein. The facts contained in this Declaration are true and correct and are based on my own personal and first-hand knowledge.

2. I am currently an employee of Free Speech Systems, LLC ("FSS"). FSS operates the InfoWars website and owns the domain.

3. I am the 100% owner of FSS. I have spent over twenty-five years as a talk show host on radio, television, and internet platforms.

4. I currently host a show on FSS' platform for approximately three to four hours a day, five days a week, where I discuss current events that are being reported by other news outlets and provide my opinion. Just like on many talk shows, my opinions are not vetted prior to my show airing.

5. Over 99% of the content on the InfoWars website is not written by me. I write certain headlines and comments that are specifically attributed to me. I rarely edit or post videos to InfoWars' website – less than 20 per year. My position at InfoWars is not as an editor and I do not maintain control of the editorial systems at FSS.

6. I am a skeptical person and have a general distrust of the government. One of the first stories I covered was siege of the Branch Davidians' compound in Waco, Texas by the Federal Bureau of Alcohol, Tobacco, and Firearms ("ATF"). I did not believe the official narrative that the government was telling everyone.

7. Two years later, in 1995, I expressed skepticism that Timothy McVeigh acted alone during the Oklahoma City bombing.

8. In 1999, I argued that the World Trade Organization protests in Seattle were infiltrated by violent, property destroying government agent provocateurs to discredit the protestors.

9. In 2001, like many people, I expressed skepticism about the immediate media reports and official government accounts of the 9-11 attacks. At the time, I was nationally syndicated on approximately 100 radio stations. My 9-11 skepticism cost me 70 percent of my affiliates. I was told that if I stopped covering this story I would be the next Rush Limbaugh. But I believed it to be true on the basis of various sources of information, including conflicting news reports, and I felt a need to report on it.

10. In 2011, news organizations began reporting on Operation Fast and Furious. Operation Fast and Furious was an operation where ATF agents allowed licensed firearms dealers to sell weapons to illegal straw buyers in hopes of tracking the guns to Mexican drug cartel leaders. The ATF did this over the concerns that the guns might be used in future crimes or that the dealers would be unfairly prosecuted. Approximately 2,000 firearms were sold in the operation, the majority of which were never recovered. Multiple Fast and Furious guns ended up at crime scenes on both sides of the US-Mexico border. United States Border Patrol Agent Brian Terry was killed in December 2010 with a gun purchased in Operation Fast and Furious. I discussed Operation Fast and Furious numerous times on my show. In my view, the Obama administration came up with

**DECLARATION OF ALEXANDER E. JONES IN SUPPORT OF HIS OBJECTIONS AND RESPONSES TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT – Page 2**

Operation Fast and Furious to pin border crime on gun dealers in an effort to generate public support for new gun regulations.

11. When the shooting at Sandy Hook happened, I viewed the official narrative coming from local government and mainstream media with skepticism, as I do with almost all news events covered by the mainstream media. As part of my normal and ordinary course of preparation for my daily show, I reviewed content from non-mainstream media coverage questioning the authenticity of the event as reported. On-air, I stated that I did not know what happened but that it would not surprise me if the government staged this event to restrict Americans' access to guns. I warned my audience that politicians in the Democratic Party would use this event to pass legislation that would restrict access to guns, in violation of the Second Amendment. Threats to the Second Amendment are a particular concern of mine.

12. I continued to cover the event's official narrative with skepticism because certain events surrounding the shooting did not make sense to me. For example, in an interview between one of the parents and Anderson Cooper, it looked like Anderson Cooper was standing in front of a blue screen in a CNN studio rather than on location at the town square vigil. I commented that you could draw from that what you want, but I could not understand why CNN would use a blue screen.

13. In March 2014, I had a guest, Wolfgang Halbig, on my show. I often invite guests on my show who are associated with viral news stories. In my opinion, Mr. Halbig had an impressive resume, and I was initially persuaded by his views that the shooting at Sandy Hook never happened. My belief at the time that certain individuals I saw on media coverages were actors—whom I now know to be legitimate relatives of Sandy Hook victims—was a result of my cynical view of mainstream media and the views of Mr. Halbig and those expressed online.

14. By July 2015, I began to realize that some of the evidence that Mr. Halbig had relied on was not true, and I started to believe that there actually were victims of the Sandy Hook shooting. While I still thought there were some anomalies in coverage of the event by the mainstream media, and I never stopped doubting that the government was capable of faking an event, I no longer believed that the victims of the Sandy Hook shooting were fake or that their relatives were actors.

15. On June 18, 2017, NBC aired Megyn Kelly's interview of me. In that interview, she asked me about my coverage of the Sandy Hook shooting and my past allegations that the event was faked. I explained that I now believed that children probably did die at Sandy Hook but I could see why some people think they did not. I also stated that at the time I made the statements in 2015 questioning the reality of the event, I believed them.

16. In October 2017, though I once again mentioned the anomalies surrounding the shooting event at Sandy Hook, I did not question the fact that children actually died there.

17. Throughout my entire evolution on the veracity of the official Sandy Hook narrative, I never once said something on air that I did not believe to be true. Everything I ever said about the Sandy Hook shooting, I believed to be true at the time I said it. I never at any time intended to cause harm to any of the Plaintiffs, nor did I ever believe my statements with respect to the event, or the veracity of the official narrative regarding the shooting would be likely to cause harm to any of the Plaintiffs.

*remainder of page left intentionally blank*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2023.

_____
Alexander E. Jones