United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 07, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>　　　　Debtor. | Bankruptcy<br><br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty,<br>　　　　Plaintiffs,<br>　　v.<br>Alexander E. Jones,<br>　　　　Defendant. | Adv. Pro. No. 23-03037 (CML) |

**ORDER GRANTING**
**CONNECTICUT PLAINTIFFS' UNOPPOSED EMERGENCY MOTION**
**TO EXTEND DEADLINE TO FILE REPLY**

The Court, after reviewing the *Connecticut Plaintiffs' Unopposed Emergency Motion for an Order to Extend Deadline to File Reply* (the "Emergency Motion"), finds that good cause exists to modify the Connecticut Plaintiffs' deadline to file their summary judgment reply in the Jones Adversary Proceedings,[1] as agreed with the Debtor, and that the Emergency Motion should be GRANTED.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Emergency Motion

THEREFORE, IT IS ORDERED that the Connecticut Plaintiffs' deadline to file a reply in further support of motion for summary judgment in the Jones Adversary Proceedings is **July 14, 2023.**

Signed: July 06, 2023

_____
Christopher Lopez
United States Bankruptcy Judge