IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Alexander E. Jones, | : | Case No. 22-33553 (CML) |
| | : | |
| Debtor. | : | |
| | : | |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty, | : | Adv. Pro. No.: 23-03037 (CML) |
| Plaintiffs, | : | |
| v. | : | |
| Alexander E. Jones and Free Speech Systems, LLC | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 11 case on behalf of Richard M. Coan, Trustee of the Bankruptcy Estate of Erica Lafferty. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002 and 9007, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the undersigned at the office, address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted, this 24th day of July, 2023.

RICHARD M. COAN, TRUSTEE

By: /s/ Eric A. Henzy
Eric A. Henzy (ct12849)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
(203) 368-4234
ehenzy@zeislaw.com
Attorneys for the Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, a copy of foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Eric A. Henzy*
Eric A. Henzy (ct12849)
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06604
(203) 368-4234
ehenzy@zeislaw.com
Attorneys for the Trustee

3