**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re<br><br>Alexander E. Jones,<br><br>        Debtor | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty,<br><br>        Plaintiffs,<br><br>    v.<br><br>Alexander E. Jones,<br><br>        Defendant. | Adv. Pro. No. 23-03037 (CML) |

**THE CONNECTICUT PLAINTIFFS' WITNESS AND EXHIBIT LIST**

| | |
|---|---|
| Judge | Hon. Christopher M. Lopez |
| Hearing Date | Tuesday, August 15, 2023 |
| Hearing Time | 10:00 a.m. (CDT) |
| Party's Name | The Connecticut Plaintiffs |
| Attorneys' Names | Kyle Kimpler, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Alinor C. Sterling, KOSKOFF KOSKOFF & BIEDER PC<br>Ryan Chapple, CAIN & SKARNULIS PLLC<br>Eric Henzy, ZEISLER & ZEISLER, PC |
| Attorney's Phone | (512) 477-5000 (Ryan Chapple) |
| Nature of Proceeding | The Connecticut Plaintiffs' Motion for Summary Judgment<br>[ECF Nos. 57-60] |

Plaintiffs David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole

Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian

Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as

chapter 7 trustee for the estate of Erica Lafferty (collectively, the "Connecticut Plaintiffs") submit this witness and exhibit list in connection with the hearing on *The Connecticut Plaintiffs' Motion for Summary Judgment* [ECF Nos. 57–60], to be held on Tuesday, August 15, 2023, at 10:00 a.m. Central Daylight Time.  The Connecticut Plaintiffs reserve the right to supplement, amend, or revise this witness and exhibit list at any time prior to the hearing, and further reserve the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document.

## WITNESS LIST

As the summary judgment record is closed, the Connecticut Plaintiffs do not intend to call any witnesses at the hearing.

## EXHIBIT LIST

The Connecticut Plaintiffs may offer for admission into evidence at the hearing any of documents attached as exhibits to the Declaration of Alinor C. Sterling (ECF No. 57-3), which was submitted in connection with their summary judgment motion, including:

| Sterling Decl. Ex. | ECF No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| Exhibit 01 | 57-4 | The complaint in *Lafferty, et al.* v. *Jones, et al.*, Case No. X06-UWY-CV-18-6046436-S, in the Superior Court of Connecticut, Judicial District of Waterbury, dated May 23, 2018. | | | | |
| Exhibit 02 | 57-5 | The complaint in *Sherlach* v. *Jones, et al.*, Case No. X06-UWY-CV-18-6046437-S, in the Superior Court of Connecticut, Judicial District of Waterbury, dated July 2, 2018. | | | | |
| Exhibit 03 | 57-6 | The complaint in *Sherlach, et al.* v. *Jones, et al.*, Case No. X06-UWY-CV-18-6046438-S, in the Superior Court of Connecticut, Judicial District of Waterbury, dated November 15, 2018. | | | | |
| Exhibit 04 | 57-7 | A printed version of the docket from the Connecticut Action as of May 9, 2023. | | | | |
| Exhibit 05 | 57-8 | The special motion to dismiss plaintiffs' complaint filed by Jones in the Connecticut Action, dated November 21, 2018, docket number 113, cited in the Complaint at ¶ 64. | | | | |
| Exhibit 06 | 57-9 | The order by Judge Bellis on the motion for limited discovery filed by Jones in the Connecticut Action, dated December 17, 2018, docket number 123.10, cited in the Complaint at ¶ 64. | | | | |

