United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 15, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division |  | Adversary Case Number |  |
|---|---|---|---|

|  |
|---|
| *versus* |
|  |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | ; jcesaroni@zeislaw.com |
|---|---|

| Name of party applicant seeks to appear for: |  |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: | Signed: |
|---|---|

| The state bar reports that the applicant's status is: |
|---|

| Dated: | Clerk's signature: |
|---|---|

**Order**                              **This lawyer is admitted *pro hac vice*.**

Signed:  August 15, 2023

_____
Christopher Lopez
United States Bankruptcy Judge