IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FREE SPEECH SYSTEMS LLC,<br><br>      Debtor | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11<br>(Subchapter V) |
| In re:<br><br>ALEXANDER E. JONES,<br><br>      Debtor | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the Estate of Erica Lafferty,<br><br>      Plaintiffs<br><br>   v.<br><br>Alexander E. Jones and<br>Free Speech Systems LLC,<br><br>      Defendants | Adv. Pro. No. 23-03036 (CML)<br>Adv. Pro. No. 23-03037 (CML) |

**MOTION TO WITHDRAW AS COUNSEL
FOR CONNECTICUT PLAINTIFFS**

MOTION TO WITHDRAW AS COUNSEL—PAGE 1

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

TO THE HONORABLE CHRISTOPHER LOPEZ, U.S. BANKRUPTCY JUDGE:

Briana Sheridan (Movant) files this Motion to Withdraw as Counsel for Connecticut Plaintiffs and respectfully asks the Court to allow her to withdraw as attorney of record for Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the Connecticut Plaintiffs) in the above-referenced cases.

An attorney may withdraw from representation upon leave of the court and a showing of good cause and reasonable notice to the client. The law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and its attorneys of record, other than Briana Sheridan, continue to represent the Connecticut Plaintiffs. Thus, withdrawal of counsel will not unduly delay or disrupt this case, nor will withdrawal cause prejudice to the Connecticut Plaintiffs.

For these reasons, Movant respectfully asks the Court to grant this Motion to Withdraw as Counsel for the Connecticut Plaintiffs for all purposes and grant Movant such other and further relief as reasonably necessary to affect the withdrawal.

Respectfully submitted this 27th day of October 2023.

       */s/ Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
rchapple@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011 (fax)

-and-

Kyle J. Kimpler (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice)*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
(212) 757-3990 (fax)
kkimpler@paulweiss.com
chopkins@paulweiss.com

**ATTORNEYS FOR CONNECTICUT PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw as Counsel was served via the Court's CM/ECF on all parties entitled to such notice on this 27th day of October 2023.

       */s/ Ryan E. Chapple*
Ryan E. Chapple