IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| ALEXANDER E. JONES | § | CASE NO. 22-33553 (CML) |
| Debtor. | § | |
| DAVID WHEELER, FRANCINE WHEELER, JACQUELINE BARDEN, MARK BARDEN, NICOLE HOCKLEY, IAN HOCKLEY, JENNIFER HENSEL, DONNA SOTO, CARLEE SOTO-PARISI, CARLOS M. SOTO, JILLIAN SOTO MARINO, WILLIAM ALDENBERG, WILLIAM SHERLACH, ROBERT PARKER, AND RICHARD M. COAN, as chapter 7 trustee for the estate of ERICA LAFFERTY, | § | Adv. Proc. No. 23-3037 |
| Plaintiffs, | § | |
| v. | § | |
| ALEXANDER E. JONES | § | |
| Defendant. | § | |

**NOTICE OF APPEAL**
**(Relates to Doc. 76)**

Appellant Alexander E. Jones ("Appellant"), a defendant in the above-captioned adversary case, pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedures 8004, appeals to the United States District Court for the Southern District of Texas the *Memorandum Decision on Connecticut Plaintiffs' Motion for Summary Judgment Against Jones* (the "Connecticut Order")

1

(Doc. 76) dated October 19, 2023. A copy of the Connecticut Order being appealed is attached hereto, marked as Exhibit A. This *Notice of Appeal* (the "Notice") is filed contemporaneously with Appellant's *Motion for Leave to Appeal Order on Connecticut Plaintiffs' Motion for Summary Judgment* (the "Accompanying Motion"). Appellant respectfully requests that the Accompanying Motion be transmitted along with this Notice to the United States District Court for the Southern District of Texas.

The names of all parties to the Connecticut Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Party's Attorney |
|---|---|
| Defendant Alexander E. Jones | **CROWE & DUNLEVY, P.C.**<br><br>Vickie L. Driver<br>State Bar No. 24026886<br>Christina W. Stephenson<br>State Bar No. 24049535<br>2525 McKinnon Avenue, Suite 425<br>Dallas, TX 75201<br>Telephone: 737- 218-6187<br>dallaseservice@crowedunlevy.com<br><br>-AND-<br><br>J. Christopher Davis<br>Oklahoma Bar #16629 (admitted *pro hac vice*)<br>Deric J. McClellan<br>Oklahoma Bar # 32827 (admitted *pro hac vice*)<br>222 N. Detroit Ave., Suite 600<br>Tulsa, Oklahoma 74120<br>Telephone: 737- 218-6187<br>dallaseservice@crowedunlevy.com<br><br>-AND-<br><br>Shelby A. Jordan<br>**JORDAN & ORTIZ, P.C.**<br>State Bar No. 11016700<br>500 N. Shoreline Blvd., Suite 804 |

2

| | |
|---|---|
| | Corpus Christi, TX 78401<br>Telephone: 361-884-5678<br>Facsimile: 361-888-5555 |
| Plaintiffs David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty | Ryan E. Chapple<br>**CAIN & SKARNULIS PLLC**<br>303 Colorado Street, Suite 2850<br>Austin, Texas 78701<br>Telephone: (512) 477-5000<br>Fax: (512) 477-5011<br>Email: rchapple@cstrial.com<br>*Counsel to the Sandy Hook Families*<br><br>Alinor C. Sterling<br>**KOSKOFF KOSKOFF & BIEDER PC**<br>350 Fairfield Avenue<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 336-4421<br>Email: asterling@koskoff.com<br><br>Kyle J. Kimpler<br>Christopher Hopkins<br>Daniel A. Negless<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Telephone: (212) 373-3000<br>Fax: (212) 757-3990<br>Email: kkimpler@paulweiss.com<br>Email: chopkins@paulweiss.com<br>Email: dnegless@paulweiss.com<br>*Counsel to the Sandy Hook Families other than Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty*<br><br>Eric Henzy<br>**ZEISLER & ZEISLER, PC**<br>10 Middle Street, 15th Floor<br>Bridgeport, Connecticut 06604<br>Telephone: (203) 368-5495<br>Email: ehenzy@zeislaw.com<br>*Counsel to Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty* |

3

Dated: November 2, 2023.

Respectfully submitted,

**CROWE & DUNLEVY, P.C.**

*/s/ Christina W. Stephenson*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
2525 McKinnon Avenue, Suite 425
Dallas, TX 75201
Telephone: 737- 218-6187
dallaseservice@crowedunlevy.com

-AND-

J. Christopher Davis
Oklahoma Bar #16629 (admitted *pro hac vice*)
Deric J. McClellan
Oklahoma Bar # 32827 (admitted *pro hac vice*)
222 N. Detroit Ave., Suite 600
Tulsa, Oklahoma 74120
Telephone: 737- 218-6187
dallaseservice@crowedunlevy.com

**COUNSEL FOR DEFENDANT-APPELLANT ALEXANDER E. JONES**

## **CERTIFICATE OF SERVICE**

I certify that on November 2, 2023, a true and correct copy of the foregoing pleading was served via the Court's ECF system to the parties registered to receive electronic notice and/or via electronic mail on the following:

Ryan E. Chapple
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
Email: rchapple@cstrial.com
*Counsel to the Sandy Hook Families*

Alinor C. Sterling
**KOSKOFF KOSKOFF & BIEDER PC**
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Telephone: (203) 336-4421
Email: asterling@koskoff.com

Kyle J. Kimpler
Christopher Hopkins
Daniel A. Negless
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
Email: kkimpler@paulweiss.com
Email: chopkins@paulweiss.com
Email: dnegless@paulweiss.com
*Counsel to the Sandy Hook Families other than Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty*

Eric Henzy
**ZEISLER & ZEISLER, PC**
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-5495
Email: ehenzy@zeislaw.com
*Counsel to Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty*

*/s/ Christina W. Stephenson*
Christina W. Stephenson