## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ALEXANDER E. JONES | § | CASE NO. 22-33553 (CML) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| ------------------------------------------------------- | § | |
| DAVID WHEELER, FRANCINE | § | |
| WHEELER, JACQUELINE BARDEN, | § | Adv. Proc. No. 23-3037 |
| MARK BARDEN, NICOLE HOCKLEY, | § | |
| IAN HOCKLEY, JENNIFER HENSEL, | § | |
| DONNA SOTO, CARLEE SOTO-PARISI, | § | |
| CARLOS M. SOTO, JILLIAN SOTO | § | |
| MARINO, WILLIAM ALDENBERG, | § | |
| WILLIAM SHERLACH, ROBERT | § | |
| PARKER, AND RICHARD M. COAN, as | § | |
| chapter 7 trustee for the estate of ERICA | § | |
| LAFFERTY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| ALEXANDER E. JONES | § | |
| | § | |
| Defendant. | § | |
| | § | |

## MOTION TO WITHDRAW AS COUNSEL

J. Christopher Davis and Deric J. McClellan, and the law firm of Crowe & Dunlevy hereby move to withdraw from the above-captioned matter as counsel for Alexander E. Jones ("Debtor" of "Defendant"). In support of this motion, Mr. Davis and Mr. McClellan show the Court as follows:

1.     On May 1, 2023, Mr. Davis and Mr. McClellan were granted permission to appear *pro hac vice*.

2.     Vickie Driver and Christina Stephenson were previously shareholders at Crowe & Dunlevy, and have represented Debtor in this adversary proceeding as well as the underlying bankruptcy since its inception. Ms. Driver and Ms. Stephenson have moved to the law firm of Elliot, Thomason & Gibson, LLP.

3.     Mr. Davis and Mr. McClellan request permission of the Court to withdraw as counsel for Debtor in the instant case.

4.     Debtor has been provided notice of Mr. Davis's and Mr. McClellan's intention to withdraw from this matter and has no objection to their withdrawal.

5.     On November 20, 2024, Shelby A. Jordan of Jordan & Ortiz, P.C., and Ben C. Broocks of Broocks Law Firm PLLC, informed the Court that they would be imminently entering their appearances on behalf of Debtor and will be representing him in this action. Thus, withdrawal of counsel will not unduly delay or disrupt this case, nor will withdrawal cause prejudice to Debtor.

6.     A proposed order is submitted along with this Motion.

WHEREFORE, J. Christopher Davis, Deric J. McClellan, and the law firm of Crowe & Dunlevy request an order permitting them to withdraw from this case.

Respectfully submitted,

*/s/ J. Christopher Davis*
Vickie L. Driver
State Bar No. 24026886
Christina W. Stephenson
State Bar No. 24049535
**ELLIOT, THOMASON & GIBSON, LLP**
511 N. Akard Street
Dallas, TX 75201

Telephone: 737- 218-6187
dallaseservice@crowedunlevy.com

-AND-

J. Christopher Davis
Oklahoma Bar #16629 (admitted *pro hac vice*)
Deric J. McClellan
Oklahoma Bar # 32827 (admitted *pro hac vice*)
**CROWE & DUNLEVY, P.C.**
222 N. Detroit Ave., Suite 600
Tulsa, Oklahoma 74120
Telephone: 737- 218-6187
dallaseservice@crowedunlevy.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November 2024, a true and correct copy of the foregoing was served via electronic service on the following:

Ryan E. Chapple
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011
Email: rchapple@cstrial.com
*Counsel to the Sandy Hook Families*

Alinor C. Sterling
**KOSKOFF KOSKOFF & BIEDER PC**
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Telephone: (203) 336-4421
Email: asterling@koskoff.com

Kyle J. Kimpler
Christopher Hopkins
Daniel A. Negless
**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
Email: kkimpler@paulweiss.com
Email: chopkins@paulweiss.com
Email: dnegless@paulweiss.com
*Counsel to the Sandy Hook Families other
than Richard M. Coan, as chapter 7 trustee
for the estate of Erica Lafferty*

Eric Henzy
**ZEISLER & ZEISLER, PC**
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-5495

3

Email: ehenzy@zeislaw.com
*Counsel to Richard M. Coan, as chapter 7*
*trustee for the estate of Erica Lafferty*

*/s/ J. Christopher Davis*
J. Christopher Davis