IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>　　　Debtor, | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 7 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto-Marino, William Aldenberg, William Sherlach, Robert Parker, and Erica Ash,<br>　　　Plaintiffs,<br>　　　v.<br>Alexander E. Jones and Free Speech Systems, LLC,<br>　　　Defendants. | Adv. Pro. No.: 23-03037 (CML) |

**THE TEXAS FAMILIES' STATEMENT IN SUPPORT OF THE CONNECTICUT FAMILIES' RESPONSE OR MOTION FOR VOLUNTARY DISMISSAL OF CLAIM**

[Relates to Docket Nos. 135, 135-1, 137]

Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and the Estate of Marcel Fontaine (collectively, the "Texas Families") hereby file this statement in response to the *Preliminary Objection to Voluntary Dismissal and Proposed Final Judgment and Order Attached* filed by Debtor Alexander E. Jones [Docket No. 136] (the "Objection"). The Texas Families state as follows:

　　　1.　　The Texas Families are not party to this Adversary Proceeding, but understand that Jones's Objection implied that the Texas Families might somehow oppose the Connecticut Families' request to voluntarily dismiss certain claims that they have asserted in this proceeding.

The Texas Families file this brief statement to note that Jones is incorrect.  For the avoidance of doubt, the Texas Families have no objection to the Connecticut Families' *Notice of Voluntary Partial Dismissal* [Docket No. 135] or *Proposed Final Judgment and Order* [Docket No. 135-1].

Respectfully submitted this 21st day of July 2025.

*/s/ Jennifer J. Hardy*

**WILLKIE FARR & GALLAGHER LLP**
Jennifer J. Hardy
State Bar No. 24096068
600 Travis Street
Houston, TX 77002
Telephone: (713) 510-1766
Fax: (713) 510-1799
E-mail: jhardy2@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
Deanna Drenga (*pro hac vice* forthcoming)
787 Seventh Avenue New York, NY 10019
Telephone: (212) 728-8000
Fax: (212) 728-8111
E-mail: slombardi@willkie.com
        csisco@willkie.com
        ddrenga@willkie.com

**LAWSON & MOSHENBERG PLLC**
Avi Moshenberg
State Bar No. 24083532
801 Travis Street, Suite 2101, #838
Houston, TX 77002
Telephone:  (713) 449-9644
E-mail: avi.moshenberg@lmbusinesslaw.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
Jarrod B. Martin
State Bar No. 24070221
600 Travis Street, Suite 5600
Houston, TX 77002
Telephone:  (713) 576-0388
Fax:  (713) 576-0301
E-mail:  jbmartin@bradley.com

*Co-Counsel for the Texas Families*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed and served on all persons entitled to receive notice via operation of this Court's CM/ECF system on July 21, 2025.

/s/ *Jennifer J. Hardy*
Jennifer J. Hardy