| Sterling Decl. Ex. | ECF No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| Exhibit 07 | 57-10 | The transcript of the June 18, 2019 hearing in the Connecticut Action, docket number 269, cited in the Complaint at ¶¶ 66–67. | | | | |
| Exhibit 08 | 57-11 | The decision issued by the Connecticut Supreme Court, dated July 23, 2020. | | | | |
| Exhibit 09 | 57-12 | The order regarding the motion for sanctions based on the Jones's violation of the protective order in the Connecticut Action, dated August 5, 2021, docket number 394.10, cited in the Complaint at ¶ 70. | | | | |
| Exhibit 10 | 57-13 | The order by Judge Bellis regarding the motion for sanctions filed by Plaintiffs in the Connecticut Action, dated August 6, 2021, docket number 428.10, cited in the Complaint at ¶ 72. | | | | |
| Exhibit 11 | 57-14 | The motion for sanctions re: Google Analytics & social media data filed by Plaintiffs in the Connecticut Action, dated August 24, 2021, docket number 450, cited in the Complaint at ¶ 65. | | | | |
| Exhibit 12 | 57-15 | The order by Judge Bellis regarding the motion for sanctions re: Google Analytics & social media data filed by Plaintiffs in the Connecticut Action, dated September 30, 2021, docket number 450.20, cited in the Complaint at ¶ 73. | | | | |
| Exhibit 13 | 57-16 | The transcript of the October 20, 2021 hearing in the Connecticut Action, dated October 22, 2021, docket number 525, cited in the Complaint at ¶ 71. | | | | |
| Exhibit 14 | 57-17 | Plaintiffs' omnibus motion for default judgment, dated October 6, 2021, docket number 498, cited in the Complaint at ¶ 75. | | | | |
| Exhibit 15 | 57-18 | The transcript of the November 15, 2021 hearing in the Connecticut Action, dated November 18, 2021, docket number 579, cited in the Complaint at ¶ 77. | | | | |
| Exhibit 16 | 57-19 | The notice of defenses filed by Jones in the Connecticut Action, dated November 24, 2021, docket number 594, cited in the Complaint at ¶ 78. | | | | |
| Exhibit 17 | 57-20 | The order by Judge Bellis regarding Plaintiffs' objection to the Jones's notice of defenses in the Connecticut Action, dated December 24, 2021, docket number 620.20, cited in the Complaint at ¶ 78. | | | | |
| Exhibit 18 | 57-21 | The jury charge in the Connecticut Action, cited in the Complaint at ¶ 83. | | | | |
| Exhibit 19 | 57-22 | The jury verdict in the three consolidated cases in the Connecticut Action, dated October 12, 2022, docket number 1010, cited in the Complaint at ¶¶ 9, 84. | | | | |
| Exhibit 20 | 57-23 | The memorandum in support of the award of punitive damages filed by Plaintiffs in the Connecticut Action, dated October 21, 2022, docket number 1018. | | | | |
| Exhibit 21 | 58-1 | The memorandum in opposition to the award of punitive damages filed by Jones in the Connecticut Action, dated October 28, 2022, docket number 1021, cited in the Complaint at ¶ 89. | | | | |
| Exhibit 22 | 58-2 | The memorandum of decision on punitive damages issued by Judge Bellis in the Connecticut Action, dated November 10, 2022, docket number 1026, cited in the Complaint at ¶¶ 9, 80, 90–98. | | | | |
| Exhibit 23 | 58-3 | The memorandum of decision issued by Judge Bellis denying the motions by Alex Jones and FSS for a new trial and for remittitur in the Connecticut Action, dated December 22, 2022, docket number 1043, cited in the Complaint at ¶ 9. | | | | |

| Sterling Decl. Ex. | ECF No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| Exhibit 24 | 58-4 | The appeal to the Connecticut Appellate Court in the Connecticut Action, dated December 29, 2022, docket number 1050, cited in the Complaint at ¶ 99. | | | | |
| Exhibit 25 | 58-5 | Volume II of the September 13, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶¶ 53–55. | | | | |
| Exhibit 26 | 58-6 | Volume III of the September 13, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 56. | | | | |
| Exhibit 27 | 58-7 | Volume I of the September 14, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 30. | | | | |
| Exhibit 28 | 58-8 | Volume II of the September 14, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 31. | | | | |
| Exhibit 29 | 58-9 | Volume II of the September 15, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 44. | | | | |
| Exhibit 30 | 58-10 | Volume I of the September 16, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 51. | | | | |
| Exhibit 31 | 58-11 | Volume I of the September 20, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 49. | | | | |
| Exhibit 32 | 58-12 | Volume III of the September 20, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 50. | | | | |
| Exhibit 33 | 58-13 | Volume III of the September 21, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 55. | | | | |
| Exhibit 34 | 58-14 | Volume IV of the September 21, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶¶ 53, 58. | | | | |
| Exhibit 35 | 58-15 | Volume II of the September 22, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 81. | | | | |
| Exhibit 36 | 58-16 | Volume II of the September 27, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 55. | | | | |
| Exhibit 37 | 58-17 | Volume I of the September 27, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶¶ 55, 58. | | | | |
| Exhibit 38 | 58-18 | Volume III of the September 27, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 59. | | | | |
| Exhibit 39 | 58-19 | Volume I of the September 29, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶¶ 54, 58–59. | | | | |
| Exhibit 40 | 58-20 | Volume II of the September 29, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 57. | | | | |
| Exhibit 41 | 58-21 | Volume I of the October 4, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶¶ 55, 57. | | | | |
| Exhibit 42 | 58-22 | Volume II of the October 4, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶¶ 53, 55, 57. | | | | |
| Exhibit 43 | 58-23 | Volume III of the October 4, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶ 59. | | | | |
| Exhibit 44 | 58-24 | Plaintiffs' Trial Exhibit 1a in the Connecticut Action, dated December 14, 2012, cited in the Complaint at ¶ 34. | | | | |
| Exhibit 46 | 58-25 | Plaintiffs' Trial Exhibit 6b in the Connecticut Action, dated January 27, 2013, cited in the Complaint at ¶ 48. | | | | |
| Exhibit 47 | 58-26 | Plaintiffs' Trial Exhibit 13d in the Connecticut Action, dated February 3, 2014, cited in the Complaint at ¶ 32. | | | | |
| Exhibit 48 | 58-27 | Plaintiffs' Trial Exhibit 17f in the Connecticut Action, dated May 13, 2014, cited in the Complaint at ¶ 48. | | | | |
| Exhibit 50 | 58-28 | Plaintiffs' Trial Exhibit 19i in the Connecticut Action, dated September 25, 2014, cited in the Complaint at ¶ 48. | | | | |
| Exhibit 51 | 59-1 | Plaintiffs' Trial Exhibit 20a in the Connecticut Action, dated December 27, 2014, cited in the Complaint at ¶ 48. | | | | |
| Exhibit 52 | 59-2 | Plaintiffs' Trial Exhibit 22a in the Connecticut Action, dated December 28, 2014, cited in the Complaint at ¶ 45. | | | | |

| Sterling Decl. Ex. | ECF No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| Exhibit 53 | 59-3 | Plaintiffs' Trial Exhibit 23a in the Connecticut Action, dated January 13, 2016, cited in the Complaint at ¶ 46. | | | | |
| Exhibit 54 | 59-4 | Plaintiffs' Trial Exhibit 27 in the Connecticut Action, dated June 3, 2015, cited in the Complaint at ¶¶ 32, 39. | | | | |
| Exhibit 55 | 59-5 | Plaintiffs' Trial Exhibit 35c in the Connecticut Action, dated November 18, 2016, cited in the Complaint at ¶ 48. | | | | |
| Exhibit 56 | 59-6 | Plaintiffs' Trial Exhibit 35e in the Connecticut Action, dated November 18, 2016, cited in the Complaint at ¶ 47. | | | | |
| Exhibit 57 | 59-7 | Plaintiffs' Trial Exhibit 37a in the Connecticut Action, dated June 12, 2017, cited in the Complaint at ¶ 32. | | | | |
| Exhibit 58 | 59-8 | Plaintiffs' Trial Exhibit 50 in the Connecticut Action, which is undated, cited in the Complaint at ¶ 51. | | | | |
| Exhibit 59 | 59-9 | Plaintiffs' Trial Exhibit 61 in the Connecticut Action, dated December 19, 2012, cited in the Complaint at ¶ 36. | | | | |
| Exhibit 60 | 59-10 | Plaintiffs' Trial Exhibit 67 in the Connecticut Action, dated September 24, 2014, cited in the Complaint at ¶ 44. | | | | |
| Exhibit 61 | 59-11 | Plaintiffs' Trial Exhibit 109 in the Connecticut Action, dated January 29, 2013, cited in the Complaint at ¶ 38. | | | | |
| Exhibit 62 | 59-12 | Plaintiffs' Trial Exhibit 134 in the Connecticut Action, dated October 14, 2014, cited in the Complaint at ¶ 44. | | | | |
| Exhibit 63 | 59-13 | Plaintiffs' Trial Exhibit 135 in the Connecticut Action, dated October 19, 2014, cited in the Complaint at ¶ 44. | | | | |
| Exhibit 64 | 59-14 | Plaintiffs' Trial Exhibit 160 in the Connecticut Action, dated December 17, 2015, cited in the Complaint at ¶ 35. | | | | |
| Exhibit 65 | 59-15 | Plaintiffs' Trial Exhibit 212 in the Connecticut Action, dated May 7, 2013, cited in the Complaint at ¶ 31. | | | | |
| Exhibit 66 | 59-16 | Plaintiffs' Trial Exhibit 216 in the Connecticut Action, dated December 31, 2014, cited in the Complaint at ¶ 31. | | | | |
| Exhibit 67 | 59-17 | Plaintiffs' Trial Exhibit 217 in the Connecticut Action, dated December 31, 2014, cited in the Complaint at ¶ 30. | | | | |
| Exhibit 68 | 59-18 | Plaintiffs' Trial Exhibit 278a in the Connecticut Action, dated December 31, 2018, cited in the Complaint at ¶ 44. | | | | |
| Exhibit 69 | 59-19 | Plaintiffs' Trial Exhibit 336a in the Connecticut Action, dated May 16, 2019, cited in the Complaint at ¶ 32. | | | | |
| Exhibit 70 | 59-20 | Plaintiffs' Trial Exhibit 508 in the Connecticut Action, dated September 18, 2022, cited in the Complaint at ¶ 32. | | | | |
| Exhibit 71 | 59-21 | Plaintiffs' Trial Exhibit 550 in the Connecticut Action, dated December 12, 2014, cited in the Complaint at ¶ 36. | | | | |
| Exhibit 72 | 59-22 | Plaintiffs' Trial Exhibit 594 in the Connecticut Action, dated September 29, 2022, cited in the Complaint at ¶ 52. | | | | |
| Exhibit 73 | 59-23 | Plaintiffs' Trial Exhibit 195 in the Connecticut Action. | | | | |
| Exhibit 74 | 59-24 | the ruling by Judge Bellis on Plaintiffs' motion for default judgment, dated November 15, 2021, docket number 574, cited in the Complaint at ¶ 76. | | | | |
| Exhibit 75 | 59-25 | Volume III of the September 15, 2022 Trial Transcript in the Connecticut Action. | | | | |
| Exhibit 76 | 59-26 | Volume I of the September 21, 2022 Trial Transcript in the Connecticut Action, cited in the Complaint at ¶¶ 55. | | | | |
| Exhibit 77 | 59-27 | Volume I of the September 22, 2022 Trial Transcript in the Connecticut Action. | | | | |
| Exhibit 78 | 59-28 | Volume III of the September 22, 2022 Trial Transcript in the Connecticut Action. | | | | |
| Exhibit 79 | 59-29 | Plaintiffs' Trial Exhibit 6a in the Connecticut Action, dated January 27, 2013, cited in the Complaint at ¶ 37. | | | | |
| Exhibit 80 | 59-30 | Plaintiffs' Trial Exhibit 6c in the Connecticut Action, dated January 27, 2013, cited in the Complaint at ¶ 37. | | | | |
| Exhibit 81 | 59-31 | Plaintiffs' Trial Exhibit 9a in the Connecticut Action, dated April 9, 2013, cited in the Complaint at ¶ 40. | | | | |

| Sterling Decl. Ex. | ECF No. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| Exhibit 82 | 59-32 | Plaintiffs' Trial Exhibit 17 in the Connecticut Action, dated May 13, 2014, cited in the Complaint at ¶ 42. | | | | |
| Exhibit 83 | 59-33 | Plaintiffs' Trial Exhibit 397a in the Connecticut Action, dated November 23, 2013. | | | | |
| Exhibit 84 | 59-34 | Plaintiffs' Trial Exhibit 245 in the Connecticut Action, dated March 16, 2022. | | | | |

In addition, the Connecticut Plaintiffs reserve the right to introduce as an exhibit: (i) any document or pleading filed in the above-captioned case, (ii) any exhibits identified or offered by any other party, and (iii) any exhibits necessary for impeachment and/or rebuttal purposes.

Respectfully submitted this 8th day of August 2023.

**CAIN & SKARNULIS PLLC**
By: */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, Texas  78701
Telephone:  (512) 477-5000
Fax:  (512) 477-5011

*Counsel to the Connecticut Plaintiffs*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
Daniel A. Negless (admitted *pro hac vice*)
Briana P. Sheridan (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Fax:  (212) 757-3990

*Counsel to the Connecticut Plaintiffs Other Than Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty*

**KOSKOFF KOSKOFF & BIEDER PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, Connecticut  06604
Telephone:  (203) 336-4421

*Counsel to the Connecticut Plaintiffs Other Than Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty*

**ZEISLER & ZEISLER, PC**
Eric Henzy (admitted *pro hac vice*)
10 Middle Street, 15th Floor
Bridgeport, Connecticut  06604
Telephone:  (203) 368-5495

*Counsel to Richard M. Coan, as Chapter 7 Trustee for the Estate of Erica Lafferty*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing witness and exhibit list has been served on all parties receiving or entitled to notice through CM/ECF on this 8th day of August 2023.

/s/ Ryan E. Chapple
Ryan E. Chapple